

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS,
## EASTERN DIVISION

**SANDRA ANN CHAMBERS** (individually,
and on behalf of herself and all others similarly
situated in the past, present, and future),

                Plaintiff(s),[1]

    vs.

**HILLARY DIANE RODHAM CLINTON**
(Democrat Party's nominee for President the
United States in the 2016 election, the 67th
United States Secretary of State from 2009 to
2013, and *current and/or former* Owner, Officer
Member, and/or Employee of the ***"Bill, Hillary,
and Chelsea Clinton Foundation"***) sued in both
individually and in her official capacities;
**BILL, HILLARY, AND CHELSEA CLINTON
FOUNDATION** (a/k/a **"Clinton Foundation"**)
and originally known as ***"The William J. Clinton
Presidential Library Foundation"***) a *non-profit*
corporation and its officer **WILLIAM
JEFFERSON ("BILL") CLINTON** (*former* and
42nd U.S. President, Founder, Owner President,
Member, and/or Employee of the **Bill, Hillary,
and Chelsea Clinton Foundation**) sued in both
individually and in his official capacities;
**TIMOTHY MICHAEL ("TIM") KAINE**
(Democrat Party's nominee for Vice President of
the United States in the 2016 election and *current*
U.S. Senator for 3 years - since elected 2013 in
Virginia sued in both individually and in his
official capacities; **UNITED STATES OF
AMERICA** (*a/k/a* **U.S.A.** or **U.S.**) (Country) and
its officer(s) **BARACK HUSSEIN OBAMA II**
(*current* and 44th U.S. President) sued in both
individually and in his official capacities;
**RICHARD JOSEPH ("DICK") DURBIN**
(*current* U.S. Senator - *20 years - since 1996*) sued
in both individually and in his official capacities;
**MARK STEVEN KIRK** (*current* U. S. Senator

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

# RECEIVED

NOV 0 7 2016 **TM**

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

16CV10408
Judge Harry D. Leinenweber
Magistrate Judge Sheila M. Finnegan

**CASE NO.:** _____

**ASSIGNED
JUDGE:** _____

**MAGISTRATE
JUDGE:** _____

**TRIAL BY JURY DEMAND**

---

[1]**CHAMBERS** (pro se and a *non-attorney*) **at no time waives any right** to counsel at any time
during the entire course of this litigation proceedings, whether in pre-trial proceedings, on trial, on appeal,
and/or otherwise seek counsel to represent the Class(es) and its Member(s).

- _6 years - since 2010_) sued in both individually                    )
and in his official capacities; **ROBIN LYNNE**                        )
**KELLY** (_current_ U.S. House Representative of                      )
Illinois' for the 2nd Congressional District                          )
(_3 years - since 2013_) sued in both individually                    )
and in her official capacities; **STATE OF**                          )
**ILLINOIS** (the U.S. 21st State to enter the union                  )
in 1818) and its officer(s) **BRUCE VINCENT**                         )
**RAUNER** (_current_ and 42nd Illinois Governor                      )
- _2 years - since 2014_) sued in both individually                    )
and in his official capacities; **LISA MURRAY**                       )
**MADIGAN** (_current_ and 41st Attorney General                      )
- _13 years - since 2003_) sued in both individually                   )
and in her official capacities; **DONNE E.**                          )
**TROTTER** _current_ state Illinois Senator for the                  )
17th District (_23 years - since 1993_) sued in both                  )
individually and in his official capacities;                          )
**MARCUS EVANS, JR.** (_current_ Illinois                             )
Representative for the 33rd District - _4 years -_                     )
_since 2012_) sued in both individually and in his                    )
official capacities; **ANITA ALVERZ** (_current_                      )
State's Attorney) sued in both individually and in                    )
her official capacities; **COOK COUNTY** (an                          )
1831 incorporated political subdivision of Illinois                   )
as a _"County"_) and its officer(s) officers **TONI**                 )
**PRECKWINKLE** (_current_ Board President) sued )
in both individually and in her official capacities;   )
**DANIEL J. GALLAGHER** (Cook County                                  )
Circuit Court Judge) sued in both individually and )
in his official capacities; **BEATRIZ SANTIAGO** )
(Cook County Circuit Court Judge) sued in both                        )
individually and in her official capacities;                          )
**SANDRA G. RAMOS** (Cook County Circuit Court)
Judge) sued in both individually and in her official )
capacities; **LARRY R. ROGERS, JR.** (_current_                       )
Commissioner of the Board of Review                                   )
(_3rd District - 12 years - since 2004_) sued in both                )
individually and in his official capacities;                          )
**STANLEY MOORE** (_current_ 4th District Cook                        )
County Commissioner - _3 years - since 2013_)                         )
sued in both individually and in his official                         )
capacities; **JOSEPH ("JOE") BERRIOS**                                )
(_current_ Cook County Assessor and an Illinois                       )
state government lobbyist - _6 years - since 2010_)                   )
sued in both individually and in his official                         )
capacities; **CITY OF CHICAGO** (_Municipality_                       )
_Corporation_ and incorporated as a town in 1833)   )

2

and its officer(s) **RAHM ISRAEL EMANUEL**   )
(*current* and 55th Mayor of Chicago - *5 years -*   )
*since 2011*) sued in both individually and in his   )
official capacities; **SUE ("SUSAN/SUSIE")**   )
**SADLOWSKI GARZA** (*current* Alderwoman of   )
the 10th Ward - *1 year - since 2015*) sued in both   )
individually and in her official capacities;   )
**DONALD JOHN TRUMP** (Republican Party's   )
nominee for President of the United States in the   )
2016 election and Chairman of **The Trump**   )
**Organization** (the principal holding company for   )
his real estate ventures and other business   )
interests (*f/k/a* Fred Trump's real estate and   )
construction firm Elizabeth Trump & Son) sued in   )
both individually and in his official capacities;   )
**THE TRUMP ORGANIZATION** (*an American*   )
*privately owned international conglomerate*);   )
**MICHAEL RICHARD PENCE** (Republican   )
Party's nominee for Vice President of the United   )
States in the 2016 election and the 50th Governor   )
of the state of Indiana since 2013) sued in both   )
individually and in his official capacities; and   )
**UNKNOWNS** (any and all Defendants unknown   )
to the Plaintiff who should and/or should have   )
been named as parties herein);   )
　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　Defendants.[2]   )

## VERIFIED CLASS-ACTION COMPLAINT[3]

　　　**NOW COMES** Plaintiff **SANDRA ANN CHAMBERS**  (*hereinafter* "**CHAMBERS**")

on behalf of herself and all others similarly situated (past, present, and future, and as a *whistle-*

*blower friend-of-the-court*) with this ***"Verified Class-Action Complaint"*** (as a ***"Class-Action"***)

---

[2]**DONALD JOHN TRUMP**, **THE TRUMP ORGANIZATION**, and **MICHAEL RICHARD PENCE** are Defendants in ***"only"***  **COUNTS 1 and 2** (seeking no monetary damages, but injunction regarding the *non-disclosure* of their various tax returns (personal and/or private corporations) to the general public, ***if not already disclosed*** currently and concerning other candidates in future elections).  All other Defendants named herein relate to each and every ***"count/claim"*** throughout this entire ***"Verified Class-Action Complaint."***

[3]**CHAMBERS** does not object to *non-party* filing(s) of an ***"Amicus Curiae Brief"*** (*if applicable*) *in support* of the issues/counts as detailed within this *entitled action* and **CHAMBERS** reserves her right to object to any and all ***"Amicus Curia Brief(s)"*** (*if applicable*) (but not limited to motions and/or otherwise pleadings), filed in opposition to this complaint.

against the below named Defendants. In support thereof, with certificate of verification, attached

affidavit, and exhibits **CHAMBERS** pleads the following in regards to these Defendants:

**HILLARY DIANE RODHAM** (*hereinafter* **"DEMOCRAT PRES. NOMINEE H. CLINTON"**); **BILL, HILLARY, AND CHELSEA CLINTON FOUNDATION** (*hereinafter* "**CLINTON FOUNDATION"**); **WILLIAM JEFFERSON ("BILL") CLINTON** (*hereinafter* **"FORMER PRESIDENT B. CLINTON"**); **TIMOTHY MICHAEL ("TIM") KAINE** (*hereinafter* **"DEMOCRAT VICE PRES. NOMINEE KAINE"**); **UNITED STATES OF AMERICA** (*hereinafter* **"U.S.A. or U.S."**); **BARACK HUSSEIN OBAMA II** (*hereinafter* **"PRESIDENT OBAMA"**); **RICHARD JOSEPH ("DICK") DURBIN** (*hereinafter* **"U. S. SENATOR DURBIN"**); **MARK STEVEN KIRK** (*hereinafter* **"U. S. SENATOR KIRK"**); **ROBIN LYNNE KELLY** (*hereinafter* "**U. S. HOUSE REP. KELLY"**); **STATE OF ILLINOIS** (*hereinafter* **"STATE OF ILLINOIS"**); **BRUCE VINCENT RAUNER** (*hereinafter* **"ILLINOIS GOVERNOR RAUNER"**); **LISA MURRAY MADIGAN** (*hereinafter* **"IL ATTORNEY GENERAL MADIGAN"**); **DONNE E. TROTTER** *hereinafter* **"IL STATE SENATOR TROTTER"**); **MARCUS EVANS, JR.** (*hereinafter* **"IL STATE REP. EVANS"**); **ANITA ALVERZ** (*hereinafter* **"COOK COUNTY STATE'S ATTORNEY ALVERZ"**); **COOK COUNTY** (*hereinafter* **"COOK COUNTY"**); **TONI PRECKWINKLE** (*hereinafter* **"COOK COUNTY BOARD PRES. PRECKWINKLE"**); **DANIEL J. GALLAGHER** (*hereinafter* **"JUDGE GALLAGHER"**); **BEATRIZ SANTIAGO** (*hereinafter* **"JUDGE SANTIAGO"**); " **SANDRA G. RAMOS** (*hereinafter* **"JUDGE RAMOS"**); sued in both individually and in her official capacities; **LARRY R. ROGERS, JR.** (*hereinafter* **"COOK COUNTY BOARD OF REVIEW COMMISSIONER ROGERS"**); **STANLEY MOORE** (*hereinafter* **"COOK COUNTY 4TH DIST. COMMISSIONER MOORE"**); **JOSEPH ("JOE") BERRIOS** (*hereinafter* **"COOK COUNTY ASSESSOR BERRIOS"**); **CITY OF CHICAGO** (*hereinafter* **"CITY OF CHICAGO"**); **RAHM ISRAEL EMANUEL** (*hereinafter* **"MAYOR EMANUEL"**); **SUE ("SUSAN/SUSIE" SADLOWSKI GARZA** (*hereinafter* **"10th WARD ALDERWOMAN GARZA"**); **DONALD JOHN TRUMP** (*hereinafter* **"REPUBLICAN PRES. NOMINEE TRUMP"**); **THE TRUMP ORGANIZATION** (*hereinafter* **"TRUMP ORGANIZATION"**); **MICHAEL RICHARD PENCE** (*hereinafter* **"REPUBLICAN VICE PRES. NOMINEE PENCE"**); and any and all **"UNKNOWNS"** to the Plaintiff (**CHAMBERS**) who should and/or should have been named as parties; whereas **CHAMBERS** does not *"waive"* her right to add such **"UNKNOWNS"** as Defendants herein in the *above-entitled action*, even up to as information, knowledge, and/or evidence is obtained through discover and other *pretrial* proceedings, but not limited thereto.

## I. NATURE OF THE CASE[4]

    **A.** In this *"Verified Class-Action Complaint,"* **CHAMBERS** seeks that this

court deem **HILLARY DIANE RODHAM CLINTON** (*hereinafter* **"DEMOCRAT PRES.**

---

[4]This *"Verified Class-Action Complaint"* has majority public officials from Illinois as Defendants, but the Plaintiff (**CHAMBERS**) is requesting the appointment of a *"Special Prosecutor"* to investigate these matters as addressed herein in all 50 states and territories to the fullest extent of the law.

NOMINEE H. CLINTON") is *"not qualified"* to campaign and/or be elected for the *"public office"* as President of the **UNITED STATES OF AMERICA** (*hereinafter* "U.S." or "U.S.A.") as well as any of the other Defendants listed here as follows are *"not"* qualified to run/campaign and be elected *"again"* for their respective and/or *"any other public office"* due to one or more prohibited constitutional violations and in pursuant to the **14th Amendment, Section 3 of the U.S. Constitution**, and other *cause-of-actions* within the various **COUNTS** as specified in this *"Verified Class-Action Complaint:"*

(1). DEMOCRAT PRES. NOMINEE H. CLINTON; (2). FORMER PRESIDENT B. CLINTON; (3). DEMOCRAT VICE PRES. NOMINEE KAINE; (4). PRESIDENT OBAMA; (5). U. S. SENATOR DURBIN; (6). U. S. SENATOR KIRK; (7). U. S. HOUSE REP. KELLY; (8). ILLINOIS GOVERNOR RAUNER; (9). IL ATTORNEY GENERAL MADIGAN; (10). IL STATE SENATOR TROTTER; (11). IL STATE REP. EVANS; (12). COOK COUNTY STATE'S ATTORNEY ALVERZ; (13). COOK COUNTY BOARD PRES. PRECKWINKLE; (14). JUDGE GALLAGHER;  (15). JUDGE SANTIAGO; (16). JUDGE RAMOS; (17). COOK COUNTY BOARD OF REVIEW COMMISSIONER ROGERS; (18). COOK COUNTY 4TH DIST. COMMISSIONER MOORE; (19). COOK COUNTY ASSESSOR BERRIOS; (20). MAYOR EMANUEL; and (21). 10th WARD ALDERWOMAN GARZA.

B.     On information and belief, there are millions of *"Illegal Immigrants"* (*a/k/a "Undocumented Aliens"*) (*hereinafter "Illegal Aliens"*) in the **U.S.A.**

1.     Despite this fact, their children (a/k/a *"Anchor Babies,"*) are **also** *"not"* **U.S. Citizens**.

2.     On information and belief, many *"Illegal Aliens"* and/or their *"Anchor Babies"* have registered or either have in the past *"illegally"* voted and/or are intending to vote in this 2016 **U.S.A.** election.

C.     On information and belief, *"Illegally Aliens"* who vote in **U.S.A.** elections are seeking to *"overthrow the U.S.A. governmental systems by changing legislation and the Representation of the 'Republic'"* (from a *"Republican Form of Government"* and the *"independence and sovereignty"* of the **U.S.**), and change/alter *"public policies"* of the **U.S.**

governmental structure and system(s) against *__legal U.S. Citizens__* (who are the *__U.S.__ __Republic__*) to secure for the benefit of *__Illegal Aliens__* education, housing, healthcare, and economic wealth (but not limited thereto) (at the expense of abridging *__constitutional rights__* of *__legal U.S. Citizens__* and the *__involuntary servitude__* of **U.S.** taxpayers' money) for the benefit of *__Illegal Aliens__* in *__aid and comfort,__* but not limited thereto  in the form of government funded programs (federal, state, and local/municipal), benefits, constitutional immunities, rights, liberties (but not limited thereto) to accomplish their agendas in conspiracy (and possibly criminally) with one or more (past or present) elected officials, election candidates, politicians, but not limited thereto in the **CITY OF CHICAGO**, **COOK COUNTY**, **STATE OF ILLINOIS**, and throughout the **U.S.**

D.     The claims/counts in this *__Verified Class-Action Complaint__* are set forth pursuant to the following:  42 U.S.C.A. § 1981, § 1983, § 1985, and § 1986; 18 U.S. Code Chapter 96 - Racketeer Influenced and Corrupt Organizations (RICO) (18 U.S.C. § 1964 and the prohibited activities of 18 U.S.C. § 1962, (but not limited thereto)); the unconstitutionality of various laws and/or public policies; and the violation of various **"ACTS,"** *__Articles,__* and *__Amendments__* to the **U. S.** and **STATE OF ILLINOIS** Constitutions, but not limited thereto.

E.     The claims/counts **are also** in regards to:  violation of the *Sherman Anti-Trust Act*; obstruction of justice; conspiracy, aiding and abetting; deprivation of rights; violation of due process and equal protection; violation of *Public Policy*; unjust enrichment; abridgment of rights; intentional infliction of emotional distress; willful and wanton misconduct; abuse of the corporate forum and corporate trust; breach of fiduciary duties; defrauding the government; breaching the public trust; abuse of power; visiting injustice upon Plaintiff(s) and the Class Members; and the unconstitutionality of *__Sanctuary States, Counties, Municipalities/Cities,__* but not limited thereto.

6

F.      As a *"Class-Action,"* the section entitled, *"Facts Upon Which Relief is Sought"* in pursuant of the counts/claims within this *"Verified Class-Action Complaint"* are asserted and brought by Plaintiff (**CHAMBERS**) are *current, on-going, continual violations of conspiracy, corrupt, and other claims (but not limited thereto) spanning decades* and are *"not"* deemed to be all of the *"facts," "counts,"* and *"claims."* In addition, one or more other Plaintiffs may seek leave to be a party to this action and file additional allegations of facts *"specific"* to their grievances in regards to said Defendants and/or others, by which relief would be sought therein.

G.      This *"Verified Class-Action Complaint"* includes a *"Petition"* to change/transfer venue of the **STATE OF ILLINOIS** case *entitled, "People of the State of Illinois vs. Sandra Ann Chambers,"* case no. **13-MC1-22012901** to this federal court (and/or merge said case of the **STATE OF ILLINOIS** (no. **13-MC1-22012901**) within this *above-entitled action*) to be litigated within this case.

H.      Moreover, on information and belief, there are millions of *"Illegal Aliens"* (*i.e.* Mexicans, but not necessarily limited thereto) claiming to be *"Legal U.S. Citizens"* per the *14th Amendment, Section 1 of the U.S. Constitution* who have either registered, voted early, and/or are planning to *"fraudulently"* vote in the Tuesday, November 8, 2016 **U.S. General Election** to be part of the **U.S.** *"Electorate."*

I.      On information and belief, the *"14th Amendment, Section 1 of the U.S. Constitution"* does *"not"* grant/bestow *"citizenship"* to anyone, but all sections of said *"14th and 15th Amendments to the U.S. Constitution"* (but not limited thereto) are *"guarantees"* for those who are *"already" "Legal U.S. Citizens"* and can tracing their citizenship to a *"condition precedent"* known as an **"ACT"** of Congress, such as the *"Naturalization Act of 1790" and 1791 et seq,*; *"Civil Rights Act of 1866," "Indian Citizenship Act of 1924,"* and the *"Jones–*

***Shafroth Act of 1917"*** (*a/k/a **"Jones Act of Puerto Rico"***), but not limited thereto).

      **J.**    On information and belief, the ***"Illegal Aliens"*** who are trying to ***"pass"*** as ***"Legal U.S. Citizens"*** (claiming to have been born on **U.S.** ***"soil"*** known as ***"Anchor Babies"***) live throughout the **U.S.**; whereas it is believed many ***"Illegal Aliens"*** have taken ***"illegal"*** harbor within the unconstitutional ***"sanctuary"*** cities/states such as, but not limited to places like **CITY OF CHICAGO, COOK COUNTY, STATE OF ILLIONIS,** and other states/cities throughout the **U.S.A.** (and/or territories), and said ***"Illegal Aliens"*** have been provided with ***"aid and comfort"*** by politicians/elected officials in violation of the ***"14th. Amendment, Section 3 of the U.S. Constitution,"*** but not limited thereto.

      **K.**    **CHAMBERS** is a ***"Legal Black U.S. Citizen"*** and ***"registered voter"*** (intending to and/or has already voted in the 2016 General Election), lives in the **CITY OF CHICAGO, COOK COUNTY, STATE OF ILLIONIS,** in the **U.S.A.**) seeks that this court bar/enjoin those ***"Illegal Alien"*** (a/k/a ***"Anchor Babies'"***) votes from being counted and ultimately ***"certified"*** as part of the ***"final tally/total"*** of the ***"Electorate"*** in the **2016 U.S. General Election** (but not limited to); whereas said votes are unconstitutional in violation of ***"Article IV, Section 2, Clause 1 of the U.S. Constitution"*** (right of citizens, immunities, and privileges) and in violation of ***"Article IV, Section 4 of the U.S. Constitution"*** (regarding a ***"guaranteed"*** ***"Republican Form of Government"***), but not limited thereto.

      **L.**    On information and belief, many ***"Illegal Aliens"*** and/or their ***"Anchor Babies"*** who have registered and/or who have ***"illegally"*** voted in this 2016 **U.S.** election (but not limited to the past and/or present) are in violation of the **U.S. and STATE Constitutions** (but not limited thereto) should be prosecuted to the full extent of the law; whereas such ***"illegal voting"*** is a ***"felony"*** in pursuant to the ***"Illegal Immigration Reform and Immigrant Responsibility Act of 1996"*** (signed into law by **FORMER PRESIDENT B. CLINTON**).

**M.** In addition, in this *above-entitled action*, **CHAMBERS** seeks this court rule that requesting/calling for the ***"public disclosure"*** of personal/private tax returns (before, during, and after an election) in an effort to have such candidate release said private/privileged tax returns to the public to abridge constitutional rights, embarrass, bully, intimidate, coerce, harass, emotionally stress, and pressure said candidate for the ***"public disclosure"*** thereof under duress, but not limited thereto (and seeking a perception that a candidate has ***"deliberately"*** **waived** his/her constitutional rights (including but not limited to ***"self-incrimination"*** is ***"illegal"*** and unconstitutional.

**N.** **CHAMBERS** seeks that this court rule that the **CLINTON FOUNDATION** (and all its subsidiaries and partnership corporations (but not limited thereto)) are ***"illegal"*** and ***"unconstitutional"*** corporation(s)/*not-for-profit* foundation(s).

**O.** **CHAMBERS** seeks that this court rule that the ***"privatization"*** of the **U.S.** three branches of government (*i.e.**"Executive Branch"***) and its powers are unconstitutional.

**P.** **CHAMBERS** seeks that this court rule the ***"Presidential Library Act of 1955"*** (and as amended by the ***"Presidential Libraries Act of 1986"*** (44 U.S.C. § 2112)) are specifically for organizing, maintaining and running a ***"Presidential Library"*** and ***"not"*** for continuing the ***"presidency, administration, and/or policies"*** of a former President.

**Q.** **CHAMBERS** seeks this court rule it is ***"unconstitutional"*** for a former President to organize a *non-profit* (but not limited thereto) and/or otherwise seek ***"any"*** means to ***"continue"*** his or her ***"presidency, administration, and/or policies"*** after two terms in office.

**R.** **CHAMBERS** seek this court rule it is ***"unconstitutional"*** to raise taxes and/or use taxpayer dollars of ***"legal U.S. Citizens"*** to ***"abridge"*** rights, privileges, immunities, liberties regarding other ***"Legal U.S. Citizens"*** (*i.e.* ***"Black People,"*** but not limited to).

**S.** **CHAMBERS** seeks that this court appoint a ***"Special Prosecutor"*** and

9

initiate a **"*Grand Jury*"** investigation, issue appropriate indictments, but not limited thereto

regarding the **"GROUP #1 DEFENDANTS"** and **"GROUP #2 DEFENDANTS"** including

both **"*individual Defendants*"** and **"*corporate Entities*,"** but not limited those found to be

violators of laws, complicit, and co-conspirators therein as it relates to any and all criminal

activities (*foreign and domestic*), concerning matters as addressed in this **"*Verified Class-Action*

*Complaint*"** from and within **"*all*"** **50 STATES** and territories to the fullest extent of the law.

   **T.**  The relief **CHAMBERS** is seeking in this **"*Verified Class-Action*

*Complaint*"** is for the court to enter the following court order(s): **(1).** Bar the **"*electoral*"** vote

in **"*sanctuary*"** states, counties, and cities/municipalities (throughout the **U.S.**) from

participating in the November 8, 2016 voting process (even regarding local elections) or

**(2).** Postpone the **"*certification*"** of the 2016 election **"*total*"** until **"*all*"** **50 STATES** (and its

territories) are in compliance with **U.S.** immigration laws by collectively joining together in the

**"*immediate*"** prosecution and removal of **"*Illegal Aliens*"** from the **U.S.** to enforce immigration

laws (but not limited thereto); and **(3).** In addition, remove all federal dollars and contracts from

the election process and issue fines, injunctions, and order the states (*i.e.* **STATE OF**

**ILLINOIS**) to reimburse the federal government of all funds used to **"*aid and support*"** **"*Illegal*

*Aliens*"** where they have **"*illegally*"** taken residence and impersonating a **"*U.S. citizen*"**

throughout the **U.S.A.**

   **U.**  Order the various **50 STATES** (and territories), all corporations,

businesses (but not limited thereto) to **"*not*"** give **"*aid and comfort*"** to **"*Illegal Aliens*"** and

their **"*Anchor Babies*."**

   **V.**  Currently in the U.S., "Black People" are treated like "political prisoners,"

unequal opportunities in education/schools, economics, contracts, job (but not limited thereto),

the U.S. deficit is in the trillions of dollars bracket, many U.S. jobs have gone to foreign

countries, unconstitutional trade deals (*i.e. **North American Free Trade Agreement (NAFTA)***)), and it will cost to remove/deport ***"Illegal Aliens"*** and their ***"Anchor Babies"*** who are committing crimes and abridging the rights of ***"Legal U.S. Citizens"*** (but not limited thereto) as such **CHAMBERS** seeks that this court order the **U.S.** to return ***"Foreign Refugees"*** and enter a cease and desist/injunction order that the **U.S.** discontinue its practice of continuing to give ***"aid and comfort"*** to ***"Foreign Refugees"*** in violation of immigration laws (but not limited thereto).

      **W.**    As ***"Black People"*** **U.S. Constitutional** *"rights"* are being ***"abridged,"*** housing and properties are being sold to ***"foreigners"*** (but not limited thereto corporations/businesses and/or individuals) in those ***"specific"*** ***"Black Communities"*** (and possibly other areas) and therefore **CHAMBERS** seeks that this court order the **U.S.** and various **STATES** (and territories (*if applicable*)) to cease and desist from said ***"illegal"*** practices and repurchase said properties, housing, but not limited thereto for fair market value as was originally and ***"illegally"*** sold.

      **X.**    **CHAMBERS** seeks *class certification*; judgment in favor of the Plaintiff(s) and the **CLASS MEMBERS**, damages, and the following against the Defendants:

      **1.**    **CHAMBERS** seeks a temporary restraining order (TRO), preliminary, and permanent injunctions, cease and desist orders, and the injunctions sought should be enjoined and binding on all Defendants and each of them, their officers, directors, agents, employees, attorneys, shareholders, and successors due to fraud and civil conspiracy to defraud Plaintiff and others similarly situated (public, tax payers, and voters, but not limited thereto) in violation of the United States Constitutional and Illinois Constitutional and upon those persons in active concert or participation with them (*directly and indirectly*) (but not limited thereto) from continuing their policies, practices, actions, and their wrongful and illegal acts, but not limited thereto.

11

**2.** Pierce the corporate veil(s).

**3.** Deem several statutes and/or acts unconstitutional, but not limited thereto state laws/statutes and/or municipal codes.

**Y.** Grant **CHAMBERS'** *"Petition"* to change/transfer venue of the **STATE OF ILLINOIS** case *entitled,* *"People of the State of Illinois vs. Sandra Ann Chambers,"* case no. **13-MC1-22012901** to this federal court (and/or merge said case of the **STATE OF ILLINOIS** (no. **13-MC1-22012901**) within this *above-entitled action*) to be litigated within this case.

**Z.** **CHAMBERS** seeks that this court merge **"Case No. 2015cv06655"** *entitled,* *"Sandra Ann Chambers vs. Kamla Hodges-Ronan et al"* and leave to amend that complaint herein the *above-entitled action.*

**AA.** **CHAMBERS** requests that this court enter judgment in her favor on all Counts in this *"Verified Class-Action Complaint;"* monetary damages; and other relief (individually and as a *"Class-Action"*) due to various *causes-of-actions* against all Defendants in **"GROUP #3 DEFENDANTS"** (an injunction *"only"* regarding *non-disclosure* of tax return(s)) **"GROUP #1 DEFENDANTS"** and **"GROUP #2 DEFENDANTS"** (including both *"individual Defendants"* and *"corporate Entities"*) in compensatory, remote, nominal, and punitive damages for amounts to be determined (but **not** less than $500,000 (Five Hundred Thousand Dollars) compensatory and **not** less than $1,000,000 (One Million Dollars) punitive **for each Count**), nominal and remote damages, declaratory judgment, and injunctions, attorneys' fees *(if applicable)* and costs, prejudgment and *post-judgment* interest, temporary restraining order (TRO), preliminary and permanent injunctions, and any and all other relief as specified in throughout this *"Verified Class-Action Complaint."*

**BB.** Regardless of who becomes President and Vice President of the **UNITED STATES OF AMERICA**, (*"GROUP #1 DEFENDANTS"* (**DEMOCRAT PRES. NOMINEE H. CLINTON** and **DEMOCRAT VICE PRESIDENT NOMINEE KAINE**) or the *"GROUP #3 DEFENDANTS"* (**REPUBLICAN PRES. NOMINEE TRUMP** and **REPUBLICAN VICE PRES. NOMINEE PENCE**)), **CHAMBERS** and *"all"* 4 (four) **CLASS MEMBERS**, who are the *"U.S. Republic"* (and *"Legal U.S. Citizens"* (including *"Black People"*), seek that this court do the following, but not limited thereto as addressed throughout this *"Verified Class-Action Complaint:"* **(1).** Order the *"Executive Branch"* to *"enforce"* the laws of *"immigration immediately;"* **(2).** Deport *"all"* *"Illegal Aliens"* (and their *"Anchor Babies"*) *"immediately;"* **(3).** Secure the *"boards"* of the U.S. *"immediately;"* **(4).** Stop giving *"aid and comfort"* to *"Illegal Aliens"* (and their *"Anchor Babies");"* **(5).** Order *"all"* politicians and elected officials (throughout the U.S. to) *"enforce"* and *"support"* this court's order(s); **(6).** Stop the *"North American Free Trade Agreement (NAFTA);"* **(7).** Stop the *"Transpacific Partnership (TPP);"* **(8).** Stop the *"North Dakota Pipeline"* (but not limited thereto); **(9).** Stop *"sanctuary"* cities, counties, and states/territories from harboring and giving *"aid and comfort"* to *"Illegal Aliens"* and *"Foreign Refugees;"* **(10).** Stop *"gentrifying Black Communities;"* **(11).** Stop selling the *"land and properties"* of the *"Black Communities"* to foreigners and reclaim them; **(12).** Immediately enforce laws, but not limited thereto in *"support"* of *"Legal U.S. Citizens"* owning property (and the retention thereof for their posterity); **(13).** Provide *"Black Public Schools"* (*"Pre-school through 12th Grade,"* even College, University, and trade school levels, but not limited thereto) the same/equal access to federal dollars, land grants, tax payer funds, property taxes, *"Tax Increment Financing (TIF),"* state, county and municipal funds, but not limited thereto; **(14).** Bar the *"federal government"* and *"states"* from denying *"Black People"* jobs and contracts in schools and a fair share

percentage of contract (federal, state, county, and municipal); **(15).** Bar ***"Hedge Fund/Venture Capitalist," "Corporations,"*** but not limited thereto from seeking to ***"enrich themselves"*** off ***"non-profit"*** public school and education systems; **(16).** Stop closing and reopen ***"all" "Black Public Schools;"*** **(17).** Stop creating a ***"different"*** form of education for ***"Black Children"*** such as ***"Charter Schools,"*** but not limited thereto; **(18).** Stop trying to force parents to ***"drug"*** their children with psychotropic (but not limited thereto); **(19).** Stop abridging the rights, liberties, privileges, and immunities of (but not limited thereto) ***"Legal U.S. Citizens"*** (as addressed throughout this ***"Class-Action Lawsuit"***), **(20).** Stop using tax dollars in support of a ***"Democratic Form of Government;"*** **(21).** ***"Support and enforce" "Article IV, Section 4 of the U.S. Constitution"*** regarding a ***"Republican Form of Government;"*** **(22).** Create a curriculum from ***"Pre-School"*** through ***"12th Grade"*** teaching the ***"U.S. Constitution"*** and the ***"State Constitution"*** or ***"Territory/Commonwealth Constitution"*** (where the ***"Legal U.S. Citizen"*** student resides); **(23).** Create a curriculum from ***"Pre-School"*** through ***"12th Grade"*** teaching ***"Article IV, Section 4 of the U.S. Constitution"*** in understanding the principles of a ***"Republican Form of Government;"*** **(24).** Bar federal government and states from limiting the development and trade of **U.S.** agriculture and pasture farming (but not limited to) regarding **U.S.** Businesses, **U.S.** local farming, and the back or front yards of individual ***"Legal U.S. Citizens;"*** **(25).** Allow ***"Legal U.S. Citizens"*** to ***"self-determine"*** what we want and do not want as products to be sold in our stores, neighborhoods, communities, and toxicities on and in our foods such as pesticides, food additives (flavorings, dyes, emulsifiers, preservatives, etc), but not limited thereto ***"on and/or in"*** our food; **(26).** Rule unconstitutional ***"all"*** privatization contracts of federal, state, and local (county and municipal) contracts regarding any and all things belong to the ***"public sector"*** (including but not limited to roads, schools, *toll-ways*, prisons, parking meters, parks, etc); **(27).** Allow ***"Black People"*** to control and determine how they are going to

14

be policed (and their children) just like white people control and determine how they are policed (and their children); **(28).** Enforce the ***"same and equal number of employment/career opportunities"*** in community policing, whereas the race/ethnicity of the police be reflective of the proportion of the population of the community/neighborhood being ***"policed,"*** just as white neighborhoods/communities the ***"police officers"*** and ***"employment/career opportunities"*** reflect the ethnicity/race of where they live; **(29).** Enforce the ***"same and equal number of employment/career opportunities"*** in ***"community development, school contracts, and jobs,"*** (but not limited thereto) in the ***"Black Communities,"*** whereas the race/ethnicity of the ***"employees"*** reflect the proportion of the population of the community/neighborhood being ***"resided,"*** just as white neighborhoods/communities ***"school and neighborhood development contracts and jobs"*** have ***"employment/career opportunities"*** reflective of the ethnicity/race of where they live; **(30).** Stop and return the ***"flow"*** of ***"Foreign Refugees"*** into the **U.S.** if having ***"not"*** been vetted through the channels of laws governing the ***"Uniform Rule of Naturalization"*** as per ***"Article I, Section 8, Clause 4 of the U.S. Constitution"*** and ***"Naturalization Act of 1790" and 1791***, *et seq*., but not limited thereto.

## II.    JURISDICTIONAL STATEMENT

    **A.**    This Court has jurisdiction over the claims contained herein pursuant to 28 U.S.C.A. § 1331 (federal question); 28 U.S.C.A. § 1332 (diversity of citizenship); and 28 U.S.C.A. § 1343.

    **B.**    Jurisdiction is invoked under 28 U.S.C.A. Section 1331 and 1343, 28 U.S.C.A. Section 1988(B), the Civil Rights Act of 1871, the Civil Rights Attorneys Fee Award Act of 1776 (*if applicable*), 42 U.S.C.A. Section 1988, the Constitution of the United States of America and the State of Illinois Constitution, but not limited thereto.

    **C.**    This Court has jurisdiction over the related claims arising under state and local law pursuant to 28 U.S.C. § 1367(a), under the principles of supplemental jurisdiction.

    **D.**    Regarding *"Civil RICO,"* in pursuant of 18 U.S. Code Chapter 96 - Racketeer Influenced and Corrupt Organizations (18 U.S.C. § 1964 and the prohibited activities of 18 U.S.C. § 1962, (but not limited thereto)), this Court has jurisdiction over this matter pursuant to 18 U.S.C. § 1964(a) and 28 U.S.C. § 1331. Venue is proper in this forum pursuant to 18 U.S.C. § 1965(a) & (b), and 28 U.S.C. § 1391(a) & (b). Venue and personal jurisdiction is proper under section 1965(a) because Defendants reside, are found, have an agent, or transact their affairs in this District.

    **E.**    This is a *"Class-Action"* under **Federal Rules of Civil Procedure 23**.

    **F.**    This Court has pendant jurisdiction over the related claims arising under state and local law pursuant to 28 U.S.C. § 1367(a) under the principles of supplemental jurisdiction, which is authorized by F.R.Civ.P. 18(a), and arises under the *doctrine of pendent jurisdiction* as set forth in ***United Mine Workers v. Gibbs***, 383 U.S. 715 (1966).

    **G.**    Venue is proper in this District pursuant to 28 U.S.C. § 1331 & 28 U.S.C. § 1391(a) and/or (b), because Defendants either: **(1).** live and/or work within the United States of America; **(2).** reside in this District; **(3).** doing business or employed in this District; **(4).** the claims arose in this District and/or within the United States of America; and/or **(5).** all of the Defendants are subject to the jurisdictional governing laws of the U.S. Constitution, federal laws, State Constitution(s), but not limited thereto; and **(6)** parties to the *above-entitled action*, events, and/or omissions giving rise to this action, including the unlawful practices alleged herein (but not limited to) the injuries, deprivations, denials, etc), occurred in this District and/or within the **UNITED STATES OF AMERICA**.

16

        **H.**     The amount in controversy exceeds $100,000 (One Hundred Thousand).

(See attached ***"Certificate of Affidavit Sandra Ann Chambers."***)


### III.   CITIZENSHIP OF PARTIES

    **A.**   **Plaintiffs**

       **1.**    Plaintiff, **SANDRA ANN CHAMBERS** (*hereinafter*

"**CHAMBERS**") was at all relevant times having blood ancestry relations of Black/African,

Cherokee Nation, Sioux Nation, Scottish descendants (but not limited to), a ***"legal U.S.A.***

***citizen"*** of the **UNITED STATES OF AMERICA**, a resident in the **STATE OF ILLINOIS**, a

registered voter in **COOK COUNTY**, has a mailing address in the **CITY OF CHICAGO**,

located: P. O. Box 0405, Chicago, IL 60690, and author of the book *entitled*, ***"Property Theft:***

***Chicago Political Corruption Style."***

       **(a).**    The term ***"African-American"*** will be *hereinafter* referred

to as ***"Black"*** and/or (*one-and-the-same* as) ***"legal 'Black' U.S. Citizen"*** and has no reference

and/or meaning to the ***"Africans"*** (***"White or Black"*** who have migrated from the ***"Continent***

***of Africa"*** and/or other indigenous/aboriginal people/areas) who have naturalized in the **U.S.A.**

based on the ***"uniformed rule"*** ***"Naturalization Act of 1790" and 1791***, *et seq*.)

       **(b).**    However, **CHAMBERS'** lineage as ***"Black"*** (of the

**"CLASS #1 MEMBERS"**), is in reference herein as the ***"slave race"*** of people (working for

free to enrich others for generations) as *defined* in the ***Slaughter-House Cases***, 83 U.S. 36; 21

L.Ed. 394; 1872 U.S. LEXIS 1139, but not limited thereto and having one or more ancestors who

obtained ***"legal citizenship"*** in the **U.S.** via the *original* ***"Civil Rights Act of 1866"*** *et seq*.

       **(c).**   **CHAMBERS** is a member of the protective class of

persons in pursuant to **42 U.S.C.A. § 1981**, the ***"Emancipation Proclamation of 1863,"*** and the

*"Civil Rights Act of 1866,"* but not limited thereto.

      **2.**      **CLASS MEMBERS** (*hereinafter* **"THE CLASS"** and/or

**"CLASS MEMBER(S)"**) in pursuant to **Federal Rules of Civil Procedure 23**, are Plaintiffs

consisting of all past, present, and future **UNITED STATES OF AMERICA** *"legal citizens"*

whom (on information and belief number over one million) live, do business (in the past, present,

and/or future) throughout the **U.S.A.**, and within the **STATE OF ILLINOIS**, **COUNTY OF**

**COOK**, and/or **CITY OF CHICAGO.**

      **(a).**    **CLASSES:**

      **(i).**      **CLASS #1:** All (*male and female*) *"legal Black*

*Citizens"* of the **UNITED STATES OF AMERICA** of *"Black African"* descent having one or

more parents' *ancestry* referred to as the *"slave race"* as defined in the *Slaughter-House Cases*,

83 U.S. 36; 21 L.Ed. 394; 1872 U.S. LEXIS 1139); whereas these individual obtained their

*"legal citizenship"* in the **UNITED STATES OF AMERICA** originally via the *"Civil Rights*

*Act of 1866."* (See also *"Civil Rights Act of 1957 "* (*regarding voting*), *"Civil Rights Act of*

*1964"* (*labor laws, school and workplace segregation, interstate commerce, and equal*

*protection*), and *"Civil Rights Act of 1968"*) (*equal housing*; a/k/a *"Fair Housing Act"*) for

guaranteed rights (privileges, immunities, liberties, due process, equal protection, right to vote,

but not limited thereto.). These *"legal"* U.S. Citizens are referred to as *"Black"* *hereinafter* and

are member of a protective class of persons in pursuant to **42 U.S.C.A. § 1981**, but not limited

thereto.

      **(ii).**      **CLASS #2:** All (*male and female*) *"legal Native*

*U.S. Citizen Nations"* (*a/k/a "Indigenous"* and/or *"Aboriginal"*) of the **UNITD STATES OF**

**AMERICA** (*hereinafter "legal Native U.S. Citizen Nations"* and/or *"Tribes"*). During 1774

until about 1832, treaties between individual *"legal U.S. Citizen Nations"* and the U.S. **were**

**negotiated to establish borders** and prescribe conditions of behavior between the parties and on information and belief, **"*non-tribal citizens*"** were required to have a passport to cross **"*legal Native U.S. Citizen Nations*"** land. Negotiated treaties between **"*Tribes*"** and the **U.S.** had to be approved by the **U.S. Congress**. Nevertheless, they obtained **"*citizenship*"** in the **U.S.A.** via the **"Indian Citizenship Act of 1924"** and are referred to as **"*Indians*"** in the Act. **"*Legal Native U.S. Citizen Nations*"** are members of a protective class of persons in pursuant to **42 U.S.C.A. § 1981**, but not limited thereto.

(iii). <u>**CLASS #3:**</u> All **"*legal Women Citizens*"** all *female* **"*legal*"** Citizens of the **UNITED STATES OF AMERICA <u>regardless of Race/Ethnicity</u>** who can trace their **"*legal U.S. citizenship*"** by ancestry to an **"ACT"** (*i.e.* **"Naturalization Act of 1790"** and 1791 *et seq*,; **"Civil Rights Act of 1866," "Indian Citizenship Act of 1924," "Jones– Shafroth Act of 1917"** (*a/k/a* **"Jones Act of Puerto Rico"**) but not limited thereto) and are members of a protective class of persons in pursuant to **42 U.S.C.A. § 1981**, but not limited thereto.

(iv). <u>**CLASS #4:**</u> All *(male and female)* **"*legal*"** Citizens of the **UNITED STATES OF AMERICA <u>regardless of Race/Ethnicity including and both men and women</u>)** who can trace their **"*legal U.S. citizenship*"** by ancestry to an **"ACT"** (*i.e.* **"Naturalization Act of 1790"** and 1791 *et seq*,; **"Civil Rights Act of 1866," "Indian Citizenship Act of 1924," "Jones–Shafroth Act of 1917"** (*a/k/a* **"Jones Act of Puerto Rico"**) but not limited thereto) and are members of a protective class of persons in pursuant to **42 U.S.C.A. § 1981**, but not limited thereto.

(b). As the *above-entitled cause* is a **"*Class-Action Complaint*,"** all those would be **"*legal U.S. Citizen*"** Plaintiffs are members of the various **"*CLASSES*"** and are all past, present, and future (federal and state) **"*legal U.S. citizens*."**

(c). **CLASSES** and the **CLASS MEMBERS** consists of all past, present, and future **UNITED STATES OF AMERICA** *"legal citizens"* who on information and belief number **over one million**.

(d). There are four "**CLASSES**" having specific **CLASS MEMBERS** and the issues relate to the Counts, claims, and the relief sought as specified herein this *"Verified Class-Action Complaint."*

(e). **CLASS #1** - the (*male and female*) *"legal 'Black' U.S. citizens"* number more than 100,000 (one hundred thousand). Some are also in **CLASS #2 MEMBERS** and some are also **CLASS #3 MEMBERS**, but "**ALL**" are **CLASS #4 MEMBERS**.

(f). **CLASS #2** - (*male and female*) *"legal Native U.S. Citizen Nations"* number more than 100,000 (one hundred thousand). Some are also **CLASS #1 MEMBERS** and some are also **CLASS #3 MEMBERS,** about "**ALL**" are **CLASS #4 MEMBERS**.

(g). **CLASS #3** - **CLASS MEMBERS** are all (*past, present, and future*) **UNITED STATES OF AMERICA** *"legal 'Women' citizens."* The "**CLASS #3 MEMBERS**" number more than 100,000 (one hundred thousand). Some are also **CLASS #1 MEMBERS** and some are **CLASS #2 MEMBERS**, but "**ALL**" are **CLASS #4 MEMBERS.**

(h). **CLASS #4** - (*male and female*) **CLASS MEMBERS** are all (*past, present, and future*) **UNITED STATES OF AMERICA** *"legal citizens"* regardless of race or ethnicity (both men and women), whereas the "**CLASS #4 MEMBERS**" number more than 1,000,000 (one million). Some are also **CLASS #1 MEMBERS** , **CLASS #2 MEMBERS**, and **CLASS #3 MEMBERS**.

(i).    **CHAMBERS** is a member of **all** four "**CLASSES**."

(j).    It is the *"interest"* and a Constitutional *"right"* of **all** *"legal citizens"* of the **UNITED STATES OF AMERICA** to bring to the attention of this court **matters of violations of the <u>U.S. Constitution</u> by its own government** and other issues as addressed herein and are issues, but not limited thereto creating slavery and/or involuntary servitude systems (*for profit*) to unjustly enrich, corporations; abridge the liberties of legal citizens and that of their children (posterity); violate equal protection and due process rights; and disturb/violate domestic tranquility, but not limited thereto, whereas the *"specific"* issues and/or facts are detailed within this entire *"Verified Class-Action Complaint*,*"* in the *"**Facts Upon Which Relief is Sought**"* section and in the various "**COUNTS**," which are repeated herein in all paragraphs, subparagraphs (but not limited thereto, including attached exhibits/documents and all affidavits attached herewith as if specifically plead herein.

(k).    The **CLASS MEMBERS** of the *"CLASSES"* are so numerous that joiner of all members are impractical. There are questions of law and fact common to the representative Plaintiff(s) and other **CLASS MEMBERS** of the "**CLASSES**."

(i).    The questions of law and facts common to the various "**CLASSES**" predominate over any question affecting *only* individual "**CLASS MEMBERS**."

(ii).    If individual actions were required to be brought by each "**CLASS MEMBER**" of the "**CLASSES**," multiplicity of suits would result, causing great and undue hardship to the parties and the courts.

(iii).    Therefore, a *"Verified Class-Action Complaint"* is superior to other available methods for the fair and efficient adjudication of the controversy.

21

(l).    The identity of all the **"CLASS MEMBERS"** of the

**"CLASSES"** is presently unknown to the Plaintiff (**CHAMBERS**) but can easily be determined

from the past and present books and records of in the United States of America, the Defendants

(**STATE OF ILLINOIS**, **COOK COUNTY**, and **CITY OF CHICAGO**, but not limited

thereto); records of other states; current and/or archived State Court records/files; public records;

addresses and telephone records; utility company records; birth and death certificates; state,

county, municipal records; government agencies associated with (but not limited thereto) public

aid; census; social security; public housing; apartments and real estate property records;

prison/incarceration records; court documents/records/files; and unemployment insurance

records; but not limited thereto.

(i).    The members of the class are so numerous that

joiner of all members are impractical.

(ii).    There are questions of law and fact common to the

representative parties and other members of the class.

(iii).    The claims of the representative class are common

claims of the Plaintiff (**CHAMBERS**), are of great public interest, due to nature of the

violations (but not limited to).

(iv).    The questions of law and facts common to the

various classes predominate over any question affecting only individual members.

(v).    If individual actions were required to be brought by

each member of the class, multiplicity of suits would result, causing great and undue hardship to

the parties and the courts.

(vi).    Therefore, a *"Class-Action"* is superior to other

available methods for the fair and efficient adjudication of the controversy.

### B. Defendants

**1.** **All of the Defendants** in this action were acting under the authority, regulations, customs, usage's, and public policies (but not limited to) **U.S.A., CITY OF CHICAGO**, **COUNTY OF COOK**, **STATE OF ILLINOIS** governing laws (federal, state, and local), the **"Illinois Constitution,"** the **"U. S. Constitution"** *"under the color of law"* (but not limited thereto), and *"all Defendants"* are subject to the federal laws governing the **UNITED STATES OF AMERICA**, **STATE OF ILLINOIS**, **CITY OF CHICAGO**, and **COUNTY OF COOK** (but not limited thereto), as they relate to the issues and claims/counts within this *"Verified Class-Action Complaint."*

**2.** Defendant **HILLARY DIANE RODHAM** (*hereinafter* **"DEMOCRAT PRES. NOMINEE H. CLINTON"**), (on information and belief) at all relevant times a *"legal citizen"* of the **U.S.A.** and either has a residence, business, office, and/or mailing address located: **(i).** 610 President Clinton Avenue, Little Rock, AR 72201; **(ii). William J. Clinton Foundation Corporation** c/o **NRAI Services, Inc.** 1200 South Pine Island Road, Plantation, FL 33324; **(iii).** P. O. Box 1104, Little Rock, AR 72201; **(iv).** 1200 President Clinton Avenue, Little Rock, AR 72201; **(v).** Registered Agent c/o **United States Attorney's Office Northern District of Illinois, Eastern Division**, 219 S. Dearborn Street, 5th Floor, Chicago, IL 60604.

**(a).** On information and belief, **DEMOCRAT PRES. NOMINEE H. CLINTON** (an American politician and attorney), was employed by the **UNITED STATES OF AMERICA**, (*former* and 67th U.S. Secretary of State, and *former* junior U. S. Senator representing New York 2001 to 2009), *"First Lady of the United States"* during the presidency of her husband (**WILLIAM JEFFERSON ("BILL") CLINTON**) from 1993 to 2001, *"First Lady of Arkansas"* during her husband's governorship from 1979 to 1981 and from

23

1983 to 1992, and (on information and belief an owner/officer/member/employee of the **BILL, HILLARY, AND CHELSEA CLINTON FOUNDATION**.

      **(b).** **DEMOCRAT PRES. NOMINEE H. CLINTON** is responsible and can be held liable for her wrongful/illegal acts regarding and in relation to herself, officers, directors, employees, agents, and independent contractors, but not limited thereto.

      **(c).** **DEMOCRAT PRES. NOMINEE H. CLINTON** sued in both individually and in her official capacities.

      **(d).** **DEMOCRAT PRES. NOMINEE H. CLINTON** was acting under the authority of her position as a ***"Democratic Pres. Nominee"*** and ***"Officer, Member, Employee, and/or Owner"*** of the ***"William J. Clinton Foundation Corporation"*** under regulations, customs and usages of the **U.S.A.**, **STATE OF ILLINOIS**, **COOK COUNTY**, **CITY OF CHICAGO**, and ***"under the color of law."***

      **(e).** **DEMOCRAT PRES. NOMINEE H. CLINTON** is subject to the federal laws and the constitutions (but not limited thereto) governing the **U.S.A.**, **STATE OF ILLINOIS**, **CITY OF CHICAGO**, and **COOK COUNTY**, but not limited thereto.

      **3.** **BILL, HILLARY, AND CHELSEA CLINTON FOUNDATION** (a/k/a **"CLINTON FOUNDATION"** and *originally known as **"The William J. Clinton Presidential Library Foundation"***) a *non-profit* corporation (*hereinafter* **"CLINTON FOUNDATION"**), on information has an **Tax Identification Number (EIN): 31-1580204 and Secretary of State No. CC5327566488 in the state of Florida**; and believed to have a business, office, and/or mailing address located: **(i).** 610 President Clinton Avenue, Little Rock, AR 72201; **(ii).** P. O. Box 1104, Little Rock, AR 72201; **(iii).** 1200 President Clinton

Avenue, Little Rock, AR 72201; and/or **(iv).** Registered Agent: c/o **NRAI Services, Inc.** 1200 South Pine Island Road, Plantation, FL 33324.

        **(a).**    On information and belief, **CLINTON FOUNDATION** (was founded in 1997 as the **William J. Clinton Presidential Library Foundation**, and called during 2013–15 the **BILL, HILLARY, & CHELSEA CLINTON FOUNDATION**), is a ***"nonprofit"*** section 501(c)(3) of the U.S. tax code.  It has been reported to have been developed by former President of the United States  Bill Clinton with an ***"alleged"*** stated mission to *"strengthen the capacity of people throughout the world to meet the challenges of global interdependence."*

        **(b).**    When referring to the **"CLINTON FOUNDATION,"** in this *above-entitled action*, it is noted herein as ***one-and-the-same "non-profit"*** corporation as the " **BILL, HILLARY, & CHELSEA CLINTON FOUNDATION** " and originally known as the **"WILLIAM J. CLINTON PRESIDENTIAL LIBRARY FOUNDATION,"** which may be named either within this ***"Verified Class-Action Complaint"*** in historical *time-line* perspective, but not limited thereto.

        **(c).**    The **CLINTON FOUNDATION** is responsible and can be held liable for its wrongful/illegal acts regarding and in relation to its officers, directors, employees, agents, independent contractors, the ***"illegal immigrants/aliens,"*** but not limited thereto.

        **(d).**    **CLINTON FOUNDATION** was acting under the authority as a ***"Not-for-Profit Foundation,"*** but not limited thereto under regulations, customs and usages of the **U.S.A.**, **STATE OF ILLINOIS**, **COOK COUNTY**, **CITY OF CHICAGO**, and ***"under the color of law."***

(e).     The **CLINTON FOUNDATION** is subject to the federal laws, constitutions (but not limited thereto) governing the **U.S.A.** and the **STATE OF ILLINOIS**, **CITY OF CHICAGO**, and **COOK COUNTY**.

4.     **WILLIAM JEFFERSON ("BILL") CLINTON** (*former* and 42nd U.S. President, founder and President of the **BILL, HILLARY, AND CHELSEA CLINTON FOUNDATION**) (*hereinafter* **"FORMER PRESIDENT B. CLINTON"**) and (on information and belief) at all relevant times a ***"legal citizen"*** of the **U.S.A.** and either has a residence, business, office, and/or mailing address located:  **(i).** 610 President Clinton Avenue, Little Rock, AR 72201; **(ii).** P. O. Box 1104, Little Rock, AR 72201; **(iii).** 1200 President Clinton Avenue, Little Rock, AR 72201; and/or **(iv).** Registered Agent: c/o **NRAI Services, Inc.** 1200 South Pine Island Road, Plantation, FL  33324.

(a).     On information and belief, **FORMER PRESIDENT B. CLINTON** (an American politician and attorney) was employed by the **UNITED STATES OF AMERICA** as the ***"42nd U.S. President"*** of the **U.S.A.**  On information and belief, he obtained a law degree from Yale Law School.  He was Governor of Arkansas, overhauled the state's education system, and was a chairman of the National Governors Association.  He was elected President of the **U.S.A.** in 1992, defeating incumbent George H. W. Bush.  He signed into law the ***"North American Free Trade Agreement"*** **(NAFTA)**.  The **Democratic House** was ousted when the **Republican Party** won control of the **Congress** in 1994, for the first time in 40 years.  Two years later, **FORMER PRESIDENT B. CLINTON** became the first Democrat since Franklin D. Roosevelt to be elected President twice.  He was reelected to a second term in 1996.

(b).     **FORMER PRESIDENT B. CLINTON** is responsible and can be held liable for his wrongful/illegal acts regarding and in relation to himself, officers, directors, employees, agents, and independent contractors, but not limited thereto.

(c). **FORMER PRESIDENT B. CLINTON** sued in both individually and in his official capacities.

(d). **FORMER PRESIDENT B. CLINTON** was acting under the authority of his position as a former and *"42nd U.S. President"* of the U.S.A. and Owner/Founder/President/Employee of the **CLINTON FOUNDATION** under regulations, customs and usages of the **U.S.A.**, **STATE OF ILLINOIS**, **COOK COUNTY**, **CITY OF CHICAGO**, and *"under the color of law."*

(e). **FORMER PRESIDENT B. CLINTON** is subject to the federal laws and the constitutions (but not limited thereto) governing the **U.S.A.**, **STATE OF ILLINOIS**, **CITY OF CHICAGO**, and **COOK COUNTY**, but not limited thereto.

5.      Defendant **TIMOTHY MICHAEL ("TIM") KAINE** (*hereinafter* **"DEMOCRAT VICE PRES. NOMINEE KAINE"**) (on information and belief), at all relevant times a *"legal citizen"* of **U.S.A.** and has either a residence, business, office, and/or mailing address located: **(i). U.S. Senator for Virginia**, 231 Russell Senate Office Building, Washington, D.C. 20510; **(ii).** 308 Craghead Street, Suite 102A, Danville, VA 24541; **(iii).** Registered Agent c/o **United States Attorney's Office Eastern District of Virginia**, Justin W. Williams United States Attorney's Building, 2100 Jamieson Ave, Alexandria, VA 22314; and/or **(iv).** Registered Agent c/o **United States Attorney's Office Northern District of Illinois, Eastern Division**, 219 S. Dearborn Street, 5th Floor, Chicago, IL 60604.

(a).     On information and belief, **DEMOCRAT VICE PRES. NOMINEE KAINE** is an American politician, attorney, a *"U.S. Senator for Virginia"* (since elected in 2012), the Defendant **HILLARY DIANE RODHAM CLINTON** announced she had selected **TIMOTHY MICHAEL ("TIM") KAINE** as her (**H. CLINTON'S**) vice presidential running mate in the 2016 presidential election in the **U.S.A.**

27

**(b).** **DEMOCRAT VICE PRES. NOMINEE KAINE** is responsible and can be held liable for his wrongful/illegal acts regarding and in relation to himself, officers, directors, employees, agents, and independent contractors, but not limited thereto.

**(c).** **DEMOCRAT VICE PRES. NOMINEE KAINE** sued in both individually and in his official capacities.

**(d).** **DEMOCRAT VICE PRES. NOMINEE KAINE** was acting under the authority of his position as a ***"Democrat Vice Pres. Nominee"*** under regulations, customs and usages of the **U.S.A.**, **STATE OF ILLINOIS**, **COOK COUNTY**, **CITY OF CHICAGO**, and ***"under the color of law."***

**(e).** **DEMOCRAT VICE PRES. NOMINEE KAINE** is subject to the federal laws and constitutions (but not limited thereto) governing the **U.S.A.**, **STATE OF ILLINOIS**, **CITY OF CHICAGO**, and **COOK COUNTY**, but not limited thereto.

**6.** Defendant **UNITED STATES OF AMERICA** (*hereinafter* **"U.S.A.** or **U.S.**), (also called **UNITED STATES**, the **U.S.**, the **USA**, **AMERICA** and the **STATES**), is a federal constitutional republic comprising fifty states and a federal district. The country is situated mostly in central North America, where its forty-eight contiguous states and Washington, D.C., the capital district, lie between the Pacific and Atlantic Oceans, bordered by Canada to the north and Mexico to the south. The state of Alaska is in the northwest of the continent, with Canada to the east and Russia to the west across the Bering Strait. The state of Hawaii is an archipelago in the *mid-Pacific*. The country also possesses several territories in the Pacific and Caribbean and all (as addressed herein) are included in reference to and in regards to the *above-entitled action* when referring to the **"U.S.A."**

**(a).** On information and belief, the **UNITED STATES OF**

28

**AMERICA** has either a Registered Agent mailing address located:  c/o **United States Attorney's Office Northern District of Illinois, Eastern Division**, 219 S. Dearborn Street, 5th Floor, Chicago, IL  60604.

    **(b).**  **UNITED STATES OF AMERICA** is responsible and can be held liable for its wrongful/illegal acts regarding and in relation to its, *"citizens,"* officers, directors, employees, agents, independent contractors, *"illegal immigrants/aliens,"* but not limited thereto.

    **(c).**  **UNITED STATES OF AMERICA** was acting under the authority as a *"Republic," "Country,"* but not limited thereto under regulations, customs and usages of the **U.S.A.**, **STATE OF ILLINOIS**, **COOK COUNTY**, **CITY OF CHICAGO**, and *"under the color of law."*

    **(d).**  **UNITED STATES OF AMERICA** is subject to the federal laws, constitutions (but not limited thereto) governing the **U.S.A.** and the **STATE OF ILLINOIS**, **CITY OF CHICAGO**, and **COOK COUNTY**.

    **7.**  Defendant **U.S. PRESIDENT BARACK HUSSEIN OBAMA II** (*hereinafter* **"PRESIDENT OBAMA"**), employed by the **UNITED STATES OF AMERICA** is the current and the 44th President of the **UNITED STATES OF AMERICA** having an office/mailing address in Washington, DC (located: **(i).** The White House 1600 Pennsylvania Avenue NW, Washington, DC  20500) and/or **(ii).** Registered Agent c/o **United States Attorney's Office Northern District of Illinois, Eastern Division**, 219 S. Dearborn Street, 5th Floor, Chicago, IL  60604.

    **(a).**  On information and belief, **U.S. PRESIDENT BARACK HUSSEIN OBAMA II** lives in the **UNITED STATES OF AMERICA**, was an Illinois State

Senator and on information and belief, continues to maintain a residence in the **CITY OF CHICAGO**, **COUNTY OF COOK**, and **STATE OF ILLINOIS**.

(b). **U.S. PRESIDENT BARACK HUSSEIN OBAMA II** is responsible and can be held liable for his wrongful/illegal acts regarding and in relation to himself, officers, directors, employees, agents, and independent contractors, but not limited thereto.

(c). **U.S. PRESIDENT BARACK HUSSEIN OBAMA II** sued in both individually and in his official capacities.

(d). **U.S. PRESIDENT BARACK HUSSEIN OBAMA II** was acting under the authority of his position as ***"President of the United States of America"*** and under regulations, customs and usages of the **U.S.A.**, **STATE OF ILLINOIS**, **COOK COUNTY**, **CITY OF CHICAGO**, and ***"under the color of law."***

(e). **U.S. PRESIDENT BARACK HUSSEIN OBAMA II** is subject to the federal laws and the constitutions (but not limited thereto) governing the **U.S.A.**, **STATE OF ILLINOIS**, **CITY OF CHICAGO**, and **COOK COUNTY**, but not limited thereto.

8. Defendant **RICHARD JOSEPH ("DICK") DURBIN** (*hereinafter* **"U. S. SENATOR DURBIN"**) (on information and belief) at all relevant times a ***"legal citizen"*** of the **U.S.A.** and either has a residence, business, office, and/or mailing address located: **(i).** 711 Hart Senate Office Building Washington DC 20510 and/or **(ii).** Registered Agent c/o **United States Attorney's Office, Northern District of Illinois, Eastern Division**, 219 S. Dearborn Street, 5th Floor, Chicago, IL 60604.

(a). On information and belief, **U. S. SENATOR DURBIN** (an American politician), was employed by the **UNITED STATES OF AMERICA** as a ***"U.S. Senator."***

30

**(b).** **U. S. SENATOR DURBIN** is responsible and can be held liable for his wrongful/illegal acts regarding and in relation to himself, officers, directors, employees, agents, and independent contractors, but not limited thereto.

**(c).** **U. S. SENATOR DURBIN** sued in both individually and in his official capacities.

**(d).** **U. S. SENATOR DURBIN** was acting under the authority of his position as a *"U.S. Senator"* under regulations, customs and usages of the **U.S.A.**, **STATE OF ILLINOIS**, **COOK COUNTY**, **CITY OF CHICAGO**, and *"under the color of law."*

**(e).** **U. S. SENATOR DURBIN** is subject to the federal laws and the constitutions (but not limited thereto) governing the **U.S.A.**, **STATE OF ILLINOIS**, **CITY OF CHICAGO**, and **COOK COUNTY**, but not limited thereto.

**9.** Defendant **MARK STEVEN KIRK** (*hereinafter* **"U. S. SENATOR KIRK"**) (on information and belief) at all relevant times a *"legal citizen"* of the **U.S.A.** and either has a residence, business, office, and/or mailing address located: **(i)**. 524 Hart Senate Office Building Washington DC 20510; and/or **(ii).** Registered Agent c/o **United States Attorney's Office, Northern District of Illinois, Eastern Division**, 219 S. Dearborn Street, 5th Floor, Chicago, IL 60604.

**(a).** On information and belief, **U. S. SENATOR KIRK** (an American politician) was employed by the **UNITED STATES OF AMERICA** as a *"U.S. Senator."*

**(b).** **U. S. SENATOR KIRK** is responsible and can be held liable for his wrongful/illegal acts regarding and in relation to himself, officers, directors, employees, agents, and independent contractors, but not limited thereto.

31

(c).    **U. S. SENATOR KIRK** sued in both individually and in his official capacities.

(d).    **U. S. SENATOR KIRK** was acting under the authority of his position as a *"U.S. Senator"* under regulations, customs and usages of the **U.S.A.**, **STATE OF ILLINOIS**, **COOK COUNTY**, **CITY OF CHICAGO**, and *"under the color of law."*

(e).    **U. S. SENATOR KIRK** is subject to the federal laws and the constitutions (but not limited thereto) governing the **U.S.A.**, **STATE OF ILLINOIS**, **CITY OF CHICAGO**, and **COOK COUNTY**, but not limited thereto.

10.    Defendant **ROBIN LYNNE KELLY** (*hereinafter* "**U. S. HOUSE REP. KELLY**") (on information and belief) at all relevant times a *"legal citizen"* of the **U.S.A.** and either has a residence, business, office, and/or mailing address located:  Registered Agent c/o **United States Attorney's Office, Northern District of Illinois, Eastern Division**, 219 S. Dearborn Street, 5th Floor, Chicago, IL  60604.

(a).    On information and belief, **U. S. HOUSE REP. KELLY** (an American politician), is *currently* employed by the **UNITED STATES OF AMERICA** as a *"U.S. House Representative."*

(b).    **U. S. HOUSE REP. KELLY** is responsible and can be held liable for his wrongful/illegal acts regarding and in relation to himself, officers, directors, employees, agents, and independent contractors, but not limited thereto.

(c).    **U. S. HOUSE REP. KELLY** sued in both individually and in his official capacities.

(d).    **U. S. HOUSE REP. KELLY** was acting under the authority of his position as a *"U.S. House Representative"* under regulations, customs and usages of the

32

U.S.A., **STATE OF ILLINOIS**, **COOK COUNTY**, **CITY OF CHICAGO**, and ***"under the color of law."***

        **(e).**    **U. S. HOUSE REP. KELLY** is subject to the federal laws and the constitutions (but not limited thereto) governing the **U.S.A.**, **STATE OF ILLINOIS**, **CITY OF CHICAGO**, and **COOK COUNTY**, but not limited thereto.

        **11.**    **STATE OF ILLINOIS** (*hereinafter* **"STATE OF ILLINOIS"**) Defendant **STATE OF ILLINOIS** ((*hereinafter* **"STATE OF ILLINOIS"**), entered the union on December 3, 1818 and became the 21st state to ratify the **U. S. Constitution**. The ***STATE OF ILLINOIS*** is located in the *mid-western* area of the **UNITED STATES OF AMERICA**. It ranks 25th in terms of total land area, fifth in terms of population, and is home to **COOK COUNTY** and the **CITY OF CHICAGO** the third most populous city in the United States. **STATE OF ILLINOIS** is responsible and can be held liable for its wrongful/illegal acts and that of its officers, directors, employees, agents, and/or ***Illinois*** state ***"contracted"*** corporations (but not limited thereto).

        **(a).**    On information and belief, **STATE OF ILLINOIS** was acting under the authority as a ***state within the territory/jurisdiction*** of the **UNITED STATES OF AMERICA** and has a Registered Agent mailing address located: c/o **Lisa Madigan** (Illinois Attorney General) Office of the Attorney General, James R. Thompson Center (JRTC) 100 W. Randolph Street, Chicago, IL 60601.

        **(b).**    **STATE OF ILLINOIS** is responsible and can be held liable for its wrongful/illegal acts regarding itself and that of it officers, directors, employees, agents, independent contractors, ***"illegal immigrants/aliens,"*** but not limited thereto.

        **(c).**    **STATE OF ILLINOIS** was acting under the authority as a ***"State"*** within the union of the ***"U.S.A.,"*** but not limited thereto under regulations, customs and

usages of the **U.S.A.**, **STATE OF ILLINOIS**, **COOK COUNTY**, **CITY OF CHICAGO**, and *"__under the color of law.__ "*

(d).    **STATE OF ILLINOIS** is subject to the federal laws, constitutions (but not limited thereto) governing the **U.S.A.** and the **STATE OF ILLINOIS**, **CITY OF CHICAGO**, and **COOK COUNTY**.

12.    Defendant **BRUCE VINCENT RAUNER** (*hereinafter* **"ILLINOIS GOVERNOR RAUNER"**) is the highest ranking officer of the **STATE OF ILLINOIS** as its 42nd and *current* Governor since January 12, 2009, has a Registered Agent mailing address located:  **(i).** Office of the Governor 207 State House Springfield, IL  62706 and/or **(ii).** c/o **Lisa Madigan** (Illinois Attorney General) Office of the Attorney General,  James R. Thompson Center (JRTC) 100 W. Randolph Street, Chicago, IL  60601.

(a).    The **ILLINOIS GOVERNOR RAUNER** is the head of the executive branch of *Illinois'* government and the *commander-in-chief* of the state's military forces.  An Illinois Governor has a duty to enforce *"__constitutional__ "* state laws and the power to either approve or veto bills passed by the *Illinois* Legislature, to convene the legislature, and to grant pardons.  **ILLINOIS GOVERNOR RAUNER** is responsible and can be held liable for his wrongful/illegal acts and that of his officers, directors, employees, agents, and/or *Illinois* state and *"__contracted__ "* corporations (but not limited thereto).  On information and belief, **ILLINOIS GOVERNOR QUINN** lives in the State of Illinois, employed, and/or doing business therein. **ILLINOIS GOVERNOR RAUNER** sued in both individually and in his official capacities.

(b).    **ILLINOIS GOVERNOR RAUNER** is responsible and can be held liable for his wrongful/illegal acts regarding and in relation to himself, officers, directors, employees, agents, and independent contractors, but not limited thereto.

34

**(c).** **ILLINOIS GOVERNOR RAUNER** sued in both individually and in his official capacities.

**(d).** **ILLINOIS GOVERNOR RAUNER** was acting under the authority of his position as a *"Governor"* (of the **STATE OF ILLINOIS**) under regulations, customs and usages of the **U.S.A.**, **STATE OF ILLINOIS**, **COOK COUNTY**, **CITY OF CHICAGO**, and *"under the color of law."*

**(e).** **ILLINOIS GOVERNOR RAUNER** is subject to the federal laws and the constitutions (but not limited thereto) governing the **U.S.A.**, **STATE OF ILLINOIS**, **CITY OF CHICAGO**, and **COOK COUNTY**, but not limited thereto.

**13.** Defendant **LISA MURRAY MADIGAN** (*hereinafter* **"IL ATTORNEY GENERAL MADIGAN"**) (on information and belief) at all relevant times, a *"legal citizen"* of the **U.S.A.** and either has a residence, business, office, and/or mailing address located: c/o **Lisa Madigan** (Illinois Attorney General) Office of the Attorney General, James R. Thompson Center (JRTC) 100 W. Randolph Street, Chicago, IL 60601.

**(a).** On information and belief, **LISA MURRAY MADIGAN** (an American politician), is *currently* employed by the **UNITED STATES OF AMERICA** as a *"IL Attorney General."*

**(b).** **IL ATTORNEY GENERAL MADIGAN** is responsible and can be held liable for her wrongful/illegal acts regarding and in relation to herself, officers, directors, employees, agents, and independent contractors, but not limited thereto.

**(c).** **IL ATTORNEY GENERAL MADIGAN** sued in both individually and in her official capacities.

**(d).** **IL ATTORNEY GENERAL MADIGAN** was acting under the authority of her position as a *"IL Attorney General"* under regulations, customs and usages

35

of the **U.S.A.**, **STATE OF ILLINOIS**, **COOK COUNTY**, **CITY OF CHICAGO**, and ***"under the color of law."***

      **(e).**    **IL ATTORNEY GENERAL MADIGAN** is subject to the federal laws and the constitutions (but not limited thereto) governing the **U.S.A.**, **STATE OF ILLINOIS**, **CITY OF CHICAGO**, and **COOK COUNTY**, but not limited thereto.

      **14.**    Defendant **DONNE E. TROTTER** (*hereinafter* **"IL STATE SENATOR TROTTER"**) (on information and belief) at all relevant times, a ***"legal citizen"*** of the **U.S.A.** and either has a residence, business, office, and/or mailing address located: **(i).** **Senate District 17**, 8658 S. Cottage Grove Ave, Chicago, IL 60619; **(ii). Springfield Office**, **Senator 17th District**, 627 Capitol Building, Springfield, IL 62706; and/or **(iii).** c/o **Lisa Madigan** (Illinois Attorney General) Office of the Attorney General, James R. Thompson Center (JRTC) 100 W. Randolph Street, Chicago, IL 60601.

      **(a).**    On information and belief, (an American politician) **DONNE E. TROTTER** is an employed by the **STATE OF ILLINOIS** as an ***"Illinois State Senator"*** of District 17.

      **(b).**    **IL STATE SENATOR TROTTER** is responsible and can be held liable for his wrongful/illegal acts regarding and in relation to himself, officers, directors, employees, agents, and independent contractors, but not limited thereto.

      **(c).**    **IL STATE SENATOR TROTTER** sued in both individually and in his official capacities.

      **(d).**    **IL STATE SENATOR TROTTER** was acting under the authority of his position as a ***"Illinois State Senator"*** (District 17), under regulations, customs and usages of the **U.S.A.**, **STATE OF ILLINOIS**, **COOK COUNTY**, **CITY OF CHICAGO**, and ***"under the color of law."***

(e).    **IL STATE SENATOR TROTTER** is subject to the federal

laws and the constitutions (but not limited thereto) governing the **U.S.A.**, **STATE OF**

**ILLINOIS**, **CITY OF CHICAGO**, and **COOK COUNTY**, but not limited thereto.

15.    **MARCUS EVANS, JR.** (*hereinafter* **"IL STATE REP. EVANS"**)

(on information and belief) at all relevant times a ***"legal citizen"*** of the **U.S.A.** and either has a

residence, business, office, and/or mailing address located: **(i).** (D-IL 33rd District) 276-S

Stratton Building, Illinois 62706; **(ii).** 8539 South Cottage Grove Avenue Chicago, Illinois

60619; and/or **(iii).** Registered Agent c/o **Lisa Madigan** (Illinois Attorney General) Office of the

Attorney General, James R. Thompson Center (JRTC) 100 W. Randolph Street, Chicago, IL

60601.

(a).    On information and belief, **MARCUS EVANS, JR.** (an

American politician) was employed by the **STATE OF ILLINOIS** as an ***"Illinois State***

***Representative."***

(b).    **IL STATE REP. EVANS** is responsible and can be held

liable for his wrongful/illegal acts regarding and in relation to himself, officers, directors,

employees, agents, and independent contractors, but not limited thereto.

(c).    **IL STATE REP. EVANS** sued in both individually and in

his official capacities.

(d).    **IL STATE REP. EVANS** was acting under the authority of

his position as an ***"Illinois State Representative"*** under regulations, customs and usages of the

**U.S.A.**, **STATE OF ILLINOIS**, **COOK COUNTY**, **CITY OF CHICAGO**, and ***"under the***

***color of law."***

37

(e). **IL STATE REP. EVANS** is subject to the federal laws and the constitutions (but not limited thereto) governing the **U.S.A., STATE OF ILLINOIS, CITY OF CHICAGO**, and **COOK COUNTY**, but not limited thereto.

16. **ANITA ALVERZ** (*hereinafter* **"COOK COUNTY STATE'S ATTORNEY ALVERZ"**) (on information and belief) at all relevant times a ***"legal citizen"*** of the **U.S.A.** and either has a residence, business, office, and/or mailing address located: **(i).** and **(ii).** c/o David Orr, Cook County Clerk, 69 W. Washington, Suite 500, Chicago, IL 60602.

(a). On information and belief, **ANITA ALVERZ** (an American politician), is *currently* employed by the **COOK COUNTY** in the **STATE OF ILLINOIS** and is the ***"Cook County State's Attorney."***

(b). **COOK COUNTY STATE'S ATTORNEY ALVERZ** is responsible and can be held liable for his wrongful/illegal acts regarding and in relation to himself, officers, directors, employees, agents, and independent contractors, but not limited thereto.

(c). **COOK COUNTY STATE'S ATTORNEY ALVERZ** sued in both individually and in her official capacities.

(d). **ATTORNEY ALVERZ** was acting under the authority of her position as a ***"Cook County State's Attorney"*** under regulations, customs and usages of the **U.S.A., STATE OF ILLINOIS, COOK COUNTY, CITY OF CHICAGO**, and ***"under the color of law."***

(e). **COOK COUNTY STATE'S ATTORNEY ALVERZ** is subject to the federal laws and the constitutions (but not limited thereto) governing the **U.S.A., STATE OF ILLINOIS, CITY OF CHICAGO**, and **COOK COUNTY**, but not limited thereto.

38

17. Defendant **COOK COUNTY** (*hereinafter* **"COOK COUNTY"**) is a county in the **STATE OF ILLINOIS**, with its county seat in the **CITY OF CHICAGO**. It is the second most populous county in the **UNITED STATES OF AMERICA.** It has 130 incorporated cities/municipalities (the largest is **CITY OF CHICAGO** which makes up approximately 54% of the population of the county), whereas **COOK COUNTY** was incorporated on January 15, 1831. Geographically **COOK COUNTY** is the fifth largest in Illinois by land area and shares the state's Lake Michigan shoreline with Lake County. **COOK COUNTY** is mainly urban and very densely populated, containing the **CITY OF CHICAGO** and suburbs.

(a). On information and belief, **COOK COUNTY** was acting under the authority as a ***"County"*** of the **COOK COUNTY** and has a ***"Registered Agent"*** mailing address located: c/o David Orr, Cook County Clerk, 69 W. Washington, Suite 500, Chicago, IL 60602.

(b). **COOK COUNTY** is responsible and can be held liable for its wrongful/illegal acts regarding itself and that of its officers, directors, employees, agents, independent contractors, ***"illegal immigrants/aliens,"*** but not limited thereto.

(c). **COOK COUNTY** was acting under the authority as a ***"County"*** within the **"STATE OF ILLINOIS,"** but not limited thereto under regulations, customs and usages of the **U.S.A.**, **STATE OF ILLINOIS**, **COOK COUNTY**, **CITY OF CHICAGO**, and ***"under the color of law."***

(d). **COOK COUNTY** is subject to the federal laws, constitutions (but not limited thereto) governing the **U.S.A.** and the **STATE OF ILLINOIS**, **CITY OF CHICAGO**, and **COOK COUNTY**.

18.     Defendant **TONI PRECKWINKLE** (*hereinafter* **"COOK COUNTY BOARD PRES. PRECKWINKLE"**) (on information and belief), at all relevant times a ***"legal citizen"*** of the **U.S.A.** and either has a residence, business, office, and/or mailing address located: **(i).** 118 North Clark, Room 537, Chicago, IL 60602 and/or **(ii).** Registered Agent: c/o **David Orr, Cook County Clerk**, 69 W. Washington, Suite 500, Chicago, IL 60602.

(a).     On information and belief, **TONI PRECKWINKLE** (an American politician) is *currently* employed by the **COOK COUNTY** as the ***"Cook County Board President."***

(b).     **COOK COUNTY BOARD PRES. PRECKWINKLE** is responsible and can be held liable for her wrongful/illegal acts regarding and in relation to herself, officers, directors, employees, agents, and independent contractors, but not limited thereto.

(c).     **COOK COUNTY BOARD PRES. PRECKWINKLE** sued in both individually and in her official capacities.

(d).     **COOK COUNTY BOARD PRES. PRECKWINKLE** was acting under the authority of her position as a ***"Cook County Board President"*** under regulations, customs and usages of the **U.S.A.**, **STATE OF ILLINOIS**, **COOK COUNTY**, **CITY OF CHICAGO**, and ***"under the color of law."***

(e).     **COOK COUNTY BOARD PRES. PRECKWINKLE** is subject to the federal laws and the constitutions (but not limited thereto) governing the **U.S.A.**, **STATE OF ILLINOIS**, **CITY OF CHICAGO**, and **COOK COUNTY**, but not limited thereto.

19.     Defendant **DANIEL J. GALLAGHER** (*hereinafter* **"JUDGE GALLAGHER"**) (on information and belief), at all relevant times lives in, is employed, and/or doing business therein within the **U.S.A.**, **STATE OF ILLINOIS**, **COOK COUNTY**, **CITY OF**

40

CHICAGO and a *"Judge"* in the **Illinois Circuit Court of Cook County** of the **STATE OF ILLINOIS** having a courtroom/office/mailing address located 155 West 51st Street, Chicago, IL 60609, (**Branch No. 34, Room No. 1**) and either has a residence, business, office, and/or mailing address located: **(i).** Registered Agent: c/o **David Orr, Cook County Clerk**, 69 W. Washington, Suite 500, Chicago, IL 60602.

**(a).** On information and belief, **JUDGE GALLAGHER** is *currently* employed by **COOK COUNTY** as an *"Illinois Circuit Court of Cook County Judge."*

**(b).** **JUDGE GALLAGHER** is responsible and can be held liable for his wrongful/illegal acts regarding and in relation to himself and that of his officers, directors, employees, agents, and independent contractors, but not limited thereto.

**(c).** **JUDGE GALLAGHER** sued in both individually and in his official capacities.

**(d).** **JUDGE GALLAGHER** was acting under the authority of his position as an *"Illinois Circuit Court of Cook County Judge"* under regulations, customs and usages of the **U.S.A.**, **STATE OF ILLINOIS**, **COOK COUNTY**, **CITY OF CHICAGO**, and *"under the color of law."*

**(e).** **JUDGE GALLAGHER** is subject to the federal laws and the constitutions (but not limited thereto) governing the **U.S.A.**, **STATE OF ILLINOIS**, **CITY OF CHICAGO**, and **COOK COUNTY**, but not limited thereto.

**20.** Defendant **SANDRA G. RAMOS** (*hereinafter* **"JUDGE RAMOS"**) (on information and belief), at all relevant times lives in, is employed, and/or doing business therein within the **U.S.A.**, **STATE OF ILLINOIS**, **COOK COUNTY**, **CITY OF CHICAGO** and a *"Judge"* in the **Illinois Circuit Court of Cook County** of the **STATE OF**

41

**ILLINOIS** having a courtroom/office/mailing address located 155 West 51st Street, Chicago, IL 60609, (**Branch No. 48, Room No. 2**) and either has a residence, business, office, and/or mailing address located: **(i).** Registered Agent: c/o **David Orr, Cook County Clerk**, 69 W. Washington, Suite 500, Chicago, IL 60602.

        **(a).**    On information and belief, **JUDGE RAMOS** is *currently* employed by **COOK COUNTY** as an *"**Illinois Circuit Court of Cook County Judge.**"*

        **(b).**    **JUDGE RAMOS** is responsible and can be held liable for her wrongful/illegal acts regarding and in relation to herself and that of her officers, directors, employees, agents, and independent contractors, but not limited thereto.

        **(c).**    **JUDGE RAMOS** sued in both individually and in her official capacities.

        **(d).**    **JUDGE RAMOS** was acting under the authority of her position as an *"**Illinois Circuit Court of Cook County Judge**"* under regulations, customs and usages of the **U.S.A.**, **STATE OF ILLINOIS**, **COOK COUNTY**, **CITY OF CHICAGO**, and *"**under the color of law.**"*

        **(e).**    **JUDGE RAMOS** is subject to the federal laws and the constitutions (but not limited thereto) governing the **U.S.A.**, **STATE OF ILLINOIS**, **CITY OF CHICAGO**, and **COOK COUNTY**, but not limited thereto.

        **21.**    Defendant **BEATRIZ SANTIAGO** (*hereinafter* **"JUDGE SANTIAGO"**) (on information and belief), at all relevant times lives in, is employed, and/or doing business therein within the **U.S.A.**, **STATE OF ILLINOIS**, **COOK COUNTY**, **CITY OF CHICAGO** and a *"**Judge**"* in the **Illinois Circuit Court of Cook County** of the **STATE OF ILLINOIS** having a courtroom/office/mailing address located 155 West 51st Street, Chicago, IL 60609, (**Branch No. 34, Room No. 1**) and either has a residence, business, office, and/or mailing

address located: **(i).** Registered Agent: c/o **David Orr, Cook County Clerk**, 69 W. Washington, Suite 500, Chicago, IL 60602.

        **(a).** On information and belief, **JUDGE SANTIAGO** is *currently* employed by **COOK COUNTY** as an *"**Illinois Circuit Court of Cook County Judge.**"*

        **(b).** **JUDGE SANTIAGO** is responsible and can be held liable for her wrongful/illegal acts regarding and in relation to herself and that of her officers, directors, employees, agents, and independent contractors, but not limited thereto.

        **(c).** **JUDGE SANTIAGO** sued in both individually and in her official capacities.

        **(d).** **JUDGE SANTIAGO** was acting under the authority of her position as an *"**Illinois Circuit Court of Cook County Judge**"* under regulations, customs and usages of the **U.S.A.**, **STATE OF ILLINOIS**, **COOK COUNTY**, **CITY OF CHICAGO**, and *"**under the color of law.**"*

        **(e).** **JUDGE SANTIAGO** is subject to the federal laws and the constitutions (but not limited thereto) governing the **U.S.A.**, **STATE OF ILLINOIS**, **CITY OF CHICAGO**, and **COOK COUNTY**, but not limited thereto.

        **22.** **LARRY R. ROGERS, JR.** (*hereinafter* **"COOK COUNTY BOARD OF REVIEW COMMISSIONER ROGERS"**) (on information and belief) at all relevant times a *"**legal citizen**"* of the **U.S.A.** and either has a residence, business, office, and/or mailing address located: Registered Agent c/o **David Orr, Cook County Clerk**, 69 W. Washington, Suite 500, Chicago, IL 60602.

(a).   On information and belief, **LARRY R. ROGERS, JR.** (an American politician) was employed by the **COOK COUNTY** as an *"Board of Review Commissioner."*

(b).   **COOK COUNTY BOARD OF REVIEW COMMISSIONER ROGERS** is responsible and can be held liable for his wrongful/illegal acts regarding and in relation to himself and that of his officers, directors, employees, agents, and independent contractors, but not limited thereto.

(c).   **COOK COUNTY BOARD OF REVIEW COMMISSIONER ROGERS** sued in both individually and in his official capacities.

(d).   **LARRY R. ROGERS, JR.** was acting under the authority of his position as a *"Cook County Board of Review Commissioner"* under regulations, customs and usages of the **U.S.A.**, **STATE OF ILLINOIS**, **COOK COUNTY**, **CITY OF CHICAGO**, and *"under the color of law."*

(e).   **COOK COUNTY BOARD OF REVIEW COMMISSIONER ROGERS** is subject to the federal laws and the constitutions (but not limited thereto) governing the **U.S.A.**, **STATE OF ILLINOIS**, **CITY OF CHICAGO**, and **COOK COUNTY**, but not limited thereto.

23.   **STANLEY MOORE** (*hereinafter* **"COOK COUNTY 4TH DIST. COMMISSIONER MOORE"**) (on information and belief) at all relevant times a *"legal citizen"* of the **U.S.A.** and either has a residence, business, office, and/or mailing address located: **(i).** 118 N. Clark Street, Room 567, Chicago, IL 60602; **(ii).** 8658 South Cottage Grove Ave., Suite 404C, Chicago, IL 60619; and **(iii).** Registered Agent c/o **David Orr, Cook County Clerk**, 69 W. Washington, Suite 500, Chicago, IL 60602.

44

     **(a).**    On information and belief, **STANLEY MOORE** (an American politician) is employed by the **COOK COUNTY** as the ***"4th District Commissioner."***

     **(b).**    **COOK COUNTY 4TH DIST. COMMISSIONER MOORE** is responsible and can be held liable for his wrongful/illegal acts regarding and in relation to himself, officers, directors, employees, agents, and independent contractors, but not limited thereto.

     **(c).**    **COOK COUNTY 4TH DIST. COMMISSIONER MOORE** sued in both individually and in his official capacities.

     **(d).**    **COOK COUNTY 4TH DIST. COMMISSIONER MOORE** was acting under the authority of his position as the ***"4th District Commissioner"*** under regulations, customs and usages of the **U.S.A.**, **STATE OF ILLINOIS**, **COOK COUNTY**, **CITY OF CHICAGO**, and ***"under the color of law."***

     **(e).**    **COOK COUNTY 4TH DIST. COMMISSIONER MOORE** is subject to the federal laws and the constitutions (but not limited thereto) governing the **U.S.A.**, **STATE OF ILLINOIS**, **CITY OF CHICAGO**, and **COOK COUNTY**, but not limited thereto.

     **24.**    **JOSEPH ("JOE") BERRIOS** (*hereinafter* **"COOK COUNTY ASSESSOR BERRIOS"**) (on information and belief) at all relevant times a ***"legal citizen"*** of the **U.S.A.** and either has a residence, business, office, and/or mailing address located: Registered Agent c/o **David Orr, Cook County Clerk**, 69 W. Washington, Suite 500, Chicago, IL 60602.

(a). On information and belief, **JOSEPH J. BERRIOS** (an American politician) was employed by the **UNITED STATES OF AMERICA** as *"Cook County Assessor."*

(b). **COOK COUNTY ASSESSOR BERRIOS** is responsible and can be held liable for his wrongful/illegal acts regarding and in relation to himself, officers, directors, employees, agents, and independent contractors, but not limited thereto.

(c). **COOK COUNTY ASSESSOR BERRIOS** sued in both individually and in his official capacities.

(d). **JOSEPH J. BERRIOS** was acting under the authority of his position as a *"Cook County Assessor"* under regulations, customs and usages of the **U.S.A.**, **STATE OF ILLINOIS**, **COOK COUNTY**, **CITY OF CHICAGO**, and *"under the color of law."*

(e). **COOK COUNTY ASSESSOR BERRIOS** is subject to the federal laws and the constitutions (but not limited thereto) governing the **U.S.A.**, **STATE OF ILLINOIS**, **CITY OF CHICAGO**, and **COOK COUNTY**, but not limited thereto.

25. **CITY OF CHICAGO** (*hereinafter* **"CITY OF CHICAGO"**) Defendant **CITY OF CHICAGO** (*hereinafter "CITY OF CHICAGO"*) is a municipality in **COOK COUNTY** in the **STATE OF ILLINOIS**, is the largest city in the **UNITED STATES OF AMERICA** with nearly 2.7 million residents, it is the most populous city in the Midwestern United States and the third most populous in the **U.S.A.** The **CITY OF CHICAGO** is the county seat of **COOK COUNTY**, the second most populous county in the United States. Chicago was incorporated as a town in 1833.

(a). On information and belief, **COOK COUNTY** was acting under the authority as a *"County"* of the **COOK COUNTY** and has a *"Registered Agent"*

46

mailing address located: c/o David Orr, Cook County Clerk, 69 W. Washington, Suite 500, Chicago, IL 60602.

      **(b).**    **COOK COUNTY** is responsible and can be held liable for its wrongful/illegal acts regarding and in relation to itself and that of its officers, directors, employees, agents, independent contractors, ***"illegal immigrants/aliens,"*** but not limited thereto.

      **(c).**    **COOK COUNTY** was acting under the authority as a ***"State"*** within the union of the ***"U.S.A.,"*** but not limited thereto under regulations, customs and usages of the **U.S.A.**, **STATE OF ILLINOIS**, **COOK COUNTY**, **CITY OF CHICAGO**, and ***"under the color of law."***

      **(d).**    **COOK COUNTY** is subject to the federal laws, constitutions (but not limited thereto) governing the **U.S.A.** and the **STATE OF ILLINOIS**, **CITY OF CHICAGO**, and **COOK COUNTY**.

      **26.**    Defendant **RAHM ISRAEL EMANUEL** (*hereinafter* **"MAYOR EMANUEL"**) (on information and belief) at all relevant times a ***"legal citizen"*** of the **U.S.A.** and either has a residence, business, office, and/or mailing address located: **(i).**121 N. LaSalle Street, City Hall 5th Floor, Chicago, IL 60602 and **(ii)**. Registered Agent c/o **SUSANA MENDOZA** (City of Chicago Clerk), City Clerk City Hall Office, 121 N. LaSalle Street, Room 107, Chicago, IL 60602.

      **(a).**    On information and belief, **RAHM ISRAEL EMANUEL** (an American politician) was employed by the **CITY OF CHICAGO** as a ***"Mayor."***

      **(b).**    **MAYOR EMANUEL** is responsible and can be held liable for his wrongful/illegal acts regarding and in relation to himself, officers, directors, employees, agents, and independent contractors, but not limited thereto.

**(c).** **MAYOR EMANUEL** sued in both individually and in his official capacities.

**(d).** **MAYOR EMANUEL** was acting under the authority of his position as a *"Mayor"* under regulations, customs and usages of the **U.S.A.**, **STATE OF ILLINOIS**, **COOK COUNTY**, **CITY OF CHICAGO**, and *"under the color of law."*

**(e).** **MAYOR EMANUEL** is subject to the federal laws and the constitutions (but not limited thereto) governing the **U.S.A.**, **STATE OF ILLINOIS**, **CITY OF CHICAGO**, and **COOK COUNTY**, but not limited thereto.

27. **SUE ("SUSAN/SUSIE") SADLOWSKI GARZA** (*hereinafter* **"10th WARD ALDERWOMAN GARZA"**) (on information and belief) at all relevant times a *"legal citizen"* of the **U.S.A.** and either has a residence, business, office, and/or mailing address located: **(i).** 121 North LaSalle Street, Suite 200, City, State Zip: Chicago, IL 60602; **(ii).** 10500 South Ewing Avenue, 1st Floor; **(iii).** Registered Agent c/o **SUSANA MENDOZA** (City of Chicago Clerk), City Clerk City Hall Office, 121 N. LaSalle Street, Room 107, Chicago, IL 60602.

**(a).** On information and belief, **SUE SADLOWSKI GARZA** (an American politician), is *currently* employed by the **CITY OF CHICAGO** as a *"10th Ward Alderwoman."*

**(b).** The **10th WARD ALDERWOMAN GARZA** is responsible and can be held liable for her wrongful/illegal acts regarding and in relation to herself, officers, directors, employees, agents, and independent contractors, but not limited thereto.

**(c).** The **10th WARD ALDERWOMAN GARZA** sued in both individually and in her official capacities.

48

(d).     **SUE SADLOWSKI GARZA** was acting under the

authority of her position as the ***"10th Ward Alderwoman"*** under regulations, customs and usages

of the **U.S.A.**, **STATE OF ILLINOIS**, **COOK COUNTY**, **CITY OF CHICAGO**, and ***"under***

***the color of law."***

(e).     The **10th WARD ALDERWOMAN GARZA** is subject to

the federal laws and the constitutions (but not limited thereto) governing the **U.S.A.**, **STATE OF**

**ILLINOIS**, **CITY OF CHICAGO**, and **COOK COUNTY**, but not limited thereto.

28.     Defendant **DONALD JOHN TRUMP** (*hereinafter*

**"REPUBLICAN PRES. NOMINEE TRUMP"**) at all relevant times a ***"legal citizen"*** of

**U.S.A.** and on information and belief has either a residence, business, office, and/or mailing

address located:  **(i). The Trump Organization**, 725 5th Avenue, New York, NY 10022; **(ii).**

Registered Agent c/o **National Registered Agents, Inc.** 875 Ave of the Americas, Suite 501,

New York, NY 10001; and/or **(iii).** Registered Agent c/o **United States Attorney's Office**

**Northern District of Illinois, Eastern Division**, 219 S. Dearborn Street, 5th Floor, Chicago, IL

60604.

(a).     On information and belief, **DONALD JOHN TRUMP** is

the ***"Chairman and President"*** of the **TRUMP ORGANIZATION,** doing business and

continues to do business in the **U.S.A.**

(b).     **DONALD JOHN TRUMP** is responsible and can be held

liable for his wrongful/illegal acts regarding and in relation to himself, officers, directors,

employees, agents, and independent contractors, but not limited thereto.

(c).     **DONALD JOHN TRUMP** sued in both individually and in

his official capacities.

49

(d). **DONALD JOHN TRUMP** was acting under the authority of his position as a *"Republican Pres. Nominee"* and *"Chairman and President"* of the *"Trump Organization"* under regulations, customs and usages of the **U.S.A.**, **STATE OF ILLINOIS**, **COOK COUNTY**, **CITY OF CHICAGO**, and *"under the color of law."*

(e). **DONALD JOHN TRUMP** is subject to the federal laws and the constitutions (but not limited thereto) governing the **U.S.A.**, **STATE OF ILLINOIS**, **CITY OF CHICAGO**, and **COOK COUNTY**, but not limited thereto.

29. Defendant **THE TRUMP ORGANIZATION** (*hereinafter* **"TRUMP ORGANIZATION** at all relevant times a **U.S.A.** *"Business"* and on information and belief has its main office location: **(i). The Trump Organization**, 725 5th Avenue, New York, NY 10022 and/or **(ii).** Registered Agent c/o **National Registered Agents, Inc.** 875 Ave of the Americas, Suite 501, New York, NY 10001.

(a). On information and belief, **THE TRUMP ORGANIZATION** is doing business and continues to do business in the **U.S.A.**

(b). **THE TRUMP ORGANIZATION** is responsible and can be held liable for his wrongful/illegal acts regarding and in relation to himself, officers, directors, employees, agents, and independent contractors, but not limited thereto.

(c). **THE TRUMP ORGANIZATION** sued in both individually and in his official capacities.

(d). **THE TRUMP ORGANIZATION** was acting under the authority of his position as a *"Business"* under regulations, customs and usages of the **U.S.A.**, **STATE OF ILLINOIS**, **COOK COUNTY**, **CITY OF CHICAGO**, and *"under the color of law."*

50

(e).    **THE TRUMP ORGANIZATION** is subject to the federal

laws and the constitutions (but not limited thereto) governing the **U.S.A.**, **STATE OF**

**ILLINOIS**, **CITY OF CHICAGO**, and **COOK COUNTY**, but not limited thereto.

30.    Defendant **MICHAEL RICHARD PENCE** (*hereinafter*

**"REPUBLICAN VICE PRES. NOMINEE PENCE"**) at all relevant times a ***"legal citizen"*** of

**U.S.A.** and on information and belief has either a residence, business, office, and/or mailing

address located:  **(i). Office of the Governor**, 200 W. Washington Street, Room 206,

Indianapolis, IN  46204;  **(ii).** Registered Agent c/o **United States Attorney's Office Southern**

**District of Indiana**, 10 W. Market Street, #2100, Indianapolis, IN  46204; and/or **(iii).**

Registered Agent c/o **United States Attorney's Office Northern District of Illinois, Eastern**

**Division**, 219 S. Dearborn Street, 5th Floor, Chicago, IL  60604.

(a).    On information and belief, **MICHAEL RICHARD**

**PENCE** is an American politician, attorney, the ***"50th Governor of the state of Indiana"*** (since

2013) and on July 15, 2016, the Defendant **DONALD JOHN TRUMP** announced he had

selected **MICHAEL RICHARD PENCE** as his (**TRUMP'S**) vice presidential running mate in

the 2016 presidential election in the **U.S.A.**

(b).    **MICHAEL RICHARD PENCE** is responsible and can be

held liable for his wrongful/illegal acts regarding and in relation to himself, officers, directors,

employees, agents, and independent contractors, but not limited thereto.

(c).    **MICHAEL RICHARD PENCE** sued in both individually

and in his official capacities.

(d).    **MICHAEL RICHARD PENCE** was acting under the

authority of his position as a ***"Republican Vice Pres. Nominee"*** under regulations, customs and

51

usages of the **U.S.A., STATE OF ILLINOIS, COOK COUNTY, CITY OF CHICAGO**, and *"under the color of law."*

        **(e).**    **MICHAEL RICHARD PENCE** is subject to the federal laws and constitutions (but not limited thereto) governing the **U.S.A., STATE OF ILLINOIS, CITY OF CHICAGO**, and **COOK COUNTY**, but not limited thereto.

        **31.**    **"UNKNOWNS"** to the Plaintiff (**CHAMBERS**) who should and/or should have been named as parties; whereas **CHAMBERS** does not *"waive"* her right to add such **"UNKNOWNS"** as Defendants herein the *above-entitled action*, even up to as information, knowledge, and/or evidence is obtained through discover and other *pretrial* proceedings, but not limited thereto.

        **C.**    In the pleadings, facts, counts (but not limited thereto), and unless individually stated otherwise therein, the Defendants will be referred to as in the following *"groups"* and any Defendant inadvertently omitted are still within said *"group."* (Note: The total number of **"GROUP #1 DEFENDANTS"** are 3 (three), **"GROUP #2 DEFENDANTS"** 25 (twenty-five) (which includes **"UNKNOWNS"**) and the total number of **"GROUP #3 DEFENDANTS"** are 3 (three)):

    **1.**    **GROUP #1 DEFENDANTS:**

        **(a).**    **DEMOCRAT PRES. NOMINEE H. CLINTON**
        **(b).**    **CLINTON FOUNDATION**
        **(c).**    **FORMER PRESIDENT B. CLINTON**

    **2.**    **GROUP #2 DEFENDANTS:**

        **(a).**    **DEMOCRAT VICE PRESIDENT NOMINEE KAINE**
        **(b).**    **UNITED STATES OF AMERICA (U.S.A./ U.S.)**
        **(c).**    **PRESIDENT OBAMA**
        **(d).**    **U. S. SENATOR DURBIN**
        **(e).**    **U. S. SENATOR KIRK**
        **(f).**    **U. S. HOUSE REP. KELLY**
        **(g).**    **STATE OF ILLINOIS**

(h).  **ILLINOIS GOVERNOR RAUNER**
(i).  **IL ATTORNEY GENERAL MADIGAN**
(j).  **IL STATE SENATOR TROTTER**
(k).  **IL STATE REP. EVANS**
(l).  **COOK COUNTY**
(m).  **COOK COUNTY STATE'S ATTORNEY ALVERZ**
(n).  **COOK COUNTY BOARD PRES. PRECKWINKLE**
(o).  **JUDGE GALLAGHER**
(p).  **JUDGE SANTIAGO**
(q).  **JUDGE RAMOS**
(r).  **COOK COUNTY BOARD OF REVIEW COMMISSIONER ROGERS**
(s).  **COOK COUNTY 4TH DIST. COMMISSIONER MOORE**
(t).  **COOK COUNTY ASSESSOR BERRIOS**
(u).  **CITY OF CHICAGO**
(v).  **MAYOR EMANUEL**
(w).  **10th WARD ALDERWOMAN GARZA**
(x).  **UNKNOWNS**

3.  **GROUP #3 DEFENDANTS:**

(a).  **REPUBLICAN PRES. NOMINEE TRUMP**
(b).  **TRUMP ORGANIZATION**
(c).  **REPUBLICAN VICE PRES. NOMINEE PENCE**

## IV.  FACTS UPON WHICH RELIEF IS SOUGHT

A.  Plaintiff (**CHAMBERS**) repeats, re-alleges, and incorporates as

*specifically* plead in all paragraphs/sub-paragraphs of **I - III** in this ***"Verified Class-Action***

***Complaint"*** **as if fully set out herein.**

B.  The ***"specific facts"*** are grouped into various topics ***"starting"*** within

***"Paragraph C"*** below and in the ***"subparagraphs"*** therein, as well as included throughout this

entire ***"Verified Class-Action Complaint,"*** including but not limited ***"all"*** of the various

**COUNTS** as respectively referenced to therein.

## C.  PLAINTIFF (CHAMBERS) HAS STANDING IN THIS ACTION.
### *(See also other facts throughout this Complaint.)*

1.  The Plaintiff (**SANDRA ANN CHAMBERS**) (*hereinafter*

**"CHAMBERS"**) in the *above-entitled action* is 51 (*fifty-one*) year old **pro se** *non-attorney*,

*whistle-blower friend-of-the-court* and author of the book *entitled,* ***"Property Theft: Chicago***

***Political Corruption Style."***

2.  The *above-entitled action* is a ***"Class-Action"*** having 4 (four)

***"specific"*** groups of **"CLASS MEMBERS."**

3.  **CHAMBERS** is a ***"legal Black" "female"*** citizen of the **UNITED**

**STATES OF AMERICA** (*hereinafter* **"U.S.A."** or **"U.S."**) of Black/African descent and that of

the original peoples of the **U.S.** (*a/k/a* Native Americans (*i.e.* Cherokee Nation and Sioux Nation

(*currently not actively affiliated with a tribe/Native Nation*)), Scottish, but not limited thereto.

4.  **CHAMBERS** is a **"MEMBER"** of ***"all"*** 4 (four) **"CLASSES"** as

specified within this ***"Verified Class-Action Complaint."***

5.  **CHAMBERS** was born in March 1965, approximately just nine

months shy of one hundred years after the ratification of the **13th Amendment to the U.S.**

**Constitution**, which had passed in **Congress** on December 6, 1865 for the abolished of slavery

(and ***"involuntary servitude"***) in the **UNITED STATES OF AMERICA**.

6.  **CHAMBERS** is a ***"legal Black U.S. Citizen"*** (also referred to as

an *African-American*) of ***"Black African"*** descent having one or more parents' *ancestry* referred

to as the ***"slave race"*** as defined in the ***Slaughter-House Cases***, 83 U.S. 36; 21 L.Ed. 394; 1872

U.S. LEXIS 1139, but not limited thereto and having one or more ancestors who obtained

citizenship in the **U.S.A.** via the *original* ***"Civil Rights Act of 1866"*** *et seq*.

7.  **CHAMBERS** is a ***"member"*** of the group of persons ***"guaranteed***

*protection"* from acts prohibited by the **U.S. Constitution**, **Illinois Constitution**, and violations

in pursuant to **14th Amendment to the U.S. Constitution**; **42 U.S.C.A. § 1981, § 1983, § 1985,**

and **§ 1986**; the **Civil Rights Act of 1866 (et seq./** years 1957, 1964, and 1968), but not limited

thereto in prohibiting, deterring, preventing, continuing, and protecting against

disparate/discriminatory treatment, but not limited thereto.

      **8.**    **CHAMBERS** is a registered voter in the **STATE OF ILLINOIS**,

**COUNTY OF COOK**, and **CITY OF CHICAGO**.

      **9.**    Prior to the 2016 *"General"* election, **CHAMBERS** had never

voted for anyone in **any** election.

      **10.**    **CHAMBERS** is intending to vote this current 2016 *"General"*

election on or before November 8, 2016.

      **11.**    However, **CHAMBERS** is concerned about *"illegal"* and

*"illegitimate"* **voting** compromising the election process and outcomes.

      **12.**    **CHAMBERS** is concerned and has one or more grievances

regarding one or more candidates having taken an *"Oath of Office"* and/or having campaigned

on seeking ways *"not"* to *"enforce"* the **U.S. Constitution** and/or on policies *"against"* the

prosperity and rights of the *"U.S. Republic"* and that of the **"Union,"** (not just the **"GROUP #1**

**DEFENDANTS"** and the **"GROUP #2 DEFENDANTS,"** but also concerning other politicians

such as but not limited to *"Tammy Duckworth"* (and others throughout the **U.S.** who have

*"also"* taken one or more *"Oath of Office"* to *"support"* the **U.S. Constitution**) and has

campaigned and continues to go against *"Legal U.S. Citizens"* and the **U.S. Constitution**, but

not limited thereto.

      **13.**    **CHAMBERS** is concerned about and has a grievance thereof in

regards to being *"for"* the *"continuance"* of the *"sovereignty"* of the **UNITED STATES OF**

**AMERICAN** and in maintaining its ***"independence."***

       **14.**    Whether or not **CHAMBERS** votes on or before November 8, 2016, the **U.S.** election process and system should ***"not"*** be compromised by voter fraud and illegitimate votes invaded with ***"Illegal Alien"*** ballots, but not limited thereto.

       **15.**    Whether or not **CHAMBERS** votes on or before November 8, 2016, an election having ***"illegal and illegitimate"*** votes and/or one or more candidates who have taken an ***"Oath of Office"*** and/or having campaigned on policies ***"against"*** the prosperity and rights of the ***"U.S. Republic"*** and ***"against"*** the ***"Union,"*** will have a bearing on **CHAMBERS'** liberties, privileges, immunities, pursuit of happiness, civil rights, affect the job market and the economy ***"against"*** **CHAMBERS** and ***"all"*** 4 (four) groups of **CLASS MEMBERS** as addressed herein this ***"Verified Class-Action Complaint,"*** but not limited thereto and such an election would be unconstitutional.

       **16.**    The voting process should be free from corruption and having a final outcome of ***"not only"*** the Presidential race, but that of state, county, and municipal local elections reflecting *the-will-of-the* ***"Republic"*** and that being only ***"U.S. Citizens"*** and ***"not"*** the foreign ***"foreign, illegal, and illegitimate"*** ballots of ***"Illegal Aliens."***

       **17.**    **CHAMBERS** has a Bachelor of Arts (BA) (1992) and a Masters of Education (M.Ed.) ***"both"*** from the University of Illinois at Chicago (UIC) (1999).

       **18.**    **CHAMBERS** was born in the **STATE OF ILLINOIS**, **COOK COUNTY**, and **CITY OF CHICAGO**.

       **19.**    **CHAMBERS** has never lived outside of the **STATE OF ILLINOIS**, and continues to reside in the **STATE OF ILLINOIS**.

       **20.**    **CHAMBERS** has family (including but not limited to young nieces and nephews) and friends (and their families) who also live throughout the **U.S.A.** and

within the **U.S.**, **STATE OF ILLINOIS**, **COOK COUNTY**, and **CITY OF CHICAGO** (and/or its surrounding suburbs).

21.     The **U.S.**, **STATE OF ILLINOIS**, **COUNTY OF COOK**, and **CITY OF CHICAGO** are and even during the time when **CHAMBERS** was born (up to and continuing today) (including, but not limited to all of the **"GROUP #1 DEFENDANTS"** and **"GROUP #2 DEFENDANTS"** (individually and/or in their ***"official"*** capacities)) have abridged her rights of **CHAMBERS** (and that of 4 (four) groups of the **CLASS MEMBERS**); in addition has been and continues to be politically and economically segregated ***"specifically"*** against **CHAMBERS** and other ***"legal Black U.S. Citizens."***

22.     **CHAMBERS** has past and current ***"firsthand"*** knowledge, and continues to experience personally the political and economic segregation, discrimination, and disparities in the **U.S.**, **STATE OF ILLINOIS**, **COOK COUNTY**, and **CITY OF CHICAGO** (including but not limited to all of the **"GROUP #1 DEFENDANTS"** and **"GROUP #2 DEFENDANTS"** (individually and/or in their ***"official"*** capacities)) who have ***"specifically"*** targeted ***"legal Black U.S. Citizens"*** for wrongful acts.

23.     The **U.S.**, **STATE OF ILLINOIS**, **COOK COUNTY**, and **CITY OF CHICAGO** (including, but not limited to all of the **"GROUP #1 DEFENDANTS"** and **"GROUP #2 DEFENDANTS"** (individually and/or in their ***"official"*** capacities) have and even during the time when **CHAMBERS** was born (up to and including today), the school system(s), job market(s), prison system(s), courts, housing, but not limited thereto other public policies, laws, and bodies of government have been politically detrimental, discriminatory, prejudicial, and have orchestrated premeditated concerted ***"disparities and egregious treatment"*** against **CHAMBERS** and other ***"legal Black U.S. Citizens."***

24.     The **U.S.**, **STATE OF ILLINOIS**, **COOK COUNTY**, and **CITY OF CHICAGO**

57

**OF CHICAGO** (including, but not limited to all of the **"GROUP #1 DEFENDANTS"** and
**"GROUP #2 DEFENDANTS"** (individually and/or in their *"official"* capacities) has a long
history of *"institutionalized"* systems and *"public policies"* of deprivation, discrimination,
emotional distress, oppression, and unjust enrichment (but not limited thereto) by others at the
expense of *"legal Black U.S. Citizens,"* whereas **CHAMBERS** is a **CLASS MEMBERS,** as
addressed within this *"Verified Class-Action Complaint."*

      25.     As a *"legal U.S. Citizen,"* **CHAMBERS** is also part of the *"U.S.*
*Republic"* who are persons who can trace their *"legal U.S. citizenship"* by ancestry to a **U.S.**
Congressional **"ACT"** (*i.e.* *"Naturalization Act of 1790"* and 1791 *et seq*,; *"Civil Rights Act of*
*1866,"* *"Indian Citizenship Act of 1924,"* *"Jones–Shafroth Act of 1917"* (*a/k/a "Jones Act of*
*Puerto Rico"*), but not limited thereto).

      26.     **CHAMBERS** repeats, re-alleges, and incorporates as *specifically*
plead in all paragraphs/sub-paragraphs throughout this complaint as if fully set out herein, the
same *"facts"* regarding *"legal U.S. Black Citizens"* and are some of the same issues (and
continuing violations) regarding *"illegal immigration,"* which are causing systems of
deprivation, discrimination, abridgment of rights, emotional distress, oppression, and unjust
enrichment by others at the expense, economic segregation, discrimination, and disparities
caused by *"illegal immigration"* and *"refugees"* *"against"* all *"legal U.S. Citizens"* having
obtained their *"legal Citizenship"* through a **U.S.** Congressional **"ACT"** such as
*"Naturalization Act of 1790"* and 1791 *et seq*, and *"Indian Citizenship Act of 1924,"* but not
limited thereto, but wrongful actors such as **U.S. STATE OF ILLINOIS**, **COOK COUNTY**,
and **CITY OF CHICAGO** (including, but not limited to all of the **"GROUP #1**
**DEFENDANTS"** and **"GROUP #2 DEFENDANTS"** (individually and/or in their *"official"*
capacities).

27.    *Illegal Immigration* caused by **U.S. STATE OF ILLINOIS**, **COOK COUNTY**, and **CITY OF CHICAGO** (including, but not limited to all of the **"GROUP #1 DEFENDANTS"** and **"GROUP #2 DEFENDANTS"** (individually and/or in their *"official"* capacities) has resulted in the abridgment of liberties, privileges, immunities, pursuit of happiness, civil rights, which affect the job market, and the economy *"against"* all *"legal U.S. Citizens"* having obtained their *"legal Citizenship"* through a **U.S.** Congressional **"ACT"** such as the *"Naturalization Act of 1790"* and 1791 *et seq*, and *"Indian Citizenship Act of 1924,"* but not limited thereto.

28.    *"Legal U.S. Citizens"* having obtained their *"legal Citizenship"* through a **U.S.** Congressional **"ACT"** such as *"Naturalization Act of 1790"* and 1791 *et seq*, and *"Indian Citizenship Act of 1924,"* but not limited thereto are groups of persons *"guaranteed protection"* from acts prohibited by the **U.S. Constitution**, **Illinois Constitution**, and violations in pursuant to **14th Amendment to the U.S. Constitution**; **42 U.S.C.A. § 1981, § 1983, § 1985,** and **§ 1986**; the **Civil Rights Act of 1866 (et seq./** years 1957, 1964, and 1968), but not limited thereto in prohibiting, deterring, preventing, continuing, and protecting against disparate/discriminatory treatment, but not limited thereto.

29.    The **U.S. STATE OF ILLINOIS**, **COOK COUNTY**, and **CITY OF CHICAGO** (including, but not limited to all of the **"GROUP #1 DEFENDANTS"** and **"GROUP #2 DEFENDANTS"** (individually and/or in their *"official"* capacities *"owe duties"* to **CHAMBERS** and *"all"* 4 (four) groups of **CLASS MEMBERS**.

30.    The **U.S. STATE OF ILLINOIS**, **COOK COUNTY**, and **CITY OF CHICAGO** (including, but not limited to all of the **"GROUP #1 DEFENDANTS"** and **"GROUP #2 DEFENDANTS"** (individually and/or in their *"official"* capacities) have

*"breached their duties (fiduciary and/or otherwise)"* to **CHAMBERS** and *"all"* 4 (four) groups of **CLASS MEMBERS**.

        **31.**    The **U.S. STATE OF ILLINOIS**, **COOK COUNTY**, and **CITY OF CHICAGO** (including, but not limited to all of the **"GROUP #1 DEFENDANTS"** and **"GROUP #2 DEFENDANTS"** (individually and/or in their *"official"* capacities) have *"breached the public trust"* as to **CHAMBERS** and *"all"* 4 (four) groups of **CLASS MEMBERS**.

        **32.**    The **U.S. STATE OF ILLINOIS**, **COOK COUNTY**, and **CITY OF CHICAGO** (including, but not limited to all of the **"GROUP #1 DEFENDANTS"** and **"GROUP #2 DEFENDANTS"** (individually and/or in their *"official"* capacities) have violated *"Article IV, Section 4 of the U.S. Constitution."*

        **33.**    **Article IV, Section 4 of the U.S. Constitution** states in pertinent part:

    *"**The United States shall guarantee to every state in this union a republican form of government, and shall protect each of them against invasion**; and on application of the legislature, or of the executive (when the legislature cannot be convened) against domestic violence."* [(Emphasis added)]

        **34.**    On information and belief, **Article IV, Section 4 of the U.S. Constitution** regarding the *"guarantee"* of invasion and the protection of each person in the *"Republican form of Government,"* also means and/or is implied regarding our jobs, contracts, schools, tax dollars, housing, government benefits, immunities, privileges, liberties, pursuit of happiness, education, debt, economy, involuntary servitude, but not limited thereto.

        **35.**    However, the **U.S. STATE OF ILLINOIS**, **COOK COUNTY**, and **CITY OF CHICAGO** (including, but not limited to all of the **"GROUP #1 DEFENDANTS"** and **"GROUP #2 DEFENDANTS"** (individually and/or in their *"official"*

capacities) are *"**not**"* enforcing the *"**guarantee**"* to every state in the union (*i.e.* **STATE OF ILLINOIS**) a *"**Republican Form of Government,**"* which is a violation of **Article IV, Section 4 of the U.S. Constitution**, but not limited thereto.

      **36.** In violation of the **U.S. Constitution** (but not limited thereto), the **STATE OF ILLINOIS**, **COOK COUNTY**, **CITY OF CHICAGO**, and other areas in the **U.S.** are **illegal** *"**Sanctuaries**"* (providing aid and comfort, but not limited thereto) to *"**Illegal Aliens**"* and *"**Refugees**"* and their families.

      **37.** The *"**U.S. Republic**"* have *"**not**"* authorized and/or given the authority for the **U.S. STATE OF ILLINOIS**, **COOK COUNTY**, and **CITY OF CHICAGO** (including, but not limited to all of the **"GROUP #1 DEFENDANTS"** and **"GROUP #2 DEFENDANTS"** (individually and/or in their *"**official**"* capacities) to have **illegal** (and/or otherwise) *"**Sanctuaries**"* (providing aid and comfort, but not limited thereto) to *"**Illegal Aliens**"* and *"**Refugees**"* and their families.

      **38.** **Illegal** *"**Sanctuaries**"* (providing aid and comfort, but not limited thereto) to *"**Illegal Aliens**"* and *"**Refugees**"* and their families have and continue to *"**abridge**"* Constitutional rights of **CHAMBERS** (and that of the 4 (four) groups of **CLASS MEMBERS**.

      **39.** **Illegal** *"**Sanctuaries**"* (providing aid and comfort, but not limited thereto) to *"**Illegal Aliens**"* and *"**Refugees**"* and their families have and continue result into the abridgment of liberties, privileges, immunities, pursuit of happiness, civil rights, which affect the job market, the economy, high levels of crime, budget constraints, increased debt, school closings, poverty, depleted entitlements to *"**legal U.S. Citizens,**"* disparity in communities, limited to no education resources/funds to educate *"**legal U.S. Citizens,**"* drive down wages, deplete jobs and contracts for *"**legal U.S. Citizens,**"* (but not limited thereto) *"**against**"* **CHAMBERS** and all *"**legal U.S. Citizens,**"* but not limited thereto.

61

40. *"Illegal Aliens"* and *"Refugees"* are given *"preferential treatment"* in violation of the **U.S. Constitution** and other laws in *"lieu"* of and *"against"* **CHAMBERS** (and that of the 4 (four) groups of **CLASS MEMBERS** (who are *"legal U.S. Citizens"*) resulting in the abridgment of rights.

41. **U.S. STATE OF ILLINOIS**, **COOK COUNTY**, and **CITY OF CHICAGO** (including, but not limited to all of the **"GROUP #1 DEFENDANTS"** and **"GROUP #2 DEFENDANTS"** (individually and/or in their *"official"* capacities) *"selectively prosecute"* and *"incarcerate"* *"legal U.S. Citizens"* and **do not** *"enforce"* the **U.S. Constitution**, other laws, various ACTS, statutes, ordinances/municipal codes, but not limited thereto *"against"* *"Illegal Aliens."*

42. The **U.S. STATE OF ILLINOIS**, **COOK COUNTY**, and **CITY OF CHICAGO** (including, but not limited to all of the **"GROUP #1 DEFENDANTS"** and **"GROUP #2 DEFENDANTS"** (individually and/or in their *"official"* capacities) have and continue to provide *"aid and comfort,"* (such as sanctuaries, tax dollars, jobs, contracts, housing, education, healthcare, government benefits, schools (but not limited thereto)) to *"Illegal Aliens"* and *"Refugees"* to *"economically impoverish"* and *"inadequately educate"* *"legal U.S. Citizens"* to result in a raise in crime levels, to result into the ability (under color of law) the *"incarceration"* and ultimately *"enslavement"* of *"legal U.S. Citizens"* in pursuant to the **13th Amendment to the U.S. Constitution** and/or it is implied.

43. Tax dollars are the *"property"* and *"voices"* of *"legal U.S. Citizens,"* but without the authorization of the *"U.S. Republic"* and in violation of the **U.S. Constitution**, *"aid and comfort"* (such as sanctuaries, tax dollars, jobs, contracts, housing, education, healthcare, government benefits, schools (but not limited thereto)) to *"Illegal Aliens"*

62

and *"Refugees"* are *"Involuntary Servitude"* of the *"tax dollar property"* belonging to *"legal U.S. Citizens"* (who are the *"U.S. Republic"*).

44.     The **U.S. STATE OF ILLINOIS**, **COOK COUNTY**, and **CITY OF CHICAGO** (including, but not limited to all of the **"GROUP #1 DEFENDANTS"** and **"GROUP #2 DEFENDANTS"** (individually and/or in their *"official"* capacities) *"illegally"* use the *"tax dollars"* (which are the *"voices"* of the *"legal U.S. Citizens"*) to **silence**, abridge, and ultimately deplete those *"voices"* of the *"U.S. Republic"* who are *"legal U.S. Citizens,"* which is *"involuntary servitude"* in violation of the **13th Amendment of the U.S. Constitution** and/or it is implied.

45.     *"Illegal immigration"* and *"not"* having a *"uniformed rule for immigration,"* forces *"all"* **U.S. Citizens** to participate *"against our will"* in the unconstitutional ploy by *"specific"* politicians in *"serving"* *"Illegal Aliens"* in violation of the **13th Amendment to the U.S. Constitution** by our *"property"* and *"voices"* by the *"involuntary servitude"* of **"OUR"** tax dollars to house, educate, employ, but not limited thereto those who have not entered the **U.S.** via an **"ACT"** of Congress (*i.e.* *"Naturalization Act of 1790"* and 1791 *et seq*,; *"Civil Rights Act of 1866,"* *"Indian Citizenship Act of 1924,"* *"Jones–Shafroth Act of 1917"* (*a/k/a* *"Jones Act of Puerto Rico"*).

46.     In violation of the **U.S. Constitution**, *"Illegal Aliens"* are allowed to come to the **U.S.**, have children, and their children are allowed to *"openly"* claim themselves as *"U.S. Citizens"* and then *"illegally vote"* in violation of the **U.S.** and the various state Constitutions, in efforts to *"weaken"* the voice of **CHAMBERS** and that of the entire *"U.S. Republic"* (whether we vote or not) who are the **CLASS-MEMBERS** of the various **CLASSES** one through four as addressed within this *"Verified Class-Action Complaint."*

47.     Allowing *"Illegal Aliens"* to vote within the **U.S.** election process
is *"not"* a *"Republican Form of Government"* and abridges the constitutional rights of
**CHAMBERS** and the *"U.S. Republic"* at large.

48.     The **U.S. STATE OF ILLINOIS**, **COOK COUNTY**, and **CITY
OF CHICAGO** (including, but not limited to all of the **"GROUP #1 DEFENDANTS"** and
**"GROUP #2 DEFENDANTS"** (individually and/or in their *"official"* capacities) have violated
*"Article IV, Section 2, Clause 1 of the U.S. Constitution."*

49.     **Article IV, Section 2, Clause 1 of the U.S. Constitution**, states in
pertinent part:

*"The citizens of each state shall be entitled to all privileges and immunities of citizens
in the several states."*  [(Emphasis added)]

50.     The **"Citizens"** of each state are those who have *"permission"* to
be in the **U.S.** by an **"ACT"** of Congress (meaning the *"will"* of the *"U.S. Republic"* such as
the following:  *"Naturalization Act of 1790"* and 1791 *et seq*.; *"Civil Rights Act of 1866,"*
*"Indian Citizenship Act of 1924,"* *"Jones–Shafroth Act of 1917"* (*a/k/a* *"Jones Act of Puerto
Rico"*), but not limited thereto.

51.     In result, **U.S. Citizenship** via an **"ACT"** of Congress is a
*"Condition Precedent"* and the following are examples thereof that *"Condition Precedent"* for
*"U.S. Citizenship:"* *"Naturalization Act of 1790"* and 1791 *et seq.*; *"Civil Rights Act of
1866,"* *"Indian Citizenship Act of 1924,"* *"Jones–Shafroth Act of 1917"* (*a/k/a* *"Jones Act of
Puerto Rico"*), but not limited thereto.

52.     In the case of enslaved Blacks (as mentioned in the
*Slaughterhouse Cases* (83 U.S 36 (1873)), who were in the **U.S.**, not by deliberately breaking
**U.S.** laws and crossing the board to become citizens (as millions of *current-day* *"Illegal Aliens"*

have purposely done); historically enslaved Blacks were brought to this country against their will

for *__involuntary servitude__* and have worked for centuries for *__free.__*

53.     Yet, it warrants clarity to note that although some former enslaved

Blacks where *__free__* in 1857, it is a fact that in the *__Dred Scott v. Sandford,__* 60 U.S. 393 *decision*

of 1857, the **U.S. Supreme Court** had said that Blacks (at that time) *__were not citizens.__*

54.     Nevertheless, " *former* U.S. President Abraham Lincoln's 1863

*__Executive Order,__* " *entitled* the *__Emancipation Proclamation of 1863__* *__freed__* all slaves in

the *__Confederate__* states and stated in pertinent part:

    *"And by virtue of the power and for the purpose aforesaid, I do order and declare that*
    *all persons held as slaves within said designated States and parts of States are and*
    *henceforward shall be free: and that the executive government of the United States, including*
    *the military and naval authorities thereof, will recognize and maintain the freedom of said*
    *persons."* [(Emphasis added)]

55.     Following the *former* U.S. President Abraham Lincoln's 1863

*__Executive Order__* *entitled* the *__Emancipation Proclamation 1863,__* " was the *__Civil Rights Act__*

*__of 1866__* regarding citizenship by *__birth__* in the **UNITED STATES OF AMERICA** and the

**Civil Rights Act of 1866** stated in pertinent part,

    *"...all __persons born__ in the United States and __not subject to any foreign power__ excluding*
    *Indians not taxed, __are hereby declared to be citizens of the United States.__* " (Emphasis added)

56.     The **U.S. STATE OF ILLINOIS, COOK COUNTY**, and **CITY**

**OF CHICAGO** (including, but not limited to all of the **"GROUP #1 DEFENDANTS"** and

**"GROUP #2 DEFENDANTS"** (individually and/or in their *__official__* capacities) have violated

and continue to violate the *__Executive Order__* *entitled*, the *__Emancipation Proclamation of__*

*__1863__* of the **U.S. President Abraham Lincoln**.

57.     The **U.S. STATE OF ILLINOIS, COOK COUNTY**, and **CITY**

**OF CHICAGO** (including, but not limited to all of the **"GROUP #1 DEFENDANTS"** and

**"GROUP #2 DEFENDANTS"** (individually and/or in their *"official"* capacities) have violated and continue to violate the *"Civil Rights Act of 1866," et seq.*

> 58.    *"Illegal Aliens"* in the **U.S.** are *"subject"* to a *"foreign power."*

> 59.    Children inherit *"citizenship"* status from their parent(s).

> 60.    *"Illegal Aliens'"* children (*a/k/a* *"anchor babies"*) are *"subject"* to the *"jurisdiction of a foreign power"* by way of their parent(s).

> 61.    *"Illegal Aliens"* and their children born in the **U.S.** (*known as* *"anchor babies"*) do not have **"U.S. Citizenship."**

> 62.    Any and all *"Illegal Aliens"* and their *"anchor babies"* *"illegal"* children and/or *"illegal"* grandchildren should not be registered to vote in the 2016 election.

> 63.    Any and all *"Illegal Aliens"* and their *"anchor babies"* (*"illegal"* children and/or *"illegal"* grandchildren) who are registered to vote and/or who are planning to vote for the 2016 election are committing *"voter fraud"* and/or *"conspiracy,"* but not limited thereto.

> 64.    Any and all *"Illegal Aliens"* and their *"anchor babies"* (*"illegal"* children and/or *"illegal"* grandchildren) who are registered to vote and/or who are planning to vote for the 2016 election are trying to *"rig"* and *"compromise"* the **U.S.** election process, overthrow the **U.S.** system of a *"Republican Form of Government,"* but not limited thereto.

> 65.    On information and belief, when **Article IV, Section 2, Clause 1 of the U.S. Constitution**, stated in pertinent part, *"[t]he citizens of each state shall be entitled to all privileges and immunities of citizens in the several states"* [(emphasis added)], the Article also means and/or is implied that any and all *"Illegal Aliens"* and their *"anchor babies"* (*"illegal children"*) have *"no right and/or entitlement"* privileges and immunities as *"legal U.S. citizens"* in the several states.

66. It is unconstitutional for laws to have been historically enforced on one group of people such as Blacks (see the ***Dred Scott v. Sandford***, 60 U.S. 393 *decision* of 1857) and then in efforts to ***"abridge"*** the rights of said Blacks, reach across the board(s) and allow ***"foreigners"*** to be given ***"preferential treatment"*** in the **U.S.** regarding contracts, jobs, housing, education, but not limited thereto in order to deliberately continue to have Blacks be subjected to ***"involuntary servitude"*** in violation of the **13th Amendment to the U.S. Constitution**, but not limited thereto.

67. At ***"all"*** times, ***"both"*** the **U.S. Congress** (***"Legislative Branch"***) and the state legislatures ***"only"*** have ***"power"*** and ***"jurisdiction"*** to ***"enforce"*** **U.S.** and various **"STATES'"** Constitutions and the statutes/laws by legislation.

68. At ***"all"*** times, the ***"Executive Branch"*** and **STATE** Governors ***"only"*** have the ***"power"*** and ***"jurisdiction"*** to give ***"Executive Orders"*** ***"enforcing"*** **U.S.** and various **"STATES'"** Constitutions and the statutes/laws.

69. At ***"no"*** time do any **U.S.** ***"Legislative Branch"*** and/or ***"Executive Branch"*** of government, nor the various **STATE** public officials (*i.e.* **"GROUP #1 DEFENDANTS"** and **"GROUP #2 DEFENDANT"** ), have the **U.S. Constitutional** ***"power"*** and/or ***"jurisdiction"*** to ***"ignore"*** the **U.S. Constitution** (and those of the various **STATES**) and create ***"unconstitutional public polices"*** regarding supporting ***"Illegal Aliens"*** giving them ***"aid, comfort, tax dollar, government funded programs, education, and sanctuaries,"*** but not limited thereto.

70. The **"GROUP #1 DEFENDANTS"** and **"GROUP #2 DEFENDANT"** (and other political officials in the various **STATES**) are ***"illegally"*** trying to create a ***"different"*** type of ***"citizenship,"*** ***"specifically"*** for ***"Illegal Aliens"*** and the **U.S.**

Constitution of *"due process"* by way of the *"Naturalization Act of 1790"* and 1791 *et seq.*, which has *"already"* been authorized and provided by way of the *"U.S. Republic."*

71.     In addition, it is unconstitutional for the U.S. to create any kind of *"ex post facto law"* such as *"Amnesty"* for *"Illegal Aliens,"* in violation of **Article I, Section 9, Clause 3**, which states in pertinent part, *"No Bill of Attainder or ex post facto Law shall be passed."* [(Emphasis added)]

72.     On information and belief, an *"ex post facto law"* such as *"Amnesty"* for *"Illegal Aliens"* and their also *"Illegal Children,"* and/or *"Illegal Grandchildren"* would be a *"law"* that would retroactively changes the legal consequences (or status) of actions that were committed, or relationships that existed, before the enactment of the *"Amnesty Law,"* when *"Illegal Aliens"* have broken many laws and grievances against the U.S., abridged rights, stolen tax dollars, violations of the **U.S. Constitution** and various **STATE** Constitutions, broken federal, state, county, and municipal laws, but not limited thereto.

73.     It is unconstitutional for elected politicians (*i.e.* **"GROUP #1 DEFENDANTS"** and **"GROUP #2 DEFENDANT"** ), but not limited to just these politicians and are others in various states throughout the U.S. ) to take an *"oath of office,"* violate the **14th Amendment, Section 3 of the U.S. Constitution**, and then seek another term or run for another office, while orchestrating and conspiring with foreigners (*"Illegal Aliens"*) to overthrow the government using a different voting base (who are foreigners) against **CHAMBERS** and against the *"will"* and *"permission"* of the *"U.S. Republic"* who are the *"legal U.S. Citizens."*

74.     When a politician has taken an *"oath of office"* and does not *"support"* the **U.S. Constitution** *"all"* *"Legal U.S. Citizens"* have *"standing"* in a claim in pursuant to **14th Amendment Section 3 of the U.S. Constitution**, but not limited thereto.

68

75. On information and belief, **"*Illegal Aliens*"** are in the **U.S.** to **"*steal*"** elections and to elect and reelect politicians who are in favor of their **"*illegal immigration status*"** and who will **"*not*"** uphold the **U.S. Constitution** and enforce **"*immigration laws*,"** but not limited thereto.

76. Many **U.S.** politicians are lawyers, yet regardless, each and every one of them (whether simply campaigning and/or elected officials) should know and/or should have known that the **14th Amendment, Section 1 of the U.S. Constitution** does not make anyone a **"*U.S. Citizen*"** and member of the **"*U.S. Republic.*"**

77. The **"*14th Amendment, Section 1 of the U.S. Constitution*"** is **"*not*"** ambiguous.

78. In fact, anyone seeking to repeal and/or abridge the rights concerning **"*birthright citizens*"** is referring to the **"*citizenship*"** **"ACT"** known as the **"*Civil Rights Act of 1866*"** regarding *formerly* enslaved **"*Black People*"** as **"*specifically*,"** entailed in the **_Slaughterhouse Cases_** (83 U.S 36 (1873)) and/or the **"*Jones–Shafroth Act of 1917*"** (a/k/a **"*Jones Act of Puerto Rico*,"** but not limited thereto.

79. **"*Birthright Citizenship*"** did not and does not refer to and/or imply in reference and/or otherwise to **"*Illegal Aliens*"** who have **"*illegally and with deliberate voluntary conspiring intent*"** come to the **U.S.**, have had one or more children, then **"*fraudulently*"** used their children to attempt to bestow **"*U.S. Citizenship*"** on their **"*also illegal children*"** by way of the **"*14th Amendment, Section 1 of the U.S. Constitution.*"**

80. There are millions of **"*Illegal Aliens*"** in the **U.S.** and their millions of children (and now perhaps **"*illegal*"** grandchildren) are **"*illegally*"** registered to vote in the 2016 election to select the next President of the **U.S.**, including House Representatives, Senators,

Governors, Mayors, vote on issues on the various electoral ballots, but not limited thereto, which is unconstitutional.

81.     On information and belief, millions of the *"Illegal Aliens"* in the U.S. have *"illegally"* come to this country by way of **Mexico**, but are not limited thereto.

82.     Yet, many and if not *"all"* **"Illegal Aliens"** (by their *"illegal actions"*) are seeking to give *"insult"* to the **U.S. Constitution** and make it a mockery.

83.     Many and if not *"all"* *"Illegal Aliens"* by their (*"illegal actions"*) are seeking to overthrow the **U.S.** *"Republican Form of Government"* against the *"U.S. Republic"* and against the **U.S. Constitution** to unconstitutionally favor, imply, and include *"Illegal Aliens"* (from foreign countries) without due process under the *"uniformity of immigration laws"* per the *"Naturalization Act of 1790"* and 1791 *et seq.*, but not limited thereto.

84.     The children of *"Illegal Aliens"* have *"fraudulently"* claimed *"birthright citizenship"* via the **14th Amendment, Section 1 of the U.S. Constitution**, when there is *"no"* such declaration of *"citizenship"* in the **14th Amendment, Section 1 of the U.S. Constitution**.

85.     In irony, although the **14th Amendment to the U.S. Constitution** *"guarantees"* due process, millions of *"Illegal Aliens"* have refused to return to their native home (for example Mexico) and take their also *"Illegal Alien Children"* with them, then exercise the *"due process"* laws under the **U.S. Constitution** to apply for *"legal U.S. Citizenship"* by virtue of the *"due process and constitutional"* legislated **"ACT"** *entitled*, *"Naturalization Act of 1790"* and 1791 *et seq.*, but not limited thereto.

86.     It is unconstitutional to allow *"Illegal Aliens"* and their also *"Illegal Children"* and/or *"Illegal Grandchildren"* to violate *"due process"* of law under the

**14th Amendment to the U.S. Constitution**, and continue to perpetuate a ***"fraudulent claim of U.S. Citizenship"*** against the ***"U.S. Republic,"*** and enjoy ***"...all privileges and immunities of citizens in the several states,"*** in violation of **Article IV, Section 2, Clause 1 of the U.S. Constitution**; then attempt to evade the ***uniform Rule of Naturalization*** in pursuant to **Article I, Section 8, Clause 4 of the U.S. Constitution** by ***"not"*** applying going through the ***"due process"*** of the ***"Naturalization Act of 1790"*** and 1791 *et seq.* already provided under the law by Congress and the ***"U.S. Republic."***

   87. The **"GROUP #1 DEFENDANTS"** and **"GROUP #2 DEFENDANTS"** (but not limited to other politicians throughout the **U.S.** who have either campaigned to continue such ***"illegal and unconstitutional immigration policies"*** and/or have taken ***"oaths of office"*** to uphold the **U.S. Constitution**, but have ***"breached"*** said ***"oath"*** and engaged in ***"insurrection and rebellion"*** against the **U.S. Constitution** and have given ***"aid and comfort"*** to foreigners who use ***"illegal"*** and criminal tactics (in violation of the **14th Amendment, Section 3 of the U.S. Constitution**) to abridge the rights of ***"legal U.S. Citizens"*** and many ***"illegal"*** and/or their also illegal children (*a/k/a* ***"anchor babies"***) have ***"illegally"*** registered to vote and/or have voted in several election in a concerted to conspire with politicians such as **"GROUP #1 DEFENDANTS"** and **"GROUP #2 DEFENDANTS"** (but not limited thereto) in order to ***"overthrow"*** the government of the **U.S.** and against the allegiance of the ***"U.S. Republic."***

   88. The **U.S. STATE OF ILLINOIS**, **COOK COUNTY**, and **CITY OF CHICAGO** (including, but not limited to all of the **"GROUP #1 DEFENDANTS"** and **"GROUP #2 DEFENDANTS"** (individually and/or in their ***"official"*** capacities) have violated and continue to violate the ***"14th Amendment, Section 1 of the U.S. Constitution."***

89.    The *"14th Amendment, Section 1 of the U.S. Constitution,"*
regarding *"guaranteed"* privileges and immunities of citizenship, due process, and equal
protection states in pertinent part:

> *"All persons born or naturalized in the United States and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws."*
> [(Emphasis added)]

90.    On information and belief, the 14th Amendment, Section 1 did not
include the world *"foreign power,"* because the **14th Amendment, Section 1** is *"not"* an
**"ACT"** directing *"citizenship"* to anyone, but a *"guarantee"* directed to be applied to *"already citizens"* by the various **STATES** within the union.

91.    The *"Civil Rights Act of 1866"* clearly defines who has
*"birthright citizen"* they are those who are born in the **U.S.** and are *"not"* subject to a *"foreign power."*

92.    On information and belief, the **14 Amendment, Section 1 of the U.S. Constitution** concerning privileges, immunities of citizenship, due process, equal
protection, life, liberty, property (but not limited thereto) were **"guarantees"** addressed to the
various **"STATES"** in how the **"STATES"** were to treat their *"already citizens,"* who had
obtained *"U.S. Citizenship"* by an **"ACT"** of Congress (*i.e. "Naturalization Act of 1790"* and
1791 *et seq.*; *"Civil Rights Act of 1866," "Indian Citizenship Act of 1924," "Jones–Shafroth Act of 1917"* (*a/k/a "Jones Act of Puerto Rico"*), but not limited thereto).

93.    On information and belief, the **14 Amendment, Section 1 of the U.S. Constitution** does not *"grant"* and/or permit *"birthright citizenship"* on anyone.

72

94.     In the **14 Amendment, Section 1 of the U.S. Constitution** where is states, *"[a]ll persons born or naturalized in the United States and **subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside...**"* was a directive to the various **"STATES"** concerning persons who were already *"**U.S. Citizens.**"*

95.     The **14 Amendment, Section 1 of the U.S. Constitution** was *"**not**"* enacted to *"**grant citizenship**"* on any *"**specific**"* group of people.

96.     Therefore, on information and belief, the **14 Amendment, Section 1** is simply a *"**guarantee**"* to those who are *"**already citizens**"* having become *"**legal citizens**"* by virtue of an **"ACT"** of Congress such as the following:  *"**Naturalization Act of 1790**"* and 1791 *et seq.*; *"**Civil Rights Act of 1866,**" "**Indian Citizenship Act of 1924,**" "**Jones–Shafroth Act of 1917**"* (*a/k/a "**Jones Act of Puerto Rico**"*), but not limited thereto.

97.     The **14th Amendment, Section 1 of the U.S. Constitution** is *"**not**"* a *"**redundancy**"* and neither was it written in lieu of the *"**Civil Rights Act of 1866,**"* nor was it written as a *"**redundancy**"* and/or in lieu of the *"**Naturalization Act of 1790**"* and 1791 *et seq.*, but a *"**guarantee**"* to all those who were already *"**Citizens**"* that the various **"STATES"** would treat all of its *"**already citizens**"* equally and by which whom were *"**already subject**"* to the jurisdictional boards of the **U.S.**

98.     The **14 Amendment, Section 1 of the U.S. Constitution** was not enacted so that a foreigner could seek *"**aid and comfort**"* from **U.S.** politicians and/or elected officials who were willing to violate the *"**oath of office,**" "**breach**"* their allegiance to the *"**U.S. Republic,**"* and *"**breach**"* their fiduciary duties to the *"**U.S. Republic**"* and ultimately *by-pass* the *"**sole power of enforcement of the U.S. Constitution**"* which includes, but not limited to a *"**Uniform Rule of Naturalization.**"*  (See **Article I, Section 8, Clause 4 of the U.S. Constitution**.)

99.     The **U.S. STATE OF ILLINOIS**, **COOK COUNTY**, and **CITY OF CHICAGO** (including, but not limited to all of the **"GROUP #1 DEFENDANTS"** and **"GROUP #2 DEFENDANTS"** (individually and/or in their ***"official"*** capacities) have violated and continue to violate the ***"14th Amendment, Section 1 of the U.S. Constitution."***

100.     **Article I, Section 8, Clause 4** states in pertinent part:

        ***"To establish an uniform Rule of Naturalization****, and uniform Laws on the subject of Bankruptcies throughout the United States."* [(Emphasis added)]

101.     On or about 1969/1970 (as of the age of five), **CHAMBERS** lived in a federal government residential area *entitled*, ***"Madden Park Homes"*** under the **Chicago Housing Authority (CHA)** (*a/k/a **"Projects"***) and under the **Department of Housing and Urban Development (HUD)**.

102.     In adding insult to injury, over the years politicians in the **STATE OF ILLINOIS, COOK COUNTY, CITY OF CHICAGO** (*i.e.* **GROUP #1 - DEFENDANTS** and **GROUP #2 - DEFENDANTS**) have either created and/or supported ***"sanctuary"*** states, counties, and cities to abridge the rights of ***"legal U.S. Citizens"*** (the ***"U.S. Republic"***), and ***"illegally"*** have compromised the voting process with ***"Illegal Alien"*** voters via fraud, foreign influences, but not limited thereto against the vote of the ***"U.S. Republic."***

103.     Prior to the **FORMER PRESIDENT B. CLINTON** becoming President of the **U.S., CHAMBERS** had always had a job, sometimes more than one (while in college) and had worked since she was 13 (thirteen) years old in Summer teen programs.

104.     In the year 1992, **FORMER PRESIDENT B. CLINTON** was elected into office for his first term and within a year **CHAMBERS** had lost her *full-time* job.

105.     Over the years, **CHAMBERS** had believed that if she had simple worked much harder and sacrificed more, her knowledge, skills, education, abilities, and

74

experiences would *pay-off* and even in segregated and racist **COOK COUNTY** and **CITY OF CHICAGO**, she (**CHAMBERS**) could obtain the ***"American Dream"*** and could eventually economically help develop the impoverished communities in the neighborhoods she *grew-up* and still seek to improve.

106.    However, not until this year when issues began to surface during the **U.S.** 2016 Presidential election (and then *follow-up* research by **CHAMBERS**), did Plaintiff (**CHAMBERS**) discover a correlation between the financial deprivation, racism, discrimination, abridgment of rights, and economic violence she and other ***"legal U.S. Citizens"*** have been struggling through over the years regarding the politics and policies (but not limited thereto) of the **FORMER PRESIDENT B. CLINTON**, the **DEMOCRAT PRES. NOMINEE H. CLINTON**, the **CLINTON FOUNDATION**, and other federal, state, county, and municipal/city politicians, *( i.e* **"GROUP #1 DEFENDANTS"** and **"GROUP #2 DEFENDANTS"**).

107.    In addition, **CHAMBERS** has recently discovered there has been calculated and orchestrated events with malicious intent as ***"political distractions"*** by the **"GROUP #1 DEFENDANTS"** and **"GROUP #2 DEFENDANTS"** (and other politicians throughout the **U.S.** on the federal, state, and municipal levels) **(a).** to devalue their ***"oaths"*** to support the Constitution; **(b).** get ***"legal U.S. Citizens"*** (who are the ***"Republic"***) to condemn and fight against the ***"enforcement"*** of the **U.S. Constitution**; **(c).** to brand/label ***"legal U.S. Citizens"*** who have exercised his or her Constitutional rights as if such person has committed a crime; and **(d).** to get ***"legal U.S. Citizens"*** to belief if the **U.S. Constitution** is ***"enforced"*** we are all going to suffer from it and the abridgment of rights, more national debt, and hirer taxes will somehow make this county better.

108. **CLINTON FOUNDATION**, **FORMER PRESIDENT B. CLINTON**, and **DEMOCRAT PRES. NOMINEE H. CLINTON** activities have disclosed that the constant call for *"**higher taxes**"* is a *"**political distraction**,"* because funds from *"**higher taxes**"* do not get trickled down to the impoverished **and neither is that ever the intent**.

109. In retrospect, it has taken billions of dollars in funding from *"**taxation**,"* to develop, institutionalize, support, and sustain a *"**racist, segregated, and economically deprived**"* society *"**specifically**"* for **CHAMBERS** and those similarly situated in the past, present, and future.

110. It takes billions of *taxpayer-dollars* to aid and comfort *"**Illegal Aliens**"* with housing, food, healthcare, and education *"**all**"* orchestrated and executed by only a *"**few**"* who have the financial means and *"**political power**"* to *"**not**"* have to live in the neighborhoods their unconstitutional laws and policies produce.

111. The demand for the *"**public**"* release of *"**tax returns**"* are an example of such unconstitutional *"**political distractions**"* during elections.

112. The demand for the *"**public**"* release of *"**tax returns**"* are done to confuse and defraud voters into believing when a candidate exercises his right to privacy and *non-disclosure* of his/her *"**tax returns**,"* he is *"**not**"* deserving of securing votes from the *"**U.S. Republic**"* (whereas **CHAMBERS** is a member thereof) and such demand for *"**public tax return**"* disclosure(s) adds an unconstitutional requirement in running for a public office.

113. On information and belief, most *"**voters**"* (such as **CHAMBERS**) are *"**not**"* tax auditors, public accountants, and *"**most**"* voters (such as **CHAMBERS**) are not licensed attorneys.

114. The *"**public release**"* of *"**tax returns**"* as a requirement for running for *"**public**"* office puts an undue unconstitutional burden and a level of *"**intimidation**"* on

76

potential *"voters"* (such as **CHAMBERS**) in violation of the *"Civil Rights Act of 1957 "* (*regarding voting*) and the **15th Amendment to the U.S. Constitution**.

   115. **CHAMBERS'** standing in this *"Verified Class-Action Complaint"* is further stated by the facts and claims detailed throughout this entire complaint and "not" simply within this section.

   **D.** **THE DEFENDANTS REPUBLICAN PRES. NOMINEE TRUMP, THE TRUMP ORGANIZATION, AND REPUBLICAN VICE PRES. NOMINEE PENCE SHOULD BE BARRED/ENJOINED FROM RELEASING TO THE PUBLIC THEIR RESPECTIVE TAX RETURNS DURING PAST, PRESENT, AND FUTURE ELECTIONS.**

   1. **DONALD JOHN TRUMP**, **THE TRUMP ORGANIZATION**, and **MICHAEL RICHARD PENCE** are the **GROUP #3 DEFENDANTS**, and *"only"* **COUNTS 1 and 2** seek *"no"* monetary damages, but injunction regarding the *non-disclosure* of their various tax returns (personal and/or private corporations) to the general public, *if not already disclosed* currently and regarding future elections; but "all" other Defendants named in this action relate to each and every *"count/claim"* throughout this entire *"Verified Class-Action Complaint."*

   2. Whether or not the *"issue"* regarding the *"public release"* of *"private tax returns"* is *"specifically"* heard before this court concerning the **"GROUP #3 DEFENDANTS"** submit their various *"private tax returns"* for *"public scrutiny"* and/or before the 2016 election has been determined, this court should still rule on said issue, because the issue is *"also"* general regarding *"future"* elections, other/future candidates by any **U.S. Legal Citizen**, and this *"issue"* pivots on the unconstitutional ability to expand the *"requirements"* for *"public office"* when one is running/campaigning, but not limited thereto.

   3. The Defendant **DONALD JOHN TRUMP** (*hereinafter* **"REPUBLICAN PRES. NOMINEE TRUMP"**) is the Republican nominee for the President of

the **UNITED STATE OF AMERICA** (*hereinafter* "**U.S.A.**") in the 2016 election.

       **4.**     On information and belief, the **REPUBLICAN PRES. NOMINEE TRUMP** is the Chairman and President of the Defendant corporation **THE TRUMP ORGANIZATION** (*hereinafter* "**TRUMP ORGANIZATION**").

       **5.**     On information and belief, the Defendant **TRUMP ORGANIZATION** is an American *privately-owned* international conglomerate.

       **6.**     The Defendant **MICHAEL RICHARD PENCE** (*hereinafter* "**REPUBLICAN VICE PRES. NOMINEE PENCE** ") is the Republican nominee for Vice President of the **U.S.A.** in the 2016 election (*a/k/a* ***"running mate"*** for the **REPUBLICAN PRES. NOMINEE TRUMP**).

       **7.**     There have been requests/demands for **REPUBLICAN PRES. NOMINEE TRUMP** and **REPUBLICAN VICE PRES. NOMINEE PENCE** to release their ***"private tax returns"*** for potentially millions of ***"public"*** scrutiny.

       **8.**     The ***"public release"*** of ***"private tax returns"*** as a requirement for running for ***"public"*** office is a past, current, future, and *on-going* ***"issue"*** not just in regards to the 2016 election and the "**specifically named**" "**GROUP #3 DEFENDANTS**" herein, but concerns federal, state, county, and municipal future elections and/or future candidates.

       **9.**     The ***"public release"*** of ***"private tax returns"*** as a requirement for running for ***"public"*** office puts an undue unconstitutional burden and level of ***"intimidation"*** on ***"voters"*** (such as **CHAMBERS**) to have a ***"specific"*** level of knowledge and/or educational credentials (*i.e.* licenses, etc) to interpret and go through pages of ***"personal"*** tax documents of one or more candidates and ***"tax codes"*** (but not limited to), in violation of the ***"Civil Rights Act of 1957 "*** (*regarding voting*) and in violation of the ***"guarantees"*** of the **15th Amendment to the U.S. Constitution**.

10.     The *"request/demand"* for *"public release"* of *"private tax returns"* of **"GROUP #3 DEFENDANTS"** by the **DEMOCRAT PRES. NOMINEE H. CLINTON, FORMER PRESIDENT B. CLINTON, DEMOCRAT VICE PRESIDENT NOMINEE KAINE**, and/or **PRESIDENT OBAMA** (individually and/or in their *"official"* capacities) is a violation of the *"Civil Rights Act of 1957"* (*regarding voting*) *"against"* **CHAMBERS** and the **CLASS MEMBERS** (who are *"legal U.S. Citizens"* and are the *"U.S. Republic"* (*one-and-the-same*).

11.     The *"request/demand"* for *"public release"* of *"private tax returns"* of **"GROUP #3 DEFENDANTS"** by the Defendants **DEMOCRAT PRES. NOMINEE H. CLINTON, FORMER PRESIDENT B. CLINTON, DEMOCRAT VICE PRESIDENT NOMINEE KAINE**, and/or **PRESIDENT OBAMA** (individually and/or in their *"official"* capacities) is a violation of the *"guarantees"* of the **15th Amendment to the U.S. Constitution** *"against"* **CHAMBERS** and the **CLASS MEMBERS** (who are *"legal U.S. Citizens"* and are the *"U.S. Republic"* (*one-and-the-same*).

12.     The *"request/demand"* for *"public release"* of *"private tax returns"* by the Defendants **DEMOCRAT PRES. NOMINEE H. CLINTON, FORMER PRESIDENT B. CLINTON, DEMOCRAT VICE PRESIDENT NOMINEE KAINE**, and/or **PRESIDENT OBAMA** (even including but not limited to any of the **"GROUP #1 DEFENDANTS"** and **"GROUP #2 DEFENDANTS"**) regarding **REPUBLICAN PRES. NOMINEE TRUMP, REPUBLICAN VICE PRES. NOMINEE PENCE**, and **TRUMP ORGANIZATION** (who are the **"GROUP #3 DEFENDANTS"**) is unconstitutional, but not limited thereto.

13.     The *"public release"* of *"private tax returns"* as a requirement for running for *"public"* office will result in a potential voter (such as **CHAMBERS** and the

**CLASS MEMBERS**) having to unconstitutionally rely on others such as tax auditors, accountants, attorneys, even the media (but not limited thereto) for their ***"opinions"*** on said document which is a violation of the ***"Civil Rights Act of 1957,"*** by thus denying a person (such as **CHAMBERS** and the **CLASS MEMBERS**) the right to ***"freely"*** "**.. *vote as he may choose, or of causing such other person to vote for, or not to vote for, any candidate for the office of President, Vice President, Presidential elector...*"** (See **Civil Rights Act of 1957** (PART IV(b).)

14. The additional ***"requirement"*** that **CHAMBERS** and other potential ***"legal U.S. Citizen"*** voters (who are the **CLASS MEMBERS**) must have include the ability to read and understand the ***"private tax returns"*** of one or more election candidates and/or rely on the ***"influential opinions"*** of others (*i.e.* tax auditors, accountants, attorneys, even a potentially ***"bias media"*** (but not limited thereto)) for their ***"opinions"*** regarding said documents is a violation of the ***"Civil Rights Act of 1957"*** and the ***"15th Amendment to the U.S. Constitution."***

15. The Plaintiff (**CHAMBERS**) and on information and belief, most ***"legal U.S. Citizens"*** (the **CLASS MEMBERS**) are not licensed attorneys, accountants, and do not work for the **Internal Revenue Service (IRS)**, not an employee of the **Federal Bureau of Investigation (FBI)**, and/or not a judge within the judicial system, but not limited thereto).

16. Ultimately a ***"request/demand"*** for ***"public release"*** of ***"private tax returns"*** is a violation of the **15th Amendment of the U.S. Constitution** because it creates and discriminates against persons such as **CHAMBERS** who have not formal education and/or license as an attorney, accountant, auditor (but not limited thereto) and/or who do not work in areas concerning ***"taxes"*** as it relates to the **IRS, FBI**, and/or as a judicial judge.

17. Regardless of whether or not **REPUBLICAN PRES. NOMINEE TRUMP, REPUBLICAN VICE PRES. NOMINEE PENCE**, and **TRUMP**

80

**ORGANIZATION** release their respective ***"private tax returns"*** before this ***"Verified Class Action Complaint"*** has been filed and/or during the litigation of the *above-entitled action*, this court should rule that the ***"public release"*** of ***"private tax returns"*** as part of a campaign and/or election process is unconstitutional and violates the ***"Civil Rights Act of 1957 "*** (*regarding voting*) and the **15th Amendment to the U.S. Constitution**.

        **18.**    It is a ***"fact"*** and on information and belief, the **Civil Rights Act of 1957 (PART IV(b)**) states in pertinent part as follows:

        *"No person, whether acting under color of law or otherwise, shall intimidate, threaten, coerce or attempt to intimidate, threaten or coerce **any other person for the purpose of interfering with the right of such other person to vote or to vote as he may choose, or of causing such other person to vote for, or not to vote for, any candidate for the office of President, Vice President, Presidential elector, member of the Senate or member of the House of Representatives, delegates or commissioners from the territories or possessions, at any general, special, or primary election held solely or in part for the purpose of selecting or electing any such candidate.*"* [(Emphasis added)]

        **19.**    It is a ***"fact"*** and on information and belief, the **15th Amendment to the U.S. Constitution** states as follows:

        *"The **right of citizens of the United States to vote shall not be denied or abridged by the United States or by any State** on account of race, color, or previous condition of servitude."* [(Emphasis added)]

        **20.**    The ***"request/demand"*** for ***"public release"*** of ***"private tax returns"*** puts **CHAMBERS** and the **CLASS MEMBERS** at a disadvantaged and ***"not"*** on the ***"same and equal footing within the political process as "other voting members of the electorate"*** who may be ***"auditors," "accountants," "attorneys,"*** and/or others having various educational backgrounds/degrees and/or ***"licenses"*** have the experiences and/or expertise to adequately make a determination as to the ***"validity," "truthfulness," "legality,"*** but not limited thereto regarding said ***"publically released private tax returns."***

21.     The *"request/demand"* for *"public release"* of *"private tax returns"* unfairly and unconstitutionally gives the *"perception"* to *"potential voters"* that a candidate has voluntarily waived her or her **U.S. constitutional** protections (*i.e.* due process, liberty, self-incrimination, equal protection, but not limited thereto), which are *"not qualifications"* and/or *"implied requirements"* under **Article II, Section 1, Clause 5 of the U.S. Constitution**.

22.     The *"public release"* of *"private tax returns"* unconstitutionally submits a person to millions of potential *"reviews"* and/or audits *"not"* endured by *"all"* U.S. Citizens.

23.     In addition, the *"legal U.S. Citizens"* (who are the *"U.S. Republic"*) have *"not"* given the media, an opposing candidate, Congress, nor any other legislator (and/or otherwise) the *"Power"* (see **U. S. Constitution Amendments 9 and 10**) to harass, stress, pressure, shame, and/or maliciously *"bully"* another candidate (*i.e.* **"GROUP #3 DEFENDANTS"**) into *"voluntarily"* abridging his/her rights guaranteed under the **U. S. Constitution** before, during, and/or after a campaign election regarding the Presidency of the U.S. and/or any public office, but not limited thereto.

24.     The *"request/demand"* for *"public release"* of *"private tax returns"* is a violation of the *"rights, immunities, and privileges"* in pursuant to **Article IV, Section 2, Clause 1**.

25.     It is a *"fact"* that **Article IV, Section 2, Clause 1** states in pertinent part,

     *" The Citizens of each State shall be entitled to all Privileges and Immunities of Citizens in the several States."* [(Emphasis added)]

82

26.    Such kinds of campaign *"distraction"* tactics, and/or

unconstitutional *"public vocal cries"* to produce *"personal, private, and privileged"* documents

(**no one has a legal right to acquire**) in an effort to defame the reputation of a candidate *"under*

*color of law"* and/or **perceived** official right, to prove additional qualifications (*i.e. tax return(s)*)

other than what has been governed under **Article II, Section 1, Clause 5** of the **U. S.**

**Constitution**, seeking disclosure via duress and coercion, (on information and belief) are

unconstitutional.

27.    The *"prerequisite requirements"* for the office of the Presidency of

the U.S. under **Article II, Section 1, Clause 5 of the U.S. Constitution** also *"imply"* no

solicitation of *"proof"* other than the *"qualifications"* specified under said **Article II, Section**

**1, Clause 5 of the U.S. Constitution** would be required and *"no"* other *"qualification"* has

been *"authorized"* by the *"Republic form of Government"* under the **U.S. Constitution**.

28.    It is a *"fact"* and on information and belief, **Article II, Section 1,**

**Clause 5 of the U.S. Constitution** states as follows:

    *"No Person except a natural born Citizen, or a Citizen of the United States, at the time*
    *of the Adoption of this Constitution, shall be eligible to the Office of President; neither shall*
    *any person be eligible to that Office who shall not have attained to the Age of  thirty five*
    *Years, and been fourteen Years a Resident within the United States."* [(Emphasis added)]

29.    In result, a *"waiver and/or forfeiture"* of **U. S. Constitution** rights

are *"not"* requirements to become President of the **UNITED STATES OF AMERICA**.

30.    A candidate does not give-up their *"U.S. Citizenship"* when

campaigning and/or elected for *"public office,"* because at *"all"* times **Article IV, Section 2,**

**Clause 1**  (regarding privileges and immunities of Citizens) and *"due process"* and "*equal*

*protection*" under the **14th Amendment to the U.S. Constitution** still *"apply"* for those

*"campaigning"* for *"public office"* and/or those who are elected into *"public office."*

83

31. In fact, **Article II, Section 1, Clause 5** of the **U. S. Constitution** states **"*clearly*"** the qualifications to becoming President of the **U.S.** and just like **Amendment 15 to the U. S. Constitution** in prohibiting **"*additional requirements to vote*,"** such a **"*U. S. Supreme Court decision*"** should also apply to **Article II, Section 1, Clause 5**, regarding the **"*Office of the Presidency*,"** but not limited thereto just these two named politicians (**TRUMP** and/or **PENCE**).

32. In addition, there is no **"*authorization*"** by the **"*U.S. Republic*"** granting the **"*power*"** of any legislator to create a law, ACT, and/or otherwise for the release of **"*private tax returns*"** during a campaign, and the **"*power*"** (in pursuant to the **10th Amendment to the U.S. Constitution**) to demand such and/or to produce said **"*private tax returns*"** is a **"*right*"** retained by **"*the people*"** (who are the **"*legal U.S. Citizens*"** and are the **"*U.S. Republic*"**) in pursuant to the **9th Amendment of the U. S. Constitution**, but not limited thereto.

33. It is a **"*fact*"** and on information and belief, the **10th Amendment to the U.S. Constitution** states as follows:

*"The **'powers not delegated'** to the United States by the Constitution, nor prohibited by it to the States, are reserved to the States respectively, or to the people."* [(Emphasis added)]

34. It is a **"*fact*"** and on information and belief, the **9th Amendment to the U.S. Constitution** states as follows:

*"The enumeration in the Constitution of certain **"rights"** shall not be construed to deny or disparage others **retained by the people**."* [(Emphasis added)]

35. The release of **"*private tax returns*"** to the public during a presidential campaign **"*under color of law*,"** is **"*not*"** only an invasion of privacy, it defrauds the public to act upon an additional campaign election **"*requirement*,"** and maliciously (and with

evil intent) seeks that a **_"potential voters"_** are **_"unduly influenced"_** on the voting ballot by something that is unconstitutional and has **_"no"_** legal merit.

36.     On information and belief, there are strict **_"strict privacy laws"_** when it comes to **_"private tax returns."_**

37.     On information and belief, the **_"strict privacy laws"_** concern **_"private tax returns"_** extends to all taxpayers and presidential candidates, but not limited thereto just those seeking/campaigning for **_"public office."_**

38.     On information and belief, the **_"public release"_** of **_"private tax returns"_** will lead/create a **_"police state"_** of government.

39.     Furthermore, a **_"public and/or private"_** request for production of **_"private tax returns"_** is **_"pretextual"_** when an opponent is simply trying acquire more **_"votes"_** during an election campaign and using unconstitutional means to **_"game"_** the process.

40.     On information and belief, **_"ultimately"_** the **_"goal"_** in the **_"public release"_** of **_"private tax returns"_** (before, during, and after an election) is an effort to have candidates' **U.S. Constitutional** rights abridged, **_"not"_** seek public office, embarrassed, bully, create fear, intimidate, coerce, harass, emotionally stress, and pressure said candidate for the **_"public disclosure"_** thereof under duress, but not limited thereto (and cause a perception that a candidate has **_"deliberately"_** **waived** his/her constitutional rights (including but not limited to **_"self-incrimination"_** is **_"illegal"_** and unconstitutional.

41.     The **_"public release"_** of **_"private tax returns,"_** whether voluntarily, under duress, party political pressures/fears, threats, intimidations, and/or bullied by opponents and the media/press, it would be unconstitutional and constitute to a violation of the **GUARANTEE CLAUSE** in creating an expansion of the **U. S. Constitution**.

42. On information and belief, in the **U.S.** there are no laws mandating that a presidential candidate must release his or her individual tax returns to the public.

43. Yet, **Article II, Section 1, Clause 5** (regarding qualifications for the ***"Office of residency"***) has not been repealed.

44. On information and belief, under the ***"Ethics in Government Act"*** and ***"Federal Election Campaign Act,"*** disclosures are required for candidates for federal office, as well as other *high-ranking officials* and staff and those disclosures include information about income, gifts, assets, liabilities, outside employment, and trusts, but not limited thereto.

45. On information and belief, although it has been proposed (by legislative ***"Bill"*** and/or otherwise) for a ***"Presidential Tax Transparency Act,"*** where a candidate would release the most recent three years of tax returns to the **Federal Election Commission (FEC)** within 15 days of becoming the nominee at the party convention and/or have ***"private tax returns"*** released by **Treasury Secretary** directly to the **FEC** for public release, such an **"ACT"** would be a form of ***"intimidation,"*** unconstitutional, and in violation of violate **Article IV, Section 1 of the U.S. Constitution** (regarding ***"Full Faith and Credit"***), the ***"Civil Rights Act of 1957 "*** (*regarding voting*), and in violation of the ***"guarantees"*** of the **15th Amendment to the U.S. Constitution**, but not limited thereto.

46. On information and belief, abridging one's **U.S. Constitution** rights in exchange for ***"votes"*** amounts to a political/campaign ***"bribe."***

47. On information and belief, abridging one's **U.S. Constitution** rights ***"under duress, fear, and intimidation"*** amounts to ***"extortion."***

48. It is of ***"interest and standing"*** to every ***"legal"*** **U.S.** voter (including **CHAMBERS** and the **CLASS MEMBERS**), that the **U.S.** election process is free from criminal acts such as ***"fear, threats, and intimidation"*** in an effort to clinch the ***"Office of***

*the Presidency"* by tactics against one or more candidates for exercising his or her **U.S.**

**Constitutional** rights, which have sinister and illegal intentions to sway votes against and *"not"*

in favor of the intended target *(i.e.* **GROUP #3 DEFENDANTS**).

49.     Although *"private tax return(s)"* of the **TRUMP**

**ORGANIZATION** may not be the *"current cries"* for public disclosure, on information and

belief, there is a *nexus* between its Chairman (**REPUBLICAN PRES. NOMINEE TRUMP**)

and/or possible holdings of the **TRUMP ORGANIZATION** which are *"privileged"* information

(including the tax return(s) of **REPUBLICAN VICE PRES. NOMINEE PENCE**, that by

default, warrant the fundamental **U. S. Constitutional** sanctity of *"privacy"* and prohibiting *self-*

*incrimination*, but not limited thereto.

50.     Yet, on information and belief, the **REPUBLICAN PRES.**

**NOMINEE TRUMP** has *"freely"* disclosed to the *"legal U.S. Citizens"* that his *"private tax*

*returns"* are under audit and the *"U.S. Republic"* should be humbled by that *"seemingly"*

unsolicited and unprovoked disclosure of that *"fact."*

51.     On information and belief, the **REPUBLICAN PRES.**

**NOMINEE TRUMP** has *"freely"* disclosed to *"legal U.S. Citizens"* (who are the *"U.S.*

*Republic"*) that his *"private tax returns"* are regularly *"audit"* which means that the department

and/or branch of government having the *"authorization and/or power"* to evaluate his *"private*

*tax returns"* have already provided the *"public"* with *"due diligence"* and *"due process"* so

that *"laymen"* in that particular area (such as **CHAMBERS** and the **CLASS MEMBERS**) do

not have to *"unduly burden"* themselves with understanding one or more candidate's

cumbersome *"private tax returns."*

52.     It is unconstitutional for any campaign to violate **Article IV,**

**Section 1 of the U.S. Constitution** (regarding *"Full Faith and Credit"*) against his or her

opponent, when there has been no publicly disclosed ***"impropriates and/or illegal acts"*** by those who have been ***"entrusted"*** with the ***"power"*** by the ***"U.S. Republic"*** to investigate, come to a determination, and/or seek judicial prosecution (*if warranted*), which is the ***"due process"*** procedural guaranteed under the **14th Amendment to the U.S. Constitution**.

53. By the **DEMOCRAT PRES. NOMINEE H. CLINTON**, **FORMER PRESIDENT B. CLINTON**, **DEMOCRAT VICE PRESIDENT NOMINEE KAINE**, and/or **PRESIDENT OBAMA** (individually and/or in their ***"official"*** capacities) ***"publically requesting/demanding"*** for the ***"public release"*** of ***"private tax returns"*** (past and present) concerning the **"GROUP #3 DEFENDANTS"** (**REPUBLICAN PRES. NOMINEE TRUMP** and **REPUBLICAN VICE PRES. NOMINEE PENCE**), these Defendants (but not limited thereto) have violated **Article IV, Section 1 of the U.S. Constitution**.

54. It is a ***"fact"*** that **Article IV, Section 1 of the U.S. Constitution** states in pertinent part,

> *"Full Faith and Credit shall be given in each State to the public Acts, Records, and judicial Proceedings of every other State. And the **Congress** may **by general Laws prescribe the Manner in which such Acts, Records and Proceedings shall be proved, and the Effect thereof**."* [(Emphasis added)]

55. A violation of **Article IV, Section 1 of the U.S. Constitution** is an attempt to ***"play"*** on the ***"laymen, naive, and/or possible complacencies"*** of the ***"legal U.S. Citizens"*** in order to undermine the ***"U.S. Republic,"*** the political process/system, and ***"rig, steal, and/or undermine"*** an election for a ***"particular"*** outcome and unconstitutionally ***"against"*** one's opponent by creating ***"fear of exercising a right not to disclose"*** by ***"threats and intimidate"*** of ***"not"*** receiving public support and/or a majority of votes at the poll; which may (on information and belief) have risen to the level of criminal violations of 18 U.S.C. §241 concerning ***"conspiracy against rights,"*** which states in pertinent part:

*"If two or more persons conspire to injure, **oppress, threaten, or intimidate any person in any State**, Territory, Commonwealth, Possession, or District **in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or***

*If two or more persons go in disguise on the highway, or on the premises of another, **with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured**—*

***They shall be fined under this title or imprisoned not more than ten years, or both**; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death."* [(Emphasis added)]

56.     In pursuant to **Article IV, Section 1 of the U.S. Constitution**

(concerning ***"full faith and credit"***), **CONGRESS** has by legislation established procedures

and/or the ***"authorities"*** by which to review and verify ***"private tax returns."***

57.     The ***"U.S Republic"*** has given the federal and state government

various ***"powers"*** within three branches of government ("***Executive Branch,"*** ***"Legislative***

***Branch,"*** and the ***"Judicial Branch"***) and it is unconstitutional (whether in an ***"election***

***process"*** or not) to seek the laymen opinions of ***"media"*** and/or the voters to somehow (without

the ***"authority"*** of the ***"U.S. Republic"***) to review ***"private tax returns"*** before going to the

***"voting polls."***

58.     This ***"undue burden"*** of reviewing ***"private tax returns"*** on a

voter such as **CHAMBERS** and the **CLASS MEMBERS** is a violation of ***"Civil Rights Act of***

***1957"*** and the ***"15th Amendment to the U.S. Constitution."***

59.     The ***"full faith and credit"*** in pursuant to **Article IV, Section 1 of**

**the U.S. Constitution** does not just extend to ***"court orders"*** and/or judicial matters within a

litigation proceedings, ***"full faith and credit"*** in pursuant **Article IV, Section 1 of the U.S.**

**Constitution** extends to the other two branches of government (***"Legislative Branch"*** and the

89

***"Executive Branch"***) unless and until an issue has been challenged in a ***"court of law"*** and a determination has been made.

       60.    On information and belief, no ***"due process"*** challenge has been made to question the past and present ***"private tax returns"*** of the **"GROUP #3 DEFENDANTS"** and ***"clearly"*** the release of ***"private tax returns"*** for ***"public scrutiny"*** is **not** the path of ***"due process."***

       61.    On information and belief, the ***"request/demand"*** for the ***"public release"*** of ***"private tax returns"*** is an attempt to ***"disenfranchise"*** the **U.S.** voting process and/or voters such as **CHAMBERS** and the **CLASS MEMBERS**, by undermining the credibility and confidence in the **U.S.** ***"Republican Form of Government."***

       62.    In addition, ***"private tax returns"*** warrant ***"equal protection"*** as would any **U.S.** citizen expect and enjoy, whether or ***"not"*** a person is running for ***"public office."***

       63.    Therefore, the ***"public release"*** of ***"private tax returns"*** before, during, and/or after an ***"election"*** is unconstitutional and should be barred.

       64.    The ***"public release"*** of ***"private tax returns"*** by the candidates (**REPUBLICAN PRES. NOMINEE TRUMP** and **REPUBLICAN VICE PRES. NOMINEE PENCE**) would ***"not"*** benefit **CHAMBERS** in her **U.S.** Constitutional rights regarding life, liberty, and the pursuit of happiness as a ***"legal U.S. Citizen."***

       65.    Whatever is in the ***"private tax returns"*** of the **GROUP #3 DEFENDANTS** (*i.e.* **REPUBLICAN PRES. NOMINEE TRUMP**; **REPUBLICAN VICE PRES. NOMINEE PENCE**; and/or the **TRUMP ORGANIZATION**) such information will not make **CHAMBERS'** impoverished life any better.

66.     The wealth, properties, and businesses of any of the **GROUP #3 DEFENDANTS** acquired over the years belong to those Defendants (**REPUBLICAN PRES. NOMINEE TRUMP**; **REPUBLICAN VICE PRES. NOMINEE PENCE**; and the stockholders of the **TRUMP ORGANIZATION**) and during an election, **CHAMBERS** is ***"only"*** concerned about whether or not a candidate is going to take an ***"oath of office"*** and actually ***"uphold"*** and enforce the **U.S. Constitution** guaranteeing ***"all"*** ***"legal U.S. Citizens"*** (*i.e.* **CHAMBERS** and the **CLASS MEMBERS**) equal opportunities to life, liberty, and the pursuit of happiness within the same rules and access to the ***"enforcement of laws"*** the candidates themselves have enjoyed in harnessing and maintaining the ***"American Dream."***

67.     Issues concerning whether or not a candidate has disclosed the unconstitutional ***"public release"*** of ***"private tax returns"*** and the media's ***"focus"*** on that **and other matters of irrelevance** makes a ***"mockery"*** out of the U.S. ***"voting process"*** and an embarrassment to the world.

68.     U.S. elections ***"not"*** focused on the ***"issues"*** affecting ***"legal U.S. Citizens"*** are ***"deliberate"*** distractions designed to create voter apathy and question the credibility of the voting outcomes of the system.

69.     U.S. elections **"not"** focused on the ***"issues"*** affecting ***"legal U.S. Citizens"*** create unnecessary divisions among voters regarding matters of irrelevance; in addition, have the potential to destabilize politicians within a campaign party, and can fracture the ***"union"*** of the **U.S. Republic** among the various **STATES**.

70.     The long history of the **U.S.** regarding the constitution, the wars, involuntary servitude, and all of the people who have ***"now"*** come together in ***"unity"*** who are ***"legal U.S. Citizen"*** as a ***"Republican Form of Government"*** via an **"ACT"** of Congress (*i.e.* ***"Naturalization Act of 1790"*** and 1791 *et seq*,; ***"Civil Rights Act of 1866,"*** ***"Indian Citizenship***

*Act of 1924," "Jones–Shafroth Act of 1917"* (a/k/a "*Jones Act of Puerto Rico*"), but not

limited thereto) are in the process of divided by *"foreign invasion" ("illegal immigrants"* who

capitalize on said division) when elections do not *"focus"* on the political record (*if any*) of a

candidate and the enforcement of the *"duties"* of the offices by which a candidate seeks to be

elected.

### E. THE LEGISLATIVE AND EXECUTIVE BRANCHES OF FEDERAL "POWERS" SHOULD "NOT" BE CARRIED OUT BY THE CLINTON FOUNDATION AND/OR ITS OFFICERS/OWNERS

1. On information and belief, the **U.S. Constitution** divided the

federal government into **three branches**,.

2. On information and belief, the **U.S. Constitution** gives *"legislative

powers"* to a bicameral (two chamber) **Congress** which are the *"U.S. House of

Representatives"* and the *"U.S. Senate."*

3. Under the **U.S. Constitution**, the *"Legislative Branch"* (under

*"Article I"*), the *"Executive Branch"* (under *"Article II"*), and the *"Judicial Branch"* (under

*"Article III"*) are **separate and no branch shall exercise "powers" properly belonging to

another**.

4. Therefore, the *"Articles I," "Articles II,"* and *"Article III"* create

a *"separation of powers"* among the **three branches** of the federal government.

5. This *"separation of powers,"* by which each department may

exercise *"only"* its own constitutional *"powers"* and no others, is fundamental to the idea of

*"a limited government accountable to the people."*

6. On information and belief, **Article I** of the **U. S. Constitution** is

a *"vesting clause"* that bestows federal legislative *"power"* exclusively to **Congress** and similar

clauses are found in **Articles II (for the *"Executive Branch"*) and III (for the *"Judicial Branch"*)**.

        7.      On information and belief, established by **Article I of the U.S. Constitution**, the *"Legislative Branch"* consists of the *"House of Representatives"* and the *"Senate,"* which together form the **UNITED STATES** *"Congress"* and the following applies:

        8.      The **U. S. Constitution** grants *"Congress"* the sole authority (*"power"*) to enact legislation and declare war, the right to confirm or reject any Presidential appointments, and substantial investigative powers.

        9.      The *"House of Representatives"* is made up of 435 elected members, divided among the 50 states in proportion to their total population.

        10.      The presiding officer of the chamber is the *"Speaker of the House,"* elected by the *"Representatives."*

        11.      The *"House of Representative"* has several powers assigned exclusively to it, including the *"power"* to initiate revenue bills, impeach federal officials, and elect the President of the **UNITED STATES OF AMERICA** in the case of an *"electoral college"* tie.

        12.      The *"Speaker of the House,"* is third in the line of succession to the Presidency.

        13.      The **U. S. Senate** is composed of 100 Senators, two for each state.

        14.      On information and belief, the *"Executive Branch"* is also known as the *"State Department."*

        15.      The *"power"* of the **Executive Branch** (**Article II of the United States Constitution**) is vested in the *"President"* of the **U.S.** and the following applies:

16. The *"President"* of the U.S. is head of state and *"Commander-in-Chief"* of the armed forces.

17. The *"President"* of the U.S. is responsible for *"implementing and enforcing the laws"* written by *"Congress."*

18. On information and belief, the *"President"* of the U.S. appoints the heads of the federal agencies, including the *"Cabinet."*

19. On information and belief, the *"Cabinet Departments"* and *"independent federal agencies"* are responsible for the *day-to-day* *"enforcement and administration of federal laws."*

20. The **Executive Branch** (**Article II**) consists of the following:

*"Cabinet Departments:"* (a). *"Department of Education;"* (b).*"Department of Housing and Urban Development (HUD);"* (c).*"United States Department of Health and Human Services (HHS);"* (d). *"United States Department of State;"* (e). *"Department of Interior (DOI);"* (f). *"U. S. Department of Agriculture (USDA);"* (g). *"Department of Commerce;"* (h). *"Department of Defense (DOD);"* (i). *"Department of Homeland Security (DHS);"* (j). *"Department of Justice (DOJ);"* (k). *"Department of Labor;"* (l). *"Department of Transportation (DOT);"* (m). *"Department of Energy;"* (n). *"Department of Veterans Affairs;"* and (o). *"Department of Treasury."*

21. On information and belief, as *"Commander in Chief,"* the U.S. President is the *"commander of the armed services"* who is responsible for keeping the country safe and strong both in wartime and during peaceful periods.

22. On information and belief, the *"U.S. President"* is responsible for *"preparing the national budgets,"* *"enforcing federal laws,"* *"appointing federal officials,"* *"appoint ambassadors,"* and *"make treaties."*

23. On information and belief, the *"U.S. President"* is a *"representative of the U.S. government,"* and *"the country's popular leader"* and *"not"* the

CLINTON FOUNDATION and/or its owners, officers, members, employees, agents, but not limited thereto.

24.    On information and belief, the *"U.S. President"* is the county's *"Chief Executive"* and *"not"* the CLINTON FOUNDATION and/or its owners, officers, members, employees, agents, but not limited thereto.

25.    On information and belief, the *"U.S. President"* is to develop *"federal policies"* and *"not"* the CLINTON FOUNDATION and/or its owners, officers, members, employees, agents, but not limited thereto.

26.    On information and belief, the *"U.S. President"* is the "*Foreign Policy Director*" and *"not"* the CLINTON FOUNDATION and/or its owners, officers, members, employees, agents, but not limited thereto.

27.    On information and belief, the *"U.S. President"* is to "**direct foreign policy**" and *"not"* the CLINTON FOUNDATION and/or its owners, officers, members, employees, agents, but not limited thereto.

28.    On information and belief, the *"U.S. President"* has the *"duty"* to meet with *"foreign leaders"* and *"not"* the CLINTON FOUNDATION and/or its owners, officers, members, employees, agents, but not limited thereto.

29.    On information and belief, the *"U.S. President"* is the *"Legislative Leader,"* and influences the **development and passage of laws** and *"not"* the CLINTON FOUNDATION and/or its owners, officers, members, employees, agents, but not limited thereto.

30.    The former, **Article I** confers *"executive power"* upon the **President alone**, and the latter **Article III** grants judicial **power solely to the federal judiciary**.

31.     In result, the *"**powers**"* and *"**duties**"* of *"**both**"* the *"**Legislative Branch**"* and the *"**Executive Branch**"* of the **U.S.** Federal government are *"**specific**"* per **Articles I and Articles II** (respectively) of the **U.S. Constitution**.

32.     There is nothing within **Articles I and Articles II** regarding the *"**powers**"* and *"**duties**"* of the *"**Legislative Branch**"* and *"**Executive Branch**"* giving these *"**powers**"* and *"**duties**"* to the **CLINTON FOUNDATION** and/or to its officers, employees, agents, but not limited thereto the following Defendants: **DEMOCRAT PRES. NOMINEE H. CLINTON** and **FORMER PRESIDENT B. CLINTON**.

33.     On information and belief, **DEMOCRAT PRES. NOMINEE H. CLINTON** and **FORMER PRESIDENT B. CLINTON** have *"**deliberately**"* and **with malicious and financial intent**, *"**blurred**"* the lines between **"THE WILLIAM J. CLINTON PRESIDENTIAL FOUNDATION"** *(originally* organized in pursuant to the *"**Presidential Library Act of 1955**"* and as amended by the *"**Presidential Libraries Act of 1986**"* (44 U.S.C. § 2112)) and the *"**U.S. Federal Government**"* and that of its *"**duties**"* of the *"**Executive Branch**"* known as the *"**U.S. State Department**"* to *"**appear**"* as *"**one-and-the-same**"* with the now known as the **CLINTON FOUNDATION** (a *"**not-for-profit private corporation**"*).

### F.     THERE ARE LAWS GOVERNING THE "OATH OF OFFICE" AND THE "GROUP #1 DEFENDANTS" AND "GROUP #2 DEFENDANTS" HAVE TAKEN "OATHS OF OFFICE" TO "SUPPORT" THE U.S. CONSTITUTION

1.     On information and belief, the individuals/politicians of the **GROUP #1 DEFENDANTS** and the **GROUP #2 DEFENDANTS** have taken and/or should have taken *"**Oaths of Office**"* to *"**support**"* the **U.S. Constitution**.

2.     There are many **U.S.** laws regarding the *"**Oath of Office**"* to *"**support**"* the Constitution.

3.      Regarding the ***"Oath of Office"*** for the **U.S.** President, **Article II,**

**Section 1, Clause 8** states in pertinent part,

> ***" Before he enter on the Execution of his Office, he shall take the following Oath or Affirmation:—'I do solemnly swear (or affirm) that I will faithfully execute the Office of President of the United States, and will to the best of my Ability, preserve, protect and defend the Constitution of the United States.'"*** [(Emphasis added)]

4.      Regarding the ***"Oath of Office"*** for the Senators and

Representative of the several State and of the **U.S. Article VI, Section 1, Clause 3** of the **U.S.**

**Constitution** states in pertinent part,

> *"The Senators and Representatives before mentioned, and the Members of the several State Legislatures, **and all executive** and judicial **Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution**; but no religious Test shall ever be required as a Qualification to any Office or public Trust under the United States."* [(Emphasis added)]

5.      **4 U.S. Code § 101 - regarding the Oath by members of STATE**

**legislatures and officers** it state in pertinent part:

> ***"Every member of a State legislature, and every executive and judicial officer of a State, shall, before he proceeds to execute the duties of his office, take an oath in the following form, to wit: 'I, A B, do solemnly swear that I will support the Constitution of the United States.'"*** [(Emphasis added)]

6.      On information and belief, various STATES have within their

respective Constitutions ***"Oath of Office"*** (such as the **STATE OF ILLINOIS**), which is as

follows in **ARTICLE XIII of the IL Constitution**:

> **"SECTION 3.  OATH OR AFFIRMATION OF OFFICE**
> *"Each prospective holder of a State office or other State position created by this Constitution, before taking office, shall take and subscribe to the following oath or affirmation: **'I do solemnly swear (affirm) that I will support the Constitution of the United States, and the Constitution of the State of Illinois, and that I will faithfully discharge the duties of the office of .... to the best of my ability.'"*** [(Emphasis added)]

7.      The **GROUP #1 DEFENDANTS** and the **GROUP #2**

**DEFENDANTS** have ***"not"*** supported the **U.S. Constitution** and **Illinois State Constitution**.

8. However, the **U.S. Constitution** and the laws of the **U.S.** made in

pursuant to the **U.S. Constitution**, including but not limited to its treaties is the ***"Supreme law of***

***the land."***

9. **Article VI, Section 1, Clause 2 of the U.S. Constitution** states in
pertinent part:

***"This Constitution, and the laws of the United States which shall be made in***
***pursuance thereof; and all treaties made, or which shall be made, under the authority of the***
***United States, shall be the supreme law of the land; and the judges in every state shall be***
***bound thereby, anything in the Constitution or laws of any State to the contrary***
***notwithstanding."*** [(Emphasis added)]

> **G. HILLARY DIANE RODHAM CLINTON HAS TAKEN AN**
> **OATH OF OFFICE, SHE HAS NOT SUPPORTED THE U.S.**
> **U.S.CONSTITUTION, AND CANNOT CAMPAIGN AND/OR BE**
> **PRESIDENT OF THE U.S. AS WELL AS OTHER GROUP #1**
> **DEFENDANTS AND GROUP #2 DEFENDANTS REGARDING**
> **THEIR RESPECTIVE PUBLIC OFFICES ARE ALSO IN**
> **VIOLATION OF SECTION 3 OF THE 14TH AMENDMENT TO**
> **THE U.S. CONSTITUTION AND BREACH OF THE PUBLIC**
> **TRUST, BUT NOT LIMITED THERETO.**

1. On information and belief, the **GROUP #1 DEFENDANTS** and

the **GROUP #2 DEFENDANTS** have violated the **U.S. Constitution**, several amendments

thereof, but not limited thereto.

2. On information and belief, the **GROUP #1 DEFENDANTS** and

the **GROUP #2 DEFENDANTS** have engaged in ***"insurrection and rebellion"*** against the **U.S.**

**Constitution** and the ***"U.S. Republic."***

thereof, but not limited thereto.

3. On information and belief, the **GROUP #1 DEFENDANTS** and

the **GROUP #2 DEFENDANTS** have given ***"aid and comfort"*** to ***"Illegal Aliens."***

4. On information and belief, the **GROUP #1 DEFENDANTS** and the **GROUP #2 DEFENDANTS** have conspired with ***"Illegal Aliens"*** to ***"vote"*** in U.S. government elections.

5. On information and belief, the **GROUP #1 DEFENDANTS** and the **GROUP #2 DEFENDANTS** have committed other conspiracies against the **U.S. Constitution** and the ***"U.S. Republic"*** (**legal U.S. Citizens**).

6. On information and belief, the **GROUP #1 DEFENDANTS** and the **GROUP #2 DEFENDANTS** have committed racketeering.

7. On information and belief, the **GROUP #1 DEFENDANTS** and the **GROUP #2 DEFENDANTS** have violated several ***"other"*** sections/clauses of the **U.S. Constitution**.

8. On information and belief, the **GROUP #1 DEFENDANTS** and the **GROUP #2 DEFENDANTS** have violated federal, state, county, and/or municipal codes, statutes, ACTS, but not limited thereto.

9. The **GROUP #1 DEFENDANTS** and the **GROUP #2 DEFENDANTS** have ***"breached"*** their fiduciary duties regarding past and/or present ***"public offices."***

10. The **GROUP #1 DEFENDANTS** and the **GROUP #2 DEFENDANTS** have ***"breached"*** the ***"public trust."***

11. The **GROUP #1 DEFENDANTS** and the **GROUP #2 DEFENDANTS** have violated ***"public policies."***

12. On information and belief, the **GROUP #1 DEFENDANTS** and the **GROUP #2 DEFENDANTS** have taken and/or should have taken one or more ***"Oath of Office"*** to ***"support"*** the **IL State Constitution** and/or the **U.S. Constitution**.

13.     On information and belief, the **GROUP #1 DEFENDANTS** and the **GROUP #2 DEFENDANTS** have ***"not"*** ***"supported"*** the **IL State Constitution** and/or the **U.S. Constitution**.

14.     On information belief, the **GROUP #1 DEFENDANTS** and the **GROUP #2 DEFENDANTS** are in ***"violation"*** of the ***"14th Amendment to the U.S. Constitution, Section 3***."

15.     The Defendants below should ***"not"*** be allowed to be appointed, campaign, and/or be elected ***"again"*** for their ***"public offices"*** (past or present) and/or ***"any other public office"*** due to one or more prohibited violations and in pursuant to the **14th Amendment, Section 3 of the U.S. Constitution** and other *cause-of-actions* within the various **COUNTS** as specified in this ***"Verified Class-Action Complaint:"***

**(a). DEMOCRAT PRES. NOMINEE H. CLINTON; (b). FORMER PRESIDENT B. CLINTON; (c). DEMOCRAT VICE PRES. NOMINEE KAINE; (d). PRESIDENT OBAMA; (e). U. S. SENATOR DURBIN; (f). U. S. SENATOR KIRK; (g). U. S. HOUSE REP. KELLY; (h). ILLINOIS GOVERNOR RAUNER; (i). IL ATTORNEY GENERAL MADIGAN; (j). IL STATE SENATOR TROTTER; (k). IL STATE REP. EVANS; (l). COOK COUNTY STATE'S ATTORNEY ALVERZ; (m). COOK COUNTY BOARD PRES. PRECKWINKLE; (n). JUDGE GALLAGHER; (o). JUDGE SANTIAGO; ([). JUDGE RAMOS; (q). COOK COUNTY BOARD OF REVIEW COMMISSIONER ROGERS; (r). COOK COUNTY 4TH DIST. COMMISSIONER MOORE; (s). COOK COUNTY ASSESSOR BERRIOS; (t). MAYOR EMANUEL; and (u). 10th WARD ALDERWOMAN GARZA.**

16.     The **DEMOCRAT PRES. NOMINEE H. CLINTON** is ***"not qualified"*** to campaign and be elected for the ***"public office"*** for President of the **U.S.** as well as be elected ***"again"*** for ***"any other public office"*** due to one or more prohibited constitutional violations and in pursuant to the **14th Amendment, Section 3 of the U.S. Constitution**, and other *cause-of-actions* within the various **COUNTS** as specified in this ***"Verified Class-Action Complaint."***

17.     It is a *"fact"* and on information and belief, the **14th Amendment, Section 3 of the U. S. Constitution** states as follows:

*"No person shall be a Senator or Representative in Congress, or elector of President **and Vice President, or hold any office, civil or military, under the United States, or under any State, who having previously taken an oath**, as a member of Congress, or as an officer of the United States, or as a member of any State legislature, or as an executive or judicial officer of any State, **to support the Constitution of the United States, shall have engaged in insurrection or rebellion against the same, or given aid or comfort to the enemies thereof**. But Congress may, by a vote of two-thirds of each House, remove such disability."* [(Emphasis added)]

18.     On information and belief, the Defendant **DEMOCRAT PRES. NOMINEE H. CLINTON** was the junior *"U. S. Senator of New York,"* representing from **2001 to 2009**.

19.     On information and belief, **DEMOCRAT PRES. NOMINEE H. CLINTON** took the *"oath"* of office as the junior *"U. S. Senator of New York,"* to *"uphold"* the **U.S. Constitution**.

20.     On information and belief, as junior *"U. S. Senator of New York"* the **DEMOCRAT PRES. NOMINEE H. CLINTON** **did not** *"uphold"* the **U.S. Constitution**.

21.     On information and belief, as *"U. S. Senator of New York"* the **DEMOCRAT PRES. NOMINEE H. CLINTON** has engaged in *"insurrection and rebellion"* against the **U.S. Constitution**.

22.     On information and belief, the Defendant **DEMOCRAT PRES. NOMINEE H. CLINTON** was the *"U.S. Secretary of State"* in the **PRESIDENT OBAMA** administration **from 2009 to 2013**.

23.     On information and belief, the **DEMOCRAT PRES. NOMINEE H. CLINTON** took the *"oath"* of office for *"U.S. Secretary of State,"* to *"uphold"* the **U.S. Constitution**.

24.    On information and belief, as **_"U.S. Secretary of State"_** the **DEMOCRAT PRES. NOMINEE H. CLINTON** <u>did not</u> **_"uphold"_** the **U.S. Constitution**.

25.    On information and belief, as **_"U.S. Secretary of State"_** the **DEMOCRAT PRES. NOMINEE H. CLINTON** has engaged in **_"insurrection and rebellion"_** against the **U.S. Constitution**.

26.    On information and belief, **DEMOCRAT PRES. NOMINEE H. CLINTON** formally accepted her party's nomination for **_"President of the United States"_** on July 28, 2016, with vice presidential running mate, (then Senator) **TIMOTHY MICHAEL ("TIM") KAINE**, who is also a Defendant in the *above-entitled action.*

27.    On information and belief, in violation of and in pursuant to **Section 3 of the 14th Amendment to the U.S. Constitution** (but not limited thereto), **DEMOCRAT PRES. NOMINEE H. CLINTON** is **_not fit and not qualified_** to be the President of the **UNITED STATES OF AMERICA**.

28.    **DEMOCRAT PRES. NOMINEE H. CLINTON** has conspired with **FORMER PRESIDENT B. CLINTON**, to engage in **_"insurrection and rebellion"_** against the **U.S. Constitution**, to defraud the government, and the **_"U.S. Republic"_** form of government, by **_"not"_** upholding the **22nd Amendment to the U.S. Constitution**, but not limited thereto, and ultimately utilized the **CLINTON FOUNDATION** (a/k/a **"BILL, HILLARY, AND CHELSEA CLINTON FOUNDATION"** and originally known as **"THE WILLIAM J. CLINTON PRESIDENTIAL LIBRARY FOUNDATION"**) to carry out these and other violations against the **14th Amendment, Section 3 of the U. S. Constitution**, but not limited thereto.

29.     On information and belief, *__insurrection__* is defined as -

**(i).** An uprising against a larger force that's in power; **(ii).** Organized opposition to authority; and **(iii).** A conflict in which one faction tries to wrest control from another.

30.     On information and belief, *__rebellion__* is defined as - **(i).** A refusal of obedience or order; **(ii).** It refers to the open resistance against the orders of an established authority; **(iii).** The rebel is the individual(s) that partakes in rebellion or rebellious activities and the term *__rebellion__* refers to the ensemble of rebels in a state of revolt; **(iv).** A rebellion originates from a sentiment of indignation and disapproval of a situation and then manifests itself by the refusal to submit or to obey the authority responsible for this situation; and **(v).** Rebellion can be individual or collective, peaceful (civil disobedience, civil resistance, and nonviolent resistance) or violent.

31.     On information and belief, in political terms and as it relates to the *__facts__* regarding the Defendants (**DEMOCRAT PRES. NOMINEE H. CLINTON**, **FORMER PRESIDENT B. CLINTON**, and the **CLINTON FOUNDATION**) (in addition to the other **"GROUP #2 - DEFENDANTS"**), the *__rebellion__* sought is to evade an authority in *__power__* (which is the *__U.S. Republic,__* whereas the *__goal__* is resistance, and a *__revolt__* seeking to *__overthrow__* and *__destroy__* that *__power__* the (*__U.S. Republic__*) as well as its accompanying laws (the **U.S. Constitution**, but not limited thereto).

32.     It is a *__fact__* and on information and belief, the *"**Article IV, Section 4 of the U. S. Constitution**"* states as follows:

*"__The United States shall guarantee to every state in this union a republican form of government, and shall protect each of them against invasion; and on application of the legislature, or of the executive (when the legislature cannot be convened) against domestic violence.__"* [(Emphasis added)]

    **a.**  On information and belief, a ***"Republic Form of Government"*** is defined as **(i).** a sovereign state or country which is organized with a form of government in which ***"power"*** resides in elected individuals representing the ***"citizen body"*** and ***"government leaders"*** exercise ***"power"*** according to the ***"rule of law;"*** **(ii).** a country that is governed by elected representatives and by an elected leader (such as a ***"President"***) rather than by a ***"king or queen;"*** and **(iii).** The **Republican Form of government** is one in which the powers of sovereignty are vested in the people and are exercised by the people, either directly, or through representatives chosen by the people, to whom those powers are specially delegated.

    **b.**  On information and belief, the language in ***"Article IV, Section 4 of the U.S. Constitution,"*** indicates the authors thereof intended to prevent the rise to power of either a monarchy or a hereditary aristocracy.

    **(i).**  On information and belief, a ***"Monarchy"*** is a form of government in which a group, usually a royal family called the dynasty, embodies the country's national identity and one of its members, called the monarch (at the head of such government), exercises a role of sovereignty.

    **(ii).**  On information and belief, a ***"Aristocracy"*** is a form of government by ***"nobility"*** that places power in the hands of a small privileged few, especially those holding hereditary titles or offices and the term derives from the Greek aristokratia, meaning ***"rule of the best."***

    **33.**  The fact that ***"Article IV, Section 4 of the U.S. Constitution,"*** indicates the authors thereof intended to prevent the rise to power of either a monarchy or a hereditary aristocracy is reinforced in **"Article I, Section 9, Clause 8 of the U.S. Constitution"** (and on information and belief, most state constitutions have similar provisions), which states in pertinent part,

*"No title of nobility shall be granted by the United States: and **no person holding any office of profit or trust** under them, **shall, without the consent of the Congress, accept of any present, emolument, office, or title, of any kind whatever, from any king, prince, or foreign state**."* [(Emphasis added)]

      **a.**    On information and belief, the **Title of Nobility Clause** is a provision in **Article I, Section 9, Clause 8 of the U.S. Constitution**, that not only forbids the United States from granting titles of **nobility**, but **restricts members of the government from receiving gifts from foreign states without the consent of the United   States Congress**.

      **(ii).**    This clause is also sometimes called the ***"federal"*** **Nobility Clause**, because a similar clause in **Article I, Section 10, Clause 1** bars the states (rather than the federal government) from granting titles of nobility.

      **(iii).**    The **Title of Nobility Clause** is also one of the clauses that is sometimes called the ***"Emolument Clause"*** in referring a salary, payment, wage(s), earnings, allowance, stipend, honorarium, reward, premium; fee, charge, consideration; income, profit, gain, return (but not limited thereto), all such rising from office or employment usually in the form of compensation or perquisites.

      **(iv).**    On information and belief, the intention of the ***"Framers"*** of the **U.S. Constitution** for this clause were twofold:  to prevent a society of ***"nobility"*** from being established in the United States, **and to protect the *"republican forms of government"* from being influenced by other governments**.

      **(v).**    On information and belief, as reported, the ***"Federalist"*** Alexander Hamilton stated, ***"[o]ne of the weak sides of republics, among their numerous advantages, is that they afford too easy an inlet to foreign corruption."*** [(Emphasis added)]

(vi).    In result, on information and belief, to counter this *"__foreign corruption__"* the delegates at the Constitutional Convention worded the clause in such a way as to act as a *catch-all* for any attempts by foreign governments to **influence state or municipal policies** through gifts or titles.

b.    The issuance of titles and the acceptance of "*__...any present, emolument, office, or title, of any kind whatever, from any king, prince, or foreign state__*" is very crucial in maintaining a *"__corruption-free__"* *"__U.S. Republican__"* form of government.

c.    *"__Titles of Nobility__"* and *"__gifts__"* from foreign governments (whether monetary and/or otherwise) have no place in an equal and just society, because they clouded people's judgment.

d.    On information and belief, in 1810, Democratic–Republican Senator Philip Reed of Maryland, introduced a Constitutional amendment modifying the *"__Title of Nobility Clause.__"*

(i).    On information and belief, under the terms of this amendment any **UNITED STATES** citizen who accepted, claimed, received or retained any title of nobility from a foreign government would be stripped of their U. S. citizenship.

(ii).    On information and belief, after being approved by the **Senate** on April 27, 1810, by a vote of 19–5 and the **House of Representatives** on May 1, 1810, by a vote of 87–3, the amendment, titled *"__Article Thirteen,__"* was sent to the state legislatures for ratification.

(iii).    On information and belief, on two occasions between 1812 and 1816 it was within two states of the number needed to become a valid part of the Constitution.

106

**(iv).** Although Congress did not set a time limit for its ratification, on information and belief, the amendment is still technically pending before the states.

**(v).** On information and belief, *currently* there is only needed a ratification by an additional 26 states for this amendment to be <u>adopted</u>.

**(vi).** If not already within the amendment, it should include the acceptance of **any present/gift whatsoever of any kind from any king, prince, corporation, or foreign state** and the amendment should be adopted.

**34.** On information and belief, in the eighteenth century the term ***"democracy"*** meant what is now *called* a **pure or direct democracy**, wherein legislation is made by a primary *"assembly of citizens,"* and the ***"will"*** of those individuals are ***"forced"*** onto the people causing discrimination, crime, economic deprivation, education disparities, loss of liberty, the inability to determine one's own destiny, but not limited thereto.

**35.** In fact, in a pure ***"democracy,"*** there is ***"no check"*** on the ***"majority"*** to protect the weaker party or individuals and therefore such democracies **have been spectacles of turbulence and contention, where rights of personal security and property are always in jeopardy**.

**36.** This type of system of ***"democracy"*** of discrimination is present in places where there large populations of Black people and/or areas like **CITY OF CHICAGO, STATE OF ILLINOIS** and its South Suburbs, other rural and urban cities where there are not only large populations of Blacks, but where the Blacks are the minority in population as well.

**37.** There is no ***"Republican Form of Government"*** reflective in the Black communities in the **UNITED STATES OF AMERICA** as ***"guaranteed"*** in **Article IV, Section 4 of the U.S. Constitution**.

38.     The **"GROUP #1 DEFENDANTS"** and the **"GROUP #2 DEFENDANTS"** have ***"not supported"*** and have ***"not enforced"*** a ***"Republican Form of Government"*** in the Black communities as per the .

39.     Yet, in contrast (**Article IV, Section 4 of the U.S. Constitution** guarantees every ***"legal U.S. Citizen"*** a ***"Republican Form of Government."***

40.     A ***"Republic,"*** means a system in which representatives are chosen by the citizens to exercise the powers of government.

41.     A ***"Republic"*** is a government which derives all its powers directly or indirectly from the great body of the people; and is administered by persons holding their offices, for a limited period, or during good behavior, resulting in a balanced Constitution, involving ***"Separation of Powers,"*** and a system having ***"Checks and Balances."***

42.     Moreover, the use of the word ***"democracy"*** as meaning merely the popular ***"type"*** of government, featuring free elections by the people periodically, is not helpful in discussing, as here, the difference between alternative and dissimilar ***forms*** of a popular government such a ***"democracy"*** versus a ***"republic."***

43.     Therefore, there is a double meaning of ***"democracy"*** as a popular ***"type"*** *of* government in general, as well as a ***"specific form"*** of popular government.

44.     These two ***"forms"*** of government known as ***"democracy"*** and ***"republic"*** are not only dissimilar but antithetical, reflecting the sharp contrast between.

45.     In places like the **CITY OF CHICAGO, COUNTY OF COOK, STATE OF ILLINOIS** and many other areas where Blacks live within the **U.S.** there is ***"no"*** ***"Republican Form of Government,"*** but a situation of illegal ***"democracy"*** form where "the majority unlimited, said ***"democracy system, lacks a legal safeguard of the rights of Black people (who are claimed to be the minority)."***

108

46.     Yet, under **Article IV, Section 4 of the U.S. Constitution** the *"**Republican Form of Government**"* functions where a *"**majority limited**"* within the *"**Republic**"* under the **U.S. Constitution** safeguard the *"**rights**"* of the individuals who are *"**claimed**"* to the *"**minority**"* (*i.e.* *"**Black People**"*).

47.     More specifically, like in the **CITY OF CHICAGO, COUNTY OF COOK, STATE OF ILLINOIS** and many other areas where *"**Blacks**"* live within the **U.S.,** the chief characteristic and distinguishing feature of a *"**democracy**"* has been *"**Rule by Omnipotent Majority**"* leaving *"**no protection**"* for *"**Black People**"* **against** the unlimited power, policies, discrimination, illegal activity, (but not limited thereto) of the claimed to be *"**White Majority.**"*

48.     In this since, **CITY OF CHICAGO, COUNTY OF COOK, STATE OF ILLINOIS** and many other areas where *"**Blacks**"* live within the **U.S.** the public school systems, social programs, communities, businesses, but not limited thereto are reflective of a *"**Democracy Form of Government**"* (in violation of *"**Article IV, Section 4 of the U.S. Constitution**"* (regarding a *"**Republican Form of Government**"*) and has been initiated and **forced** upon *"**Blacks**"* controlled by the interfering discriminatory *"**opinions**"* of politicians/elected officials (*i.e.* the **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS**) designed specifically to work against the *"**benefit**"* of *"**Black People**"* and their children.

49.     Yet, in contrast, the *"**White**"* areas in the **CITY OF CHICAGO, COUNTY OF COOK, STATE OF ILLINOIS**, and throughout the **U.S.** *"**enjoy**"* a *"**Republican Form of Government**"* where the *"**U.S. legal Citizens**"* are allowed to create and

run their schools, social programs, communities, businesses, but not limited thereto for the *"**benefit**"* of themselves and their children without *"**any**"* outside interference.

50. In the **CITY OF CHICAGO, COOK COUNTY, STATE OF ILLINOIS** (but not limited thereto) there are many *"**business segregated**"* communities like *"**China Town**," "**Greek Town**,"* etc where persons of a *"**particular**"* ethnicity/race can *"**freely**"* (as a *"**collective people**"*) *set-up* businesses, schools, social programs, but not limited thereto for the benefit of themselves and their children without the interference from the politicians/elected officials such as the **GROUP #1 DEFENDANTS** and the **GROUP #2 DEFENDANTS** and reap the contracts, jobs, housing, economic empowerment, and decide for themselves how they want to educate their children, entertain themselves, be policed, but not limited thereto for *"**self-determination**."*

51. In the **CITY OF CHICAGO, COUNTY OF COOK, STATE OF ILLINOIS**, and throughout the **U.S.,** *"**Black People**"* are *"**not free**"* (regarding *"**self-determination**"* as a *"**collective people**"*) to *set-up* businesses, schools, social programs, and determine how they/we want to develop our culture, deal with healthcare, entertainment, develop/create our food, but not limited thereto without the interference from the politicians/elected officials such as the **GROUP #1 DEFENDANTS** and the **GROUP #2 DEFENDANTS**.

52. In the **CITY OF CHICAGO, COUNTY OF COOK, STATE OF ILLINOIS**, and throughout the **U.S.** laws and policies are creatively designed to *"**specifically**"* *"**subjugate**"* and *"**oppress**"* *"**Black People**"* and abridge constitutional rights under *"**both**"* the state and federal governments.

53. In the **CITY OF CHICAGO, COUNTY OF COOK, STATE OF ILLINOIS**, and throughout the **U.S.** the **GROUP #1 DEFENDANTS** and **GROUP #2**

**DEFENDANTS** (and other politicians/elected officials throughout the **U.S.**) have allowed for and encouraged unconstitutional *"monopolies"* of contracts businesses, trade, schools, tax dollars, education, land, economic empowerment, but not limited thereto in violation of the *Sherman Anti-Trust Act* *"against"* *"Black People"* and to enrich anyone else (including, but not limited to *"Illegal Aliens"* and *"Foreign Refugees."*)

54.     Reinforcing a *"Democracy Form of Government"* in violation of *"Article IV, Section 4 of the U.S. Constitution,"* the **CITY OF CHICAGO, COUNTY OF COOK, STATE OF ILLINOIS**, and throughout the **U.S.** the **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** (and other politicians/elected officials throughout the **U.S.**) are denying *"Black People"* jobs, creation of *"black-owned"* businesses, contracts, adequate education, but not limited thereto in exchange for *"inefficient government aid/public assistance."*

55.     On information and belief, reinforcing a *"Democracy Form of Government"* in violation of *"Article IV, Section 4 of the U.S. Constitution,"* the **CITY OF CHICAGO, COUNTY OF COOK, STATE OF ILLINOIS**, and throughout the **U.S.** the **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** (and other politicians/elected officials throughout the **U.S.**), the *"over taxing"* of people and corporations like the **GROUP #3 DEFENDANTS** (but not limited to other *"legal U.S. Citizens"*) is *"pretextual"* and done in order to have *"inefficient government aid/public assistance"* to give to *"Black People"* to continue to *"discriminate"* and keep from treating *"Black People"* equally in jobs, creation of *"black-owned"* businesses, contracts, adequate education, housing, development of own culture/communities and entertainment, but not limited thereto.

56.     On information and belief, reinforcing a *"Democracy Form of Government"* in violation of *"Article IV, Section 4 of the U.S. Constitution,"* the **CITY OF**

111

**CHICAGO, COUNTY OF COOK, STATE OF ILLINOIS**, and throughout the **U.S.** the **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** (and other politicians/elected officials throughout the **U.S.**), the ***"over taxing"*** of people and corporations like the **GROUP #3 DEFENDANTS** (but not limited to other ***"legal U.S. Citizens"***) is ***"pretextual"*** and ***"also"*** done to have money for ***"Illegal Aliens"*** and ***"Foreign Refugees,"*** thereby abridging the rights of ***"all"*** ***"Legal U.S. Citizens"*** (including but not limited to the **GROUP #3 DEFENDANTS**).

57.     On information and belief, reinforcing a ***"Democracy Form of Government"*** in violation of ***"Article IV, Section 4 of the U.S. Constitution,"*** the **CITY OF CHICAGO, COUNTY OF COOK, STATE OF ILLINOIS**, and throughout the **U.S.** the **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** (and other politicians/elected officials throughout the **U.S.**), the ***"over taxing"*** of people and corporations like the **GROUP #3 DEFENDANTS** (but not limited to other ***"legal U.S. Citizens"***) is ***"pretextual"*** and ***"also"*** done have ***"government funds"*** for unconstitutional special interest creating contracts and ***"not-for-profit"*** corporations claiming to community contractors and/or developers in order to ***"prey"*** on ***"Black People"*** to give an ***"appearance"*** of ***"assisting"*** individuals, when the ***"tax dollars"*** do not ***"trickle-down"*** to benefit ***"Black People"*** and/or their neighborhoods/schools, but not limited thereto.

58.     Using ***"Democracy Form of Government"*** in violation of ***"Article IV, Section 4 of the U.S. Constitution"*** in order to ***"overtax"*** is unconstitutional whereas said ***"tax dollars"*** are based on ***"fraud"*** and only benefit those obtaining the funds and do not benefit the people the government contracts and programs intended, with apparent and noticeable outcomes.  (See one example: **CHAMBERS'** book *entitled **"Property Theft: Chicago Political Corruption Style"*** and look at the neighborhoods and communities throughout **U.S.** where ***"Black People"*** live and ***"tax dollars"*** have been taken from people like the **GROUP #3**

112

**DEFENDANTS** to put into those communities and only the recipients of said **"*tax dollars*"** have benefited.)

59.     Any form of constitutional **"*taxation*"** should be used to benefit **"*Legal U.S. Citizens*"** and there should be visually noticeable and measureable quantitatively having proven qualitatively outcomes.

60.     It is unconstitutional to **"*tax*"** **"*Legal U.S. Citizens*"** such as the **GROUP #3 DEFENDANTS** (but not limited to other **"*Legal U.S. Citizens*"** who are tax payers) without a **"*return on their investment*"** in the form of **"*sustainable and longevity*"** initiatives that do not create **"*debt*"** and/or a **"*bottomless pit*"** of needing more and more **"*excessive taxation*"** and **"*peace and tranquility*"** among **"*all*"** **"*Legal U.S. Citizens*"** as **"*united citizens*"** for **"*ourselves*"** and **"*our posterity.*"**

61.     On information and belief, in the **CITY OF CHICAGO, COUNTY OF COOK, STATE OF ILLINOIS**, and throughout the **U.S.** the **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** (and other politicians/elected officials throughout the **U.S.**) **"*unconstitutionally*"** **over tax** people like the **GROUP #3 DEFENDANTS** in order to **"*unjustly enrich*"** their friends, their business associates, their not-for-profits, their families, but not limit thereto by ultimately using the **"*government funds*"** to create **"*for-profit entities*"** and leaving an economic void in **"*Black Communities,*"** but not limited thereto.

62.     On information and belief, there is a lot of **"*fraud and corruption*"** going-on in the **CITY OF CHICAGO, COUNTY OF COOK, STATE OF ILLINOIS**, and throughout the **U.S.** by the **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** (and other politicians/elected officials throughout the **U.S.**) and have deliberately sought to **"*over tax*"**

113

people and businesses like the **GROUP #3 DEFENDANTS** in order to unjustly enrich themselves and those in support of and benefiting from such criminal enterprising activities.

63.     On information and belief, the *"over taxation"* in the **CITY OF CHICAGO, COUNTY OF COOK, STATE OF ILLINOIS**, and throughout the **U.S.** by the **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** (and other politicians/elected officials throughout the **U.S.**) is in violation of the **18 U.S. Code Chapter 96 - Racketeer Influenced and Corrupt Organizations (RICO)** (18 U.S.C. § 1964 and the prohibited activities of 18 U.S.C. § 1962, (but not limited thereto)).

64.     The *"over taxation"* is unconstitutional when the funds are *"not"* used to benefit *"Legal U.S. Citizens,"* but through an unconstitutional *"Democracy Form of Government,"* developers, *not-for-profits*, contractors, but not limited thereto are allowed to take part of their *"government funds"* and *"kick-it back,"* commit *"pay-for-play,"* and/or *"quick pro quo"* in campaign contributions and/or otherwise give the money to the **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** (and other politicians/elected officials throughout the **U.S.**) to get re-elected and/or obtain unjust enrichment, but not limited thereto.

65.     When the **CITY OF CHICAGO, COUNTY OF COOK, STATE OF ILLINOIS**, and throughout the **U.S.** by the **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** (and other politicians/elected officials throughout the **U.S.**) are allowed to *"over tax"* and *"claim"* budgets are not balanced, they need the money to help people like CHAMBERS and other impoverished areas, but years past and the schools and communities still look the same with high crime (but not limited thereto) and/or when the neighborhoods and communities are redeveloped the impoverished people are *"gentrified out,"* it is an unconstitutional *"racket"* in violation of **RICO**, and is an unjust system for the people like the **GROUP #3 DEFENDANTS** to have *"ever"* been taxed, because the *"alleged taxation"* was

114

*"pretextual"* based on *"fraud and corruption,"* but not limited thereto and also in violation of

the **13th Amendment of the U.S. Constitution** for *"Involuntary Servitude"* of their *"tax*

*dollars"* (which is their property).

        66.    No *"Legal U.S. Citizen"* should have to pay *"taxes"* (regardless of

ethnicity/race) into a *"Democracy Form of Government"* in violation of *"Article IV, Section 4*

*of the U.S. Constitution"* to ultimately *"fund"* fraud and corruption and/or fund the illegal *"aid*

*and comfort"* for *"Illegal Aliens"* and *"Foreign Refugees"* (and the creation of *"sanctuaries"*)

in violation of the **14th Amendment, Section 3 of the U.S. Constitution** under *"duress"* and

*"involuntary servitude"* of their *"tax dollars"* (which is their *"property"*).

        67.    A *"Democracy Form of Government"* in violation of *"Article IV,*

*Section 4 of the U.S. Constitution,"* is a *"silencing"* of the *"voice"* of *"Legal U.S. Citizens"*

(who are the *"electorate"* and the *"U.S. Republic"*) and when **U.S.** *"tax dollars"* are used to

fund *"fraud and corruption"* it is a violation of the *"First Amendment to the U.S.*

*Constitution"* for *"freedom of speech."*

        68.    Throughout the **U.S.** and the **STATE OF ILLINOIS, COOK**

**COUNTY, CITY OF CHICAGO**, but not limited thereto, the **"GROUP #1 DEFENDANTS"**

and the **"GROUP #2 DEFENDANTS"** continue to *"illegally"* enforce a *"Democracy Form of*

*Government"* in violation of *"Article IV, Section 4 of the U.S. Constitution"* *"specifically"* and

with *"deliberate malicious"* and calculated intent on *"Black People"* and their communities.

        69.    The **"GROUP #1 DEFENDANTS"** and the **"GROUP #2**

**DEFENDANTS"** are *"illegally"* enforcing a *"lower-class citizenship status"* for *"Black*

*People"* different that *"white people."*

70.     In this *"lower-class citizenship status"* regarding *"Black People,"* the **"GROUP #1 DEFENDANTS"** and the **"GROUP #2 DEFENDANTS"** give *"aid and comfort"* and *"preferential treatment"* to *"Illegal Aliens"* and *"Foreign Refugees."*

71.     The give *"aid and comfort"* and *"preferential treatment"* to *"Illegal Aliens"* and *"Foreign Refugees"* is *"specifically"* designed so the **"GROUP #1 DEFENDANTS"** and the **"GROUP #2 DEFENDANTS"** can ("under color of law") claim the inadequate school funding, community development, jobs, contracts, but not limited thereto are due to depleted budgets, when there is "plenty" money and opportunities to benefit and "unjustly enrich" *"Illegal Aliens"* and *"Foreign Refugees."*

72.     On information and belief, the **"GROUP #1 DEFENDANTS"** and the **"GROUP #2 DEFENDANTS"** *"deliberately"* seek to *"not enforce the U.S. Constitution"* in regards to *"illegal immigration"* as a means to continue to *"discriminate"* against *"Black People"* and *"abridge"* their **rights** and access to adequate education/schools, community development, contracts, jobs (but not limited thereto) to create an *"appearance"* of *"Black People"* as *"second-class citizens."*

73.     On information and belief, the **"GROUP #1 DEFENDANTS"** and the **"GROUP #2 DEFENDANTS"** use *"illegal"* immigration and *"sanctuary"* cities and states to have unbalanced budgets.

74.     On information and belief, the **"GROUP #1 DEFENDANTS"** and the **"GROUP #2 DEFENDANTS"** use *"illegal"* immigration and *"sanctuary"* cities and states so that there would be *"fewer jobs,"* for *"Legal U.S. Citizens"* (*i.e.* **"Black People"**) contracts, and government resources can be *"depleted away"* so the *"Black People,"* but not limited thereto.

116

75. On information and belief, the **"GROUP #1 DEFENDANTS"** and the **"GROUP #2 DEFENDANTS"** use *"illegal"* immigration and *"sanctuary"* cities and states to *"gentrify"* *"Black People"* out of their homes, schools, and communities, but not limited thereto.

76. When *"illegal immigration"* is *"not"* enforced, *"aid and comfort"* to *"Illegal Aliens"* and *"Foreign Refugees"* cause an unconstitutional economic deprivation on *"Black People"*

77. On information and belief, the **"GROUP #1 DEFENDANTS"** and the **"GROUP #2 DEFENDANTS"** use *"illegal"* immigration and *"sanctuary"* cities and states as the *"modern-day"* unconstitutional discriminatory tactics *"against"* *"Black People."*

78. There is a *"nexus"* between the **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** who have individually and in conspiracy with one and each other used their government jobs, offices, influences, powers, and government money to *"Illegal Aliens"* and *"Foreign Refugees"* to deprive *"Black People"* of **U.S. Constitutional** rights in developing schools/education, jobs, contracts, neighborhoods/communities as a means to *"further"* have *"involuntary servitude"* in the *"Prison Industrial Complex"* (with majority *"Black People"* as prison workers/slaves) and to continue *"discriminatory"* measures of **deprivation and impoverishment** of *"Black People"* for future generation.

79. There **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** have created an *"unconstitutional"* discriminatory *"system"* from birth, to schools, and into courts, the *"prison"* system (but not limited thereto), *"designed specifically"* to be *"malicious"* and to have *"devastating and long-lasting"* effects on *"Black People"* by using as a *"pretext"* the needs of *"aid and comfort"* for *"Illegal Aliens"* and *"Foreign*

117

_**Refugees**_" as the "_**gateway**_" path to give the "_**appearance**_" of "_**abridging**_" the rights of "_**Black People**_" as legal.

        80.     On information and belief, the **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** are "_**racists**_" and have a "_**deep seeded hatred**_" for "_**Black People.**_"

        81.     There is "_**no existence**_" of an important state objective bearing a direct and substantial relationship to the _race-based discrimination_ of the **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS**.

        82.     The "_**Democracy Form of Government**_" in violation of "_**Article IV, Section 4 of the U.S. Constitution**_" is forced on "_**Black People**_" by the **"GROUP #1 DEFENDANTS"** and the **"GROUP #2 DEFENDANTS"** and other politicians as a discriminatory "_**dictatorship.**_"

        83.     No matter what "_**Black People**_" want done within their schools, neighborhoods, tax dollars, but not limited thereto, the **"GROUP #1 DEFENDANTS"** and the **"GROUP #2 DEFENDANTS"** do whatever "_**they want**_" and their decisions are "_**never**_" designed to change the economic disparities in the "_**Black Communities.**_"

        84.     The "_**Democracy Form of Government**_" policies of the **"GROUP #1 DEFENDANTS"** and the **"GROUP #2 DEFENDANTS"** in violation of "_**Article IV, Section 4 of the U.S. Constitution**_" allow "_**Illegal Aliens**_" and "_**Foreign Refugees**_" to "_**monopolize**_" businesses and jobs, in the "_**Black Community**_" as well as government jobs and contracts, but not limited thereto "_**foreign products**_" for retail sale.

        85.     The "_**Democracy Form of Government**_" policies of the **"GROUP #1 DEFENDANTS"** and the **"GROUP #2 DEFENDANTS"** in violation of "_**Article IV,**_

118

***Section 4 of the U.S. Constitution"*** cause ***"Black People"*** to ***"not"*** be able to manufacture own products for distribute, and allow ***"foreigners"*** to have ***"free-trade"*** within the **U.S.**

86.     The **"GROUP #1 DEFENDANTS"** and the **"GROUP #2 DEFENDANTS"** have ***"not"*** protected the *well-being* of ***"Black People"*** from invasion and insurrection of ***"Illegal Aliens"*** and ***"Foreign Refugees"*** in ***"Black Communities."***

87.     **CITY OF CHICAGO, COUNTY OF COOK, STATE OF ILLINOIS**, and throughout the **U.S.**, ***"Black People"*** are ***"not free"*** (regarding ***"self-determination"*** as a ***"collective people"***) and reap the benefits of contracts, jobs, housing, economic empowerment, and decide for themselves how they want to educate their children, be policed, run their neighborhoods, food to eat, and put what they want to sell and distribute as merchandise in ***"mini-malls/stores,"*** but not limited thereto.

88.     **CITY OF CHICAGO, COUNTY OF COOK, STATE OF ILLINOIS**, and throughout the **U.S.**, ***"Black People"*** are ***"not free"*** (regarding "self-determination as a ***"collective people"***) to obtain ***"business loans"*** as would ***"White People,"*** *"Illegal Aliens,"* and ***"Foreign Refugees."***

89.     In the **CITY OF CHICAGO, COUNTY OF COOK, STATE OF ILLINOIS**, and throughout the **U.S.** (caused by the politics, laws, and policies of the **GROUP #1 DEFENDANTS** and the **GROUP #2 DEFENDANTS** and others throughout the U.S.), ***"Black People"*** communities are being unconstitutionally ***"gentrified"*** and a lot of land is being bought by ***"foreigners"*** to ***"abridge"*** the rights of ***"Black People"*** to ***"not"*** have the ***"American Dream"*** of ***"home ownership"*** and ***"self-determination."***

90.     In the **CITY OF CHICAGO, COUNTY OF COOK, STATE OF ILLINOIS**, and throughout the **U.S.** even ***"Illegal Aliens"*** (*i.e.* Mexicans, Chinese, etc) and

*"Foreign Refugees"* are allowed to create communities and neighborhoods reflective of their cultures, races/ethnicities, and reap the benefits of contracts, businesses, jobs, housing, economic empowerment, and decide for themselves how they want to educate their children, be policed, but not limited thereto.

91.     The *"Democracy Form of Government"* forced on *"Black People"* in violation of *"Article IV, Section 4 of the U.S. Constitution"* by the **"GROUP #1 DEFENDANTS"** and the **"GROUP #2 DEFENDANTS,"** *"Black People"* are treated like *"political prisoners"* and *"economically prey."*

92.     Depending on the situation, *"Blacks"* in the **CITY OF CHICAGO, COUNTY OF COOK, STATE OF ILLINOIS** and many other areas where Blacks live within the **U.S.** experience and unconstitutional *"direct democracy"* and/or a *"representative democracy"* form of government in violation of **Article IV, Section 4 of the U.S. Constitution**.

93.     The *"direct democracy"* and/or a *"representative democracy"* form of government in violation of **Article IV, Section 4 of the U.S. Constitution** gives the *"appearance"* that *"all"* *"White People"* are racist and/or economically *"prey"* on Blacks, when that is *"not"* true.

94.     The **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** (and other elected officials throughout the **U.S.**) targeting and preying on Blacks economically are examples of having the *"power"* to discriminate against Blacks and denying the enforcement of **Article IV, Section 4 of the U.S. Constitution**.

120

95.     Yet, in retrospect, any violation of **Article IV, Section 4 of the U. S. Constitution** against any *"legal U.S. Citizen"* abridges **U.S.** Constitutional rights and disturbs the *"peace and tranquility"* of our nation, denies *"freedom/liberty,"* but not limited thereto.

96.     In the *"Democracy Form of Government"* illegally enforced particularly on *"Black"* people in **CITY OF CHICAGO, COUNTY OF COOK, STATE OF ILLINOIS,** and **U.S.,** laws are often created (*in conspiracy*) by the **GROUP #1 DEFENDANTS** and/or **GROUP #2 DEFENDANTS** (and there are other elected officials and states/cities throughout the **U.S.**) to discriminate against Blacks by allowing *"particular areas"* to *"opt-out"* of the law leaving the *"new or amended law"* to stand (or *"not stand"*) for *"specific areas"* to achieve the desired economic and disadvantage discriminatory deprivation effect to further impoverish and disenfranchise *"Black People"* specifically.

97.     One example of an *"opt-out"* law initiated in the *"Democracy Form of Government,"* is the minimum wage *"increase"* recently proposed and/or implemented by **COOK COUNTY, ILLINOIS** by the Defendant **COOK COUNTY BOARD PRES. PRECKWINKLE**.

98.     The **GROUP #2 DEFENDANTS** (but not limited just these politicians) have perpetuated a *"Democracy Form of Government"* against *"Blacks"* in the **CITY OF CHICAGO, COUNTY OF COOK, STATE OF ILLINOIS**, and **U.S.** where the schools, food, neighborhoods, culture, social life, (but not limited to) are *"not"* reflective of the *"free-will"* of *"Black People."*

99.     In the **CITY OF CHICAGO, COUNTY OF COOK, STATE OF ILLINOIS**, property tax money is *"stolen"* from *"Black People"* in the form of *"Tax Increment Financing (TIF),"* grants, and in other ways (such as claims for eminent domain but not limited thereto); then given to *fix-up* other areas and communities, businesses, schools (but

121

not limited thereto) programs and businesses *"Black People"* are *"priced-out"* of even though funds to create such programs and businesses were used leaving *"Black People"* (*i.e.* **CHAMBERS** and other **CLASS #1 MEMBERS**) with the inability to *fix-up* their communities and schools.

100.    In the *"allegedly"* *"home-rule"* South Suburbs of **COOK COUNTY** in the **STATE OF ILLINOIS** (where the population is majority *"Black"*), the *"Mayors"* are not allowed to run their own areas, but an unconstitutional *"Supervisor"* (who is *"not"* elected by the people) is unconstitutionally *"appointed"* by **COOK COUNTY BOARD PRES. PRECKWINKLE** and that *"Supervisor"* (and racist policies) continue the impoverishment of *"Black People."*

101.    In the *"allegedly"* *"home-rule"* South Suburbs of **COOK COUNTY** in the **STATE OF ILLINOIS** (where the population is majority *"Black"*), the **COOK COUNTY BOARD PRES. PRECKWINKLE** is allowing the *"opt-out"* so that *"Black People"* can *"not"* get the increase in the minimum wage so desperately need for people to keep their homes, pay water bills, property taxes, but not limited to other avenues used to claim within a *"foreclosure"* process *"under color of law"* to take/steal property from *"Black People"* in order to *"gentrify"* them out and then overprice the homes and apartments so that *"Black People"* such as **CHAMBERS** will not be able to live in the area(s).

102.    **COOK COUNTY BOARD PRES. PRECKWINKLE** has created an *"unconstitutional"* land-grab bank and is in the process of taking properties from *"Black People"* in the South Suburbs of **COOK COUNTY** in the **STATE OF ILLINOIS** just like she has done when she was **Alderwoman in the 4th Ward**.

103.    **CHAMBERS** has written a book *entitled*, *"Property Theft: Chicago Political Corruption Style"* (repeated and alleged herein it entirety as if specifically

plead) and as such (but not limited thereto), **CHAMBERS** having *grown-up* in the **4th Ward** of

the **CITY OF CHICAGO** has *"first-hand"* knowledge of the *"gentrification"* efforts of

**COOK COUNTY BOARD PRES. PRECKWINKLE** (with the assistance of the other

**"GROUP #1 DEFENDANTS"** and **"GROUP #2 DEFENDANTS"**) to remove *"Black*

*People"* from the **CITY OF CHICAGO, COUNTY OF COOK,** and the **STATE OF**

**ILLINOIS,**

104.    Another example of an unconstitutional *"Democracy Form of*

*Government"* in violation of **Article IV, Section 4 of the U. S. Constitution** and forced on to

*"Black People"* by the **"GROUP #1 DEFENDANTS"** and **"GROUP #2 DEFENDANTS"** is

the **BARACK HUSSEIN OBAMA II** presidential library on in Jackson Park (a predominantly

*"Black Community"*)

105.    The Presidential Library of **BARACK HUSSEIN OBAMA II** is

*"not"* something the *"Black U.S. Republic"* wants in Jackson Park and/or anywhere in the **U.S.**

in the *"Black Community,"* but the **"GROUP #1 DEFENDANTS"** and **"GROUP #2**

**DEFENDANTS"** seeking to *"gentrify"* the *"Black Communities"* are using an unconstitutional

*"Democracy Form of Government"* in violation of **Article IV, Section 4 of the U. S.**

**Constitution** to *"force"* their *"will"* on *"Black People."*

106.    As the 44th President of the **U.S.** for *"two terms,"* **BARACK**

**HUSSEIN OBAMA II** is in violation of the **14th Amendment, Section 3 of the U.S.**

**Constitution** and has *"not"* supported the **U.S. Constitution**.

107.    **PRESIDENT OBAMA**, the **"GROUP #1 DEFENDANTS"** and

**"GROUP #2 DEFENDANTS"** (and other politicians/elected officials throughout the **U.S.**) have

violated the **14th Amendment to the U.S. Constitution** but not limited thereto) regarding the

*"oath of office"* to *"support"* the **U.S. Constitution** and have supported *"sanctuaries"* giving

*"aid and comfort"* to *"Illegal Aliens"* and *"Refugees"* and has *"abridged"* the rights of not on *"Black People,"* but other *"Legal U.S. Citizens."*

108.   **PRESIDENT OBAMA**, the **"GROUP #1 DEFENDANTS"** and **"GROUP #2 DEFENDANTS"** (and other politicians/elected officials throughout the **U.S.**) have taken the *"oath of office"* in violation of the *"14th Amendment, Section 3 to the U.S. Constitution"*) and have *"forced"* a *"Democracy Form of Government"* in violation of *"Article IV, Section 4 of the U.S. Constitution"* onto *"Black People"* by creating *"involuntarily servitude"* of their *"tax dollars"* and deliberately creating economic deprivation and unequal educational and school opportunities to unconstitutionally incarcerate massive numbers of *"Black People"* in pursuant of the **13th Amendment to the U.S. Constitution** for *"free"* labor/slavery in the *"Prison Industrial Complex,"* by gentrifying *"Black"* neighborhoods/communities throughout the **U.S.**, giving *"aid and comfort"* to *"Illegal Aliens"* and *"Foreign Refugees,"* and abridging the **U.S. Constitutional** rights of *"Black People."*

109.   The **"GROUP #1 DEFENDANTS"** and **"GROUP #2 DEFENDANTS"** have allowed the police to treat *"Blacks"* *"differently"* than they would treat *"White People,"* *"Illegal Aliens,"* and *"Foreign Refugees."*

110.   **PRESIDENT OBAMA** and the other **"GROUP #1 DEFENDANTS"** and **"GROUP #2 DEFENDANTS"** know *"clearly"* of the poverty, discrimination, school closing, lack of contracts, lack of jobs, in the *"Black Communities"* throughout the **U.S.** and in while in office *"none"* there has been *"no"* executive orders, legislation, but not limited thereto to deal with the *"inequality,"* discrimination, and economic predatory behavior targeted against *"Black People."*

111.   **PRESIDENT OBAMA** and the other **"GROUP #1 DEFENDANTS"** and **"GROUP #2 DEFENDANTS"** know *"clearly"* *"Black People"* do not

124

manufacture nor distribute guns in the **U.S.** and they has done *"nothing"* to *"stop"* the flow of weapons into the *"Black Community."*

112. **PRESIDENT OBAMA** and the other **"GROUP #1 DEFENDANTS"** and **"GROUP #2 DEFENDANTS"** allow *"Illegal Aliens"* such as *"Mexicans"* to come into the **U.S.** and bring drugs and weapons into this country into the *"Black Community"* and have done *"nothing"* to stop these criminal activities, insurrection, rebellion, and protect *"Black People."*

113. **PRESIDENT OBAMA** and the other **"GROUP #1 DEFENDANTS"** and **"GROUP #2 DEFENDANTS"** have gone all over using *"taxpayer money"* to help *"political prisoners"* and have claimed to target weapons of *"mass destruction,"* yet knowing of the weapons and drugs flowing into the *"Black Community"* by *"foreigners"* (such as *"Illegal Mexicans,"* but not limited thereto), nothing is being done.

114. Under the **PRESIDENT OBAMA** administration, the conditions of *"Black People"* have with *"malicious and calculated intent"* gotten worse and it would be unconstitutional and a deliberate *"insult"* to allow a *"Presidential Library"* in his *"honor"* to be put anywhere in the *"Black Community."*

115. **PRESIDENT OBAMA** and the other **"GROUP #1 DEFENDANTS"** and **"GROUP #2 DEFENDANTS"** have done *"nothing"* to change the economic deprivation and poverty of *"Black People."*

116. **PRESIDENT OBAMA** and the other **"GROUP #1 DEFENDANTS"** and **"GROUP #2 DEFENDANTS"** have done *"nothing"* to stop the massive unconstitutional incarceration of *"Black People"* into the *"Prison Industrial Complex"* to justify *"slavery"* to justify the reinstitution of *"slavery"* and/or *"involuntary servitude"* per the **13th Amendment of the U.S. Constitution**.

117.    **PRESIDENT OBAMA**  and the other **"GROUP #1**

**DEFENDANTS"** and **"GROUP #2 DEFENDANTS"** have allowed jobs to leave the **U.S.**

created economic deprivation (not just for ***"Black People,"*** but other ***"Legal U.S. Citizens"*** (and

some are impoverished whites (even in the prison system)); yet these Defendants would rather

***"Legal U.S. Citizens"*** struggle, live in poverty, and go to ***"prison"*** to work as a ***"slave"*** and

then take ***"taxpayer money"*** to give ***"aid and comfort"*** to ***"millions"*** of ***"Illegal Aliens,"*** while

***"Legal U.S. Citizens"*** are ***"not"*** protected from this insurrection, rebellion, and tyranny against

the **U.S. Constitution** and the ***"U.S. Republic."***

118.    **PRESIDENT OBAMA** needs to put his ***"Presidential Library"***

where ***"he"*** among the ***"people"*** his administration has benefited and helped the most.

119.    It has been estimated that it will cost **$500 Million (Five Hundred**

**Million Dollars)** for a ***"Presidential Library"*** for **PRESIDENT OBAMA** in Jackson Park, in

the ***"Black Community."***

120.    A ***"Presidential Library"*** for **PRESIDENT OBAMA** costing

**$500 Million (Five Hundred Million Dollars)** is nothing more than an ***"excuse"*** to

unconstitutionally ***"gentrify"*** another ***"Black Community"*** in the **CITY OF CHICAGO,**

**COOK COUNTY, STATE OF ILLINOIS**, in the **U.S.** and ***"price"*** ***"Black People"*** out of the

area.

121.    A ***"Presidential Library"*** for **PRESIDENT OBAMA** in the

***"Black Community"*** is ***"not"*** a priority and would violate the ***"Presidential Library Act of***

***1955,"*** as amended by the ***"Presidential Libraries Act of 1986"*** (44 U.S.C. § 2112).

122.    A ***"Presidential Library"*** for **PRESIDENT OBAMA** in pursuant

to ***"Presidential Library Act of 1955"*** (as amended by the ***"Presidential Libraries Act of 1986"***

(44 U.S.C. § 2112)), like the **"CLINTON FOUNDATION"** would be unconstitutional.

123. The **"GROUP #1 DEFENDANTS"** and **"GROUP #2 DEFENDANTS"** are closing ***"Black Schools,"*** gentrifying ***"Black Communities,"*** massively incarcerating ***"Black People,"*** and continuing ***"deliberate and calculated economic deprivation"*** against ***"Black People"*** to unconstitutionally make room for ***"Illegal Aliens"*** and ***"Foreign Refugees."***

124. The **"GROUP #1 DEFENDANTS"** and **"GROUP #2 DEFENDANTS"** are engaging in insurrection and rebellion against the **U.S. Constitution** and the ***"U.S. Republic"*** (which includes ***"Legal U.S. Black Citizens"***) to have a ***"different"*** ***"Republic"*** consisting of ***"foreigners"*** who are unconstitutionally *buying-up/taking* the land, housing, and enjoying all of the privileges and immunities ***"guaranteed"*** to ***"Legal U.S. Citizens"*** per **Article IV, Section 2, Clause 1 of the U.S. Constitution** (concerning rights, privileges, and immunities of citizens), but not limited thereto.

125. **PRESIDENT OBAMA** as well as the other **"GROUP #1 DEFENDANTS"** and **"GROUP #2 DEFENDANTS,"** have violated **Article IV, Section 4 of the U. S. Constitution** but not limited thereto) regarding a ***"guaranteed"*** ***"Republican Form of Government"*** for ***"Black People."***

126. The ***"Presidential Library"*** for **BARACK HUSSEIN OBAMA II** will cause more ***"discrimination and economic deprivation"*** in one or more ***"Black Communities"*** in the **CITY OF CHICAGO, COUNTY OF COOK,** and the **STATE OF ILLINOIS.**

127. The **GROUP #1 DEFENDANTS"** and **"GROUP #2 DEFENDANTS"** are trying to ***"gentrify"*** ***"Black People"*** out of the **CITY OF CHICAGO, COUNTY OF COOK, STATE OF ILLINOIS** (but not limited thereto) and have it as an

unconstitutional *"sanctuary"* for *"Illegal Aliens"* (who are mostly Mexican) and *"Foreign Refugees,"* but not limited thereto.

128. The **CITY OF CHICAGO, COUNTY OF COOK, STATE OF ILLINOIS** has *"unconstitutionally"* became a *"sanctuary"* for *"Illegal Aliens"* (mostly of *"Mexican"* decent) which has ultimately *"abridged"* the **U. S. Constitutional** rights of all *"legal U.S. Citizens"* in general, but was originally designed/embraced and greatly impacts *"specifically"* the abridgement of rights for *"Black People"* in violation of many laws (federal and state), and the **GROUP #2 DEFENDANTS** (and other politicians/elected official) are in conspiracy *"breaching"* their *"Oath of Office"* to *"support"* the **U.S. Constitution** in violation of the *"14th Amendment to the U.S. Constitution, Section 3."*

129. In fact, centuries/decades of *"hatred and discrimination"* against *"Black People"* by politicians/elected officials such as the **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** has created *"conspiring collaborations"* of welcoming *"Illegal Aliens"* and a great number of *"Refugees"* into the **U.S.** as a *"tool"* to continue to economically impoverish, control, subjugate, disenfranchise, and inadequately educate *"Black People"* (who are *"legal U.S. Citizens"*).

130. When exercising an *"illegal and unconstitutional"* *"Democracy Form of Government"* in violation of **Article IV, Section 4 of the U. S. Constitution**, the **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** (and there are other elected officials and states/cities throughout the **U.S.**) who *"hate"* *"Black People"* and therefore use the *"unconstitutional sanctuaries"* for *"Illegal Aliens"* and *"Refugees"* to *"gentrify Black neighborhoods/communities"* to *"appear"* as redeveloping *"neighborhoods,"* but all being done *"under color of law"* to discriminate against and gentrify *"Black People"* out of those areas.

128

131. In example, when **COOK COUNTY**, by the initiatives of **COOK COUNTY BOARD PRES. PRECKWINKLE** proposed and/or implemented a minimum wage *"increase"* the areas selected to be *"opted-out"* was the heavily *"Black"* South Suburban areas.

132. In the **CITY OF CHICAGO, COUNTY OF COOK, STATE OF ILLINOIS** and throughout the **U.S.** there is a lot of employment discrimination targeted towards *"Black People"* (*i.e.* **CHAMBERS**) and particularly against the *"younger Black generations."*

133. In sanctuary areas where *"aid and comfort"* are given to *"Illegal Aliens"* such as **CITY OF CHICAGO, COUNTY OF COOK, STATE OF ILLINOIS**, as the *"Illegal Aliens"* and *"Refugees"* come in, the *"Black People"* are *"systematically"* being gentrified *"out"* by the creations of unconstitutional laws, policies, and deliberate economic deprivation to *"expedite"* the process of *"gentrification."*

134. In the **CITY OF CHICAGO, COUNTY OF COOK, STATE OF ILLINOIS** and throughout the **U.S.**, the **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** are now allowing *"Black People"* to own the land and create businesses in the historically *"Black Areas,"* such as but not limited thereto the Michael Reese Hospital area, Lake Meadows, South Loop area, Hyde Park, Englewood, Garfield Park, East Chicago areas (near lakefront), West side, South Suburbs, but not limited thereto.

135. When exercising an *"illegal and unconstitutional"* *"Democracy Form of Government"* in violation of **Article IV, Section 4 of the U. S. Constitution**, as the *"Illegal Alien"* and *"Refugee"* come into the **U.S.**, the rights of *"Black People"* are *"not"* protected and in general such individuals (*"Illegal Alien"* and *"Refugee"*) are allowed by politicians and elected officials (such as the **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** (and there are other elected officials and states/cities throughout the **U.S.**)) to

129

come into **"Black"** communities to unjustly enrich themselves by creating businesses, but not limited thereto.

136.    The **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** see **CITY OF CHICAGO, COUNTY OF COOK, STATE OF ILLINOIS** and in other areas within the **U.S.** as places for **"immigrants"** (legal or not) and **"Black People"** are not considered **"immigrants"** having been brought to the **U.S.** as **"indigent servants."**

137.    Yet, in both the **"direct"** type and the **"representative type"** of Democracy, the **"majority's power"** is claimed to be **"absolute and unlimited,"** where its decisions appear to the general population as **"final"** to give effect to that form of government.

138.    In the case of **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** little to no opportunities are given to **"Black People"** to become lawyers and/or judges *(i.e.* **CHAMBERS**) to **"challenge"** the illegal law creating schemes and policies designed to deliberately discriminate, impoverish, and disenfranchise **"Black People"** (in every element of our lives) and/or create a climate of fear and/or intimidation of disbarment to those who are lawyers to discourage attorneys from challenging the unconstitutional laws within the **"Judicial Branch"** of government, by which reaffirming the **"Republican Form of Government"** as **"guaranteed"** by **Article IV, Section 4 of the U.S. Constitution**.

139.    This unconstitutional **"Democracy Form of Government"** perpetuated **"specifically"** on **"Black People"** (**GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS**) has lead to poverty, opens the door to unlimited **Tyranny-by-Majority**.

140. Yet, on information and belief, a ***"Democracy Form of Government"*** was ***"not"*** what the ***"framers"*** of the **U.S. Constitution** meant in 1787, as reflective of the debates in the Federal (framing) Convention, **and they condemned the *"excesses of democracy"* and abuses under any *"Democracy"* of the unalienable rights of the individual by the majority**.

141. Moreover, under this unconstitutional ***"Democracy Form of Government"*** the **GROUP #1 DEFENDANTS** and the **GROUP #2 DEFENDANTS**) treat ***"Black People"*** as ***"political prisoners"*** and acted as if they were ***"virtually omnipotent"*** as they systematically reek unconstitutional ***"oppressions"*** on ***"Black People."***

142. The **"GROUP #1 DEFENDANTS"** and the **"GROUP #2 DEFENDANTS"** have ***"not"*** exercised any substantial and effective restrains regarding legislative infringements on the **U.S. Constitutional** rights of ***"Black People"*** and the courts continue the same behavior of violating the **U.S. Constitutional** rights of ***"Black People"*** to further the conspiracy of the unconstitutional ***"Democracy Form of Government"*** forced onto ***"Black People"*** in violation of ***"Article IV, Section 4 of the U.S. Constitution"*** by the **"GROUP #1 DEFENDANTS"** and the **"GROUP #2 DEFENDANTS,"** but not limited thereto.

143. Yet, the **U.S.** has a long history of creating a ***"Republican Form of Government"*** for its citizenry and on information and belief, it was in 1780 that the first genuine ***"Republic"*** (through constitutionally limited government), was

131

adopted by the **_"State of Massachusetts;"_** then next was **_"New Hampshire"_** in 1784, and other States later.

144.    However, the **"GROUP #1 DEFENDANTS"** and the **"GROUP #2 DEFENDANTS"** have run the **U.S.** government systems in grave contrast to the **U.S. Constitution**, is vary **_"dangerous"_** to the **_"liberties"_** of **_"Legal U.S. Citizens,"_** creates turbulences in the **_"peace and tranquility"_** of the society, all done under **_"color of law"_** by the **"GROUP #1 DEFENDANTS"** and the **"GROUP #2 DEFENDANTS"** as an unconstitutional **_"omnipotent legislative majority."_**

145.    In the **U.S.**, the individual **_"State Constitutions"_** follow the federal constitution in dividing powers among the **_"Legislative Branch," "Executive Branch,"_** and the **_"Judicial Branches."_**

146.    Likewise, the individual states have adopted the various checks and balances that exist between the three branches (**_"Legislative Branch," "Executive Branch,"_** and the **_"Judicial Branches"_**), including the Executive **Veto** power (of the **U.S. President**) and the **Judicial Review** (*i.e.* county appellate courts, state court of appeals, and the **U.S. Supreme Court**).

147.    Therefore, on information and belief, the **U.S.** is a **_"Constitutional republic."_**

148.    However, over the years, it has been common for people (including but not limited to **U.S.** politicians), to refer to the **U.S.** as a **_"democracy."_**

149.    This is shorthand for the representational **_"republic"_** that exists, **_"not"_** for a pure democracy.

150.    In fact, the **"*republic*"** continues to be mentioned in the **"*Pledge of Allegiance,*"** which was written in 1892 and later adopted by Congress in 1942 **as an official pledge** and states as follows:

*"I pledge allegiance to the flag of the United States of America, and to the **Republic**, for which it stands, one nation under God, indivisible, with liberty and justice for all."* [(Emphasis added)]

151.    **PRESIDENT OBAMA**, the **"GROUP #1 DEFENDANTS"** and **"GROUP #2 DEFENDANTS"** (and other politicians/elected officials throughout the U.S.) have taken an **"*oath of office*"** to **"*support*"** the **U.S. Constitution** , but instead have **"*supported*"** and/or have **"*nothing*"** to stop the **"*unconstitutional*"** activities of the **"CLINTON FOUNDATION."**

152.    When the **"GROUP #1 DEFENDANTS"** and **"GROUP #2 DEFENDANTS"** give **"*aid and comfort*"** to the **"*Illegal Aliens,*"** the **"GROUP #1 DEFENDANTS"** and **"GROUP #2 DEFENDANTS"** have given things funded with **"*taxpayer government money*"** and the **"*Illegal Aliens*"** have **"*not*"** pledged their *"...allegiance to the flag of the United States of America, and to the **Republic**...,"* by entering the U.S. per its laws in pursuant to (but not limited to) the **"*Naturalization Act of 1790" and 1791*** et seq.

153.    As such, the **"GROUP #1 DEFENDANTS"** and **"GROUP #2 DEFENDANTS"** are in violation of their **"*oath of office,*"** and should be barred from campaigning, running again, being appointed, and/or otherwise for their **"*current offices*"** and for any other office, but not limited thereto.

154.    Even further and more **"*specifically,*"** on information and belief, the **DEMOCRAT PRES. NOMINEE H. CLINTON** is not **"*fit*"** to be the **"*President*"** and **"*Commander-in-Chief*"** of the **UNITED STATES OF AMERICAN**.

155.    On information and belief, the **CLINTON FOUNDATION** is a *"conflict-of-interest"* regarding the *"State Department/Executive Branch"* and the **STATE** governments.

156.    On information and belief, the *"Democratic Party"* has *"forfeited"* the *"2016 Presidential Election"* to the *"Republican Party's Ticket"* (who are **REPUBLICAN PRES. NOMINEE TRUMP** and **REPUBLICAN VICE PRES. NOMINEE PENCE**) due to the *"Democratic Party's Ticket"* (who are **DEMOCRAT PRES. NOMINEE H. CLINTON** and **DEMOCRAT VICE PRESIDENT NOMINEE KAINE**) having taken the *"oath of office"* and *"did not"* support and enforce the **U.S. Constitution** and having campaigned for the *"Office of the Presidency"* in support of *"insurrection and rebellion"* against the **U.S. Constitution** and *"against"* the *"U.S. Republic"* to continue to giving *"aid and comfort"* to *"Illegal Aliens"* and *"Foreign Refugees,"* and seeking to continue to *"enforce"* (on the *"minority"*) a *"Democratic Form of Government"* in violation of **Article IV, Section 4 of the U.S. Constitution**, but not limited thereto other violations to the U.S. Constitution.

157.    It is unconstitutional for *"Politicians"* and *"Elected Officials"* to violate in their *"office"* and/or campaign against *"Article IV, Section 4 of the U.S. Constitution"* regarding a *"Republican Form of Government."*

158.    The *"Executive Branch"* of government is an *"enforcement"* office and no *"President"* has the *"power"* to *"not"* *"enforce"* the **U.S. Constitution** as a sitting President.

159.    As President in the *"Executive Branch,"* **PRESIDENT OBAMA** did *"not"* have the *"power"* to tell *"immigration officers"* to *"stop and/or postpone enforcing"* *"immigration laws."*

134

160.    Neither of the three branches of government (**_"Executive Branch,"_**
**_"Legislative Branch,"_** or the **_"Judicial Branch"_**) of government have the **_"power"_** to **_"not"_**
executive their particular **_"powers"_** and **_"all"_** powers are to be done in **_"support"_** of the <u>U.S.
Constitution</u>.

161.    The **_"Electorate"_** does **_"not"_** have a constitutional right to vote for
candidates who have **_"ran/campaigned"_** for public office regarding seeking to further
**_"insurrection and rebellion"_** (in violation of the <u>14th Amendment, Section 3 to the U.S.
Constitution</u>, but not limited thereto) **_"against"_** the <u>U.S. Constitution</u> and **_"against"_** the **_"U.S.
Republic."_**

162.    Therefore, the **_"Democratic Party's Ticket"_** (who are
**DEMOCRAT PRES. NOMINEE H. CLINTON** and **DEMOCRAT VICE PRESIDENT
NOMINEE KAINE**) have already campaigned on issues they will **_"not support"_** the U.S.
Constitution and therefore cannot take the **_"oath of office"_** of the Presidency and have ultimately
**_"forfeited"_** the <u>2016 General Election</u> to the **_"Republican Party's Ticket"_** (**REPUBLICAN
PRES. NOMINEE TRUMP** and  **REPUBLICAN VICE PRES. NOMINEE PENCE**).

163.    On information and belief, the <u>U.S. Constitution</u> does not deal
with **_"political party"_** affiliation and therefore, if **DEMOCRAT PRES. NOMINEE H.
CLINTON** and **DEMOCRAT VICE PRESIDENT NOMINEE KAINE** are found to be
**_"unfit"_** and/or if any one of them are indicted, convicted in a court of law, but not limited to
their inability to **_"serve"_** in the **_"Office of the Presidency"_** for legal reasons, it would
unconstitutional for the **_"Democratic Party"_** to **_"appoint"_** a successor, when they are in
**_"forfeiture"_** to the entire **_"2016 General Election,"_** but not limited thereto.

135

**164.** This *"forfeiture"* as addressed herein also applies to all of the

**GROUP #1 DEFENDANTS** and the **GROUP #2 DEFENDANTS** in regards to the **14th**

**Amendment, Section 4** of the **U.S. Constitution**, but not limited thereto.

**165.** On information and belief, the **CLINTON FOUNDATION** and/or

its owners, officers, members, employees, agents, but not limited thereto are *"attempting"*

and/or have been presenting themselves as a *"representative of the U.S. government"* and/or

"under color of law" having handled affairs, taken money, and/or gifts as if they are *"the*

*country's popular leader"* and has kept said funds within the *not-for-profit* **CLINTON**

**FOUNDATION** corporation, and/or its subsidiaries.

**166.** On information and belief, as an *"illegal representative of the U.S.*

*Government"* while handling affairs and taking unauthorized *"funds"* on behalf of the *"duties"*

and responsibilities of the **U.S.** *"Executive Branch"* of government, the **CLINTON**

**FOUNDATION** has *"not"* turned over said funds to the *"U.S. Treasury."*

**167.** On information and belief, an assertion that the **CLINTON**

**FOUNDATION** runs its operation, payment on speeches, takes gifts, property, and/or funds as a

*"not-for-profit"* on behalf of *"private and charitable fundraising agendas"* (and *"not"* on **U.S.**

**Constitutional** *"Executive Branch"* initiatives) is *"pretextual."*

**168.** On information and belief, **FORMER PRESIDENT B.**

**CLINTON** to continue his *"Presidency"* in violation of the **22nd Amendment to the U.S.**

**Constitution**.

**169.** On information and belief, under the administration of the

**CLINTON FOUNDATION**, **FORMER PRESIDENT B. CLINTON**, and **DEMOCRAT**

**PRES. NOMINEE H. CLINTON** have *"illegally and without authority executed"* some of the

*"**duties**"* of the *"**Executive Branch.**"* under their company *entitled*, **CLINTON FOUNDATION** and/or one or more of its subsidiaries and/or partners.

170.    On information and belief, the **CLINTON FOUNDATION** and/or its owners, officers, members, employees, agents, but not limited thereto have *"**directed**"* and/or *"**indirectly**"* developed *"**federal policies**"* with *"**foreign**"* *heads-of-state*, but not necessarily limited thereto.

171.    On information and belief, the **CLINTON FOUNDATION** and/or its owners, officers, members, employees, agents, but not limited thereto have *"**directed**"* and/or *"**indirectly**"* made deals, commitments, and/or obligations concerning the **U.S.**, the *"**U.S. Republic,**"* and/or regarding the **U.S.** tax dollars/government funds, land, natural resources, but not necessarily limited thereto.

172.    On information and belief, under the administration of the **CLINTON FOUNDATION** and/or its owners, officers, members, employees, agents, but not limited thereto, the company has *"**illegally and without authority executed**"* conducted affairs as "***Foreign Policy Director**"* on behalf of the **U.S.**

173.    On information and belief, under the administration of the **CLINTON FOUNDATION** and/or its owners, officers, members, employees, agents, but not limited thereto have meet with *"**foreign leaders**."*

174.    On information and belief, under the administration of the **CLINTON FOUNDATION** and/or its owners, officers, members, employees, agents, but not limited thereto have proceeded *"**directly**"* and/or *"**indirectly**"* influenced the development and/or passage of laws, but not necessarily limited thereto.

175.    On information and belief, the **CLINTON FOUNDATION** and/or its owners, officers, members, employees, agents, but not limited thereto have *"**impeded**"*

("*directly and/or indirectly*") upon the "*Article I*" "*executive powers*" of the **U.S. Constitution**.

176.    It is unconstitutional for the agenda, initiatives, and fundraising efforts of the **CLINTON FOUNDATION** and/or its owners, officers, members, employees, agents, but not limited thereto to be "*one-and-the-same*" in lieu of the will of the "*U.S. Republic*" guaranteeing a "*Republican Form of Government*" and the "*Article I*" "*powers*" of the "*Executive Branch.*"

177.    The **CLINTON FUNDATION** is unconstitutional.

178.    On information and belief, **DEMOCRAT PRES. NOMINEE H. CLINTON**, **FORMER PRESIDENT B. CLINTON**, and the **CLINTON FOUNDATION** ((a/k/a **"BILL, HILLARY, AND CHELSEA CLINTON FOUNDATION"** and originally known as **"THE WILLIAM J. CLINTON PRESIDENTIAL LIBRARY FOUNDATION"**) (which include, but not limited to those working with them "*directly*" and "*indirectly*" (see including **all "GROUP # - 2 DEFENDANTS"**), are "*insurgents*" against the "*ruling*" "*U.S. Republic*" form of government and have conspired in "*rebellion*" and "*revolt*" therein.

179.    **DEMOCRAT PRES. NOMINEE H. CLINTON** and **FORMER PRESIDENT B. CLINTON** has taken an oath of office and has not supported the U.S. Constitution.

180.    In result, **DEMOCRAT PRES. NOMINEE H. CLINTON** has violated "**14th Amendment, Section 3 of the U. S. Constitution**" (but not limited thereto) and therefore cannot be President of the **U.S.**

181.    **FORMER PRESIDENT B. CLINTON** is the husband to **DEMOCRAT PRES. NOMINEE H. CLINTON** (who is *currently* campaigning in the **U.S.A.** 2016 presidential election).

138

182.    It is a fact and on information and belief, the **22nd Amendment, to**

**the U. S. Constitution** states as follows:

*"**No person shall be elected to the office of the President more than twice, and no person who has held the office of President, or acted as President, for more than two years of a term to which some other person was elected President shall be elected to the office of the President more than once.** But this article shall not apply to any person holding the office of President when this article was proposed by the Congress, and shall not prevent any person who may be holding the office of President, or acting as President, during the term within which this article becomes operative from holding the office of President or acting as President during the remainder of such term.* [(Emphasis added)]

183.    **FORMER PRESIDENT B. CLINTON** was first elected president

of the **U.S.A.** in 1992 (inauguration day, January 20, 1993) and *re-elected* for a *"2nd and final*

*term"* 1996 (inauguration day, January 20, 1997).

184.    After **FORMER PRESIDENT B. CLINTON** was first elected as

President of the **U.S.A.**, (on information and belief), several *"Bill"* initiatives to *"repeal"* the

**22nd Amendment to the U.S. Constitution** regarding *"term-limits"* was introduced during

**"FORMER PRESIDENT B. CLINTON'S"** administration, which were as followings (see

http://theconservativist.com/tag/presidential-term-limits/):

| Michael McNulty | 1993 | H. J. RES. 107 | 2 cosponsors |
|---|---|---|---|
| Barney Frank | 1995 | H. J. RES. 68 | 1 cosponsor |
| Mitch McConnell | 1995 | S. J. RES. 23 | 1 cosponsor |
| Steny Hoyer | 1995 | H. J. RES. 81 | 10 cosponsors |
| Michael McNulty | 1995 | H. J. RES. 71 | 2 cosponsors |
| Barney Frank | 1997 | H. J. RES. 38 | |
| David Dreier | 1997 | H. J. RES. 51 | |
| Steny Hoyer | 1997 | H. J. RES. 88 | 7 cosponsors |
| José Serrano | 1997 | H. J. RES. 19 | 1 cosponsor |
| Barney Frank | 1999 | H. J. RES. 24 | |
| José Serrano | 1999 | H. J. RES. 17 | 1 cosponsor |
| José Serrano | 2001 | H. J. RES. 4 | |
| Steny Hoyer | 2001 | H. J. RES. 39 | 6 cosponsors |

| José Serrano | 2003 | H. J. RES. 11 | 3 cosponsors |
| Steny Hoyer | 2003 | H. J. RES. 25 | 7 cosponsors |
| José Serrano | 2005 | H. J. RES. 9 | |
| José Serrano | 2007 | H. J. RES. 8 | |
| José Serrano | 2009 | H. J. RES. 5 | |

**185.** In fact, records show, a friend of **"FORMER PRESIDENT B. CLINTON"** (who is **U. S. House Representative José Enrique Serrano**), introduced a measure to *"repeal"* the **22nd Amendment** 8 (eight) times since 1997; which amounts to every 2 (two) years between 1997 to 2009, when **"FORMER PRESIDENT B. CLINTON"** finished his 2nd term and final term.

**186.** On information and belief, **U. S. House Representative José Enrique Serrano** has been a member of the **U.S. House of Representatives** since 1990 from New York, represents a district that is one of the smallest in the country geographically, consisting of a few miles of the heavily urbanized and populated South Bronx in New York City.

**(i).** On information and belief, **U. S. House Representative José Enrique Serrano district is also one of the most densely populated and one of the few majority Hispanic districts in the country**.

**(ii).** On information and belief, **U. S. House Representative José Enrique Serrano** district was numbered the 18th from 1990 to 1993 and the 16th from 1993 to 2013; it has been the 15th district since 2013.

**187.** It has been reported, **U. S. House Representative José Enrique Serrano** is an *"American"* politician **born in Mayagüez, Puerto Rico** and at the age of seven, was taken by his family to **"The Bronx,"** where he was raised in the Millbrook Houses. (See **https://en.wikipedia.org/wiki/Jos%C3%A9_E._Serrano**. (NOTE: See **U. S. House Representative José Enrique Serrano's** parents' place of birth/citizenship was not mentioned.)

140

**188.** Nevertheless, from a historical perspective and on information and belief, "*Puerto Rico was invaded and colonized by the United States in 1898 after being ceded as booty in the Spanish American War. On March 2, 1917, under the impending threat of World War I, **President Woodrow Wilson signed the Jones Act[5] making Puerto Ricans U.S. citizens by law.*" (See **https://nacla.org/article/immigrant-rights-puerto-rican-issue**) ([Emphasis and Footnote added])

**189.** Yet, in retrospect, on information and belief, over the years including recently there has been a claim of ***"fake"*** Puerto Rican birth certificates reported in

**190.** Some of the unconstitutional legislations of **U. S. House Representative José Enrique Serrano** where as follows: "***...New York State Assembly established a Task Force on New Americans (TFNA), chaired by two Puerto Ricans (this author and then Assemblyman José Rivera).*** [(Who (on information and belief), is the son/child of **U. S. House Representative José Enrique Serrano**.)] The task force introduced the first comprehensive ***"Immigration Omnibus Act"*** in New York State history. In addition, *'[t]he task force was largely responsible as well for New York State becoming the only state in the union to designate $2 million to facilitate an 'amnesty' process for undocumented residents.'*" (See **https://nacla.org/article/immigrant-rights-puerto-rican-issue**) ([Emphasis added])

---

[5]Jones–Shafroth Act (Pub.L. 64–368, 39 Stat. 951, enacted March 2, 1917) —also known as the **Jones Act of Puerto Rico, Jones Law of Puerto Rico**, or as the **Puerto Rican Federal Relations Act of 1917**— was an Act of the United States Congress, signed by President Woodrow Wilson on March 2, 1917. The act superseded the and Foraker Act granted U.S. Citizenship to anyone born in Puerto Rico on or after April 25, 1898. It also created the Senate of Puerto Rico, established a bill of rights, and authorized the election of a Resident Commissioner (previously appointed by the President) to a four-year term. The act also exempted Puerto Rican bonds from federal, state, and local taxes regardless of where the bond holder resides. January 2016. (See **http://www.judicialwatch.org/blog/2016/01/illegal-aliens-use-fake-puerto-rican-birth-certificates-to-get-u-s-passports-licenses/**).

191. In retrospect, although the *above-entitled action* is not questioning **U.S. Citizenship** of **U. S. House Representative José Enrique Serrano** (who has also taken an *"oath"* of office, but is *"not"* a *"specifically named"* Defendant herein), because "**[i]n 1988, then Assemblyman José Serrano had New York State declared a 'sanctuary' for Salvadoran refugees**," this and other unconstitutional acts by **U. S. House Representative José Enrique Serrano** shows why he would seek to *"repeal"* the **22nd Amendment** 8 (eight) times (between 1997-2009) in seeking to retain a *"U.S. President"* ("**FORMER PRESIDENT B. CLINTON**"), who too took an *"oath"* to support the **U.S. Constitution** and *"did not enforce the laws"* regarding *"U.S. Immigration Laws,"* but not limited thereto.

192. Historically speaking and on information and belief, it is a *"fact,"* that a presidential *"term-limit"* was set in the **22nd Amendment to the U.S. Constitution** after the death of ***Former President Franklin Delano Roosevelt*** (12th U.S. President, elected 4 (four) terms and was U.S. President from 1933 to 1945).

193. However, because **U. S. House Representative José Enrique Serrano** (on information and belief a *"friend"* of "**FORMER PRESIDENT B. CLINTON**" ) 8-time effort (between 1997-2009) to *"repeal"* the **22nd Amendment to the U.S. Constitution** was *"not"* passed, "**FORMER PRESIDENT B. CLINTON**" in *"conspiracy"* with his *"wife"* (**DEMOCRAT PRES. NOMINEE H. CLINTON**) found another way to maintain *"Presidential Power"* and *"Control"* with foreign diplomats and continue to execute the agendas for their donors, (no matter *"whomever"* and/or which political party (Democrat or Republican), became the next **Commander-In-Chief/President of the U.S.**) through the **CLINTON FOUNDATION.**

194. Prior to **FORMER PRESIDENT B. CLINTON** completing his 2nd Presidential term in office, an application for the establishment of "**THE WILLIAM J.**

**CLINTON PRESIDENTIAL LIBRARY FOUNDATION**" as a 501(c)(3) ***"non-profit"***

corporation was completed and filed (see **Exhibit A** attached),[6] in pursuant of the ***"Presidential***

***Library Act of 1955"*** (U.S.C. § 2112).

195. On information and belief, in 1955, Congress passed the

***"Presidential Library Act (PLA)"*** (44 U.S.C. § 2112).

196. The ***"Presidential Library Act of 1955"*** established a system of

privately erected **and federally** maintained libraries.

197. The ***"Presidential Library Act of 1955"*** encouraged other

Presidents to donate their historical materials to the government and ensured the preservation of

Presidential papers and their availability to the American people.

198. However, on information and belief, the ***"Presidential Library Act***

***of 1986"*** made significant changes to ***"Presidential Libraries,"*** requiring private endowments

linked to the size of the facility.

199. On information and belief, the ***"Presidential Library Act of 1986"***

gives the appearance that the ***"National Archives"*** uses these ***"endowments"*** to offset a portion

of the maintenance costs for the library.

200. Yet, the ***"Presidential Library Act of 1986"*** is ***"not"*** in the interest

of the public.

---

[6]Only **pages 1 through 7** are attached as ***"Exhibit A"*** from the "***Application for Recognition***
***of Exemption Under Section 501(c)(3) of the Internal Revenue Code"*** for "**THE WILLIAM**
**J. CLINTON PRESIDENTIAL LIBRARY FOUNDATION**," which is attached *herein* as
**Exhibit A**. (See the entire ***"43-page"*** document on the internet as publicly disclosed information as
follows: https://www.clintonfoundation.org/sites/default/files/clinton_foundation_form_1023_
application_for_tax_exemption.pdf)

201. On information and belief, by not keeping the ***"Presidential Library Act of 1986"*** ***"small"*** and ***"federally"*** funded, has created an ability to develop a ***"criminal enterprise"*** (in violation of **RICO**) and a ***"conflict-of-interest"*** agenda against the **"STATE DEPARTMENT"** and the ***"U.S. Republic,"*** known as the **"CLINTON FOUNDATION."**

202. Attached as **Exhibit A** is (on information and belief) the 1997 ***"Application for Recognition of Exemption Under Section 501(c)(3) of the Internal Revenue Code"*** for the **"THE WILLIAM J. CLINTON PRESIDENTIAL FOUNDATION,"** which was (on information and belief) was ***"allegedly"*** organized in pursuant to ***"Presidential Library Act of 1955,"*** as amended by the ***"Presidential Libraries Act of 1986"*** (44 U.S.C. § 2112).

203. On information and belief, the ***"Presidential Library Act of 1955,"*** as amended by the ***"Presidential Libraries Act of 1986"*** (44 U.S.C. § 2112) are specifically for organizing, maintaining and running a ***"Presidential Library."***

204. However, **"THE WILLIAM J. CLINTON PRESIDENTIAL FOUNDATION"** (**Exhibit A**) was organized fraudulently outside the intended purpose of ***"Presidential Library Act of 1955"*** and as amended by the ***"Presidential Libraries Act of 1986"*** (44 U.S.C. § 2112).

205. In violation of ***"Presidential Library Act of 1955"*** and as amended by the ***"Presidential Libraries Act of 1986"*** (44 U.S.C. § 2112) and in violation of tax exemptions under Section 501(c)(3), over the years **"THE WILLIAM J. CLINTON PRESIDENTIAL FOUNDATION"** became (on information and belief) the **CLINTON FOUNDATION** and then the ***"alleged"*** not-for-profit transformed into the **"BILL, HILLARY, AND CHELSEA CLINTON FOUNDATION."**

144

206. Yet, **Chelsea Clinton** nor has **DEMOCRAT PRES. NOMINEE H. CLINTON** ever been the President of the **U.S.**

207. It is a violation of the U.S. Constitution and a violation of the *"limited purposes"* of the *"Presidential Library Act of 1955"* and as amended by the *"Presidential Libraries Act of 1986"* (44 U.S.C. § 2112) for the **"THE WILLIAM J. CLINTON PRESIDENTIAL FOUNDATION"** to have transformed into a "global" corporation to include the agendas of **Chelsea Clinton** and the Defendants **DEMOCRAT PRES. NOMINEE H. CLINTON** and **FORMER PRESIDENT B. CLINTON** (in an effort to continue his Presidency in violation of the **22nd Amendment, to the U. S. Constitution**.

208. It is unconstitutional, a violation of the *"Presidential Library Act of 1955"* (and as amended by the *"Presidential Libraries Act of 1986"* (44 U.S.C. § 2112)), and a violation of statute(s) regarding the organization of tax exempt under Section 501(c)(3) for a *"Presidential Library,"* known as **"THE WILLIAM J. CLINTON PRESIDENTIAL FOUNDATION"** to have transformed into the *multimillion-dollar* corporation making deals with *foreign heads-of-states*, interstate commerce and trade agreements with corporation and other countries, and soliciting funds on behalf of the **U.S.** and its *"Republic"* in place of the **U.S.** State Department, and then adding insult to injury by enriching themselves and the total control of said funds within the Defendant **CLINTON FOUNDATION**, but not limited thereto.

209. The Defendants **DEMOCRAT PRES. NOMINEE H. CLINTON** and **FORMER PRESIDENT B. CLINTON** have burred the lines between the **CLINTON FOUNDATION** and the *"limited"* meaning of a *"Presidential Library Foundation"* *"Presidential Library Act of 1955"* (and as amended by the *"Presidential Libraries Act of 1986"* (44 U.S.C. § 2112)).

145

210. The Defendants **DEMOCRAT PRES. NOMINEE H. CLINTON** and **FORMER PRESIDENT B. CLINTON** have unconstitutionally, illegally, and possibly criminally burred the lines between where the **CLINTON FOUNDATION _"ends"_** and the **_"U.S. State Department"_** begins.

211. The unconstitutional and illegal actions/acts of the Defendants **DEMOCRAT PRES. NOMINEE H. CLINTON** and **FORMER PRESIDENT B. CLINTON**, and the **CLINTON FOUNDATION**, have compromised, abridged, and diminished the **_"powers"_** of the **U.S.** Executive and Legislative Branches of government.

212. The Defendants **CLINTON FOUNDATION, DEMOCRAT PRES. NOMINEE H. CLINTON**, and **FORMER PRESIDENT B. CLINTON** have violated the public trust, committed fraud and defrauded the **_"U.S. Republic"_** and the government of the **U.S.**

213. The **CLINTON FOUNDATION** having been organized to continue the Presidency of **FORMER PRESIDENT B. CLINTON** confuses corporations and foreign governments when the **U.S.** elects future **_"Presidents," "U.S. Senators,"_** and **_"U.S. House of Representatives."_**

214. It is unconstitutional and illegal for the **CLINTON FOUNDATION** (and **BILL CLINTON** as **_"President"_** thereof) to have (on information and belief) made trade deals, negotiated and/or influenced foreign policy, legislated interstate commerce, taken payments, honorariums, considerations, gains, gifts, and/or returns (but not limited thereto), for the deals they are making with foreign governments and corporations, but not limited **thereto**.

215. The Defendants **CLINTON FOUNDATION, DEMOCRAT**

PRES. NOMINEE H. CLINTON, and FORMER PRESIDENT B. CLINTON are in violation of **"*Article I, Section 9, Clause 8 of the U.S. Constitution*"** concerning **"*Title of Nobility Clause.*"**

216. By illegally transforming the **"THE WILLIAM J. CLINTON PRESIDENTIAL FOUNDATION"** from a **"*mere*"** **"*Presidential Library*"** to an **"*alleged*"** *not-for-profit* corporation conducting business in lieu of the **"*U.S. State Department,*"** in accepting **"*gifts*"** (but not limited thereto making trade deals and/or otherwise with corporations and foreign governments) (disguised as a charitable foundation), the **CLINTON FOUNDATION, DEMOCRAT PRES. NOMINEE H. CLINTON**, and **FORMER PRESIDENT B. CLINTON** have **"*collectively*"** conducted themselves as a family dynasty/nobility, giving the **"*impression*"** (**under color of law**) to corporations, foreign governments, (but not limited thereto) that the **U.S.** is **"*not*"** a **"*Republican form of Government*"** (in violation of **"Article IV, Section 4 of the U. S. Constitution"**) and that there is **no** **"*separation of powers*"** in regards to the **"*Executive Branch,*"** **"*Legislative Branch,*"** nor the **"*Judicial Branch,*"** when dealing with the **U.S.**, but giving the **"*false*"** appearance of themselves (collectively) as a **"*Monarchy,*"** and that **"*they*"** and **"*only*"** their wishes/agendas under the **"*goals and initiatives*"** of the **CLINTON FOUNDATION, DEMOCRAT PRES. NOMINEE H. CLINTON**, and **FORMER PRESIDENT B. CLINTON** matter, by which overthrowing the **"*U.S. Republic,*"** the **"*U.S. Constitution,*"** and all the delegated **"*powers*"** of the **U.S.** branches **"*totally*"** abridging the **"*rights*"** to ever **U.S.** **"*legal citizen*"** throughout the **U.S.**

217. The **CLINTON FOUNDATION, DEMOCRAT PRES. NOMINEE H. CLINTON**, and **FORMER PRESIDENT B. CLINTON** are in violation of and have **"*abridged*"** the **"*powers*"** of "**Article II, Section 1 of the U.S. Constitution** " (regarding

powers of the state and the separation of powers), which states:

> **_"The legislative, executive and judicial branches are separate.   No branch shall exercise powers properly belonging to another."_**  [(Emphasis added)]

218.    On information and belief, the **CLINTON FOUNDATION**,

**DEMOCRAT PRES. NOMINEE H. CLINTON**, and **FORMER PRESIDENT B. CLINTON**

illegal acts by way of a mere **_"Presidential Library"_** in pursuant to **_"Presidential Library Act of_**

**_1955"_** (and as amended by the **_"Presidential Libraries Act of 1986"_** (44 U.S.C. § 2112)) has

transformed the **"THE WILLIAM J. CLINTON PRESIDENTIAL FOUNDATION"** giving

the **_"impression"_** that the **_"rule-of-law"_** concerning the **U.S. Constitution**, all the individual

state constitutions, the **U.S.** territories, and the centuries of **_"Treaties"_** with the **_"legal Native_**

**_U.S. Citizen Nations"_** (a/k/a **_"Indigenous"_** and/or **_"Aboriginal"_**) of the **U.S.** (but not limited

thereto), have been **_"overthrown"_** and that **_"single-handedly"_** the **CLINTON FOUNDATION**

resurrected by way of a **_"mere"_** **_"Presidential Library"_** via an **ACT** and operating as an

**_"alleged"_** 501(c)(3) corporation is the **_"sole power"_** of the **U.S.** government, which is

unconstitutional, illegal, and possibly, if has reason to the level of **_"treason."_**

219.    The illegal actions of the **CLINTON FOUNDATION**,

**DEMOCRAT PRES. NOMINEE H. CLINTON** and **FORMER PRESIDENT B. CLINTON**

are very dangerous, abridged rights of **_"legal U.S. Citizens,"_** have caused **_"civil unrest,"_**

compromised the peace and *domestic tranquility* of the **U.S.**, and the **_"state of the Union"_** of the

**U.S.** by the **_"mere"_** stroke of the **_"pen"_** (see **Exhibit A through E**).

220.    On information and belief, before the Defendant **FORMER**

**PRESIDENT B. CLINTON** left office as President of the **UNITED STATES OF AMERICA**,

on or before October 23, 1997 **"THE WILLIAM J. CLINTON PRESIDENTIAL LIBRARY**

**FOUNDATION"** was incorporated.  (See **Exhibit A, page 1**)

221.    On information and belief, within two months of incorporating the

**"THE WILLIAM J. CLINTON PRESIDENTIAL LIBRARY FOUNDATION"** (on October

23, 1997, see **Exhibit A, page 1**) an *"Application for Recognition of Exemption Under Section*

*501(c)(3) of the Internal Revenue Code"* was filed dated December 12, 1997.

222.    On page 2 of the *"Application for Recognition of Exemption*

*Under Section 501(c)(3) of the Internal Revenue Code"* for the **"THE WILLIAM J.**

**CLINTON PRESIDENTIAL LIBRARY FOUNDATION"** it stated in pertinent part

(paragraphs 1 and 3):

> *"**The William J. Clinton Presidential Foundation will design, construct,**
> **and initially endow a Presidential archival depository, as defined by 44 U.S.C.**
> **Sec. 2101(c), to house and preserve the books, correspondence, documents,**
> **papers, pictures, photographs, and other memorabilia of President Clinton as**
> **well as other objects or materials related to the papers or events of the official**
> **or personal life of President Clinton that have historical or commemorative value**.*
> *The Foundation will also undertake and support research and educational activities*
> *on policy and historical **issues related to the life and work of President Clinton**, and*
> *may construct and maintain related facilities in which such research and educational*
> *activities will be conducted."* [(See **Exhibit A, page 2**) (Emphasis added)]

> *"**Upon completion, the archival facility and its endowment will be conveyed**
> **to the federal government to be administered in perpetuity by the National Archives**
> **and Records Administration in accordance with the Presidential Libraries Act of 1955**,*
> **as amended by the Presidential Libraries Act of 1986 (44 U.S.C. Sec. 2112)**. *The*
> *Foundation will retain and separately administer related research and educational*
> *facilities and activities, possibly in conjunction with the University of Arkansas."*
> [(See **Exhibit A, page 2**) (Emphasis added)]

223.    However, over the years the Defendants **DEMOCRAT PRES.**

**NOMINEE H. CLINTON** and **FORMER PRESIDENT B. CLINTON** have *"illegally"*

transformed the **"THE WILLIAM J. CLINTON PRESIDENTIAL LIBRARY**

**FOUNDATION"** to activities beyond the intended purposes thereof (see **Exhibits A through**

**C**) and becoming the **CLINTON FOUNDATION** and/or the **BILL, HILLARY, AND**

**CHELSEA CLINTON FOUNDATION**.

224.  On page 4 of the "*Application for Recognition of Exemption Under Section 501(c)(3) of the Internal Revenue Code*" for the "**THE WILLIAM J. CLINTON PRESIDENTIAL LIBRARY FOUNDATION**" it stated in pertinent part:

> **QUESTION No. 13**: *"Does or will the organization attempt to influence legislation?"*
> **RESPONSE No. 13**: *"No"*
> [(See **Exhibit A, page 4**) (Emphasis added)]

> **QUESTION No. 14**: *"Does or will the organization intervene in any way in political campaigns, including the publication or distribution of statements?"*
> **RESPONSE No. 14**: *"No"*
> [(See **Exhibit A, page 4**) (Emphasis added)]

225.  On page 5 of the "*Application for Recognition of Exemption Under Section 501(c)(3) of the Internal Revenue Code*" for the "**THE WILLIAM J. CLINTON PRESIDENTIAL LIBRARY FOUNDATION**" it stated in pertinent part:

> **QUESTION No. 13**: *"Does or will the organization attempt to influence legislation?"*
> **RESPONSE No. 13**: *"No"*
> [(See **Exhibit A, page 4**) (Emphasis added)]

226.  On page 7 (but numbered as page 6) on the "*Application for Recognition of Exemption Under Section 501(c)(3) of the Internal Revenue Code*" it stated in pertinent part:

> **QUESTION No. 8**: *"Is the organization a private foundation?"*
> **RESPONSE No. 8**: *"No"*
> [(See **Exhibit A, page 7**, (but numbered as page 6) (Emphasis added)]

227.  On page 7 (but numbered as page 6) on the "*Application for Recognition of Exemption Under Section 501(c)(3) of the Internal Revenue Code*" it stated in pertinent part:

**QUESTION No. 10**: *"If you answer 'No' to question 8, indicate the public charity classification the organization is requesting by checking the box below that most appropriately applies:"*

**RESPONSE No.10h**: *"As receiving a substantial part of its support in the form of contributions from publicly supported organizations from a governmental unit, or from the general public." "Sections 509(a)(1) and 170(b)(1)(A)(VI)"* [(See **Exhibit A, page 7**, (but numbered as page 6)(Emphasis added)]

228. On information and belief, one of the types of organizations generally contemplated to fall under **Section 509(a)(1) and 170(b)(1)(A)(vi)** exclusion are publicly or **governmentally supported** museums, **libraries**, community organizations that promote the fine arts, but not limited thereto.

229. However, the **"THE WILLIAM J. CLINTON PRESIDENTIAL LIBRARY FOUNDATION"** as the **CLINTON FOUNDATION** and/or the **BILL, HILLARY, AND CHELSEA CLINTON FOUNDATION** has transformed over the years to more than just a *"Presidential Library"* in violation of *"Presidential Library Act of 1955"* (as amended by the *"Presidential Libraries Act of 1986"* (44 U.S.C. § 2112) and in violation of *"Sections 509(a)(1) and 170(b)(1)(A)(VI)"*, but not limited thereto.

230. On **pages 13 through 15**,[7] filed on or before October 23, 1997 of the "*Application for Recognition of Exemption Under Section 501(c)(3) of the Internal Revenue Code*" for the **"THE WILLIAM J. CLINTON PRESIDENTIAL LIBRARY FOUNDATION"** [(see attached as **Exhibit B, pages 1 through 3**, (but pages 13 - 15 of the entire internet document located: https://www.clintonfoundation.org/sites/default/files/clinton_foundation_form_1023_application_for_tax_exemption.pdf) (Emphasis added)] the following was stated in pertinent part in regards to the *"Articles of Incorporation of the William J. Clinton presidential Foundation:"*

231.    In addition, on pages 14 of the *__Articles of Incorporation of the__*

*__William J. Clinton presidential Foundation__*" (*herein as* **Exhibit B, page 2**) stated specifically

in pertinent part:

> "__It is intended that the Corporation shall have the status of a__
> __corporation which is exempt from federal income taxation__ under Section
> __501(a) of the Code as an organization described in Section 501(c)(3) of the Code,__
> __and which is other than a private foundation by reason of being described in__
> __Section 509(a) of the Code__. These Articles shall be construed accordingly, __and__
> __all powers and activities of the Corporation shall be limited accordingly.__"
> [(See attached as **Exhibit B, page 2**, *"__Articles of Incorporation of the William J.__*
> *__Clinton presidential Foundation__*") (Emphasis added)]

232.    However, on information and belief, **"THE WILLIAM J.**

**CLINTON PRESIDENTIAL LIBRARY FOUNDATION"** has *"__not__"* been *"__limited__"* just as a

*"__Presidential Library__"* foundation.

233.    On information and belief, **"THE WILLIAM J. CLINTON**

**PRESIDENTIAL LIBRARY FOUNDATION"** (in Arkansas), has illegally become (on

information and belief) the **CLINTON FOUNDATION** (*a/k/a* **BILL, HILLARY, AND**

**CHELSEA CLINTON FOUNDATION**) dealing with foreign policy and/or governments, trade

agreements, interstate commerce, seeking to change legislation, matters of concern to the U.S.

State Department, global agendas, but not limited thereto.

234.    On pages 15 of the *"__Articles of Incorporation of the William J.__*

*__Clinton presidential Foundation__*" (*herein as* **Exhibit B, page 3**) stated specifically in pertinent

part:

---

[7]Only **pages 13 through 15** are attached as **"Exhibit B"** from the "*__Application for__*
*__Recognition of Exemption Under Section 501(c)(3) of the Internal Revenue Code__*" for **"THE**
**WILLIAM J. CLINTON PRESIDENTIAL LIBRARY FOUNDATION,"** which is attached
*herein* as **Exhibit B**. (See the entire *"__43-page__"* document on the internet as publicly disclosed
information as follows:   https://www.clintonfoundation.org/sites/default/files/clinton_foundation_
form_1023_application_for_tax_exemption.pdf)

**"ARTICLES OF INCORPORATION**

**OF**

**THE WILLIAM J. CLINTON PRESIDENTIAL FOUNDATION**

We, the undersigned natural persons of the age of twenty-one years or more, acting as incorporators for the purpose of creating a nonprofit, **nonstock** public benefit corporation under, and by virtue of, the Arkansas Nonprofit Corporation Act of 1993, hereby adopt the following Articles of Incorporation for such corporation:

### ARTICLE I

**NAME**: **The name of the corporation** (which is hereinafter referred to as the *"Corporation"*) is: **The William J. Clinton Presidential Foundation**.

### ARTICLE II

**DURATION:** The period of the Corporation's duration is perpetual.

### ARTICLE III

**PURPOSE AND POWERS**: The **purpose for which the Corporation is organized are to establish and support a Presidential archival depository, as defined by Title 44, Section 2101(1) of the United States Code Annotated**, to house and preserve the books, correspondence, documents, papers, pictures, photographs, and other memorabilia of William J. Clinton, President of the United States of America, as well as other objects or materials related to the papers or events of the official or personal life of William J. Clinton that have historical or commemorative value, and to undertake and support research and educational activities on policy and historical issues related to the life and work of William J. Clinton. The Corporation will solicit and accept gifts or bequests for the purposes of establishing, operating, protecting or improving the Presidential archival depository and of undertaking and supporting related research and educational activities..." [(See herein as **Exhibit B, pages 13 through15**, (but numbered as pages 1-3 of the *"Articles of Incorporation of the William J. Clinton Presidential Foundation."*) (Emphasis added)]

*"No part of the income or principal of the Corporation shall insure to the benefit of any director or officer of this corporation or any other private individual."* [(See attached as **Exhibit B, page 3**, *"Articles of Incorporation of the William J. Clinton presidential Foundation"*) (Emphasis added)]

**235.** In addition on pages 15 of the *"Articles of Incorporation of the William J. Clinton presidential Foundation"* (*herein as* **Exhibit B, page 3**) went on to specifically state in pertinent part:

*"In accordance with existing federal tax law, the Corporation shall not participate or intervene in any political campaign on behalf of, or in opposition to, any candidate for public office. No substantial part of the activities of the corporation shall be the carrying on of propaganda, or otherwise attempting to influence legislation. No part of the assets of the Corporation shall be contributed to any organization whose net earnings or any part thereof insure to the benefit of any private individual or any substantial part of the activities of which consists of carrying on propaganda or otherwise attempting to influence legislation."* [(See attached as **Exhibit B, page 3**, *"Articles of Incorporation of the William J. Clinton presidential Foundation"*) (Emphasis added)]

**236.** Yet, on information and belief, over the years **"THE WILLIAM J. CLINTON PRESIDENTIAL LIBRARY FOUNDATION"** (by way of its changed name known as the **CLINTON FOUNDATION (*a/k/a* BILL, HILLARY, AND CHELSEA CLINTON FOUNDATION**)) is political and influences legislation.

**237.** On information and belief, over the years **"THE WILLIAM J. CLINTON PRESIDENTIAL LIBRARY FOUNDATION"** (by way of its changed name known as the **CLINTON FOUNDATION (*a/k/a* BILL, HILLARY, AND CHELSEA CLINTON FOUNDATION**)) the Defendants **DEMOCRAT PRES. NOMINEE H. CLINTON** and **FORMER PRESIDENT B. CLINTON** have *"individually"* benefited from the activities of this *"alleged"* not-for-profit.

154

**238.** Even further, attached as **"Exhibit C"**[7] is the *"Application for Employer*

*Identification Number"* (dated December 23, 1997) for **"THE WILLIAM J. CLINTON**

**PRESIDENTIAL LIBRARY FOUNDATION"** and indicated in question 8a the entity was a

*"nonprofit"* and an *"educational"* organization.

**239.** In question 14 of **Exhibit C** in the *"Application for Employer*

*Identification Number,"* the applicant (**"THE WILLIAM J. CLINTON PRESIDENTIAL**

**LIBRARY FOUNDATION"**) was asked its *"principal activity"* and the response was

*"Nonprofit educational organization - Library."* (See attached **Exhibit C, page 1**, but is page

24 within the "*Application for Recognition of Exemption Under Section 501(c)(3) of the*

*Internal Revenue Code."*

### COUNT 1
### CAUSE-OF-ACTION IN PURSUANT OF PIERCING CORPORATE VEIL
(Relates to *"all Defendants"* **GROUP #1 - DEFENDANTS**,
**"GROUP #2 DEFENDANTS,"** and **"GROUP #3 DEFENDANTS"**)
(See Paragraph III - Subparagraphs C1, C2, and C3)

**V.** In this **COUNT 1,** Plaintiff (**CHAMBERS**) repeats, re-alleges, and incorporates

as *specifically* plead in all paragraphs/sub-paragraphs of **I - IV** in this *"Verified Class-Action*

*Complaint"* as if fully set out herein.

**A.** In this **COUNT 1** *cause-of-action*, *"individual Defendants"* are those who

are **"GROUP #1 DEFENDANTS,"** **"GROUP #2 DEFENDANTS,"** and **"GROUP #3 -**

**DEFENDANTS"** other than the following Defendants: **"TRUMP ORGANIZATION," "**

---

[7]Only **page 24** is attached as **"Exhibit C"** from the "*Application for Recognition of Exemption Under Section 501(c)(3) of the Internal Revenue Code"* for **"THE WILLIAM J. CLINTON PRESIDENTIAL LIBRARY FOUNDATION,"** which is attached *herein* as **Exhibit C**. (See the entire *"43-page"* document on the internet as publicly disclosed information as follows: https://www.clintonfoundation.org/sites/default/files/clinton_foundation_ form_1023_application_for_tax_exemption.pdf)

**UNITED STATES OF AMERICA**," "**STATE OF ILLINOIS**," "**COOK COUNTY**," and "**CITY OF CHICAGO**" who are referred to as the *"corporate entities"* whose veil which should be pierced.

    **B.**    In this **COUNT 1 CHAMBERS** seeks that *"corporate veils"* (also referred to as *"parent entities"*) are pierced so that the *"individual Defendants"* in the "**GROUP #1 DEFENDANTS**," "**GROUP #2 DEFENDANTS**," and "**GROUP #3 - DEFENDANTS**" cannot be regarded as a legal entity *separate* from its officers, employees, agents, and otherwise, but not limited thereto.

    **C.**    **CHAMBERS** seeks that the court hold the *"individual Defendants"* of the "**GROUP #1 DEFENDANTS**," "**GROUP #2 DEFENDANTS**," and "**GROUP #3 - DEFENDANTS**" personally liable.

    **D.**    **CHAMBERS** seeks that the court treat the individual of the "**GROUP #1 DEFENDANTS**," "**GROUP #2 DEFENDANTS**," and "**GROUP #3 - DEFENDANTS**" as within the alter ego *doctrine* and find that the "**GROUP #1 DEFENDANTS**," "**GROUP #2 DEFENDANTS**," and "**GROUP #3 - DEFENDANTS**" personally liable for the claims in this action and damages as addressed herein this *"Verified Class-Action Complaint."*

    **E.**    The Defendants "**TRUMP ORGANIZATION** (*if applicable*)," "**UNITED STATES OF AMERICA**," "**STATE OF ILLINOIS**," "**COOK COUNTY**," and "**CITY OF CHICAGO**" were so controlled *as to the alter ego* or mere instrumentality of the *"individuals Defendants"* within the "**GROUP #1 DEFENDANTS**," "**GROUP #2 DEFENDANTS**," and "**GROUP #3 - DEFENDANTS**" and were established for the purposes of abuse of the corporate forum, breach the public trust, abuse of power, visiting injustice upon Plaintiff (**CHAMBERS**) and the **CLASS-MEMBERS**, but not limited thereto.

    **F.**    This case involves one or more federal questions and some of the claims

deal with federal issues (*i.e.* such as **42 U.S.C.A. § 1983** (deprivation of rights, due process, and equal protection, but not limited thereto).

     **G.**    The ***"individual Defendants"*** of the **"GROUP #1 DEFENDANTS,"** **"GROUP #2 DEFENDANTS,"** and **"GROUP #3 - DEFENDANTS"** should be made personally liable for damages caused by violations of a federal statute, constitution(s), and other laws/legislations (but not limited thereto) and the veils should be pierced for the Defendants **"TRUMP ORGANIZATION** (*if applicable*),**" "UNITED STATES OF AMERICA,"** **"STATE OF ILLINOIS," "COOK COUNTY,"** and **"CITY OF CHICAGO."**

     **H.**    On information and belief, there are *causes-of-action* in this case arising under federal statutes, issues of public policy, injunctions, and possibly federal and/or state public funds are involved, but not limited thereto whereas the ***"corporate veils"*** should be pierced.

     **I.**    On information and belief, there was a high interdependency of business operations in the form of formal and informal consolidation of financial, strategic, legal, and human resources operations, but not limited thereto.

     **J.**    It is inequitable for the ***"individual Defendants"*** of the **"GROUP #1 DEFENDANTS," "GROUP #2 DEFENDANTS,"** and **"GROUP #3 - DEFENDANTS"** to be allowed to invoke the ***"corporate shield"*** and avoid financial obligations.

     **K.**    The ***"corporate veil"*** should be pierced to treat the ***"individual Defendants"*** of the **"GROUP #1 DEFENDANTS," "GROUP #2 DEFENDANTS,"** and **"GROUP #3 - DEFENDANTS"** acts as if done by those actually controlling the ***"corporate entities"*** (**"TRUMP ORGANIZATION** (*if applicable*),**" "UNITED STATES OF AMERICA," "STATE OF ILLINOIS," "COOK COUNTY,"** and **"CITY OF CHICAGO"**) in the interests of public convenience, fairness, equity, but not limited thereto.

**L.** On information and belief, there is a unity of interest, ownership, and benefit, which are separate personalities of the ***"corporate entities"*** and its officer, employees, agents, and otherwise (but not limited thereto), that no longer exist.

**M.** The acts of the Defendant **"TRUMP ORGANIZATION** (*if applicable*),**" " UNITED STATES OF AMERICA," "STATE OF ILLINOIS," "COOK COUNTY,"** and **"CITY OF CHICAGO"** should not be treated as those of the ***"corporate entities"*** alone, but the ***"corporate veils"*** (thereof respectively) should be pierced to include the ***"individual Defendants"*** in the **"GROUP #1 DEFENDANTS"** and **"GROUP #2 DEFENDANTS."**

**N.** If the Defendants **"TRUMP ORGANIZATION** (*if applicable*),**" "UNITED STATES OF AMERICA," "STATE OF ILLINOIS," "COOK COUNTY,"** and **"CITY OF CHICAGO"** were to be treated as those of the ***"corporation entities,"*** then an inequitable result will follow and this equitable remedy *doctrine* of piercing the ***"corporate veil"*** should be granted to achieve an equitable result.

**O.** On information and belief, the parent, subsidiary, and/or affiliate corporations (which are the ***"corporate entities"***), have the following in common (*if and/or when applicable*), but not limited thereto: **(a).** benefactors; **(b).** contracts; **(c).** stock ownership; **(d).** directors or officers; **(e).** business departments; **(f).** consolidated financial statements and/or tax returns; **(g).** parent finances the subsidiaries and/or affiliates; **(h).** parent caused the incorporation of the subsidiaries and/or affiliates; **(i).** operations of grossly inadequate capital (undercapitalization); **(j).** parent and/or affiliates pay the salaries and other expenses of the subsidiaries and/or affiliates; **(k).** the subsidiary receives no business except that given to it by the parent and/or the affiliate corporations; **(l).** the parent uses the subsidiary's property as its own; **(m).** the daily operations of the corporations are not kept separate; and **(n).** the subsidiary does not observe the basic corporate formalities (such as keeping separate books and records as

158

well as holding shareholder and board meetings, but not limited thereto).

**P.** On information and belief, there are interlocking trustees, directors, and officer positions between the parent, subsidiaries, and/or affiliate corporations; intercompany agreements, contracts, ownerships, benefactors, but not limited thereto.

**Q.** On information and belief, there is substantial control by the ***"parent entity"*** Defendant **"TRUMP ORGANIZATION** (*if applicable*)**," "UNITED STATES OF AMERICA," "STATE OF ILLINOIS," "COOK COUNTY,"** and **"CITY OF CHICAGO"** over the finances, policies and practices of the subsidiary and/or affiliate corporations to such a degree that the ***"parent entities"*** operate the controlled corporation merely as its business conduit or agent.

**R.** On information and belief, the *alter ego* analysis/test is the same under state or federal law; there is abuse of the corporate form and this court should employ the tool of equity known as *veil-piercing*.

**S.** On information and belief, the court may disregard the ***"corporate entities"*** of the Defendants **"TRUMP ORGANIZATION** (*if applicable*)**," "UNITED STATES OF AMERICA," "STATE OF ILLINOIS," "COOK COUNTY,"** and **"CITY OF CHICAGO"** and hold a their offices, employees, agents, and otherwise but not limited thereto of **"GROUP #1 DEFENDANTS," "GROUP #2 DEFENDANTS,"** and **"GROUP #3 - DEFENDANTS"** personally liable for the acts and debts of the ***"corporate entities"*** (whether parent, subsidiaries, affiliated companies, municipalities, but not limited thereto).

**WHEREFORE,** Plaintiff (**CHAMBERS**) requests and seeks ***"Class"*** certification; that this court rule in favor of the Plaintiff (**CHAMBERS**) on all Counts in this ***"Verified Class-Action Complaint;"*** monetary damages; and other relief (individually and as a ***"Class-Action"***) due to various *causes-of-actions*, judgment in its favor and against all

159

Defendants in **"GROUP #3 DEFENDANTS"** (an injunction *"only"* regarding *non-disclosure* of tax return(s) and the relief seeking in paragraph **"I. BB."**) **"GROUP #1 DEFENDANTS"** and **"GROUP #2 DEFENDANTS"** (including both *"individual Defendants"* and *"corporate Entities"*) in compensatory, remote, nominal, and punitive damages for amounts to be determined (but **not** less than $500,000,000 (Five Hundred Million) compensatory and **not** less than One Billion Dollars) punitive **for each Count**), declaratory judgment, and injunctions, attorneys' fees *(if applicable)* and costs, prejudgment and *post-judgment* interest, temporary restraining order (TRO), preliminary and permanent injunctions, and any and all other relief as specified in section/paragraph **"I"** and/or subsequent paragraphs therein in regards to *"reliefs,"* as addressed throughout this *"Verified Class-Action Complaint,"* and such other and further relief that is just and appropriate.

**COUNT 2**
**CAUSE-OF-ACTION IN PURSUANT OF**
***"Civil Rights Act of 1957 "***
(Relates to *only* **"GROUP 3 DEFENDANTS"**)
(See Paragraph III - Subparagraphs C3)

**VII.** In this **COUNT 2,** Plaintiff (**CHAMBERS**) repeats, re-alleges, and incorporates as *specifically* plead in all paragraphs/sub-paragraphs of **I - VI** in this *"Verified Class-Action Complaint"* as if fully set out herein.

**A.** The facts/claims in *"all"* COUNTS within this *"Verified Class-Action Complaint"* are repeated, re-alleged, and incorporated as *specifically* plead in all paragraphs/sub-paragraphs **as if fully set out here, in this particular COUNT**.

**B.** In this **COUNT 2 CHAMBERS** seeks an injunction barring **DONALD JOHN TRUMP** (who is the Republican Party's nominee for President of the U.S in the 2016 election and Chairman of **TRUMP ORGANIZATION**, and **MICHAEL RICHARD PENCE**

(the Republican Party's nominee for Vice President of the **U.S.A.** in the 2016 election and the 50th Governor of the state of Indiana since 2013) barring him/them from violating the **U.S. Constitution** *in acting upon legislation that "does not exist" and making their tax returns (past, present, and future) "public."*

      **C.**     Whether or not this *"issue"* (regarding the *"public release"* of *"private tax returns"*) is *"specifically"* heard in this court before the **"GROUP #3 DEFENDANTS"** have submitted their various *"private tax returns"* for *"public scrutiny"* and/or before the 2016 election has been determined, this court should still rule on said issue, because this issue is *"also"* general regarding *"future"* elections, other/future candidates, and this *"issue"* pivots on the unconstitutional ability to expand the *"requirements"* for *"public office"* when one is running/campaigning, but not limited thereto.

      **D.**     As such, *"public release"* of *"private tax returns"* as a requirement for running for *"public"* office is a past, current, future, and *on-going "issue"* not just in regards to the 2016 election and the **"specifically named"** **"GROUP #3 DEFENDANTS"** herein, but concerns federal, state, county, and municipal future elections and/or future candidates.

      **E.**     The *"public release"* of *"private tax returns"* as a requirement for running for *"public"* office puts an undue unconstitutional burden and a level of *"intimidation"* on *"voters"* (such as **CHAMBERS**) to have a *"specific"* level of knowledge and/or educational credentials (*i.e.* licenses, etc) to interpret and go through pages of *"personal"* tax documents of one or more candidates and *"tax codes"* (but not limited to), in violation of the *"Civil Rights Act of 1957"* (*regarding voting*) and in violation of the *"guarantees"* of the **15th Amendment to the U.S. Constitution**.

      **F.**     The *"request/demand"* for *"public release"* of *"private tax returns"* puts **CHAMBERS** and the **CLASS MEMBERS** at a disadvantaged and *"not"* on the *"same and*

*equal footing within the political process as "other voting members of the electorate"* who may be *"auditors," "accountants," "attorneys,"* and/or others having various educational backgrounds/degrees and/or *"licenses"* have the experiences and/or expertise to adequately make a determination as to the *"validity," "truthfulness," "legality,"* but not limited thereto regarding said *"publically released private tax returns."*

G. Therefore, this *"undue burden"* of reviewing *"private tax returns"* on a voter such as **CHAMBERS** and the **CLASS MEMBERS** is a violation of *"Civil Rights Act of 1957"* and the *"15th Amendment to the U.S. Constitution."*

H. On information and belief, the *"request/demand"* for the *"public release"* of *"private tax returns"* is an attempt to *"disenfranchise"* the **U.S.** voting process and/or voters such as **CHAMBERS** and the **CLASS MEMBERS**, by undermining the credibility and confidence in the **U.S.** *"Republican Form of Government."*

I. The **Civil Rights Act of 1957 (PART IV(b))** states in pertinent part as follows:

*"No person, whether acting under color of law or otherwise, shall intimidate, threaten, coerce or attempt to intimidate, threaten or coerce **any other person for the purpose of interfering with the right of such other person to vote or to vote as he may choose, or of causing such other person to vote for, or not to vote for, any candidate for the office of President, Vice President, Presidential elector, member of the Senate or member of the House of Representatives, delegates or commissioners from the territories or possessions, at any general, special, or primary election held solely or in part for the purpose of selecting or electing any such candidate**."* [(Emphasis added)]

J. The **15th Amendment to the U.S. Constitution** states as follows:

*"The **right of citizens of the United States to vote shall not be denied or abridged by the United States or by any State** on account of race, color, or previous condition of servitude."* [(Emphasis added)]

K. In addition, the *"public"* release of *"tax returns"* is not a qualification requirement under *"Article II, Section 1, Clause 5 of the U. S. Constitution"* to be President of

the **U.S.**

      **L.**     ***"Article II, Section 1, Clause 5 of the U. S. Constitution"*** states as

follows:

     ***"No Person except a natural born Citizen, or a Citizen of the United States, at the time of the Adoption of this Constitution, shall be eligible to the Office of President; neither shall any person be eligible to that Office who shall not have attained to the Age of thirty five Years, and been fourteen Years a Resident within the United States."*** [(Emphasis added)]

      **M.**     Even further, in pursuant to **Article IV, Section 1 of the U.S. Constitution**

(concerning ***"full faith and credit"***), **CONGRESS** has by legislation established procedures

and/or the ***"authorities"*** by which to review and verify ***"private tax returns."***

      **N.**     Therefore, the ***"U.S Republic"*** has given the federal and state government

various ***"powers"*** within three branches of government ("***Executive Branch,"* "*Legislative***

***Branch,"*** and the ***"Judicial Branch"***) and it is unconstitutional (whether in an ***"election***

***process"*** or not) to seek the laymen opinions of ***"media"*** and/or the voters to somehow (without

the ***"authority"*** of the ***"U.S. Republic"***) to review ***"private tax returns"*** before going to the

***"voting polls."***

      **O.**     The ***"full faith and credit"*** in pursuant to **Article IV, Section 1 of the**

**U.S. Constitution** does not just extend to ***"court orders"*** and/or judicial matters within a

litigation proceedings, ***"full faith and credit"*** in pursuant **Article IV, Section 1 of the U.S.**

**Constitution** extends to the other two branches of government (***"Legislative Branch"*** and the

***"Executive Branch"***) unless and until an issue has been challenged in a ***"court of law"*** and a

determination has been made.

      **P.**     On information and belief, no ***"due process"*** challenge has been made to

question the past and present ***"private tax returns"*** of the **"GROUP #3 DEFENDANTS"** and

***"clearly"*** the release of ***"private tax returns"*** for ***"public scrutiny"*** is **not** the path of ***"due***

*process*."

**Q.**    Therefore, on information and belief, the ***"request/demands"*** and/or the

actual ***"public release"*** of ***"private tax returns"*** are in violation of ***"Civil Rights Act of 1957* "**

(*regarding voting*), the **15th Amendment to the U.S. Constitution**, **Article IV, Section 1 of the**

**U.S. Constitution** (regarding ***"Full Faith and Credit"***), and ***"Article II, Section 1, Clause 5 of***

***the U. S. Constitution."***

**R.**    Yet, in retrospect, under the ***"Ethics in Government Act"*** and ***"Federal***

***Election Campaign Act,"*** disclosures are required for candidates for federal office, as well as

other *high-ranking officials* and staff and those disclosures include information about income,

gifts, assets, liabilities, outside employment, and trusts, but not limited thereto.

**S.**    However, on information and belief, some or all of the improper and

unlawful ***"request/demands"*** for the ***"public release"*** of ***"private tax returns"*** are continuing

and will continue in the future absent injunctive relief from the Court, and the Plaintiff

(**CHAMBERS**) and the 4 groups of **CLASS MEMBERS** will continue to be damaged by the

same.

**T.**    In the absence of the entry of a preliminary and permanent injunction by

the court, Plaintiff (**CHAMBERS**) and the 4 groups of **CLASS MEMBERS** will suffer serious

and irreparable harm and injury, including but not limited to damage of their respective **U.S.**

**Constitutional** rights.

**U.**    The entry of a temporary restraining order (TRO), preliminary, and

permanent injunction will not unduly harm or burden the **GROUP #1 DEFENDANTS**, **GROUP**

**#2 DEFENDANTS**, or the **GROUP #3 DEFENDANTS**.

**V.**    *Public policy* favors the entry of a preliminary and permanent injunction

because, inter alia,  such relief will prevent unlawful conduct and will preserve and protect

Plaintiff (**CHAMBERS**) and the 4 groups of **CLASS MEMBERS** <u>U.S. Constitutional</u> rights.

      **W.**    If the injunction is *"**not**"* granted Plaintiff (**CHAMBERS**) and the 4

groups of **CLASS MEMBERS** will experience irreparable harm voting/election

disenfranchisement in violation of *"**Civil Rights Act of 1957** "* (*regarding voting*), the <u>15th</u>

<u>Amendment to the U.S. Constitution</u>, harm to the *guaranteed "**Republican Form of**

**Government**,"* financial damages, (but not limited thereto see out **COUNTS/CLAIMS** herein

this *above-entitled action*), but not limited thereto.

      **X.**    Plaintiff (**CHAMBERS**) and the 4 groups of **CLASS MEMBERS** have

no other remedy at law.

    **WHEREFORE,** Plaintiff (**CHAMBERS**) requests and seeks *"**Class**"* certification; that

this court rule in favor of the Plaintiff (**CHAMBERS**) and the 4 groups of **CLASS MEMBERS**

on all Counts in this *"**Verified Class-Action Complaint;**"* judgment in its favor and against

**"GROUP #3 DEFENDANTS"** (as a temporary restraining order (TRO), preliminary and

permanent injunctions *"**only**"* regarding *non-disclosure* of *"**private tax return(s)**,"* the relief

seeking in paragraph **"I. BB,"** and such other and further relief that is just and appropriate.

**COUNT 3**
**CAUSE-OF-ACTION IN PURSUANT OF**
<u>**22ND AMENDMENT, SECTION 1 OF THE U. S. CONSTITUTION**</u>
(Relates to **GROUP #1 - DEFENDANTS"**)
(See Paragraph III - Subparagraphs C1)

      **VII.**   In this **COUNT 3,** Plaintiff (**CHAMBERS**) repeats, re-alleges, and incorporates

as *specifically* plead in all paragraphs/sub-paragraphs of **I - VI** in this *"**Verified Class-Action**

**Complaint**"* as if fully set out herein.

      **A.**    The facts/claims in *"**all**"* **COUNTS** within this *"**Verified Class-Action**

**Complaint**"* are repeated, re-alleged, and incorporated as *specifically* plead in all paragraphs/sub-

165

paragraphs **as if fully set out here, in this particular COUNT**.

      **B.**    This **COUNT 3** is in pursuant of the ***"22nd Amendment, Section 1 of the***

***U.S. Constitution."***

      **C.**    The ***"22nd Amendment, Section 1 of the U.S. Constitution"*** was passed

on March 21, 1947 and was ratified by the requisite 36 of the then 48 states on February 27,

1951 and it states in pertinent part:

> *" **No person shall be elected to the office of the President more than twice**, and no person who has held the office of President, or acted as President, for more than two years of a term to which some other person was elected President shall be elected to the office of the President more than once. But this article shall not apply to any person holding the office of President when this article was proposed by the Congress, and shall not prevent any person who may be holding the office of President, or acting as President, during the term within which this article becomes operative from holding the office of President or acting as President during the remainder of such term."* [(Emphasis added)]

      **D.**    On information and belief, the **GROUP #1 DEFENDANTS** have used the

**CLINTON FOUNDATION** to unconstitutionally ***"continue"*** the Presidency of **FORMER**

**PRESIDENT B. CLINTON**, by ***"expanding"*** the legal boundaries of the ***"Presidential***

***Library Act of 1955"*** (and as amended by the ***"Presidential Libraries Act of 1986"*** (44 U.S.C. §

2112), but not limited thereto

      **E.**    The **GROUP #1 DEFENDANTS** either knew and/or should have known

their acts were against the law.

      **F.**    The **GROUP #1 DEFENDANTS'** acts were overt and done to ***"defraud"***

the public, the **U.S.** government, the ***"U.S. Republic,"*** foreign powers, and to ***"enrich"*** the

**GROUP #1 DEFENDANTS**, and their family, friends, agents, business partners, but not limited

thereto.

      **G.**    On information and belief, it is difficult to tell where the **"CLINTON**

**FOUNDATION"** ends and the ***"State Department"*** begins.

**H.** The **CLINTON FOUNDATION** is in violation of ***"Article IV, Section 4 of the U.S. Constitution"*** for a ***"Republican Form of Government,"*** but not limited thereto

**I.** On information and belief, the **CLINTON FOUNDATION** has made the ***"voting"*** process and that of the ***"voice of the electric"*** moot, because the structure and behavior of the **CLINTON FOUNDATION** and its subsidiaries/partners, the ***"agendas"*** of the **GROUP #1 DEFENDANTS** would ***"always"*** be the ***"dictatorship"*** for the **U.S.** regardless of who becomes a **U.S.** President, Vice president, Senators, House of Representative, but not limited thereto.

**J.** This court should enter a **Cease and Deist Order(s)**; injunction(s) ***"against"*** the **CLINTON FOUNDATION** and ***"all"*** of the **GROUP #1 DEFENDANTS**, and dissolve the **CLINTON FOUNDATION** and its subsidiaries.

**WHEREFORE**, the Plaintiff (**CHAMBERS**) *repeats, re-alleges*, and *incorporates* as *specifically* plead in all paragraphs/sub-paragraphs of this ***"Verified Class-Action Complaint"*** Section(s)/Paragraph(s) **"I"** *entitled* ***"Nature of the Case"*** (**subparagraphs A through BB**), the relief requested within the ***"Facts Upon Which Relief Is Claimed,"*** and the relief claimed within the various ***"Counts,"*** as if fully set out herein. Damages in compensatory, remote, nominal, and punitive damages for amounts to be determined (but **not** less than $500,000,000 (Five Hundred Million) compensatory and **not** less than One Billion Dollars) punitive **for each Count**), declaratory judgment, and injunction; Temporary restraining order (TRO), preliminary and permanent injunctions, but not limited thereto; a Cease and Deist Order(s); and such other and further relief that is just and appropriate.

## COUNT 4
## CAUSE-OF-ACTION IN PURSUANT OF
## ARTICLE I, SECTION 9, CLAUSE 8 OF THE U. S. CONSTITUTION
(Relates to *only* **"GROUP #1 DEFENDANTS"**)
(See Paragraph III - Subparagraphs C1)

**VIII.** In this **COUNT 4,** Plaintiff (**CHAMBERS**) repeats, re-alleges, and incorporates as *specifically* plead in all paragraphs/sub-paragraphs of **I - VII** in this ***"Verified Class-Action Complaint"*** as if fully set out herein.

**A.** This **COUNT 4** is in pursuant of the ***"Article I, Section 9, Clause 8 of the U.S. Constitution."***

**B.** The **U.S. Constitution** was written, adopted, and signed in September 1787, but signing wasn't enough, in result, it had to be **ratified** by nine of the 13 states before it became binding, which happened when New Hampshire **ratified** it on June 21, 1788, and it became operable in 1789.

**C.** ***"Article I, Section 9, Clause 8 of the U.S. Constitution"*** states in pertinent part:

> ***"No Title of Nobility shall be granted by the United States: And no Person holding any Office of Profit or Trust under them, shall, without the Consent of the Congress, accept of any present, Emolument, Office, or Title, of any kind whatever, from any King, Prince, or foreign State."*** [(Emphasis added)]

**D.** The **"Title of Nobility Clause"** prohibits Congress from granting any **"Title of Nobility"** and it specifies that **no civil officer may accept, without the consent of Congress, any gift, payment, office or title from a foreign ruler or state**.

**E.** On information and belief, the **GROUP #1 DEFENDANTS** have violated the **U.S. Constitution** in dealing with ***"foreign powers/heads of state,"*** collecting funding, conspiring with the **GROUP #2 DEFENDANTS** to ***"aid and comfort"*** ***"Illegal Aliens,"*** the ***"North Dakota Pipeline,"*** foreign trade, and **U.S.** energy, behaving as if the **GROUP #1**

**DEFENDANTS** have *"Nobility"* and/or a *"Monarchy"* over the **U.S.** and their (the **GROUP #1 DEFENDANTS'**) agenda (and that of *"Illegal Aliens"* and *"Foreign Refugees"*) are the *"only"* goals of the **U.S.** government and *"nothing"* concerning the *"will"* of the *"U.S. Republic"* but not limited thereto, who are the *"Legal U.S. Citizens."*

        **F.**    *"Article I, Section 8, Clause 1 of the U.S. Constitution"* states in pertinent part:

    *"The **Congress shall have Power** To lay and collect Taxes, Duties, Imposts and Excises, to pay the Debts and provide for the common [Defense] **and general Welfare of the United States; but all Duties, Imposts and Excises shall be uniform throughout the United States**."* [(Emphasis added)]

        **G.**    The **CLINTON FOUNDATION** should not be allowed to conduct the *"powers"* of the federal government delegated to Congress.

        **H.**    On information and belief, the **CLINTON FOUNDATION** (and the other **GROUP #1 DEFENDANTS**) have been *"unconstitutionally"* trying to do the work of the *"Executive Branch"* of government, to continue the Presidency of **FORMER PRESIDENT B. CLINTON**, and to enrich themselves, but not limited thereto.

        **I.**    *"Article I, Section 8, Clause 3 of the U.S. Constitution"* states in pertinent part:

    *"**To regulate Commerce with foreign Nations, and among the several States, and with the Indian Tribes**."* [(Emphasis added)]

        **J.**    On information and belief, concerning the *"North Dakota Pipeline,"* *"North American Free Trade Agreement (NAFTA),"* *"Transpacific Partnership (TPP),"* *"funding for Haiti,"* **U.S.** and Mexico border, energy, trade, interstate commerce, but not limited thereto, the **CLINTON FOUNDATION** and the other **GROUP #1 DEFENDANTS** are in violation of the *"commerce clause"* of the **U.S. Constitution**, and the *"Indian Commerce Clause,"* but not limited thereto.

K.     On information and belief, the **GROUP #1 DEFENDANTS** have used the **CLINTON FOUNDATION** to unconstitutionally *"continue"* the Presidency of **FORMER PRESIDENT B. CLINTON**, by *"expanding"* the legal boundaries of the *"Presidential Library Act of 1955"* (and as amended by the *"Presidential Libraries Act of 1986"* (44 U.S.C. § 2112), but not limited thereto.

L.     The **GROUP #1 DEFENDANTS** either knew and/or should have known their acts were against the law.

M.     The **GROUP #1 DEFENDANTS'** acts were overt and done to *"defraud"* the public, the **U.S.** government, the *"U.S. Republic,"* foreign powers, and to *"enrich"* the **GROUP #1 DEFENDANTS**, and their family, friends, agents, business partners, but not limited thereto.

N.     On information and belief, it is difficult to tell where the **"CLINTON FOUNDATION"** ends and the *"State Department"* begins.

O.     The **CLINTON FOUNDATION** is in violation of *"Article IV, Section 4 of the U.S. Constitution"* for a *"Republican Form of Government,"* but not limited thereto

P.     On information and belief, the **CLINTON FOUNDATION** has made the *"voting"* process and that of the *"voice of the electric"* moot, because the structure and behavior of the **CLINTON FOUNDATION** and its subsidiaries/partners, the *"agendas"* of the **GROUP #1 DEFENDANTS** would *"always"* be the *"dictatorship"* for the **U.S.** regardless of who becomes a **U.S.** President, Vice president, Senators, House of Representative, but not limited thereto.

Q.     This court should enter a **Cease and Deist Order(s)**; injunction(s) *"against"* the **CLINTON FOUNDATION** and *"all"* of the **GROUP #1 DEFENDANTS**, and dissolve the **CLINTON FOUNDATION** and its subsidiaries.

**WHEREFORE**, the Plaintiff (**CHAMBERS**) *repeats, re-alleges*, and *incorporates* as *specifically* plead in all paragraphs/sub-paragraphs of this *"Verified Class-Action Complaint"* Section(s)/Paragraph(s) **"I"** *entitled "Nature of the Case"* (**subparagraphs A through BB**), the relief requested within the *"Facts Upon Which Relief Is Claimed,"* and the relief claimed within the various *"Counts,"* as if fully set out herein. Damages in compensatory, remote, nominal, and punitive damages for amounts to be determined (but **not** less than $500,000,000 (Five Hundred Million) compensatory and **not** less than One Billion Dollars) punitive **for each Count**), declaratory judgment, and injunction; Temporary restraining order (TRO), preliminary and permanent injunctions, but not limited thereto; a **Cease and Deist Order(s)**; dissolve the **CLINTON FOUNDATION** and its subsidiaries, and such other and further relief that is just and appropriate.

**COUNT 5**
**CAUSE-OF-ACTION IN PURSUANT OF**
Violations of the *"Presidential Library Act of 1955"* (and as amended
by the *"Presidential Libraries Act of 1986"* (44 U.S.C. § 2112)
(Relates to *only* **"GROUP #1 DEFENDANTS"** and the **GROUP #2 DEFENDANTS**)
(See Paragraph III - Subparagraphs C1 and C2)

**IX.** In this **COUNT 5,** Plaintiff (**CHAMBERS**) repeats, re-alleges, and incorporates as *specifically* plead in all paragraphs/sub-paragraphs of **I - VIII** in this *"Verified Class-Action Complaint"* as if fully set out herein.

**A.** This **COUNT 5** is in pursuant of the violations of the *"Presidential Library Act of 1955"* (and as amended by the *"Presidential Libraries Act of 1986"* (44 U.S.C. § 2112) by the **GROUP #1 DEFENDANTS**, **GROUP #2 DEFENDANTS,** and **PRESIDENT OBAMA**.

**B.** On information and belief, the **GROUP #1 DEFENDANTS** have used the

**CLINTON FOUNDATION** to unconstitutionally *"continue"* the Presidency of **FORMER PRESIDENT B. CLINTON**, by *"expanding"* the legal boundaries of the *"Presidential Library Act of 1955"* (and as amended by the *"Presidential Libraries Act of 1986"* (44 U.S.C. § 2112), but not limited thereto.

      C.     On information and belief, **PRESIDENT OBAMA** has "conspired" with the other **GROUP #2 DEFENDANTS** to *"gentrify"* and to continue to *"price Black People out"* of the Jackson Park area (and/or other Black Communities) in the **CITY OF CHICAGO, COOK COUNTY, STATE OF ILLINOIS**, per an alleged *"Presidential Library,"* but not limited thereto in pursuant to *"Presidential Library Act of 1955"* (and as amended by the *"Presidential Libraries Act of 1986"* (44 U.S.C. § 2112), but not limited thereto..

      D.     On information and belief, a presidential library for **PRESIDENT OBAMA** in Jackson Park goes against the *"will"* and *"interest"* of the *"U.S. Republic"* (the *"Legal U.S. Black Citizens"*) who live in the area.

      E.     On information and belief, it has been estimated the type of Presidential Library being sought/developed for **PRESIDENT OBAMA** will cost an estimate of $500 Million (Five Hundred Million Dollars), however this amount and the scope of said development goes outside the *"Presidential Library Act of 1955"* (and as amended by the *"Presidential Libraries Act of 1986"* (44 U.S.C. § 2112).

      F.     On information and belief, $500 Million (Five Hundred Million Dollars) for an *"alleged"* *"Presidential Library"* for **PRESIDENT OBAMA** is *"pretextual"* and will be used to created condos, expensive housing, businesses, but not limited thereto where economically impoverished *"Black People"* will be gentrified out of the area.

      G.     On information and belief, the agendas of the **GROUP #1 DEFENDANTS** and the **GROUP #2 DEFENDANTS** are in conspiracy to gentrify *"Black*

*People"* out of the **CITY OF CHICAGO, COOK COUNTY, STATE OF ILLINOIS**, and throughout the **U.S.** in order to allow ***"Illegal Aliens"*** and ***"Foreign Refugees"*** to have more ***"aid and comfort"*** and populate the areas so they (the ***"Illegal Aliens"*** (and their *"Anchor Babies"* and the ***"Foreign Refugees"***) can be the future ***"U.S. Republic"*** and become Senators, Representatives, to ultimately ***"change"*** the **U.S.** and **STATE** constitutions to reflect their agendas to ***"overthrow"*** the ***"U.S. Republic"*** (who are the ***"Legal U.S. Citizens"***).

     **H.**     On information and belief, during the *two-term tenure* of **PRESIDENT OBAMA**, nothing was done to better the schools, the economic impoverishment, mass incarceration, lack of jobs, lack of contracts concerning ***"Black People."***

     **I.**     On information and belief, during the *two-term tenure* of **PRESIDENT OBAMA**, he spent billions of dollars in government funding to better the lives, schools, communities, and conditions of foreigners, but has done ***"nothing"*** for ***"Black People"*** who are ***"Legal U.S. Citizens."***

     **J.**     **PRESIDENT OBAMA** has allowed *"Black Schools"* to be closed, government funds misappropriated, foreclosure of homes with little to ***"no bail-out,"*** and did nothing as guns and drugs enter the ***"Black Community"*** to terrorize the ***"Black People,"*** when *"Black"* do not manufacture guns nor do ***"Black People"*** bring the drugs from Mexico.

     **K.**     On information and belief, it would be unconstitutional, insulting, and a form of ***"satire"*** to put a presidential library for **PRESIDENT OBAMA** in the ***"Black Community,"*** whose administration has made the conditions of ***"Black People"*** worse than when he (**PRESIDENT OBAMA**) got elected in 2008.

     **K.**     This court should rule the ***"Presidential Library Act of 1955"*** (and as amended by the ***"Presidential Libraries Act of 1986"*** (44 U.S.C. § 2112) is unconstitutional when used to ***"gentrify communities,"*** when used when the community does not want the

library, and when used to create a business (private and/or non-profit) such as the **CLINTON FOUNDATION** and its subsidiaries and partnerships, but not limited thereto.

    **L.**  This court should enter a **Cease and Desist Order(s)**; injunction(s) *"against"* the *"Presidential Library"* of **PRESIDENT OBAMA** in Jackson Park (and anywhere in *"Black Communities"* throughout the **U.S.,** and *"against"* the **CLINTON FOUNDATION** and *"all"* of the **GROUP #1 DEFENDANTS**, and to dissolve the **CLINTON FOUNDATION** and its subsidiaries.

    **M.**  This court should ruled that the *"Presidential Library Act of 1955"* (and as amended by the *"Presidential Libraries Act of 1986"* (44 U.S.C. § 2112) is being *"abused"* by *"former Presidents"* (*i.e.* **WILLIAM JEFFERSON ("BILL") CLINTON** and **BARACK HUSSEIN OBAMA II**) and therefore it is unconstitutional.

    **N.**  The **U.S. does not** need another fraudulent and *"pretextual"* corruptions scheme starting out as a *"Presidential Library"* at an estimated amount of $500 Million (Five Hundred Million Dollars) for **PRESIDENT OBAMA**, then end-up like *"The William J. Clinton Presidential Library Foundation"*) a *non-profit* corporation (**Tax Identification Number (EIN): 31-1580204**) turning into an *"out-of-control"* **CLINTON FOUNDATION** going around the world acting as if the **U.S.** and the **CLINTON FOUNDATION** *"are-one-and-the-same,"* then meeting with *heads-of-state* (collecting money on behalf of themselves) and force the *"U.S. Republic"* to embraces those unconstitutional policies that do not benefit *"Legal U.S. Citizens."*

    **O.**  If this court should rule that **PRESIDENT OBAMA** can have a *"Presidential Library"* in pursuant of *"Presidential Library Act of 1955"* (and as amended by the *"Presidential Libraries Act of 1986"* (44 U.S.C. § 2112), this court should order **PRESIDENT OBAMA** to take a look at the *"Executive Orders"* of his administration and/or

where he has spent billions of dollars and put *"his"* *"Presidential Library"* among the people he has supported, and there is where he will find what he may perceive as a *"legacy."*

**WHEREFORE**, the Plaintiff (**CHAMBERS**) *repeats, re-alleges*, and *incorporates* as *specifically* plead in all paragraphs/sub-paragraphs of this *"Verified Class-Action Complaint"* Section(s)/Paragraph(s) **"I"** *entitled* **"Nature of the Case"** (**subparagraphs A through BB**), the relief requested within the *"Facts Upon Which Relief Is Claimed,"* and the relief claimed within the various *"Counts,"* as if fully set out herein. Damages in compensatory, remote, nominal, and punitive damages for amounts to be determined (but **not** less than $500,000,000 (Five Hundred Million) compensatory and **not** less than One Billion Dollars) punitive **for each Count**), declaratory judgment, and injunction; Temporary restraining order (TRO), preliminary and permanent injunctions, but not limited thereto; a **Cease and Deist Order(s)**; dissolve the **CLINTON FOUNDATION** and its subsidiaries, rule the *"Presidential Library Act of 1955"* (and as amended by the *"Presidential Libraries Act of 1986"* (44 U.S.C. § 2112) is unconstitutional, and such other and further relief that is just and appropriate.


### COUNT 6
### CAUSE-OF-ACTION IN PURSUANT OF
Violations of the *"15th Amendment to the U.S. Constitution"*
(Relates to *only* **"GROUP #1 DEFENDANTS"** and the **GROUP #2 DEFENDANTS**)
(See Paragraph III - Subparagraphs C1 and C2)

**X.** In this **COUNT 6,** Plaintiff (**CHAMBERS**) repeats, re-alleges, and incorporates as *specifically* plead in all paragraphs/sub-paragraphs of **I - IX** in this *"Verified Class-Action Complaint"* as if fully set out herein.

    **A.** This **COUNT 6** is in pursuant of the violation(s) of the 15th Amendment to the **U.S. Constitution**.

    **B.** The 15th Amendment to the U.S. Constitution, regarding voting rights.

175

C. **Article IV, Section 4 of the U.S. Constitution** states in pertinent part,

*"The United States shall guarantee to every State in this Union a Republican Form of Government, and shall protect each of them against Invasion; and on Application of the Legislature, or of the Executive (when the Legislature cannot be convened) against domestic Violence ."* [(Emphasis added)]

D. On information and belief, the **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** have compromised and abridged the *"voting rights"* of **CHAMBERS** and the *"U.S. Republic"* (who are *"Legal U.S. Citizens"*) and the outcome of the election for soliciting and providing opportunities for millions of *"Illegal Aliens"* (and their *"Anchor Babies"*) to vote and giving them *"aid and comfort"* in violation of the *14th Amendment to the U.S. Constitution*.

E. On information **DEMOCRAT PRES. NOMINEE H. CLINTON** and the other **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** should not be allowed to campaign and/or run for anymore government offices due to their *"election forfeitures"* in violations of the **14th Amendment, Section 3 of the U.S. Constitution** *"against"* a *"Republican Form of Government"* by and for *"legal U.S. Citizens"* (who are the *"U.S. Republic"*).

F. Therefore, the **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** have supported *"Illegal Aliens"* in the **U.S.** to *"gentrify Black Communities"* and get *"unconstitutional votes,"* and this court should not *"certify"* the election totals and deem a winner until the *"Illegal Alien"* (and their "*Anchor Babies'*") votes have been removed and uncounted.

G. This court should rule that **DEMOCRAT PRES. NOMINEE H. CLINTON** and any politicians who are **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** have *"forfeited"* their elections.

**WHEREFORE**, the Plaintiff (**CHAMBERS**) *repeats, re-alleges*, and *incorporates* as *specifically* plead in all paragraphs/sub-paragraphs of this *"Verified Class-Action Complaint"* Section(s)/Paragraph(s) **"I"** *entitled "Nature of the Case"* (**subparagraphs A through BB**), the relief requested within the *"Facts Upon Which Relief Is Claimed,"* and the relief claimed within the various *"Counts,"* as if fully set out herein. Damages in compensatory, remote, nominal, and punitive damages for amounts to be determined (but **not** less than $500,000,000 (Five Hundred Million) compensatory and **not** less than One Billion Dollars) punitive **for each Count**), declaratory judgment, and injunction; Temporary restraining order (TRO), preliminary and permanent injunctions, but not limited thereto; a **Cease and Deist Order(s)**; dissolve the **CLINTON FOUNDATION** and its subsidiaries, rule that **DEMOCRAT PRES. NOMINEE H. CLINTON** and any politicians who are **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** have *"forfeited"* their elections, and such other and further relief that is just and appropriate.

### COUNT 7
### CAUSE-OF-ACTION IN PURSUANT OF
### 14TH AMENDMENT, SECTION 3 OF THE U. S. CONSTITUTION
(Violation of *"Oath of Office"* to Support **U.S. Constitution**)
(Relates to **GROUP #1 - DEFENDANTS** and **"GROUP #3 DEFENDANTS"**)
(See Paragraph III - Subparagraphs C1 and C2)

**XI.** In this **COUNT 7,** Plaintiff (**CHAMBERS**) repeats, re-alleges, and incorporates as *specifically* plead in all paragraphs/sub-paragraphs of **I - X** in this *"Verified Class-Action Complaint"* as if fully set out herein.

**A.** The facts/claims in *"all"* **COUNTS** within this *"Verified Class-Action Complaint"* are repeated, re-alleged, and incorporated as *specifically* plead in all paragraphs/sub-paragraphs **as if fully set out here, in this particular COUNT**.

177

B.     This **COUNT 3** is in pursuant of the ***"14th Amendment, Section 3 of the***

***U.S. Constitution"*** in violation of ***"Oath of Office"*** to support **U.S. Constitution**.

C.     The ***"14th Amendment, Section 3 of the U.S. Constitution,"*** enacted on

July 9, 1868, and it states in pertinent part:

>      *"No person shall be a Senator or Representative in Congress, or elector of*
> *President **and Vice President, or hold any office, civil or military, under the United States, or***
> ***under any State, who having previously taken an oath**, as a member of Congress, or as an*
> *officer of the United States, or as a member of any State legislature, or as an executive or*
> *judicial officer of any State, **to support the Constitution of the United States, shall have***
> ***engaged in insurrection or rebellion against the same, or given aid or comfort to the enemies***
> ***thereof**.  But Congress may, by a vote of two-thirds of each House, remove such disability."*
> [(Emphasis added)]

D.     The ***"14th Amendment, Section 5 of the U.S. Constitution,"*** states in

pertinent part:

>      ***"The Congress shall have 'power' to 'enforce,' by appropriate legislation,***
> ***the provisions of this article**."*  [(Emphasis added)]

E.     **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** listed here

as follows are ***"not"*** qualified to run/campaign and be elected ***"again"*** for their respective

and/or ***"any other public office"*** due to one or more prohibited constitutional violations and in

pursuant to the **14th Amendment, Section 3 of the U.S. Constitution**, and other *cause-of-*

*actions* within the various **COUNTS** as specified in this ***"Verified Class-Action Complaint:"***

**(1). FORMER PRESIDENT B. CLINTON; (2). DEMOCRAT VICE PRES.
NOMINEE KAINE; (3). PRESIDENT OBAMA; (4). U. S. SENATOR DURBIN;
(5). U. S. SENATOR KIRK; (6). U. S. HOUSE REP. KELLY; (7). ILLINOIS GOVERNOR
RAUNER; (8). IL ATTORNEY GENERAL MADIGAN; (9). IL STATE SENATOR
TROTTER; (10). IL STATE REP. EVANS; (11). COOK COUNTY STATE'S ATTORNEY
ALVERZ; (12). COOK COUNTY BOARD PRES. PRECKWINKLE; (13). COOK
COUNTY BOARD OF REVIEW COMMISSIONER ROGERS; (14). COOK COUNTY
4TH DIST. COMMISSIONER MOORE; (15). COOK COUNTY ASSESSOR BERRIOS;
(16). MAYOR EMANUEL; and (17). 10th WARD ALDERWOMAN GARZA.**

F.     In result, **DEMOCRAT PRES. NOMINEE H. CLINTON** has violated

**"14th Amendment, Section 3 of the U. S. Constitution"** in violation of ***"Oath of Office"*** to

178

support **U.S. Constitution** and therefore cannot campaign and/or be ***"President"*** of the U.S. and **DEMOCRAT VICE PRES. NOMINEE KAINE** cannot be the ***"Vice President"*** of the U.S.

  G. On information and belief, **DEMOCRAT PRES. NOMINEE H. CLINTON** and **FORMER PRESIDENT B. CLINTON** have created a ***"not-for-profit"*** known as the **CLINTON FOUNDATION** in violation of the **U.S. Constitution** and n violation of the ***"Presidential Library Act of 1955"*** (and as amended by the ***"Presidential Libraries Act of 1986"*** (44 U.S.C. § 2112)), but not limited thereto.

  H. On information and belief, through the development and administration of activities of the **CLINTON FOUNDATION**, the Defendants **DEMOCRAT PRES. NOMINEE H. CLINTON** and **FORMER PRESIDENT B. CLINTON** have engaged in ***"insurrection"*** and ***"rebellion"*** against the **U.S. Constitution**, the ***"Republican Form of Government"*** and ***"legal U.S. Citizens"*** (who are the ***"U.S. Republic"***).

  I. On information and belief, the **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** have taken the ***"oath of office"*** at least once to ***"support"*** the **U.S. Constitution** and these Defendants have not ***"enforced"*** the **U.S. Constitution**.

  J. On information and belief, the **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** are ***"directly"*** and/or ***"indirectly"*** ***"insurgents"*** against the ***"ruling"*** ***"U.S. Republic"*** form of government and have conspired in ***"rebellion"*** and ***"revolt"*** therein regarding ***"legal U.S. Citizens."***

  K. On information and belief, the **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** have given ***"aid and comfort"*** to ***"Illegal Aliens"*** and/or ***"Refugees"*** in violation of the **U.S. Constitution**, but not limited thereto and ***"against"*** the ***"U.S. Republic"*** (who are the ***"legal U.S. Citizens"***).

  L. On information and belief, the **GROUP #1 DEFENDANTS** and **GROUP**

179

**#2 DEFENDANTS** have *"abridged"* the **U.S. Constitutional** rights of *"legal U.S. Citizens"* and used *"taxpayer governments"* to give preferential treatment of *"aid and comfort"* to *"Illegal Aliens"* and/or *"Refugees"*

      **M.**    The wrongful acts of the **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** have deprived *"legal U.S. Citizens"* of their **voting rights** *"life, liberty, pursuit of happiness, due process, and equal protection, but not limited thereto."*

      **N.**    On information and belief, the **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** have compromised and abridged the *"voting rights"* of **CHAMBERS** and the *"U.S. Republic"* (who are *"Legal U.S. Citizens"*) and the outcome of the election for soliciting and providing opportunities for millions of *"Illegal Aliens"* (and their *"Anchor Babies"*) to vote.

      **O.**    On information **DEMOCRAT PRES. NOMINEE H. CLINTON** and the other **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** should not be allowed to campaign and/or run for anymore government offices due to their *"election forfeitures"* in violations of the **14th Amendment, Section 3 of the U.S. Constitution** *"against"* a *"Republican Form of Government"* by and for *"legal U.S. Citizens"* (who are the *"U.S. Republic"*).

      **P.**    Therefore, the **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** have supported *"Illegal Aliens"* in the **U.S.** to *"gentrify Black Communities"* and get *"unconstitutional votes,"* and this court should not *"certify"* the election totals and deem a winner until the *"Illegal Alien"* (and their "*Anchor Babies'"*) votes have been removed and uncounted.

      **WHEREFORE**, the Plaintiff (**CHAMBERS**) *repeats, re-alleges*, and *incorporates* as *specifically* plead in all paragraphs/sub-paragraphs of this *"Verified Class-Action Complaint"*

Section(s)/Paragraph(s) **"I"** *entitled **"Nature of the Case"*** (**subparagraphs A through BB**), the relief requested within the ***"Facts Upon Which Relief Is Claimed,"*** and the relief claimed within the various ***"Counts,"*** as if fully set out herein. Damages in compensatory, remote, nominal, and punitive damages for amounts to be determined (but **not** less than $500,000,000 (Five Hundred Million) compensatory and **not** less than One Billion Dollars) punitive **for each Count**), declaratory judgment, and injunction; Temporary restraining order (TRO), preliminary and permanent injunctions, but not limited thereto; a **Cease and Deist Order(s)**; dissolve the **CLINTON FOUNDATION** and its subsidiaries, rule that **DEMOCRAT PRES. NOMINEE H. CLINTON** and any politicians who are **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** have ***"forfeited"*** their elections, and such other and further relief that is just and appropriate.

### COUNT 8
### CAUSE-OF-ACTION IN PURSUANT OF
### 14TH AMENDMENT, SECTION 3 OF THE U. S. CONSTITUTION
(Violation of **U.S. Constitution** for ***"Aid and Comfort"*** to ***"Illegal Aliens"***)
(Relates to **GROUP #1 - DEFENDANTS** and **"GROUP #3 DEFENDANTS"**)
(See Paragraph III - Subparagraphs C1 and C2)

**XII.** In this **COUNT 8,** Plaintiff (**CHAMBERS**) repeats, re-alleges, and incorporates as *specifically* plead in all paragraphs/sub-paragraphs of **I - XI** in this ***"Verified Class-Action Complaint"*** as if fully set out herein.

    **A.** The facts/claims in ***"all"*** COUNTS within this ***"Verified Class-Action Complaint"*** are repeated, re-alleged, and incorporated as *specifically* plead in all paragraphs/sub-paragraphs **as if fully set out here, in this particular COUNT**.

    **B.** This **COUNT 3** is in pursuant of the ***"14th Amendment, Section 3 of the U.S. Constitution"*** in violation of **U.S. Constitution** for ***"Aid and Comfort"*** to ***"Illegal Aliens."***

181

**C.** The *"14th Amendment, Section 3 of the U.S. Constitution,"* enacted on

July 9, 1868, and it states in pertinent part:

> *"No person shall be a Senator or Representative in Congress, or elector of President **and Vice President, or hold any office, civil or military, under the United States, or under any State, who having previously taken an oath,** as a member of Congress, or as an officer of the United States, or as a member of any State legislature, or as an executive or judicial officer of any State, **to support the Constitution of the United States, shall have engaged in insurrection or rebellion against the same, or given aid or comfort to the enemies thereof.** But Congress may, by a vote of two-thirds of each House, remove such disability."* [(Emphasis added)]

**D.** The *"14th Amendment, Section 5 of the U.S. Constitution,"* states in

pertinent part:

> *"The Congress shall have 'power' to 'enforce,' by appropriate legislation, the provisions of this article."* [(Emphasis added)]

**E.** **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** listed here

as follows are *"not"* qualified to run/campaign and be elected *"again"* for their respective

and/or *"any other public office"* due to one or more prohibited constitutional violations and in

pursuant to the **14th Amendment, Section 3 of the U.S. Constitution**, and other *cause-of-*

*actions* within the various **COUNTS** as specified in this *"Verified Class-Action Complaint:"*

**(1). FORMER PRESIDENT B. CLINTON; (2). DEMOCRAT VICE PRES. NOMINEE KAINE; (3). PRESIDENT OBAMA; (4). U. S. SENATOR DURBIN; (5). U. S. SENATOR KIRK; (6). U. S. HOUSE REP. KELLY; (7). ILLINOIS GOVERNOR RAUNER; (8). IL ATTORNEY GENERAL MADIGAN; (9). IL STATE SENATOR TROTTER; (10). IL STATE REP. EVANS; (11). COOK COUNTY STATE'S ATTORNEY ALVERZ; (12). COOK COUNTY BOARD PRES. PRECKWINKLE; (13). COOK COUNTY BOARD OF REVIEW COMMISSIONER ROGERS; (14). COOK COUNTY 4TH DIST. COMMISSIONER MOORE; (15). COOK COUNTY ASSESSOR BERRIOS; (16). MAYOR EMANUEL; and (17). 10th WARD ALDERWOMAN GARZA.**

**F.** In result, **DEMOCRAT PRES. NOMINEE H. CLINTON** has violated

*"14th Amendment, Section 3 of the U. S. Constitution"* in violation of violation of **U.S.**

**Constitution** for *"Aid and Comfort"* to *"Illegal Aliens"* and therefore cannot campaign and/or

be *"President"* of the **U.S.** and **DEMOCRAT VICE PRES. NOMINEE KAINE** cannot be the

*"Vice President"* of the **U.S.**

   **G.** On information and belief, **DEMOCRAT PRES. NOMINEE H.**
**CLINTON** and **FORMER PRESIDENT B. CLINTON** have created a *"not-for-profit"* known
as the **CLINTON FOUNDATION** in violation of the **U.S. Constitution** and n violation of the
*"Presidential Library Act of 1955"* (and as amended by the *"Presidential Libraries Act of*
*1986"* (44 U.S.C. § 2112)), but not limited thereto.

   **H.** On information and belief, through the development and administration of
activities of the **CLINTON FOUNDATION**, the Defendants **DEMOCRAT PRES. NOMINEE**
**H. CLINTON** and **FORMER PRESIDENT B. CLINTON** have engaged in *"insurrection"*
and *"rebellion"* against the **U.S. Constitution**, *"Republican Form of Government"* and *"legal*
*U.S. Citizens"* (who are the *"U.S. Republic"*).

   **I.** On information and belief, the **GROUP #1 DEFENDANTS** and **GROUP**
**#2 DEFENDANTS** have taken the *"oath of office"* at least once to *"support"* the **U.S.**
**Constitution** and these Defendants have not *"enforced"* the **U.S. Constitution**.

   **J.** On information and belief, the **GROUP #1 DEFENDANTS** and **GROUP**
**#2 DEFENDANTS** are *"directly"* and/or *"indirectly"* *"insurgents"* against the *"ruling"* *"U.S.*
*Republic"* form of government and have conspired in *"rebellion"* and *"revolt"* therein
regarding *"legal U.S. Citizens."*

   **K.** On information and belief, the **GROUP #1 DEFENDANTS** and **GROUP**
**#2 DEFENDANTS** have given *"aid and comfort"* to *"Illegal Aliens"* and/or *"Refugees"* in
violation of the **U.S. Constitution**, but not limited thereto and *"against"* the *"U.S. Republic"*
(who are the *"legal U.S. Citizens"*).

   **L.** On information and belief, the **GROUP #1 DEFENDANTS** and **GROUP**
**#2 DEFENDANTS** have *"abridged"* the **U.S. Constitutional** rights of *"legal U.S. Citizens"*

and used *"taxpayer governments"* to give preferential treatment of *"aid and comfort"* to *"Illegal Aliens"* and/or *"Refugees"*

        **M.**    The wrongful acts of the **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** have deprived *"legal U.S. Citizens"* of *"life, liberty, pursuit of happiness, due process, and equal protection, but not limited thereto."*

        **WHEREFORE**, the Plaintiff (**CHAMBERS**) *repeats, re-alleges*, and *incorporates* as *specifically* plead in all paragraphs/sub-paragraphs of this *"Verified Class-Action Complaint"* Section(s)/Paragraph(s) **"I"** *entitled* *"Nature of the Case"* (**subparagraphs A through BB**), the relief requested within the *"Facts Upon Which Relief Is Claimed,"* and the relief claimed within the various *"Counts,"* as if fully set out herein. Damages in compensatory, remote, nominal, and punitive damages for amounts to be determined (but **not** less than $500,000,000 (Five Hundred Million) compensatory and **not** less than One Billion Dollars) punitive **for each Count**), declaratory judgment, and injunction; Temporary restraining order (TRO), preliminary and permanent injunctions, but not limited thereto; a **Cease and Deist Order(s)**; dissolve the **CLINTON FOUNDATION** and its subsidiaries, rule that **DEMOCRAT PRES. NOMINEE H. CLINTON** and any politicians who are **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** have *"forfeited"* their elections, and such other and further relief that is just and appropriate.

**COUNT 9**
**CAUSE-OF-ACTION IN PURSUANT OF**
**14TH AMENDMENT, SECTION 1 OF THE U. S. CONSTITUTION**
*(Guaranteed Privileges and Immunities of Citizenship, Due Process, and Equal Protection)*
(Relates to *only* **"GROUP #1 DEFENDANTS"** and **"GROUP #2 DEFENDANTS"**)
(See Paragraph III - Subparagraphs C1 and C2)

        **XIII.**  In this **COUNT 9,** Plaintiff (**CHAMBERS**) repeats, re-alleges, and incorporates

as *specifically* plead in all paragraphs/sub-paragraphs of **I - XII** in this ***"Verified Class-Action Complaint"*** as if fully set out herein.

A.    The facts/claims in ***"all"*** **COUNTS** within this ***"Verified Class-Action Complaint"*** are repeated, re-alleged, and incorporated as *specifically* plead in all paragraphs/sub-paragraphs **as if fully set out here, in this particular COUNT**.

B.    This **COUNT 9** is in pursuant of the ***"14th Amendment, Section 1 of the U.S. Constitution."***

C.    The ***"14th Amendment, Section 1 of the U.S. Constitution,"*** regarding guaranteed privileges and immunities of citizenship, due process, and equal protection was enacted/ratified on July 9, 1868, and it states in pertinent part:

*"**All persons** born or naturalized in the United States and **subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws**."* [(Emphasis added)]

D.    The ***"14th Amendment, Section 5 of the U.S. Constitution,"*** states in pertinent part:

***"The Congress shall have 'power' to 'enforce,' by appropriate legislation, the provisions of this article."*** [(Emphasis added)]

E.    Violations of Life, Liberty, Pursuit of Happiness, Due Process, and Equal Protection **14th Amendment, Section 1 to U.S. Constitution** enacted on July 9, 1868, states in pertinent part,

*"**All persons born or naturalized in the United States and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws**."* [(Emphasis added)]

**F.**     In the *Dred Scott* decision of 1857, the Supreme Court had said that African-Americans (Blacks) were not citizens, which was changed in pursuant to the *"Civil Rights Act of 1866."*

**G.**     The **14th Amendment of the U.S. Constitution** does not *"grant/confer"* **U.S. Citizenship** on anyone, it is simply a *"guarantee"* as a *"condition precedent"* applicable to *"only and all"* *"U.S. citizens,"* that once becoming a *"legal U.S. citizen"* per an **"ACT"** of Congress (*i.e.* *"Naturalization Acts of 1790"* et seq.; *"Civil Rights Act of 1866 "* et seq.; and the *"Indian Citizenship Act of 1924," "Jones–Shafroth Act of 1917"* (*a/k/a "Jones Act of Puerto Rico"*)), *"then and only then"* are those *"legal U.S. citizens"* who because *"citizens"* by such **"ACT(S)"** of Congress are *entitled* to **equal U.S. Constitutional protection of the laws and including but not limited to due process and by the state(s) in which those *"legal U.S. Citizens"* happen to live here in the U.S. by an "ACT" (which was an approval "ACT" of Congress) having been elected by the *"People"* (who are the *"U.S. Republic"* and are the *"legal U.S. Citizens" (one-and-the-same)).** (See **Article IV, Section 2, Clause 1 of the U. S. Constitution**)

**WHEREFORE**, the Plaintiff (**CHAMBERS**) *repeats, re-alleges*, and *incorporates* as *specifically* plead in all paragraphs/sub-paragraphs of this *"Verified Class-Action Complaint"* Section(s)/Paragraph(s) **"I"** *entitled "Nature of the Case"* (**subparagraphs A through BB**), the relief requested within the *"Facts Upon Which Relief Is Claimed,"* and the relief claimed within the various *"Counts,"* as if fully set out herein. Damages in compensatory, remote, nominal, and punitive damages for amounts to be determined (but **not** less than $500,000,000 (Five Hundred Million) compensatory and **not** less than One Billion Dollars) punitive **for each Count**), declaratory judgment, and injunction; Temporary restraining

186

order (TRO), preliminary and permanent injunctions, but not limited thereto; a **Cease and Deist Order(s)**; dissolve the **CLINTON FOUNDATION** and its subsidiaries, rule that **DEMOCRAT PRES. NOMINEE H. CLINTON** and any politicians who are **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** have ***"forfeited"*** their elections, this court should rule that the children of ***"Illegal Aliens"*** (*a/k/a* ***"Anchor Babies"***) are ***"not"*** **U.S. Citizens**, and such other and further relief that is just and appropriate.

**COUNT 10**
**CAUSE-OF-ACTION IN PURSUANT OF**
(**42 U.S.C.A. § 1981 - Equal Rights Under the Law**)
(Violations against **CHAMBERS**, **CLASS #1**, and **CLASS #2** MEMBERS)
(Relates to ***only*** "**GROUP #1 DEFENDANTS**" and "**GROUP #2 DEFENDANTS**")
(See Paragraph III - Subparagraphs C1 and C2)

**XIV.** In this **COUNT 10,** Plaintiff (**CHAMBERS**) repeats, re-alleges, and incorporates as *specifically* plead in all paragraphs/sub-paragraphs of **I - XIII** in this ***"Verified Class-Action Complaint"*** as if fully set out herein.

    **A.** In this **COUNT 10**, the *cause-of-action* is under **42 U.S.C.A. § 1981 for Racial Discrimination** due to violations of **"EQUAL RIGHTS."**

    **B.** The *above-entitled* case is a ***"Class-Action."***

    **C.** Although **CHAMBERS** is the Plaintiff herein and **CHAMBERS** has brought the *above-entitled action*, this **COUNT** also relates to and means the **CLASS #1 MEMBERS** and **CLASS #2 MEMBERS**.

    **D.** This **COUNT 10** relates to **CLASS #1** (*males and females*) - the ***"legal 'Black' U.S. Citizens"*** who number more than 100,000 (one hundred thousand) and some are also **CLASS #2 MEMBERS**; some are also **CLASS #3 MEMBERS**, and "**ALL**" are **CLASS #4 MEMBERS**.

    **E.** This **COUNT 10** also relates to **CLASS #2** (*males and females*) - ***"legal***

187

*Native U.S. Citizen Nations"* who number more than 100,000 (one hundred thousand) and some

are also **CLASS #1 MEMBERS**; and some are also **CLASS #3 MEMBERS,** but "**ALL**" are

**CLASS #4 MEMBERS**.

      **F.**    On information and belief, *"42 U.S.C.A. § 1981"* regarding *"Equal*

*Rights Under the Law"* states in pertinent part:

      **(a)**    *Statement of equal rights*
           *All persons within the jurisdiction of the United States*
*shall have the same right in every State and Territory to make and enforce contracts, to sue, be*
*parties, give evidence, and to the full and equal benefit of all laws and proceedings for the*
*security of persons and property as is enjoyed by white citizens, and shall be subject to like*
*punishment, pains, penalties, taxes, licenses, and exactions of every kind, and to no other.*
[(Emphasis added)]

      **(b)**    *"Make and enforce contracts" defined*
           *For purposes of this section, the term "make and enforce*
*contracts" includes the making, performance, modification, and termination of contracts, and*
*the enjoyment of all benefits, privileges, terms, and conditions of the contractual relationship.*
[(Emphasis added)]

      **(c)**    *Protection against impairment*
           *The rights protected by this section are protected against*
*impairment by nongovernmental discrimination and impairment under color of State law.*
[(Emphasis added)]

      **G.**    This *cause-of-action* is regarding *"all"* Defendants within the caption of

this *"Verified Class-Action Complaint"* as named with the **"GROUP #1 DEFENDANTS"** and

**"GROUP #2 DEFENDANTS;"** whereas **CHAMBERS** *repeats, re-alleges, and incorporates*

each and every one of these Defendants' names by reference in this **COUNT** as if each

Defendant's name was *"separately"* and *"specifically"* set forth herein.

      **H.**    By the conduct alleged herein the **"GROUP #1 DEFENDANTS"** and

**"GROUP #2 DEFENDANTS"** have violated Plaintiff's (**CHAMBERS'**) **Equal Rights Under**

**the Law** (see **42 U.S.C.A. Section 1981**) by:

      **1.**  Treating her differently than they would have treated a white person

188

**2.** Acting under race - based stereotypes of **"Black People"** (*African-Americans*) and **"Cherokee Nation"** and **"Sioux Nation"** (*Native-Americans*).

**I.** **CHAMBERS** has a right to equal protection of the laws, but were violated due to the *race-based based discrimination* alleged above in paragraphs *"(1)"* and *"(2)."*

**J.** There is a **"nexus"** between the **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** who have individually and in conspiracy with one and each other to defraud the **"U.S. Republic/Government,"** **CHAMBERS**, and the **CLASS MEMBERS**; whereas such wrongful acts were **"pretextual"** imbedded within the **"system"** and ultimately designed to discriminate and prevent **"equal rights."**

**K.** All of the **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** have violated Plaintiff's (**CHAMBERS'**) equal rights under the law by: treating **CHAMBERS** differently than they would have treated a White person and by acting under *race-based stereotypes* of Black and Native Americans.

**L.** The Plaintiff (**CHAMBERS**) was deprived of her rights to equal protection of the laws due to the *race-based discrimination* alleged above in paragraph "(1)" and "(2)" of this *cause-of-action*.

**M.** The deprivation of the Plaintiffs' (**CHAMBERS'**) rights to be free of *race-based discrimination*, and the effects thereof, were overt acts, intentional, reckless, oppressive, willful, wanton, malicious, calculated, conspired, and the Defendants were callously indifferent to **CHAMBERS'** constitutional rights.

**N.** The **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** have violated Plaintiff's (**CHAMBERS'**) rights with knowing and intentional actions, which were carried out **"under color of law,"** were overt acts, were motivated by *racial and gender animus*, and deprived **CHAMBERS** of the full and equal benefit and due process of all laws enjoyed by

White persons and males, in violation of **42 U.S.C.A. Section 1981**.

      **O.** The **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** have violated Plaintiff's rights (**CHAMBERS'**) and subjected **CHAMBERS** to punishment, pains, and penalties of a kind not suffered by White persons, in violation of **42 U.S.C.A. § 1981**, but not limited thereto.

      **P.** The **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** actions regarding the violation of Plaintiff's (**CHAMBERS'**) were extreme, outrageous, without justification, shock the conscience, and the **GROUP #1 DEFENDANTS'** and **GROUP #2 DEFENDANTS'** racial conduct has shown to be motivated by evil motive and intent, and a *discriminatory animus*.

      **Q.** No important state objective bearing a direct and substantial relationship to this *race-based discrimination* exists.

      **R.** The **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** violation of Plaintiff's (**CHAMBERS'**) rights for deprivation of **CHAMBERS'** federal constitutional rights, are actionable and an award of compensation thereof are in pursuant to **42 U.S.C.A. § 1983** and under other *"causes-of-actions"* in various **COUNTS** as indicated within this *"Verified Class-Action Complaint."*

      **S.** As a **direct and proximate cause and result of the willful and wanton conduct** of all of the **GROUP #1 DEFENDANTS'** and **GROUP #2 DEFENDANTS'** wrongful acts, **CHAMBERS** suffered from loss of enjoyment of life, inconvenience, stress, income, anguish, loss of sleep and appetite, financial deprivation, humiliation, loss of liberty, loss of property, severe damages, and protection of *"absolute rights,"* but not limited thereto.

      **T.** There was a pattern and policy of behavior and criminal activities having been *going-on* for years and on information and belief affecting hundreds of thousands (*if not*

190

*millions*) of people other than just **CHAMBERS**.

 **U.** The **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** have violated Plaintiff's (**CHAMBERS'**) and are liable, whereas the **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** knew and/or should have known their behavior, overt acts, and/or criminal activities would violate federal law prohibiting discrimination, but not limited thereto.

 **V.** The actions of the **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** regarding the violation of Plaintiff's (**CHAMBERS'**) rights were done with malice and reckless indifference to the rights of **CHAMBERS'** federally protected rights and that as a result, there should be an award of *"punitive damages"* to punish the **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** and to deter these Defendants and others like these Defendants from committing (*and/or continuing to commit*) such conduct in the future.

 **W.** Although **CHAMBERS** currently pro se, not an attorney, and does not have a license to practice law, if at any time **CHAMBERS** retains counsel she would be entitled to an award of reasonable attorney's fees in pursuant to **42 U.S.C.A. § 1988 (B)**, if applicable.

 **X.** **WHEREFORE,** Plaintiff (**CHAMBERS**) seeks the following relief, but not limited thereto:

 **1.** **CHAMBERS** seeks the following relief the *above-entitled action*, but not limited thereto: **(a).** *class certification*; **(b).** judgment in favor of the Plaintiff(s) and the following against the Defendants: **(c).** damages (compensatory, punitive, remote, but not limited thereto); **(d).** attorney fees (*if applicable*); **(e).** temporary restraining order (TRO); **(f).** preliminary and permanent injunction; **(g).** a cease and desist order; **(h).** piercing of the corporate veil; **(i).** the ruling of various ACTS, statutes, laws, ordinances, public policies (but not limited thereto) as unconstitutional; **(j).** the appointment of a *"Special Prosecutor;"* and **(k).** criminal prosecution to the fullest extent of the law.

**2.** As a result the **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** having violated Plaintiff's (**CHAMBERS'**) are liable for damage awards of (compensatory, remote, nominal, put not limited thereto) in an amount to be determined, but **not** less than **$500,000,000 (Five Hundred Million Dollars)**.

**3.** As a result, all of the **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** are liable, have violated Plaintiff's (**CHAMBERS'**) rights, and **CHAMBERS** is entitled to an award of ***"punitive damages"*** in an amount to be determined at trial, as separately addressed herein of **One Billion Dollars** for this **COUNT** and in no event less than the totality of ***"all" COUNTS***.

**WHEREFORE**, the Plaintiff (**CHAMBERS**) *repeats, re-alleges*, and *incorporates* as *specifically* plead in all paragraphs/sub-paragraphs of this ***"Verified Class-Action Complaint"*** Section(s)/Paragraph(s) **"I"** *entitled* ***"Nature of the Case"*** (**subparagraphs A through BB**), the relief requested within the ***"Facts Upon Which Relief Is Claimed,"*** and the relief claimed within the various ***"Counts,"*** as if fully set out herein. Damages in compensatory, remote, nominal, and punitive damages for amounts to be determined (but **not** less than $500,000,000 (Five Hundred Million) compensatory and **not** less than One Billion Dollars) punitive **for each Count**), declaratory judgment, and injunction; Temporary restraining order (TRO), preliminary and permanent injunctions, but not limited thereto; a **Cease and Deist Order(s)**; dissolve the **CLINTON FOUNDATION** and its subsidiaries, rule that **DEMOCRAT PRES. NOMINEE H. CLINTON** and any politicians who are **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** have ***"forfeited"*** their elections, this court should rule that the children of ***"Illegal Aliens"*** (*a/k/a* ***"Anchor Babies"***) are ***"not"*** **U.S. Citizens**, and such other and further relief that is just and appropriate.

**COUNT 11**
**CAUSE-OF-ACTION IN PURSUANT OF**
(**42 U.S.C.A. § 1981 - Equal Rights Under the Law**)
(Violations against **CHAMBERS**, **CLASS #4** MEMBERS)
(Relates to *only* "**GROUP #1 DEFENDANTS**" and "**GROUP #2 DEFENDANTS**")
(See Paragraph III - Subparagraphs C1 and C2)

XV.     In this **COUNT 11,** Plaintiff (**CHAMBERS**) repeats, re-alleges, and incorporates as *specifically* plead in all paragraphs/sub-paragraphs of **I - XIV** in this *"Verified Class-Action Complaint"* as if fully set out herein.

   **A.**     In this **COUNT 11**, this *cause-of-action* is under **42 U.S.C.A. § 1981 for** *"Racial Reverse Discrimination"* and *"Legal Citizen Discrimination"* due to violations of **"EQUAL RIGHTS."**

   **B.**     On information and belief, *"Racial Reverse Discrimination"* and *"Legal Citizen Discrimination"* is *"implied"* under **42 U.S.C.A. § 1981**, because **"all"** *"Legal U.S. Citizens"* have *"federal protected civil rights"* by **"OUR"** government; and in addition it is a violation of the **U.S. Constitution** to *"abridge"* the rights of *"Legal U.S. Citizens,"*

   **C.**     In result, *"Legal U.S. Citizens"* are a protected class under **42 U.S.C.A. § 1981** when *"Illegal Aliens"* have been given *"aid and comfort,"* and/or solicit help from the U.S. government, elected official, politicians, and the U.S. business community to abridge civil right, but not limited thereto.

   **D.**     The **UNITED STATES OF AMERICA** is a nation of laws which have not been enforced by the elected official in **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS**.

   **E.**     **Article I, Section 8, Clause 4** gives the Legislative Branch *"power"* regarding a *"uniform"* rule of naturalization, which specifically states in pertinent part,

   *"To establish a uniform rule of naturalization, and uniform laws*

*on the subject of bankruptcies throughout the United States."* [(Emphasis added)]

     **F.**    The **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** have taken the *"oath"* of office at various times and have *"not"* upheld and/or enforced the **U.S. Constitution** and have violated the rights of *"Legal U.S. Citizens."*

     **G.**    The **UNITIED STATES OF AMERICA** *"uniformed"* naturalization laws are *"not"* broken, they need to be *"enforced."*

     **H.**    It is unconstitutional for the **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** to discriminate against *"Legal U.S. Citizens,"* violate and *"abridge rights,"* then also *"conspire"* with *"Illegal Aliens"* and their children (*a/k/a "anchor babies"*) who are in the **U.S.** committing fraud, **impersonating as** "Citizens" to give the *"appearances"* of having a *"legal"* right to *"steal"* the *"privileges, immunities, and liberties,"* but not limited thereto from **Legal U.S. Citizens**.

     **I.**    However, part of the *"14th Amendment, Section 1 of the U.S. Constitution,"* states specifically *"...No State shall make or enforce any law which shall 'abridge' the privileges or immunities of citizens of the United State..."* [(Emphasis added)]

     **J.**    It is unconstitutional for the **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** discriminate against the *"Legal U.S. Citizens"* by giving *"aid and comfort"* to *"Illegal Aliens,"* then have *"selective prosecution"* regarding *"Legal Citizens"* and enforce laws against them, but regarding *"Illegal Aliens,"* such foreigners are given *"aid and comfort"* in the *"theft"* of *"privileges, immunities, and liberties"* which should be protected as a *"guaranteed"* by the **U.S.** government and constitution for *"Legal U.S. Citizens."*

     **K.**    It is unconstitutional for **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** to give *"aid and comfort"* to *"Illegal Aliens"* creating housing, education, jobs, contracts (but not limited thereto) specifically for *"Illegal Aliens"* and their also *"Illegal*

194

*Anchor Babies,"* by allowing them to fraudulently claim they have obtained *"citizenship"* via the **14th Amendment of the U.S. Constitution**.

      **L.** On information **DEMOCRAT PRES. NOMINEE H. CLINTON** and the other **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** should not be allowed to campaign and/or run for anymore government offices due to their *"election forfeitures"* in violations of the **14th Amendment, Section 3 of the U.S. Constitution** *"against"* a *"Republican Form of Government"* by and for *"legal U.S. Citizens"* (who are the *"U.S. Republic"*).

      **M.** On information and belief, the **14th Amendment, Section 1** is a *"Constitutional"* *"guarantee"* after obtaining *"Citizenship"* through an **"ACT"** of **Congress** and therefore the **14th Amendment, Section 1** does *"not bestow citizenship"* on anyone, and the **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** knew and/or should have known, but gave *"aid and comfort"* to *"Illegal Aliens"* in exchange for *"votes,"* their assistance in *"gentrifying"* *"Black Communities,"* their assistance in depleting jobs, housing, contracts, but not limited thereto.

      **N.** On information and belief, under the **U.S. Constitution**, there is *"no"* birthright citizens as *"Illegal Aliens"* and their supporters have denied it.

      **O.** Regardless of the laws in the **U.S.A.** more and more *"Illegal Aliens"* are given preferential treatment, aid, conformed, jobs, contracts, education, housing, access to the **U.S.A.** government officials (politicians), political representation (but not limited thereto) at the expense, economic infringement, and deprivation of rights of *"Legal U.S. Citizens."*

      **P.** The *above-entitled action* is a *"Class-Action."*

      **Q.** Although **CHAMBERS** is the Plaintiff herein and **CHAMBERS** has brought the *above-entitled action* and this **COUNT** also relates to and means the **CLASS #4**

MEMBERS.

   **R.**  **CLASS #1** - the *"legal 'Black' U.S. citizens"* who number more than

100,000 (one hundred thousand) and some are also **CLASS #2 MEMBERS**; some are also

**CLASS #3 MEMBERS**, and "**ALL**" are **CLASS #4 MEMBERS**.

   **S.**  This **COUNT 19** also relates to **CLASS #2** - *"Native American Nations"*

who number more than 100,000 (one hundred thousand) and some are also **CLASS #1**

**MEMBERS**; and some are also **CLASS #3 MEMBERS,** but "**ALL**" are **CLASS #4**

**MEMBERS**.

   **T.**  On information and belief, *"42 U.S.C.A. § 1981"* regarding *"Equal*

*Rights Under the Law"* states in pertinent part:

     **(a)** *Statement of equal rights*
      *All persons within the jurisdiction of the United States*
*shall have the same right in every State and Territory to make and enforce contracts, to sue, be*
*parties, give evidence, and to the full and equal benefit of all laws and proceedings for the*
*security of persons and property as is enjoyed by white citizens, and shall be subject to like*
punishment, pains, penalties, taxes, licenses, and exactions of every kind, *and to no other*.
[(Emphasis added)]

     **(b)** *"Make and enforce contracts" defined*
      *For purposes of this section, the term "make and enforce*
*contracts" includes the making, performance, modification, and termination of contracts, and*
*the enjoyment of all benefits, privileges, terms, and conditions of the contractual relationship*.
[(Emphasis added)]

     **(c)** *Protection against impairment*
      *The rights protected by this section are protected against*
*impairment by nongovernmental discrimination and impairment under color of State law*.
[(Emphasis added)]

   **U.**  This *cause-of-action* is regarding *"all"* Defendants within the caption of

this *"Verified Class-Action Complaint"* as named with the **"GROUP #1 DEFENDANTS"** and

**"GROUP #2 DEFENDANTS;"** whereas **CHAMBERS** *repeats, re-alleges, and incorporates*

each and every one of these Defendants' names by reference in this **COUNT** as if each

Defendant's name was *"separately"* and *"specifically"* set forth herein.

      **V.**     By the conduct alleged herein the **"GROUP #1 DEFENDANTS"** and **"GROUP #2 DEFENDANTS"** have violated Plaintiff's (**CHAMBERS'**) **Equal Rights Under the Law** (see **42 U.S.C.A. Section 1981**) by:

        **1.**  Treating her differently than they would have treated a white person

        **2.**  Acting under race - based stereotypes of *"Black People"* (*African-Americans*) and *"Cherokee Nation"* and *"Sioux Nation"* (*Native-Americans*).

      **W.**    **CHAMBERS** has a right to equal protection of the laws, but were violated due to the *race-based based discrimination* alleged above in paragraphs *"(1)"* and *"(2)."*

      **X.**     There is a *"nexus"* between the **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** who have individually and in conspiracy with one and each other to defraud the *"U.S. Republic/Government,"* **CHAMBERS**, and the **CLASS MEMBERS**; whereas such wrongful acts were *"pretextual"* imbedded within the *"system"* and ultimately designed to discriminate and prevent *"equal rights."*

      **Y.**     All of the **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** have violated Plaintiff's (**CHAMBERS'**) equal rights under the law by:  treating **CHAMBERS** differently than they would have treated a White person and by acting under *race-based stereotypes* of Black and Native Americans.

      **Z.**     The Plaintiff (**CHAMBERS**) was deprived of her rights to equal protection of the laws due to the *race-based discrimination* alleged above in paragraph "(1)" and "(2)" of this *cause-of-action*.

      **AA.**   The deprivation of the Plaintiffs' (**CHAMBERS'**) rights to be free of *race-based discrimination*, and the effects thereof, were overt acts, intentional, reckless, oppressive, willful, wanton, malicious, calculated, conspired, and the Defendants were callously indifferent

to **CHAMBERS'** constitutional rights.

**BB.** The **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** have violated Plaintiff's (**CHAMBERS'**) rights with knowing and intentional actions, which were carried out *"under color of law,"* were overt acts, were motivated by *racial and gender animus*, and deprived **CHAMBERS** of the full and equal benefit and due process of all laws enjoyed by White persons and males, in violation of **42 U.S.C.A. Section 1981**.

**CC.** The **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** have violated Plaintiff's rights (**CHAMBERS'**) and subjected **CHAMBERS** to punishment, pains, and penalties of a kind not suffered by White persons, in violation of **42 U.S.C.A. § 1981**, but not limited thereto.

**DD.** The **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** actions regarding the violation of Plaintiff's (**CHAMBERS'**) were extreme, outrageous, without justification, shock the conscience, and the **GROUP #1 DEFENDANTS'** and **GROUP #2 DEFENDANTS'** racial conduct has shown to be motivated by evil motive and intent, and a *discriminatory animus*.

**EE.** No important state objective bearing a direct and substantial relationship to this *race-based discrimination* exists.

**FF.** The **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** violation of Plaintiff's (**CHAMBERS'**) rights for deprivation of **CHAMBERS'** federal constitutional rights, are actionable and an award of compensation thereof are in pursuant to **42 U.S.C.A. § 1983** and under other *"causes-of-actions"* in various **COUNTS** as indicated within this *"Verified Class-Action Complaint."*

**GG.** As a **direct and proximate cause and result of the willful and wanton conduct** of all of the **GROUP #1 DEFENDANTS'** and **GROUP #2 DEFENDANTS'** wrongful

acts, **CHAMBERS** suffered from loss of enjoyment of life, inconvenience, stress, income, anguish, loss of sleep and appetite, financial deprivation, humiliation, loss of liberty, loss of property, severe damages, and protection of ***"absolute rights,"*** but not limited thereto.

  **HH.** There was a pattern and policy of behavior and criminal activities having been *going-on* for years and on information and belief affecting hundreds of thousands (*if not millions*) of people other than just **CHAMBERS**.

  **II.** The **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** have violated Plaintiff's (**CHAMBERS'**) and are liable, whereas the **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** knew and/or should have known their behavior, overt acts, and/or criminal activities would violate federal law prohibiting discrimination, but not limited thereto.

  **JJ.** The actions of the **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** regarding the violation of Plaintiff's (**CHAMBERS'**) rights were done with malice and reckless indifference to the rights of **CHAMBERS'** federally protected rights and that as a result, there should be an award of ***"punitive damages"*** to punish the **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** and to deter these Defendants and others like these Defendants from committing (*and/or continuing to commit*) such conduct in the future.

  **KK.** Although **CHAMBERS** currently pro se, not an attorney, and does not have a license to practice law, if at any time **CHAMBERS** retains counsel she would be entitled to an award of reasonable attorney's fees in pursuant to **42 U.S.C.A. § 1988 (B)**, if applicable.

  **LL.** **WHEREFORE,** Plaintiff (**CHAMBERS**) seeks the following relief, but not limited thereto:

  **1.** **CHAMBERS** seeks the following relief the *above-entitled action*, but not limited thereto: **(a).** *class certification*; **(b).** judgment in favor of the Plaintiff(s) and the following against the Defendants: **(c).** damages (compensatory, punitive, remote, but not limited

thereto); **(d).** attorney fees (*if applicable*); **(e).** temporary restraining order (TRO); **(f).** preliminary and permanent injunction; **(g).** a cease and desist order; **(h).** piercing of the corporate veil; **(i).** the ruling of various ACTS, statutes, laws, ordinances, public policies (but not limited thereto) as unconstitutional; **(j).** the appointment of a *"**Special Prosecutor**;"* and **(k).** criminal prosecution to the fullest extent of the law.

        **2.**    As a result the **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** having violated Plaintiff's (**CHAMBERS'**) are liable for damage awards of (compensatory, remote, nominal, put not limited thereto) in an amount to be determined, but **not** less than **$500,000,000 (Five Hundred Million Dollars)**.

        **3.**    As a result, all of the **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** are liable, have violated Plaintiff's (**CHAMBERS'**) rights, and **CHAMBERS** is entitled to an award of ***"punitive damages"*** in an amount to be determined at trial, as separately addressed herein of **One Billion Dollars** for this **COUNT** and in no event less than the totality of ***"all" COUNTS***.

        **(i).**    **CLASS #4** - **CLASS MEMBERS** are all (*past, present, and future*) **UNITED STATES OF AMERICA** ***"legal citizens"*** regardless of race or ethnicity (both men and women), whereas the *"**CLASS #4 MEMBERS**"* number more than 1,000,000 (one million). Some are also **CLASS #1 MEMBERS** , **CLASS #2 MEMBERS**, and **CLASS #3 MEMBERS**.

        **(ii).**    Plaintiff (**CHAMBERS**) is a member of **all** four "**CLASSES**."

        **WHEREFORE**, the Plaintiff (**CHAMBERS**) *repeats, re-alleges*, and *incorporates* as *specifically* plead in all paragraphs/sub-paragraphs of this ***"Verified Class-Action Complaint"*** Section(s)/Paragraph(s) **"I"** *entitled "**Nature of the Case**"* (**subparagraphs A**

**through BB**), the relief requested within the ***"Facts Upon Which Relief Is Claimed,"*** and the

relief claimed within the various ***"Counts,"*** as if fully set out herein. Damages in

compensatory, remote, nominal, and punitive damages for amounts to be determined (but **not**

less than $500,000,000 (Five Hundred Million) compensatory and **not** less than One Billion

Dollars) punitive **for each Count**), declaratory judgment, and injunction; Temporary restraining

order (TRO), preliminary and permanent injunctions, but not limited thereto; a **Cease and Deist**

**Order(s)**; dissolve the **CLINTON FOUNDATION** and its subsidiaries, rule that **DEMOCRAT**

**PRES. NOMINEE H. CLINTON** and any politicians who are **GROUP #1 DEFENDANTS**

and **GROUP #2 DEFENDANTS** have ***"forfeited"*** their elections, and such other and further

relief that is just and appropriate.

<br>

### COUNT 12
### CAUSE-OF-ACTION IN PURSUANT OF
### 42 U.S.C.A. § 1983 - Deprivation of Rights
(Relates to ***only*** **"GROUP #1 DEFENDANTS"** and **"GROUP #2 DEFENDANTS"**)
(See Paragraph III - Subparagraphs C1 and C2)

**XVI.** In this **COUNT 12,** Plaintiff (**CHAMBERS**) repeats, re-alleges, and incorporates

as *specifically* plead in all paragraphs/sub-paragraphs of **I - XV** in this ***"Verified Class-Action***

***Complaint"*** as if fully set out herein.

  **A.** In this **COUNT 12**, the *cause-of-action* is in pursuant to **42 U.S.C.A. §**

**1983** for **"DEPRIVATION OF RIGHTS."**

   **B.** **42 U.S.C.A. § 1983 – CIVIL ACTION FOR DEPRIVATION OF**
    **RIGHTS**

    **Every person who, under color of any statute, ordinance, regulations, custom,**
**policy or usage of any State or Territory of the District of Columbia, subjects, or causes to**
**be subjected, any citizen of the United States or other person within the jurisdiction thereof**
**to the deprivation of any rights, privileges of immunities secured by the Constitution law,**
**shall be liable to the party injured in an action at law, suit in equity or other proper**
**proceeding for redress for the purpose of this section**, any Act of Congress applicable

exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia. [(Emphasis added)]

C.     All *"legal U.S. Citizens"* (regardless of race/ethnicity and/or religion) have the right to incorporate businesses, make and enforce contracts, create and develop economic empowerment, create jobs, adequately funded schools, life, liberty, the pursuit of happiness, entitlements, and government tax dollars (but not limited thereto) should be used for the benefit of *"legal U.S. Citizens."*

D.     However, there has been years of history and legislative injustices *"designed"* *"specifically"* by politicians (*i.e.* **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS**) and a discriminatory *"systems"* to insure that Blacks suffer indefinitely (generation after generation) by *"abridging"* of rights, but not limited thereto.

E.     In addition, there is *"another"* type of discrimination and abridgement of rights *"against"* *"all legal U.S. Citizens;"* whereas *"aid and comfort"* (such as jobs, contracts, housing, entitlements, healthcare, school/education, businesses, contracts, but not limited thereto) are used to *"entice"* *"Illegal Aliens"* and *"Foreign Refugees"* to the **U.S.** to impoverish, indebt, *"legal U.S. Citizens,"* and ultimately by "involuntarily servitude" of U.S. tax dollars (in violation of the **13th Amendment to the U.S. Constitution**) to enrich *"foreigners."*

F.     The **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** (one and to the other) are conspiring against the *"legal U.S. Black Citizens"* (*i.e.* **CHAMBERS**) and against the *"U.S. Republic"* as a whole who are the 4 groups of **CLASS MEMBERS.**

G.     In continuing the conspiracy to *"deprive"* rights of *"legal U.S. Citizens"* **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** (one and to the other using their "offices and government system"), either deliberately create budget mismanagements and/or make *"pretextual"* and *"false claims"* about the economy, unbalanced budgets (but not limited

202

thereto), steer funding away from **"*legal U.S. Citizens,*"** all done **"*under color of law*"** in order to **"*divide*"** **"*legal U.S. Citizens*"** (to give the appearance the **U.S.** is racially and/or religiously divided, and deliberately further impoverish Blacks **"*specifically*"**) as politicians like the **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** do not **"*support*"** the **U.S. Constitution** and use tax dollars and other means to support and unjustly enrich **"*Illegal Aliens*"** and **"*Foreign Refugees*"** while the **"*individual politicians*"** in the **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** receive **"*kick-backs,*"** **"*pay-to-play,*"** and/or **"*quick-pro-quo*"** deals and/or obligations in the form of **"*campaign donations*"** from contracts and/or other funds and other means to **"*illegally*"** enrich themselves.

H. The **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** were negligent to prevent violations of rights, but not limited thereto **"*against*"** **CHAMBERS** and **"*all*"** of the 4 groups of **CLASS MEMBERS**.

I. The conditions the **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** **"*specifically target*"** to Blacks (concerning poverty, little to no contracts, jobs, inadequate school funding, no equal education, job and contract discrimination, lack of low-income housing, freedom to develop own communities to support **"*Black Owned*"** businesses, entertainment, (but not limited thereto), would **"*never*"** be done to **"*Illegal Aliens,*"** **"*Foreign Refugees,*"** and historically **"*White People.*"**

**CAUSE OF ACTION - COUNTS**

J. In continuing the conspiracy the **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** were negligent to prevent violations of civil rights and "equal protection" of rights, but not limited thereto.

K. The **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** owed a duty to **CHAMBERS** and **"*all*"** of the 4 groups of **CLASS MEMBERS** for the **"*enforcement*"**

*of rights"* and *"not to abridge"* those rights, but not limited thereto and the **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** have *"breached"* their duties to **CHAMBERS** and *"all"* of the 4 groups of **CLASS MEMBERS**.

      **L.**    Nevertheless, *"legally"* the principal aim of society in pursuant to laws, is to protect *"all"* individuals in the enjoyment of these *"absolute rights"* which were vested in them by the immutable laws of nature: the right of **personal security**, the right of **personal liberty**, and the right of **personal property**.

      **M.**    On information and belief, **42 U.S.C.A. § 1983** *"does"* apply to *"state action,"* and the actions of county and municipal governments, but not limited thereto.

      **N.**    All of the **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** have violated **42 U.S.C.A. § 1983** for **deprivation of rights** secured by the Constitution in relation to the **CHAMBERS** and *"all"* of the 4 groups of **CLASS MEMBERS**.

      **O.**    **CHAMBERS** and *"all"* of the 4 groups of **CLASS MEMBERS** suffered **deprivation of rights** of the laws as a direct proximate cause by the defendants' actions.

      **P.**    The **deprivation** of **CHAMBERS'** and *"all"* of the 4 groups of **CLASS MEMBERS** rights to freely have **U.S. Constitutional** rights and to the full enjoyment of the (but not limited thereto) and the effects thereof, were overt acts, intentional, reckless, oppressive, willful, wanton, malicious, calculated, conspired, and all of the **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** were callously indifferent to **CHAMBERS'** and *"all"* of the 4 groups of **CLASS MEMBERS** constitutional rights, but not limited thereto.

      **Q.**    **CHAMBERS** and *"all"* of the 4 groups of **CLASS MEMBERS** suffered *"deprivation of rights"* and of the laws as a direct proximate cause by the **GROUP #1 DEFENDANTS'** and **GROUP #2 DEFENDANTS'** actions.

      **R.**    The **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS**

knowing and intentional actions were carried out *"__under the color of law,__"* were overt acts, were

motivated by *"__not only__"* *racial animus*, but also "against" *"__all__"* *"__legal U.S. Citizens__"* (the

*"__U.S. Republic__"*) in favor of *"__Illegal Aliens__"* and *"__Refugees,__"* to deprive **CHAMBERS** and

*"__all__"* of the 4 groups of **CLASS MEMBERS** of the full and equal benefit and due process of all

laws that should be enjoyed by *"__all__"* *"__legal U.S. Citizens,__"* **in violation of 42 U.S.C.A. § 1983**

**for deprivation of rights**.

      **S.**    The actions of the **GROUP #1 DEFENDANTS** and **GROUP #2**

**DEFENDANTS** have subjected **CHAMBERS** and *"__all__"* of the 4 groups of **CLASS**

**MEMBERS** to punishment, embarrassments, humiliations, pains, financial losses, and penalties

in violation of **42 U.S.C.A. § 1983**.

      **T.**    The **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS**

actions against **CHAMBERS** and *"__all__"* of the 4 groups of **CLASS MEMBERS** were extreme,

outrageous, without justification, shock the conscience, whereas *"__not only__"* *"__racial__*

*__misconduct__,"* but their overt acts have been *"__against__"* *"__legal U.S. Citizens__"* (the *"__U.S.__*

*__Republic__"*) have shown to be motivated by evil motive and intent, and a *discriminatory animus*

conspiring and illegally favoring *"__Illegal Aliens__"* against the *"__legal U.S. Citizens__"* (who are the

*"U.S. Republic"*), but not limited thereto.

      **U.**    No important state objective bearing a direct and substantial relationship to

the acts and violations of the Defendants exists.

      **V.**    The **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** have

violated **CHAMBERS** and *"__all__"* of the 4 groups of **CLASS MEMBERS** federal and/or state

constitutional rights and are actionable and can be compensated in pursuant to **42 U.S.C.A. §**

**1983**, but not limited thereto.

      **W.**    **CHAMBERS'** and *"__all__"* of the 4 groups of **CLASS MEMBERS** are

entitled to an award of reasonable attorney's fees pursuant to **42 U.S.C.A. § 1988 (B)**, *if applicable*.

      **X.**    As a **direct and proximate cause and result** of the willful and wanton conduct of the **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** acts, **CHAMBERS** and ***"all"*** of the 4 groups of **CLASS MEMBERS** have suffered from the lost of enjoyment of life, inconvenience, stress, income, anguish, loss of sleep and appetite, financial deprivation, humiliation, loss of liberty and/or property, severe damages, lost of enjoyment, liberty, and protection of ***"absolute rights,"*** but not limited thereto.

      **Y.**    There was a pattern and policy of behavior and criminal activities having been *going-on* for years and on information and belief affecting millions of ***"legal U.S. Citizens."***

      **Z.**    All Defendants **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** are liable, knew and/or should have known their behavior, overt acts, and/or criminal activities would violate federal law prohibiting discrimination, but not limited thereto.

      **AA.**    As a result all Defendants **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** are liable for damage awards of (compensatory, remote, nominal, put not limited thereto) in an amount to be determined, but ***"not"*** less than $500,000 (Five Hundred Thousand Dollars).

      **BB.**    The actions of the **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** were done with malice and reckless indifference to the rights of the Plaintiff's (**CHAMBERS'**) and ***"all"*** of the 4 groups of **CLASS MEMBERS'** federally protected rights and that as a result, there should be an award of ***"punitive"*** damages to punish the **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** and to deter them and others like these Defendants from committing such conduct in the future.

CC.    As a result, **GROUP #1 DEFENDANTS** and **GROUP #2**

**DEFENDANTS** are liable for a ***"punitive damage"*** award within in an amount to be

determined, but **not** less than $500,000,000 (Five Hundred Million) compensatory and **not** less

than One Billion Dollars punitive.

**WHEREFORE**, the Plaintiff (**CHAMBERS**) *repeats, re-alleges*, and *incorporates* as

*specifically* plead in all paragraphs/sub-paragraphs of this ***"Verified Class-Action Complaint"***

Section(s)/Paragraph(s) **"I"** *entitled* ***"Nature of the Case"*** (**subparagraphs A through BB**), the

relief requested within the ***"Facts Upon Which Relief Is Claimed,"*** and the relief claimed within

the various ***"Counts,"*** as if fully set out herein.  Damages in compensatory, remote, nominal,

and punitive damages for amounts to be determined (but **not** less than $500,000,000 (Five

Hundred Million) compensatory and **not** less than One Billion Dollars) punitive **for each**

**Count**), declaratory judgment, and injunction; Temporary restraining order (TRO), preliminary

and permanent injunctions, but not limited thereto; a **Cease and Deist Order(s)**; dissolve the

**CLINTON FOUNDATION** and its subsidiaries, rule that **DEMOCRAT PRES. NOMINEE H.**

**CLINTON** and any politicians who are **GROUP #1 DEFENDANTS** and **GROUP #2**

**DEFENDANTS** have ***"forfeited"*** their elections, and such other and further relief that is just

and appropriate.

**COUNT 13**
**CAUSE-OF-ACTION IN PURSUANT OF**
**42 U.S.C.A. § 1983 - Equal Protection**
(Relates to **only** **"GROUP #1 DEFENDANTS"** and **"GROUP #2 DEFENDANTS"**)
(See Paragraph III - Subparagraphs C1 and C2)

**XVII.**    In this **COUNT 13,** Plaintiff (**CHAMBERS**) repeats, re-alleges, and incorporates

as *specifically* plead in all paragraphs/sub-paragraphs of **I - XVI** in this ***"Verified Class-Action***

***Complaint"*** as if fully set out herein.

A.    In this **COUNT 13**, the *cause-of-action* is in pursuant to **42 U.S.C.A. §**
**1983** for **"EQUAL PROTECTION."**

B.    **42 U.S.C.A. § 1983 – CIVIL ACTION FOR EQUAL PROTECTION**

**Every person who, under color of any statute, ordinance, regulations, custom, policy or usage of any State or Territory of the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges of immunities secured by the Constitution law, shall be liable to the party injured in an action at law, suit in equity or other proper proceeding for redress for the purpose of this section**, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia.  [(Emphasis added)]

C.    Black people have a right to incorporate businesses, create and develop economic empowerment, create jobs, have tax dollars support Black public schools, Black universities, Black technological interests and enterprises, Black neighborhood/community economic development, but not limited thereto.

D.    However, there has been years of history and legislative injustices *"designed" "specifically"* by politicians and a discriminatory *"systems"* to insure that Blacks suffer indefinite, generation after generation of violation of  *"equal protection"* of rights.

E.    In continuing the conspiracy with others, the "overt acts" of the **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** were *"pretextual"* and done *"under color of law."*

F.    In continuing the conspiracy the **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** were negligent to prevent violations of civil rights and equal protection of rights, but not limited thereto.

G.    The **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** owed a duty to **CHAMBERS** and *"all"* of the 4 groups of **CLASS MEMBERS** for *"equal rights"* and *"equal protection"* of those rights, but not limited thereto and the **GROUP #1**

**DEFENDANTS** and **GROUP #2 DEFENDANTS** have *"breached"* their duties to **CHAMBERS** and *"all"* of the 4 groups of **CLASS MEMBERS**.

H.    Nevertheless, *"legally"* the principal aim of society in pursuant to laws, is to protect *"all"* individuals in the enjoyment of these *"absolute rights"* which were vested in them by the immutable laws of nature:  the right of **personal security**, the right of **personal liberty**, and the right of **personal property**.

I.    On information and belief,  **42 U.S.C.A. § 1983** *"does"* apply to *"state action,"* and the actions of county and municipal governments, but not limited thereto.

J.    All of the **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** have violated **42 U.S.C.A. § 1983** for **equal protection of rights** secured by the Constitution in relation to the **CHAMBERS** and *"all"* of the 4 groups of **CLASS MEMBERS**.

K.    The **deprivation** of **CHAMBERS'** and *"all"* of the 4 groups of **CLASS MEMBERS** rights to freely have **U.S. Constitutional** rights and to the full enjoyment of the (but not limited thereto) and the effects thereof, were overt acts, intentional, reckless, oppressive, willful, wanton, malicious, calculated, conspired, and all of the **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** were callously indifferent to **CHAMBERS'** and *"all"* of the 4 groups of **CLASS MEMBERS** constitutional rights, but not limited thereto.

L.    **CHAMBERS** and *"all"* of the 4 groups of **CLASS MEMBERS** suffered lack of *"equal protection"* of the laws as a direct proximate cause by the **GROUP #1 DEFENDANTS'** and **GROUP #2 DEFENDANTS'** actions.

M.    The **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** knowing and intentional actions were carried out *"under the color of law,"* were overt acts, were motivated by *"not only"* racial animus, but also "against" *"all"* *"legal U.S. Citizens"* (the *"U.S. Republic"*) in favor of *"Illegal Aliens"* and *"Refugees,"* to deprive **CHAMBERS** and

*"all"* of the 4 groups of **CLASS MEMBERS** of the full and equal benefit and due process of all laws that should be enjoyed by *"all"* *"legal U.S. Citizens,"* **in violation of 42 U.S.C.A. § 1983 for deprivation of rights**.

**N.**   The actions of the **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** have subjected **CHAMBERS** and *"all"* of the 4 groups of **CLASS MEMBERS** to punishment, embarrassments, humiliations, pains, financial losses, and penalties in violation of **42 U.S.C.A. § 1983**.

**O.**   The **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** actions against **CHAMBERS** and *"all"* of the 4 groups of **CLASS MEMBERS** were extreme, outrageous, without justification, shock the conscience, whereas *"**not only**"* *"**racial misconduct**,"* but their overt acts have been *"**against**"* *"**legal U.S. Citizens**"* (the *"**U.S. Republic**"*) have shown to be motivated by evil motive and intent, and a *discriminatory animus* conspiring and illegally favoring *"**Illegal Aliens**"* against the *"**legal U.S. Citizens**"* (who are the *"**U.S. Republic**"*), but not limited thereto.

**P.**   No important state objective bearing a direct and substantial relationship to the acts and violations of the Defendants exists.

**Q.**   The **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** have violated **CHAMBERS** and *"**all**"* of the 4 groups of **CLASS MEMBERS** federal and/or state constitutional rights and are actionable and can be compensated in pursuant to **42 U.S.C.A. § 1983**, but not limited thereto.

**R.**   **CHAMBERS'** and *"**all**"* of the 4 groups of **CLASS MEMBERS** are entitled to an award of reasonable attorney's fees pursuant to **42 U.S.C.A. § 1988 (B)**, *if applicable*.

**S.**   As a **direct and proximate cause and result** of the willful and wanton

conduct of the **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** acts,

**CHAMBERS** and *"all"* of the 4 groups of **CLASS MEMBERS** have suffered from the lost of

enjoyment of life, inconvenience, stress, income, anguish, loss of sleep and appetite, financial

deprivation, humiliation, loss of liberty and/or property, severe damages, lost of enjoyment,

liberty, and protection of *"absolute rights,"* but not limited thereto.

     **T.**    There was a pattern and policy of behavior and criminal activities having

been *going-on* for years and on information and belief affecting millions of *"legal U.S.*

*Citizens."*

     **U.**    All Defendants **GROUP #1 DEFENDANTS** and **GROUP #2**

**DEFENDANTS** are liable, knew and/or should have known their behavior, overt acts, and/or

criminal activities would violate federal law prohibiting discrimination, but not limited thereto.

     **V.**    As a result all Defendants **GROUP #1 DEFENDANTS** and **GROUP #2**

**DEFENDANTS** are liable for damage awards of (compensatory, remote, nominal, put not

limited thereto) in an amount to be determined, but *"not"* less than $500,000 (Five Hundred

Thousand Dollars).

     **W.**    The actions of the **GROUP #1 DEFENDANTS** and **GROUP #2**

**DEFENDANTS** were done with malice and reckless indifference to the rights of the Plaintiff's

(**CHAMBERS'**) and *"all"* of the 4 groups of **CLASS MEMBERS'** federally protected rights

and that as a result, there should be an award of *"punitive"* damages to punish the **GROUP #1**

**DEFENDANTS** and **GROUP #2 DEFENDANTS** and to deter them and others like these

Defendants from committing such conduct in the future.

     **X.**    As a result, **GROUP #1 DEFENDANTS** and **GROUP #2**

**DEFENDANTS** are liable for a *"punitive damage"* award within in an amount to be

determined, but **not** less than $500,000,000 (Five Hundred Million) compensatory and **not** less

than One Billion Dollars punitive.

**WHEREFORE**, the Plaintiff (**CHAMBERS**) *repeats, re-alleges*, and *incorporates* as *specifically* plead in all paragraphs/sub-paragraphs of this *"Verified Class-Action Complaint"* Section(s)/Paragraph(s) **"I"** *entitled "Nature of the Case"* (**subparagraphs A through BB**), the relief requested within the *"Facts Upon Which Relief Is Claimed,"* and the relief claimed within the various *"Counts,"* as if fully set out herein. Damages in compensatory, remote, nominal, and punitive damages for amounts to be determined (but **not** less than $500,000,000 (Five Hundred Million) compensatory and **not** less than One Billion Dollars) punitive **for each Count**), declaratory judgment, and injunction; Temporary restraining order (TRO), preliminary and permanent injunctions, but not limited thereto; a **Cease and Deist Order(s)**; dissolve the **CLINTON FOUNDATION** and its subsidiaries, rule that **DEMOCRAT PRES. NOMINEE H. CLINTON** and any politicians who are **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** have *"forfeited"* their elections, and such other and further relief that is just and appropriate.


### COUNT 14
### CAUSE-OF-ACTION IN PURSUANT OF
### 42 U.S.C.A. § 1985 - Conspiracy to Deprive Persons of Rights or Privileges
(Relates to *only* **"GROUP #1 DEFENDANTS"** and **"GROUP #2 DEFENDANTS"**)
(See Paragraph III - Subparagraphs C1 and C2)

**XVIII.** In this **COUNT 14,** Plaintiff (**CHAMBERS**) repeats, re-alleges, and incorporates as *specifically* plead in all paragraphs/sub-paragraphs of **I - XVII** in this *"Verified Class-Action Complaint"* as if fully set out herein.

    **A.** In this **COUNT 14 CHAMBERS** seeks judgment in her favor in pursuant to **42 U.S.C.A. § 1985 - Conspiracy to Deprive Persons of Rights or Privileges**.

    **B.** **42 U.S.C.A. § 1985(3) – CONSPIRACY TO DEPRIVE PERSONS OF**

212

## RIGHTS OR PRIVILEGES

(3) **If two or more persons in any State or Territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering the constituted authorities of any Sate or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws**; or if two or more persons conspire to prevent by force, intimidation, or threat, any citizen who is lawfully entitled to vote, from giving his support or advocacy in a legal manner, toward or in favor of the election of any lawfully qualified person as an elector for President or Vice President, or as a Member of Congress of the United States; or to injure any citizen in person or property on account of such support or advocacy; in any case of conspiracy set forth in this section, **if one or more persons engaged therein do, or cause to be done, any act in furtherance of the object of such conspiracy, whereby another is injured in his person or property, or deprived of having and exercising any right or privilege of a citizen of the United States, the party so injured or deprived may have an action for the recovery of damages occasioned by such injury or deprivation, against any one or more of the conspirators**. [(Emphasis added)]

C.     There is a *"nexus"* between the **GROUP #1 DEFENDANTS** and

**GROUP #2 DEFENDANTS**  who have individually and in conspiracy with one and each other

used their government jobs, offices, influences, powers, and government money to *"Illegal*

*Aliens"* and *"Foreign Refugees"* to deprive *"Black People"* of **U.S. Constitutional** rights in

developing schools/education, jobs, contracts, neighborhoods/communities as a means to

*"further"* have *"involuntary servitude"* in the *"Prison Industrial Complex"* (with majority

*"Black People"* as prison workers/slaves) and to continue *"discriminatory"* measures of

**deprivation and impoverishment** of *"Black People"* for future generation.

D.     There **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS**

have created an *"unconstitutional"* **discriminatory** *"system"* from birth, to schools, and into

courts, the *"prison"* system (but not limited thereto), *"designed specifically"* to be *"malicious"*

and to have *"devastating and long-lasting"* effects on *"Black People"* by using as a *"pretext"*

the needs of *"aid and comfort"* for *"Illegal Aliens"* and *"Foreign Refugees"* as the *"gateway"*

path to give the *"appearance"* of *"abridging"* the rights of *"Black People"* as legal.

E.     On information and belief, the **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** are ***"racists"*** and have a ***"deep seeded hatred"*** for ***"Black People."***

F.     There is ***"no existence"*** of an important state objective bearing a direct and substantial relationship to the *race-based discrimination* of the **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS**.

G.     The ***"Democracy Form of Government"*** in violation of ***"Article IV, Section 4 of the U.S. Constitution"*** is forced on ***"Black People"*** by the **"GROUP #1 DEFENDANTS"** and the **"GROUP #2 DEFENDANTS"** and other politicians as a discriminatory ***"dictatorship."***

H.     No matter what ***"Black People"*** want done within their schools, neighborhoods, tax dollars, but not limited thereto, the **"GROUP #1 DEFENDANTS"** and the **"GROUP #2 DEFENDANTS"** do whatever ***"they want"*** and their decisions are ***"never"*** designed to change the economic disparities in the ***"Black Communities."***

I.     The ***"Democracy Form of Government"*** policies of the **"GROUP #1 DEFENDANTS"** and the **"GROUP #2 DEFENDANTS"** in violation of ***"Article IV, Section 4 of the U.S. Constitution"*** allow ***"Illegal Aliens"*** and ***"Foreign Refugees"*** to ***"monopolize"*** businesses and jobs, in the ***"Black Community"*** as well as government jobs and contracts, but not limited thereto ***"foreign products"*** for retail sale.

J.     The ***"Democracy Form of Government"*** policies of the **"GROUP #1 DEFENDANTS"** and the **"GROUP #2 DEFENDANTS"** in violation of ***"Article IV, Section 4 of the U.S. Constitution"*** cause ***"Black People"*** to ***"not"*** be able to manufacture own products for distribute, and allow ***"foreigners"*** to have ***"free-trade"*** within the **U.S.**

214

K.    The **"GROUP #1 DEFENDANTS"** and the **"GROUP #2 DEFENDANTS"** have ***"not"*** protected the *well-being* of ***"Black People"*** from invasion and insurrection of ***"Illegal Aliens"*** and ***"Foreign Refugees"*** in ***"Black Communities."***

L.    The attached ***"Chart 1-1; Chart 1-2; Chart 1-3; Diagram 2-1; Diagram 2-2; and Diagram 2-3,"*** show how the **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** ***"use"*** taxpayer dollars to abridge ***"Black People's"*** **U.S. Constitutional rights** (who are ***"Legal U.S. Citizen's"***), and unjustly enrich themselves.

M.    **CITY OF CHICAGO, COUNTY OF COOK, STATE OF ILLINOIS**, and throughout the U.S., ***"Black People"*** are ***"not free"*** (regarding ***"self-determination"*** as a ***"collective people"***) and reap the benefits of contracts, jobs, housing, economic empowerment, and decide for themselves how they want to educate their children, be policed, run their neighborhoods, food to eat, and put what they want to sell and distribute as merchandise in ***"mini-malls/stores,"*** but not limited thereto.

N.    There is a ***"nexus"*** between the **"GROUP #1 DEFENDANTS"** conspiring each of them with the **CLINTON FOUNDATION** and a ***"nexus"*** between the **"GROUP #1 DEFENDANTS"** and the **"GROUP #2 DEFEDNDANTS"** in violation of the various *causes-of-actions* in all of the **"COUNTS"** as addressed within this above-entitled action, RICO, the *Sherman Anti-Trust Act*; obstruction of justice; conspiracy, aiding and abetting; deprivation of rights; violation of due process and equal protection; violation of *Public Policy*; unjust enrichment; abridgment of rights; intentional infliction of emotional distress; willful and wanton misconduct; abuse of the corporate forum and corporate trust; breach of fiduciary duties; defrauding the government; breaching the public trust; abuse of power; visiting injustice upon Plaintiff(s) and the Class Members; and the unconstitutionality of ***"Sanctuary States, Counties, Municipalities/Cities,"*** but not limited thereto.

**WHEREFORE**, the Plaintiff (**CHAMBERS**) *repeats, re-alleges*, and *incorporates* as *specifically* plead in all paragraphs/sub-paragraphs of this ***"Verified Class-Action Complaint"*** Section(s)/Paragraph(s) **"I"** *entitled **"Nature of the Case"*** (**subparagraphs A through BB**), the relief requested within the ***"Facts Upon Which Relief Is Claimed,"*** and the relief claimed within the various ***"Counts,"*** as if fully set out herein. Damages in compensatory, remote, nominal, and punitive damages for amounts to be determined (but **not** less than $500,000,000 (Five Hundred Million) compensatory and **not** less than One Billion Dollars) punitive **for each Count**), declaratory judgment, and injunction; Temporary restraining order (TRO), preliminary and permanent injunctions, but not limited thereto; a **Cease and Deist Order(s)**; dissolve the **CLINTON FOUNDATION** and its subsidiaries, rule that **DEMOCRAT PRES. NOMINEE H. CLINTON** and any politicians who are **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** have ***"forfeited"*** their elections, and such other and further relief that is just and appropriate.

### COUNT 15
### CAUSE-OF-ACTION IN PURSUANT OF
Petition to Change/Transfer Venue of
***"People of the State of Illinois vs. Sandra Ann Chambers,***
(Case No. **13-MC1-22012901**)
(Relates to *only* **"GROUP #2 DEFENDANTS"**)
(See Paragraph III - Subparagraphs C1 and C2)

**XIX.** In this **COUNT 15,** Plaintiff (**CHAMBERS**) repeats, re-alleges, and incorporates as *specifically* plead in all paragraphs/sub-paragraphs of **I - XVIII** in this ***"Verified Class-Action Complaint"*** as if fully set out herein.

    **A.** In this **COUNT 15 CHAMBERS** seeks judgment in her favor this **"COUNT" as a "Petition to Change/Transfer Venue"** of ***"People of the State of Illinois vs. Sandra Ann Chambers,*** (Case No. **13-MC1-22012901**)."

**B.** The **6th Amendment to the U.S. Constitution** (enacted on December 15,

1791) states in pertinent part:

*"**In all criminal prosecutions**, the accused shall enjoy the right to **a speedy and public trial**, by an impartial jury of the State and district wherein the crime shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defense."*

**C.** The **7th Amendment to the U.S. Constitution** (enacted on December 15,

1791) states in pertinent part:

*"**In Suites at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved**, and no fact tried by a jury, shall be otherwise reexamined in any Court of the United States, than according to the rules of the common law."*
[(Emphasis added)]

**D.** The Defendants **DANIEL J. GALLAGHER** (*hereinafter* **"JUDGE GALLAGHER"**), **BEATRIZ SANTIAGO** (*hereinafter* **"JUDGE SANTIAGO"**), and **SANDRA G. RAMOS** (*hereinafter* **"JUDGE RAMOS"**) are prejudiced against **CHAMBERS**.

**E.** There is a *"**nexus**"* between the Defendants **JUDGE GALLAGHER**, **JUDGE SANTIAGO**, and **JUDGE RAMOS** and they have *"**conspired**"* against the Plaintiff **CHAMBERS** in regards to case no. *"**People of the State of Illinois vs. Sandra Ann Chambers**, (Case No. **13-MC1-22012901**).*"

**F.** The Defendants **JUDGE GALLAGHER**, **JUDGE SANTIAGO**, and **JUDGE RAMOS** have violated **CHAMBERS' U.S. Constitutional Rights** and **CHAMBERS' STATE OF ILLINOIS** *"**Constitutional Rights.**"*

**G.** The Defendants **JUDGE GALLAGHER**, **JUDGE SANTIAGO**, and **JUDGE RAMOS** are in violation of the *"**14th Amendment, Section 3 of the U.S. Constitution**"* and therefore have *"**forfeited**"* their elections to run for any other office and cannot be a *"**Judge.**"*

217

**WHEREFORE**, the Plaintiff (**CHAMBERS**) seeks that this court allows this **"Petition to Change/Transfer Venue"** of *"People of the State of Illinois vs. Sandra Ann Chambers,* (Case No. **13-MC1-22012901**)," so that said action can be heard and determined in the above-entitled action. In addition, **CHAMBERS** *repeats, re-alleges*, and *incorporates* as *specifically* plead in all paragraphs/sub-paragraphs of this *"Verified Class-Action Complaint"* Section(s)/Paragraph(s) **"I"** *entitled "Nature of the Case"* (**subparagraphs A through BB**), the relief requested within the *"Facts Upon Which Relief Is Claimed,"* and the relief claimed within the various *"Counts,"* as if fully set out herein. Damages in compensatory, remote, nominal, and punitive damages for amounts to be determined (but **not** less than $500,000,000 (Five Hundred Million) compensatory and **not** less than One Billion Dollars) punitive **for each Count**), declaratory judgment, and injunction; Temporary restraining order (TRO), preliminary and permanent injunctions, but not limited thereto; a **Cease and Deist Order(s)**; dissolve the **CLINTON FOUNDATION** and its subsidiaries, rule that **DEMOCRAT PRES. NOMINEE H. CLINTON** and any politicians who are **GROUP #1 DEFENDANTS** and **GROUP #2 DEFENDANTS** have *"forfeited"* their elections, and such other and further relief that is just and appropriate.

## Chart 1 - 1



**HIGHER TAXES**

**GOAL NO. 1**
*Involuntary Servitude*
(Violation 13th Amendment, U.S. Constitution)

**Funds - $$$**
*"Grants and Contracts"*
(Capitalizing Dictatorships)

**Funds - $$$**
*"Campaign Donation Kick-Backs"*
*(Pay-to-Play or Quick Quo Pro)*

Community Development

Utility Assistance

Tax Increment Financing

Obama Care

Faith Based Funding, etc.

Mentoring Programs

Privatization

Developers & Contractors

Not-for-Profits

Private Corps.

Investors

Politicians

Attorneys

Judges

## Chart 1 - 2



HIGHER TAXES

GOAL NO. 2
*Involuntary Servitude*
(Violation 13th Amendment, U.S. Constitution)

Funds - $$$
*"Illegal Aliens"*
(Aid and Comfort)

Funds - $$$
*"Refugees"*
(Aid and Comfort)

| Education | Education |
| Housing | Housing |
| Food | Food |
| Healthcare | Healthcare |
| Jobs | Jobs |
| Contracts | Contracts |
| Entrepreneurships | Entrepreneurships |



(221)

## Diagram 2 - 1

# Laundering Tax Funds
# and Creating Monopolies
## INVOLUNTARY SERVITUDE
### (Violation of 13th Amendment to the U.S. Constitution
### Violation of Sherman Anti-Trust Act)



## Diagram 2 - 2

# Tipping the Scale of Prosperity by Abridging *"Legal U.S. Citizens'"* Rights

*"...[n]o State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States..."*
(Violation of *"14th Amendment, Section 1 of the U.S. Constitution"*)

(Violation of **Article IV, Section 2, Clause 1 of the U.S. Constitution** (state citizens have rights) and *Article I, Section 8, Clause 4 of the U.S. Constitution*) (uniform Rule of Naturalization))



Don't forget the poor

*"THE AMERICAN DREAM"*

**Involuntary Servitude** of **U.S. Tax Dollars** to *"Illegal Aliens"* and *"Refugees"*

(223)

## Diagram 2 - 3

# Pure Democracy/Dictatorship
# Not Republican Form of Government
## INVOLUNTARY SERVITUDE
### *(Violation of 13th Amendment to the U.S. Constitution*
### *Violation of Article IV, Section 4 of the U.S. Constitution)*



**XX.** **CHAMBERS** demands trial by jury, evidentiary hearing on **"***all issues,***"** court orders/judgments, opinions with **"***specific findings***"** support by case law(s).

**XXI.** **CHAMBERS** reserves her right to **"***amend***"** the *above-entitled action* and add additional pleadings, but not limited thereto.

**WHEREFORE,** Plaintiff (**CHAMBERS**) requests and seeks **"***Class***"** certification, damages, and other relief (individually and as a **"***Class-Action***"**) due to various *causes-of-action* the following relief, but not limited thereto:

**A.** Judgment in the favor of **CHAMBERS** on all counts and against the **"GROUP #1 DEFENDANTS,"** **"GROUP #2 DEFENDANTS"** (which includes **"UNKNOWNS"**), and **"GROUP #3 DEFENDANTS"** as specified within this **"***Verified Class-Action Complaint***"** in Section(s)/Paragraph(s) **"I"** *entitled* **"***Nature of the Case***"** (**subparagraphs A through BB**), the relief requested within the **"***Facts Upon Which Relief Is Claimed,***"** and the relief claimed within the various **"***Counts.***"**

**B.** Plaintiff (**CHAMBERS**) *repeats, re-alleges*, and *incorporates* as *specifically* plead in all paragraphs/sub-paragraphs of this **"***Verified Class-Action Complaint***"** Section(s)/Paragraph(s) **"I"** *entitled* **"***Nature of the Case***"** (**subparagraphs A through BB**), the relief requested within the **"***Facts Upon Which Relief Is Claimed,***"** and the relief claimed within the various **"***Counts,***"** as if fully set out herein.

**C.** Damages in compensatory, remote, nominal, and punitive damages for amounts to be determined (but **not** less than $500,000,000 (Five Hundred Million) compensatory and **not** less than One Billion Dollars) punitive **for each Count**), declaratory judgment, and injunction;

**D.** Temporary restraining order (TRO), preliminary and permanent injunctions, but not limited thereto.

225

**E.**     Cease and Deist Order(s).

**F.**     Attorneys' fees *(if applicable)* and costs;

**G.**     Prejudgment and post-judgment interest;

**H.**     Such other and further relief that is just and appropriate.

By: _____

**SANDRA ANN CHAMBERS** (Plaintiff - *pro se*)

## CERTIFICATE OF VERIFICATION
## SANDRA ANN CHAMBERS

Under penalties as provided by law, the undersigned individual certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief, and as to such matters the undersigned certifies as aforesaid that the undersigned verily believe the same to be true.

By: _____

**SANDRA ANN CHAMBERS** (Plaintiff - *pro se*)
P. O. Box 0405
Chicago, IL 60690
(773) 727-1056

226

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS,
## EASTERN DIVISION

SANDRA ANN CHAMBERS (individually, )
and on behalf of herself and all others similarly )  **CASE NO.:** _____
situated in the past, present, and future), )
                                     )  **ASSIGNED**
             Plaintiff(s), )  **JUDGE:** _____
       vs. )
                                       )  **MAGISTRATE**
HILLARY DIANE RODHAM CLINTON, *et al.* )  **JUDGE:** _____
                                       )
            Defendants. )

## CERTIFICATE OF AFFIDAVIT
## SANDRA ANN CHAMBERS

    I, **SANDRA ANN CHAMBERS**, being duly sworn on oath deposes and hereby certify as follows:

    **1.**    I am of legal age, having personal knowledge of the facts contained herein this Certificate of Affidavit and the attached (within all Sections/Paragraphs, Subparts and accompanying attachments/exhibits if applicable) and I am otherwise competent to testify thereto as stated within the attached ***"Verified Class-Action Complaint."***

    **2.**    I certify that the damages are in excess of $100,000 (One Hundred Thousand).

    **3.**    Under penalties as provided by law, the undersigned individual certifies that the statements set forth in this instrument ***"Verified Class-Action Complaint"*** are true and correct, except as to matters therein stated to be on information and belief, and as to such matters the undersigned certifies as aforesaid that the undersigned verily believe the same to be true.

                                                       **SANDRA ANN CHAMBERS**
                                                       P. O. Box 0405
                                                       Chicago, IL 60690

Subscribed and sworn to before me
this ___ day of, September, 2016.

**NOTARY PUBLIC**

"OFFICIAL SEAL"
DAVID J. KRANICKE
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 07/10/2020
Commission No. 338762