16CV10408
Judge Harry D. Leinenweber
Magistrate Judge Sheila M. Finnegan



# APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

**NAME:** Sandra Ann Chambers
(Please print)

**STREET ADDRESS:** P. O. Box 0405

**CITY/STATE/ZIP:** Chicago, IL 60690

**PHONE NUMBER:** (773) 727-1056

**CASE NUMBER:** _____

Signature: *Sandra Ann Chambers*    Date: November 7, 2016

## REQUEST TO RECEIVE NOTICE THROUGH E-MAIL

If you check the box below and provide an e-mail address in the space provided, you will receive notice via e-mail. By checking the box and providing an e-mail address, under Federal Rule of Civil Procedure 5(b)2(E) you are waiving your right to receive a paper copy of documents filed electronically in this case. You should not provide an e-mail address if you do not check it frequently.

☐ I request to be sent notices from the court via e-mail. I understand that by making this request, I am waiving the right to receive a paper copy of any electronically filed document in this case. I understand that if my e-mail address changes I must promptly notify the Court in writing.

E-Mail Address: N/A
(Please Print Clearly)

**FILED**
NOV 0 7 2016 TM
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Updated 03/26/14