# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Sandra Ann Chambers,

Plaintiff(s),

v.

Hillary Diane Rodham Clinton, et al,

Defendant(s).

Case No. 16 C 10408
Judge Harry D. Leinenweber

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Plaintiff's Application for leave to file in Forma Pauperis is denied. This case is dismissed with prejudice for both frivolity and failure to state a claim upon which relief can be granted.

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Harry D. Leinenweber on a motion

Date:  11/16/2016

Thomas G. Bruton, Clerk of Court

Wanda Parker, Deputy Clerk