THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | | |
|---|---|---|---|
| **SANDRA ANN CHAMBERS** (individually, and on behalf of herself and all others similarly situated in the past, present, and future), | ) ) ) ) | **CASE NO.:** | 16-CV-10408 |
| | ) | **ASSIGNED** | HARRY D. |
| Plaintiff(s), | ) | **JUDGE:** | LEINENWEBER |
| vs. | ) ) | **MAGISTRATE** | SHEILA M. |
| **HILLARY DIANE RODHAM CLINTON**, et al. | ) ) | **JUDGE:** | FINNEGAN |
| Defendants. | ) | | |

**MOTION TO VACATE THE NOVEMBER 16, 2016 ORDER
OF DISMISSAL AND LEAVE TO FILE AMENDED COMPLAINT**

NOW COMES Plaintiff (**SANDRA ANN CHAMBERS**) (*hereinafter* "**CHAMBERS**") with "*Motion to Vacate the November 16, 2016 Order of Dismissal and Leave to File Amended Complaint.*" In support thereof with certificate of verification and/or exhibits Plaintiff pleads the following:

1. In this motion Plaintiff (**CHAMBERS**) seeks that this court *"vacate"* (*set-a-side*, and/or reconsider) the court order of November 16, 2016 dismissing the *above-entitled action*. (See attached **Exhibit A**)

2. The court order of November 16, 2016 (attached **Exhibit A**) stated in pertinent part, *"Plaintiff's Application for leave to file in forma pauperis is denied. This case is dismissed with prejudice for both frivolity and failure to sate a claim upon which relief can be granted."* (Emphasis added)

3. However, **CHAMBERS** seeks that this court *"vacate"* the November 16, 2016 court order (**Exhibit A**) and grant her *"leave"* to file an *"Amended Complaint."*

    A. **CHAMBERS** is pro se and the *"original complaint"* was inadvertently filed having omitted facts and **CHAMBERS** seeks leave to file an *"Amended Complaint"* with

more details in regards to the various **"COUNTS"** with more **"*specifics*," "*particulars*,"** and **"*facts*"** in relation to the various *causes-of-actions*, but not limited thereto.

    B.  **CHAMBERS** also seeks to file the **"*Amended Complaint*"** with additional exhibits, but not limited thereto.

    C.  Yet, in the **"*original*" "*Complaint*"** (filed November 7, 2016) there are **"*facts*"** within the various **"COUNTS"** (and in other sections of the **"*Complaint*"** including, but not limited to the various *causes-of-actions* and an ability to **"*state a claim upon which relief can be granted*."**

    D.  In addition, although **CHAMBERS** does not have to **"*prove*"** her **"*claims*"** within a **"*Complaint*,"** in the proposed **"*Amended Complaint*,"** **CHAMBERS** will also attach several documents of exhibits in support of her **"*Amended Complaint*."**

  4.  Nevertheless, **with all due respect to the court**, **CHAMBERS** believes that her **"*claims*"** and *causes-of-actions* (in the various **"COUNTS"**) within the *above-entitled action* **are "not" frivolous**.

  5.  Upon this court's review of the **"*Amended Complaint*,"** **CHAMBERS** also seeks that this court grant her **"*Application for leave to file in Forma Pauperis*."**

  6.  Finally, when **CHAMBERS** received this court's order of November 2016 (**Exhibit A**), another court order was enclosed (see **Exhibit B**), which has nothing to do with the *above-entitled action*.

  7.  It is unclear to **CHAMBERS** why another court order was **"*also*"** mailed to her. (See attached **Exhibit B**)

  8.  Plaintiff (**CHAMBERS**) would be prejudiced and it would be an abuse of discretion if the **"*Motion to Vacate the November 16, 2016 Order of Dismissal and Leave to File Amended Complaint*"** was **"*not*"** granted.

9. It would "*not*" prejudice the Defendants (who have not been served with a summons or a copy of the "*original complaint*" in the *above-entitled action*), if CHAMBERS' "*Motion to Vacate the November 16, 2016 Order of Dismissal and Leave to File Amended Complaint*" was granted.

WHEREFORE Plaintiff (SANDRA ANN CHAMBERS) seeks that the "*Motion to Vacate the November 16, 2016 Order of Dismissal and Leave to File Amended Complaint*" is granted, and upon review of the "*Amended Complaint*," this court grant CHAMBERS' "*Application for leave to file in Forma Pauperis*," and any other relief that is just and appropriate in favor of the Plaintiff.

Respectfully submitted,

By: _____
SANDRA ANN CHAMBERS (Plaintiff - *pro se*)

### CERTIFICATE OF VERIFICATION
### SANDRA ANN CHAMBERS

Under penalties as provided by law, the undersigned individual certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief, and as to such matters the undersigned certifies as aforesaid that the undersigned verily believe the same to be true.

By: _____
SANDRA ANN CHAMBERS (Plaintiff - *pro se*)
P. O. Box 0405
Chicago, IL 60690
(773) 727-1056

(3)

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| **SANDRA ANN CHAMBERS** (individually, and on behalf of herself and all others similarly situated in the past, present, and future), )<br><br>Plaintiff(s), )<br>vs. )<br><br>**HILLARY DIANE RODHAM CLINTON**, *et al.* )<br><br>Defendants. ) | **CASE NO.:** 16-CV-10408<br><br>**ASSIGNED JUDGE:** HARRY D. LEINENWEBER<br><br>**MAGISTRATE JUDGE:** SHEILA M. FINNEGAN |

## CERTIFICATE OF AFFIDAVIT
## SANDRA ANN CHAMBERS

I, **SANDRA ANN CHAMBERS**, being duly sworn on oath deposes and hereby certify as follows:

1. I am of legal age, having personal knowledge of the facts contained herein this Certificate of Affidavit and the attached (within all Sections/Paragraphs, Subparts and accompanying attachments/exhibits if applicable) and I am otherwise competent to testify thereto as stated within the attached *"Motion to Vacate the November 16, 2016 Order of Dismissal and File Amended Complaint."*

2. Under penalties as provided by law, the undersigned individual certifies that the statements set forth in this instrument *"Motion to Vacate the November 16, 2016 Order of Dismissal and File Amended Complaint"* are true and correct, except as to matters therein stated to be on information and belief, and as to such matters the undersigned certifies as aforesaid that the undersigned verily believe the same to be true.

*[Signature]*
SANDRA ANN CHAMBERS
P. O. Box 0405
Chicago, IL 60690

Subscribed and sworn to before me
this _____ day of December, 2016.

*[Signature]*
NOTARY PUBLIC

OFFICIAL SEAL
JENNY URBINA
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/14/17

## THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS,
## EASTERN DIVISION

| | |
|---|---|
| **SANDRA ANN CHAMBERS** (individually, and on behalf of herself and all others similarly situated in the past, present, and future), )<br><br>Plaintiff(s), )<br>vs. )<br> )<br>**HILLARY DIANE RODHAM CLINTON**, *et al.* )<br> )<br>Defendants. ) | **CASE NO.:** 16-CV-10408<br><br>**ASSIGNED JUDGE:** HARRY D. LEINENWEBER<br><br>**MAGISTRATE JUDGE:** SHEILA M. FINNEGAN |

### CERTIFICATE OF AFFIDAVIT
### SANDRA ANN CHAMBERS

I, **SANDRA ANN CHAMBERS**, being duly sworn on oath deposes and hereby certify as follows:

1. I am of legal age, having personal knowledge of the facts contained herein this Certificate of Affidavit and the attached (within all Sections/Paragraphs, Subparts and accompanying attachments/exhibits if applicable) and I am otherwise competent to testify thereto as stated within the attached *"Motion to Reconsider the November 16, 2016 Order Denying Plaintiff's Application for Leave to File in Forma Pauperis."*

2. Under penalties as provided by law, the undersigned individual certifies that the statements set forth in this instrument *"Motion to Reconsider the November 16, 2016 Order Denying Plaintiff's Application for Leave to File in Forma Pauperis"* are true and correct, except as to matters therein stated to be on information and belief, and as to such matters the undersigned certifies as aforesaid that the undersigned verily believe the same to be true.

*/s/ Sandra Ann Chambers*
SANDRA ANN CHAMBERS
P. O. Box 0405
Chicago, IL 60690

Subscribed and sworn to before me
this _____ day of December, 2016.

*/s/ Jenny Urbina*
NOTARY PUBLIC

OFFICIAL SEAL
JENNY URBINA
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/14/17

ILND 450 (Rev. 10/13) Judgment in a Civil Action

**EXHIBIT A**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Sandra Ann Chambers,

Plaintiff(s),

v.

Hillary Diane Rodham Clinton, et al,

Defendant(s).

Case No. 16 C 10408
Judge Harry D. Leinenweber

### JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $           ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: Plaintiff's Application for leave to file in Forma Pauperis is denied. This case is dismissed with prejudice for both frivolity and failure to state a claim upon which relief can be granted.

This action was *(check one)*:

☐ tried by a jury with Judge           presiding, and the jury has rendered a verdict.
☐ tried by Judge          without a jury and the above decision was reached.
☒ decided by Judge Harry D. Leinenweber on a motion

Date: 11/16/2016

Thomas G. Bruton, Clerk of Court

Wanda Parker, Deputy Clerk

**EXHIBIT B**

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **Transamerica Premier Life Insurance Co., as successor to Monumental Life Insurance Co.,** <br> Plaintiff, <br><br> v. <br><br> **Christopher Torres and Eleanor Torres,** <br> Defendants. | Case. No. 16 C 6377 <br><br> Judge Ronald A. Guzmán |

### ORDER

Eleanor Torres' motion for judgment is granted. The Court declares Eleanor the sole rightful beneficiary of the funds at issue in this case in the amount of $5,545.08 plus accrued interest and less any registry fee. The Clerk/Registry of the Court is directed to immediately release to Defendant Eleanor Torres, upon her request, the amount of $5,545.08 plus accrued interest as of the date of this order and less the registry fee. Eleanor Torres is directed to provide the Financial Department of the Clerk's Office, located at 219 S. Dearborn St., 20th Floor, Chicago, Il 60604, with the personal information necessary to disburse the funds. Any correspondence sent to the Financial Department of the Clerk's Office shall contain the caption of the case and the case number. Civil case terminated.

### STATEMENT

In this interpleader action, Eleanor Torres submitted a claim for benefits payable pursuant to Monumental Life Insurance Policy No. MM36633833 ("Policy"), which was issued to Mary Lou Torres, Eleanor's mother. The Court construed Eleanor's filing as a motion for judgment, declaring that she is the rightful beneficiary of the benefits under the Policy (the "funds"). Although the Court gave codefendant Christopher Torres an opportunity to respond, no response was filed. Therefore, Eleanor having provided an affidavit in support of her claim and a copy of the beneficiary form naming her and Christopher beneficiaries, and Christopher having filed no claim to the funds, Eleanor's motion for judgment is granted. The Court declares Eleanor the sole rightful beneficiary of the funds in the amount of $5,545.08 plus accrued interest and less any registry fee.

The Clerk/Registry of the Court shall immediately release to Defendant Eleanor Torres, upon her request, the amount of $5,545.08 plus accrued interest as of the date of this order and less the registry fee. Eleanor Torres is directed to provide the Financial Department of the Clerk's Office, located at 219 S. Dearborn St., 20th Floor, Chicago, Il 60604, with the personal information necessary to disburse the funds.

Date: November 16, 2016

_____
Ronald A. Guzmán
United States District Judge

2



**EXHIBIT C**

OFFICE OF
CLERK OF THE U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

FIRST-CLASS MAIL
neopost
11/17/2016
US POSTAGE $000.46⁵
ZIP 60604
041M11270962

Sandra Ann Chambers
P.O. Box 0405
Chicago, IL 60690-0405

60690-040505