**FILED**

**JAN 18 2017** TM

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| SANDRA ANN CHAMBERS (individually, and on behalf of herself and all others similarly situated in the past, present, and future), ) ) ) ) | CASE NO.: 16-CV-10408 |
| Plaintiff(s), ) ) | ASSIGNED JUDGE: HARRY D. LEINENWEBER |
| vs. ) ) | |
| HILLARY DIANE RODHAM CLINTON, et al. ) ) | MAGISTRATE JUDGE: SHEILA M. FINNEGAN |
| Defendants. ) | |

**WITHDRAWN NOTICE AND RESCHEDULING OF
A MOTION ORIGINALLY SET FOR HEARING ON THURSDAY,
JANUARY 19, 2017 AND RESCHEDULED TO FEBRUARY 9, 2017**

PLEASE TAKE NOTICE, SANDRA A. CHAMBERS (*hereinafter* "CHAMBERS")) has withdrawn the hearing date of Thursday, January 19, 2017 on her *"Motion to Vacate the November 16, 2016 Order of Dismissal and Leave to File Amended Complaint"* and has filed an *"Amended Notice"* on the motion, which is **now set for hearing on Thursday, February 9, 2017**, before **Judge Harry D. Leinenweber** sitting in this stead, in the courtroom usually occupied in **Room 1941** located **Everett McKinley Dirksen United States Courthouse, 219 South Dearborn, Chicago, IL 60604**. A copy is attached and hereby served upon you.

_____
SANDRA ANN CHAMBERS (Plaintiff, pro se)

**CERTIFICATE AND PROOF OF SERVICE**

I, SANDRA ANN CHAMBERS certifies as of the date of filing this *"Withdrawn Notice and Rescheduling of a Motion Originally Set for Hearing on January 19, 2017 and Rescheduled to February 9, 2017"*) of this *above-entitled* matter, a copy has not been served on the Defendants because (on information and belief) none of them have either appeared in court, filed a pleading, and/or none of the Defendants have been served with a summons and a copy of the complaint. (See attached.)   01-18-17

SANDRA ANN CHAMBERS (99500)
P. O. Box 0405
Chicago, IL 60690-0405
(773) 727-1056

Respectfully submitted,

_____
SANDRA ANN CHAMBERS (Plaintiff - pro se)

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| SANDRA ANN CHAMBERS (individually, and on behalf of herself and all others similarly situated in the past, present, and future), | CASE NO.: | 16-CV-10408 |
| Plaintiff(s), vs. | ASSIGNED JUDGE: | HARRY D. LEINENWEBER |
| HILLARY DIANE RODHAM CLINTON, et al. | MAGISTRATE JUDGE: | SHEILA M. FINNEGAN |
| Defendants. | | |

Notice of MOTION TO VACATE THE NOVEMBER 16, 2016 ORDER
OF DISMISSAL AND LEAVE TO FILE AMENDED COMPLAINT

PLEASE TAKE NOTICE on Thursday, January 19, 2017 at 9:30 a.m. Plaintiff (SANDRA A. CHAMBERS (hereinafter "CHAMBERS") will present *"Motion to Vacate the November 16, 2016 Order of Dismissal and Leave to File Amended Complaint"* before Judge Harry D. Leinenweber sitting in this stead, in the courtroom usually occupied in Room 1941 located Everett McKinley Dirksen United States Courthouse, 219 South Dearborn, Chicago, IL 60604. A copy is attached and hereby served upon you.

SANDRA ANN CHAMBERS (Plaintiff, pro se)

**CERTIFICATE AND PROOF OF SERVICE**

I, SANDRA ANN CHAMBERS certifies as of the date of filing this motion, notice of this *above-entitled* motion and a copy of the have not been served on the Defendants because (on information and belief) none of them have either appeared in court, filed a pleading, and/or none of the Defendants have been served with a summons and a copy of the complaint. (On information and belief, the *above-entitled action* was dismissed on November 16, 2016.)

SANDRA ANN CHAMBERS (99500)
P. O. Box 0405
Chicago, IL 60690-0405
(773) 727-1056

Respectfully submitted,

SANDRA ANN CHAMBERS (Plaintiff - pro se)