

**FILED**

**JAN 18 2017** TM

**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

## THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS,
## EASTERN DIVISION

| | |
|---|---|
| **SANDRA ANN CHAMBERS** (individually, and on behalf of herself and all others similarly situated in the past, present, and future), Plaintiff(s), vs. **HILLARY DIANE RODHAM CLINTON**, et al. Defendants. | CASE NO.: 16-CV-10408<br><br>ASSIGNED JUDGE: HARRY D. LEINENWEBER<br><br>MAGISTRATE JUDGE: SHEILA M. FINNEGAN |

### AMENDED NOTICE OF MOTION TO VACATE THE NOVEMBER 16, 2016 ORDER OF DISMISSAL AND LEAVE TO FILE AMENDED COMPLAINT

PLEASE TAKE NOTICE on **Thursday, February 9, 2017** at **9:30 a.m.** Plaintiff (SANDRA A. CHAMBERS (hereinafter **"CHAMBERS"**)) will present *"Motion to Vacate the November 16, 2016 Order of Dismissal and Leave to File Amended Complaint"* before **Judge Harry D. Leinenweber** sitting in this stead, in the courtroom usually occupied in **Room 1941** located **Everett McKinley Dirksen United States Courthouse, 219 South Dearborn, Chicago, IL 60604**. (*The date originally set for this motion was Thursday, January 19, 2017 and the "notice" for that date is "withdrawn" and "rescheduled" herein. (See attached copy of original "notice" set for January 19, 2017.*)) A copy is attached and hereby served upon you. (See Attached Exhibit D.)

_____
SANDRA ANN CHAMBERS (Plaintiff, pro se)

### CERTIFICATE AND PROOF OF SERVICE

I, **SANDRA ANN CHAMBERS** certify as of the date of filing this *"Amended Notice"* of this *above-entitled* matter a copy has not been served on the Defendants because (on information and belief) none of them have appeared in court, filed a pleading, and/or none of the Defendants have been served with a summons and a copy of the complaint.

01-18-17
SH

SANDRA ANN CHAMBERS (99500)
P. O. Box 0405
Chicago, IL 60690-0405
(773) 727-1056

Respectfully submitted,

_____
SANDRA ANN CHAMBERS (Plaintiff - pro se)